Richard Alan Eppink
ritchieeppink@idaholegalaid.org
Idaho State Bar no. 7503
IDAHO LEGAL AID SERVICES, INC.
310 North Fifth Street
Boise, Idaho  83702
(208) 345-0106, ext. 1503
(208) 342-2561 (fax)

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W; C.M.; C.L.; A.L., through her guardian E.B.; K.S., through his next friend S.S.; Matthew S., through his guardian V.S.; N.R., through her next friend G.R.; T.F., through her guardian R.F.; T.M., through his guardian T.W.; B.B. through his next friend D.B.; R.P. through her guardian T.P.; Marcia S., through her guardian D.S., <br><br> vs. <br><br> RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; PAUL LEARY, in his official capacity as Medicaid Administrator of the Idaho Department of Health and Welfare; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, a department of the State of Idaho, <br><br> Defendants. | Case No. 1:12-cv-00022-BLW <br><br> **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

The plaintiffs, through their attorney Richard Alan Eppink of Idaho Legal Aid Services, Inc., respectfully move this Court, under F.R.C.P. 65, for a temporary restraining order and a preliminary injunction as follows:

1. Order and preliminarily enjoin the defendants, and their successors, agents, officers, servants, employees, attorneys and representatives and all persons acting in concert or participating with them, to continue or restore the plaintiffs' Medicaid services under the Idaho Developmental Disabilities waiver as provided in the Individual Support plans in place for each plaintiff before the last "ANNUAL IDF/ID LEVEL OF CARE AND DD ELIGIBILITY APPROVAL NOTICE" and budget assignment notice sent to them, and from reducing or terminating Medicaid services to the plaintiffs Waiver based on the most recent assigned budget limits unless and until the defendants first provide adequate advance notice, approved by this Court, and the opportunity for a fair hearing prior to the reduction or termination of services.

2. Order and preliminarily enjoin the defendants, and their successors, agents, officers, servants, employees, attorneys and representatives and all persons acting in concert or participating with them, to make publicly available the methodology the defendants use under the Idaho Developmental Disabilities waiver to compute individual budgets for the plaintiffs and other waiver participants, and to provide the plaintiffs with an opportunity to inspect all materials in their own files maintained by the defendants or their contractors, including the actual spreadsheets and formulas used to compute their individual budgets in this and prior years sufficiently in advance of any hearing concerning their budget or waiver services.

3. Order and enjoin the defendants, and their successors, agents, officers, servants, employees, attorneys and representatives and all persons acting in concert or participating with

PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – Page 2

them, to reinstate the level of services authorized for the plaintiffs prior to July 1, 2011, until the Court issues a final judgment in this case.

4. Waive any requirement for bond or security from the plaintiffs.

5. Schedule a hearing as soon as practicable on this motion.

This motion is based upon the brief in it support and the declarations filed along with it, as well as the complaint, *in forma pauperis* applications, and motion to seal filed in this case. The plaintiffs make their motion on the grounds set forth in the brief in support of this motion, filed along with this motion.

WHEREFORE the plaintiffs respectfully request that this Court enter a temporary restraining order and preliminary injunction as set forth above.

DATED this 19th day of January, 2012, at Boise, Idaho.

IDAHO LEGAL AID SERVICES, INC.

/s/ Richard Alan Eppink

Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – Page 3