LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

MICHAEL S. GILMORE, ISB # 1625
KATHERINE TAKASUGI, ISB #5208
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:   (208) 334-2400
Facsimile:    (208) 854-8073
    Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W.; C.M.; C.L.; A.L., through her guardian E.B..; K.S., through his next friend S.S.; Matthew S., through his guardian V.S.; N.R., through her next friend G.R.; T.F., through her guardian R.F.; T.M., through his guardian T.W.; B.B., through his next friend D.B.; R.P., through her guardian T.P.; Marcia S., through her guardian D.S.,<br><br>                Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; PAUL LEARY, in his official capacity as Medicaid Administrator of the Idaho Department of Health and Welfare; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, a department of the State of Idaho,<br><br>                Defendant. | Case No. 1:12-cv-00022-BLW<br><br>**DECLARATION OF SARAH SPAULDING** |

## DECLARATION OF SARAH SPAULDING

I, SARAH SPAULDING, declare as follows:

1. My name is Sarah Spaulding. I am employed with the Idaho Department of Health and Welfare ("Department") and I have worked for the Department for approximately four years. My job title is Technical Records Specialist II and among other things my duties include the handling and the administration of appeals for the Bureau of Adult Developmental Disabilities Services program ("BDDS program") which is a part of the Division of Medicaid program.

2. Upon the receipt of an appeal based on an action taken by the BDDS program, the appeal is forwarded to the Bureau of Developmental Disabilities Services for informal review. Information and documents related to the BDDS program appeals are recorded in a database that I maintain.

3. I have reviewed the status of the appeals filed by the 12 plaintiffs in this case who are all participants in the BDDS program and the following outlines their current status.

4. Plaintiff A.L. A.L.'s Notice of Appeal was received by the Department on January 3, 2012. On January 3, 2012, the case was forwarded to BDDS for informal review.

5. Plaintiff B.B. B.B.'s Notice of Appeal was received by the Department on September 7, 2011. The appeal was set for hearing on February 7, 2012, but the hearing has been stayed.

6. Plaintiff C.L. C.L.'s Notice of Appeal was received by the Department on October 6, 2011. The case is scheduled for pre-hearing conference on February 14, 2012.

7. Plaintiff C.M. C.M.'s Notice of Appeal was received by the Department on March 15, 2011. A hearing was held on June 21, 2011, and on July 6, 2011, the hearing officer issued his findings of fact, conclusions of law and preliminary decision which

affirmed the Department. C.M. filed an appeal to the Director of the Department. On October 17, 2011, the Director issued his final decision and order affirming the decision of the hearing officer. No further appeal has been filed. The time for petition for judicial review from the Director's decision has expired.

8. Plaintiff K.S. K.S.'s Notice of Appeal was received by the Department on October 25, 2011. The case is scheduled for pre-hearing conference on February 17, 2012.

9. Plaintiff K.W. K.W.'s Notice of Appeal was received by the Department on December 8, 2011. The appeal has been forwarded to the BDDS for informal review and an extension has been requested by BDDS.

10. Plaintiff M.S. M.S.'s Notice of Appeal was received by the Department on August 23, 2011. A Pre-hearing conference was scheduled on December 23, 2011, and rescheduled for February 16, 2012.

11. Plaintiff M.S. M.S.'s Notice of Appeal was received by the Department on November 28, 2011. A hearing is presently scheduled for February 6, 2012.

12. Plaintiff N.R. N.R.'s notice of appeal was received by the Department on November 18, 2011, but deemed received on November 17, 2011. N.R.'s appeal of her individual budget failed to meet the 28 day deadline. The BDDS issued to N.R. a plan denial notice on December 22, 2011. N.R.'s appeal of the plan denial was received by the Department on December 30, 2011. The case was forwarded for hearing.

13. Plaintiff R.P. R.P.'s Notice of Appeal was received by the Department on April 14, 2011. A hearing was held on July 27, 2011 and on July 29, 2011 the hearing officer issued his findings of fact, conclusions of law and preliminary decision which affirmed the Department. The case was appealed to the Department's Director. On December __, 2011, the director issued his final order which affirmed the decision of the hearing officer. The time for petition for judicial review has expired.

14. Plaintiff T.F. I found no record of T.F. filing an appeal.

15. Plaintiff T.M. The BDDS issued the plan denial on November 7, 2011. T.M.'s Notice of Appeal of Plan Denial was received by the Department on November 30, 2011. The case is presently scheduled for pre-hearing conference on February 16, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 30th day of January 2012.

Sarah Spaulding

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2012, I caused to be electronically filed the foregoing DECLARATION OF SARAH SPAULDING with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
ritchieepink@idaholegalaid.org

KATHERINE TAKASUGI