<u>MOTIONS, OBJECTIONS, ETC.</u>

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 2/3/2012
Judge B. Lynn Winmill            Deputy Clerk: Jamie Gearhart
Case No. **1:12-cv-22-BLW**      Reporter: Tammy Hohenleitner
Place: Boise                     Time: 10:10 am - 11:10 am

<u>**KW, et al v. Richard Armstrong, et al**</u>

Counsel for Plaintiff - Richard Eppink

Counsel for Defendant - Michael Gilmore and Kathy Takasugi

Hearing on Motion for TRO (dkt. 4).

Oral argument held. The Court will issue a TRO.

Counsel is directed to reach an agreement by 5:00 pm on Wednesday, February 8, 2012 or the Court will enter an order concerning the confidentiality issue.