Richard Alan Eppink
ritchieeppink@idaholegalaid.org
Idaho State Bar no. 7503
Howard A. Belodoff
howardbelodoff@idaholegalaid.org
Idaho State Bar no. 2290
IDAHO LEGAL AID SERVICES, INC.
310 North Fifth Street
Boise, Idaho 83702
(208) 345-0106, ext. 1503
(208) 342-2561 (fax)

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | |
| vs. | **STIPULATION FOR ENTRY OF SECOND TRO** |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |

WHEREAS, this Court entered a FIRST TEMPORARY RESTRAINING ORDER (Dkt. 31) on February 3, 2012;

WHEREAS, the plaintiffs' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Dkt. 4) remains pending on issues reserved by this Court;

BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION – Page 1

WHEREAS, the Court requested the parties to attempt to agree upon language of a second TRO to address some, but not all of the reserved issues; and

WHEREAS, the parties have reached agreement on the substantive content of a second TRO to address those issues,

NOW THEREFORE, the parties, through their attorneys, stipulate to entry of a Second TRO in the form and with the content of that appended to the electronic filing of this stipulation and also submitted by email as a proposed order to this Court. The parties agree that the Second TRO shall be additional and supplemental to the First TRO and that some issues presented by the plaintiffs' motion (Dkt. 4) remain reserved and undecided.

DATED this 9th day of February, 2012.

| STATE OF IDAHO | IDAHO LEGAL AID SERVICES, INC. |
|---|---|
| /s/ (signature) | /s/ Richard Alan Eppink |
| Katherine Takasugi | Attorneys for Plaintiffs |

STIPULATION FOR ENTRY OF SECOND TRO – Page 2