Richard Alan Eppink
ritchieeppink@idaholegalaid.org
Idaho State Bar no. 7503
Howard A. Belodoff
howardbelodoff@idaholegalaid.org
Idaho State Bar no. 2290
IDAHO LEGAL AID SERVICES, INC.
310 North Fifth Street
Boise, Idaho  83702
(208) 345-0106, ext. 1503
(208) 342-2561 (fax)

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | |
| vs. | **STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION** |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |

All parties, through their attorneys, stipulate to entry of a PRELIMINARY INJUNCTION in the form and with the content of that submitted by email as a proposed order to this Court.

DATED this 9th day of March, 2012.

STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION – Page 1

| STATE OF IDAHO | IDAHO LEGAL AID SERVICES, INC. |
|---|---|
| /s/ Katherine Takasugi | /s/ Richard Alan Eppink |
| Attorneys for Defendants | Attorneys for Plaintiffs |

STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION – Page 2