LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

MICHAEL S. GILMORE, ISB #1625
KATHERINE TAKASUGI, ISB #5208
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:    (208) 334-4130
Facsimile:    (208) 854-8073
E-mail:  mike.gilmore@ag.idaho.gov
         katherine.takasugi@ag.idaho.gov
    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W.; *et al.*, | ) |
| Plaintiffs, | ) Case No. 1:12-cv-00022-BLW |
| vs. | ) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; *et al.*, | ) **MOTION TO APPROVE DEFENDANTS' PROPOSED NOTICES** |
| Defendant. | ) |

Defendants Richard Armstrong *et al.*, by and through their attorneys of record, Michael S. Gilmore and Katherine Takasugi, Deputy Attorneys General, hereby move the Court to approve the notices attached to this Motion as the notices to be used for the Plaintiffs in their administrative proceedings before the Idaho Department of Health and Welfare.

DATED this 23rd day of March, 2012.

                                                   STATE OF IDAHO
                                                   OFFICE OF THE ATTORNEY GENERAL

                                                   By      /s/ Michael S. Gilmore
                                                         MICHAEL S. GILMORE
                                                         Deputy Attorney General

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 23rd day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
ritchieepink@idaholegalaid.org

Howard A. Belodoff
howardbelodoff@idaholegalaid.org

                                      /s/ Michael S. Gilmore
                                      MICHAEL S. GILMORE

# NOTICE 1

## Department Letterhead

**SUPPLEMENT TO INITIAL AND ANNUAL ICF/ID LOC APPROVAL NOTICE**
*(DRAFT FOR INITIAL 12 TRO)*

(Date)

(Participant's Name)
(Mailing Address)
(City, State, Zip Code)

Dear (Participant's Name):

The Department has determined that you meet ICF/ID Level of Care criteria for adults with developmental disabilities as defined in Medicaid Enhanced Plan rules at **IDAPA 16.03.10.584.**

Using information from the Inventory of Individual Needs, a complete case file review conducted by the Regional Independent Assessor and the budget calculating tool, your individualized budget was calculated to be $_____ for the _____ budget year. Electronic copies of the spreadsheets/individual budget calculations used to compute your individual budget are available upon request.

_____You are currently receiving supports through the Consumer Directed Services option under the Developmental Disability (DD) Waiver.

CONSUMER-DIRECTED SERVICES OPTION
- You filed an appeal of the Department's determination of your individual budget and had the opportunity to litigate the two issues set forth in the original eligibility approval notice sent to you.  The Department has reinstated your prior year's Support and Spending Plan (SSP) in compliance with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-12-00022.
    OR
- You filed an appeal of the Department's action denying your Support and Spending Plan (SSP) and the Department has extended your prior year's SSP.  Extending your prior year's SSP complies with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022.
    OR
- You did not appeal the Department's determination of your individual budget for the ___ plan year.  Therefore, your annual Support and Spending Plan (SSP) expired on (_____); however due to the First Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022, the services approved on your prior year's SSP were reinstated.

**Notice 1**

  AND
- If you choose not to appeal your calculated budget methodology, you must submit a SSP to the Department by (month/day/year) to avoid a lapse in services. The cost of services on the SSP must be within your calculated budget of $_____.

OR

_____You are currently receiving traditional supports under the Developmental Disability (DD) Waiver.

TRADITIONAL WAIVER OPTION

- You filed an appeal of the Department's determination of your individual budget and had the opportunity to litigate the two issues set forth in the original eligibility approval notice sent to you. The Department has reinstated your prior year's Individual Service Plan (ISP) in compliance with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-12-00022.
  OR
- You filed an appeal of the Department's action denying your Individual Service Plan (ISP), the Department has extended your prior year's ISP. Extending your prior year's ISP complies with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022.
  OR
- You did not appeal the Department's determination of your individual budget for the _____ plan year. Therefore, your annual Individual Service Plan (ISP) expired on (_____); however, due to the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022, the services approved on your prior year's ISP were reinstated.
  AND
- If you choose not to appeal your calculated budget methodology, you must submit an ISP to the Department by (month/day/year) to avoid a lapse in services. The cost of services on the ISP must be within your calculated budget of $_____.

If you believe that your individualized budget amount for the _____ year was calculated incorrectly based upon any issues you have with the budget calculating methodology used to calculate your budget, you now have the right to appeal these issues consistent with the First Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.,* case no. 1:12-cv-00022.

To appeal your individualized budget amount for the ____ year based on any issues you have with the budget calculating methodology, you must request a Department administrative hearing as stated in IDAPA 16.05.03.101. However, you must mail the request for an administrative hearing **within 28 days from the date this notice was mailed.** An attorney or any person of your choice may represent you.

Please note that your service plan will be continued until such time as you are provided an opportunity for fair hearing on the appeal referenced in this notice.

2

**Notice 1**

Your attorney, Richard A. Eppink in the *K.W., et al v. Armstrong, et al.*, case no. 1:12-cv-00022, has made the request for, and the Department will provide copies of, the spreadsheets for calculating your individual budget, prior years' budgets, and all descriptions, reports, studies and other records concerning the Department's present and prior methodologies, models, tools, spreadsheets, memoranda, training manuals, instructions and other materials provided to the Independent Assessors that are in the custody, control and/or possession of the Department. The Department has information on the budget calculating methodology from the year 2008 forward.

To request an administrative hearing, please complete the box at the end of the letter and mail or fax the request to:

> Administrative Procedures Section
> Department of Health and Welfare
> 450 West State Street
> P.O. Box 83720-0036
> Boise, ID 83720-0036
> PH (208) 334-5564:  FAX: (208) 334-6558

**In the event you request a hearing and if the hearing officer decides that the Department's decision was correct, the Department may take action to collect the cost of those benefits from you as allowed by 42 C.F.R. section 431.230(b).**

If you have any questions regarding this notice, please contact BDDS staff at:

> Name
> Address
> Telephone Number:

Sincerely,

3

**Notice 1**

I wish to appeal this decision by requesting a hearing because:

_____

_____.

_____

_____  _____
Signature                                                                                          Date

CC:     Guardian
            Plan Developer

Notice 2

# NOTICE 2

# ASSESSOR LETTERHEAD

**SUPPLEMENT TO ANNUAL ICF/ID LEVEL OF CARE AND DD ELIGIBILITY APPROVAL NOTICE**

(Date)

(Participant's Name)
(Mailing Address)
(City, State, Zip Code)

Dear (Participant's Name):

The Department has determined that you meet ICF/ID Level of Care criteria for adults with developmental disabilities as defined in Medicaid Enhanced Plan rules at **IDAPA 16.03.10.584.**

Using information from the Inventory of Individual Needs, a complete case file review conducted by the Regional Independent Assessor and the budget calculating tool, your individualized budget was calculated to be $_____ for the ____ year. Electronic copies of the spreadsheets/individual budget calculations used to compute your individual budget are available upon request.

_____You are currently receiving supports through the Consumer Directed Services option under the Developmental Disability (DD) Waiver.

CONSUMER-DIRECTED SERVICES OPTION
- You filed an appeal of the Department's determination of the individual budget amount and the Department has extended your annual Support and Spending Plan (SSP) for the prior year. Extending your SSP complies with the First Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022.

OR

_____You are currently receiving traditional supports under the Developmental Disability (DD) Waiver.

TRADITIONAL WAIVER OPTION

- You filed an appeal of the Department's determination of the individual budget amount and the Department has extended your annual Individual Service Plan (ISP) for the prior year. Extending your ISP complies with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022.

## Notice 2

You have filed a timely appeal of the original Annual ICF/ID Level of Care and DD Eligibility Approval Notice and no fair hearing has been conducted to date (such appeal referred to as the pending appeal).

You now have an additional basis to appeal the individual budget amount for the ___ year. If you believe that your Individualized budget amount was calculated incorrectly based upon any issues you have with the budget calculating methodology used to calculate your budget, you now have the right to appeal these issues consistent with the Temporary Restraining Orders entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.,* case no. 1:12-cv-00022. To appeal your Individualized budget amount based on issues with the budget calculating methodology, you must request a Department administrative hearing as stated in IDAPA 16.05.03.101. However, you must mail the request for an administrative hearing **within 28 days from the date this notice was mailed. An attorney or any person of your choice may represent you. Upon receipt of the notice of appeal, if you file one, the Department will consolidate the appeal with the pending appeal and hold a fair hearing.**

Please note that your service plan will be continued until such time as you are provided an opportunity for fair hearing on any appeals referenced in this notice.

Your attorney, Richard A. Eppink in the *K.W., et al. v. Armstrong, et al.,* case no. 1:12-cv-00022, has made the request for, and the Department will provide copies of the spreadsheets for calculating your individual budget, prior years' budgets and all descriptions, reports, studies and other records concerning the Department's present and prior methodologies, models, tools, spreadsheets, memoranda, training manuals, instructions and other materials provided to the Independent Assessors that are in the custody, control and/or possession of the Department. The Department has information on the budget calculating methodology from the year 2008 forward.

To request an administrative hearing regarding the budget calculating methodology, please complete the box at the end of the letter and mail or fax the request to:

Administrative Procedures Section
Department of Health and Welfare
450 West State Street
P.O. Box 83720-0036
Boise, ID 83720-0036
PH (208) 334-5564: FAX: (208) 334-6558

**If the hearing officer decides that the Department's decision was correct, the Department may take action to collect the cost of those benefits from you as allowed by 42 C.F.R. section 431.230(b).**

**Notice 2**

If you have any questions regarding this notice, please contact BDDS staff at:

Name
Address
Telephone Number:

Sincerely,

| I wish to appeal this decision by requesting a hearing because: |
|---|
| _____ |
| _____. |
| _____ |
| _____  _____ |
| Signature                                  Date |

CC: Guardian
   Plan Developer

3

## NOTICE 3

## ASSESSOR LETTERHEAD

**AMENDED ANNUAL ICF/ID LEVEL OF CARE AND DD ELIGIBILITY APPROVAL NOTICE**

(Date)

(Participant's Name)
(Mailing Address)
(City, State, Zip Code)

Dear (Participant's Name):

The Department has determined that you meet ICF/ID Level of Care criteria for adults with developmental disabilities as defined in Medicaid Enhanced Plan rules at **IDAPA 16.03.10.584.**

Using information from the Inventory of Individual Needs, a complete case file review conducted by the Regional Independent Assessor and the budget calculating tool, your individualized budget was calculated to be $_____ for the ___ year.  Electronic copies of the spreadsheets/individual budget calculations used to compute your individual budgets are available upon request.

_____You are currently receiving supports through the Consumer Directed Services option under the Developmental Disability (DD) Waiver.

CONSUMER-DIRECTED SERVICES OPTION
- You filed an appeal of the Department's determination of the individual budget amount, which has been dismissed by stipulation of the parties.  The Department has extended your annual Support and Spending Plan (SSP) from the prior year.  Extending your SSP also complies with the First Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.*, case no. 1:12-cv-00022.
- If you choose not to appeal your calculated budget, you must submit a SSP to the Department by (month/day/year) to avoid a lapse in services.  The cost of services on the SSP must be within your calculated budget of $_____.

OR

_____You are currently receiving traditional supports under the Developmental Disability (DD) Waiver.

**Notice 3**

TRADITIONAL WAIVER OPTION

- You filed an appeal of the Department's determination of the individual budget amount, which has been dismissed by stipulation of the parties. The Department has extended your annual Individual Service Plan (ISP) from the prior year. Extending your ISP complies with the Temporary Restraining Order entered by the U.S. District Court for the State of Idaho in *K.W., et al. v. Armstrong, et al.,* case no. 1:12-cv-00022.
- If you choose not to appeal your calculated budget, you must submit an ISP to the Department by (month/day/year) to avoid a lapse in services. The cost of services on the ISP must be within your calculated budget of $_____.

The appeal you had previously filed has been dismissed by stipulation of the parties. However, you now have another opportunity to appeal your calculated budget for the _____ year if you believe:

- Your individualized budget amount was calculated incorrectly based upon any issues you have with the budget calculating methodology used to calculate your budget; and/or
- A specific need was inaccurately assessed or missed; and/or
- There have been documented changes in your condition since the time of your assessment that result in need(s) that meet medical necessity criteria and these need(s) are not reflected on your current inventory of individual needs.

To appeal your calculated budget for the _____ year, you must request a Department administrative hearing as stated in IDAPA 16.05.03.101. However, you must mail the request for an administrative hearing **within 28 days from the date this notice was mailed.** An attorney or any person of your choice may represent you.

Please note that your service plan will be continued until such time you are provided an opportunity for fair hearing on any appeal you file under this notice.

Your attorney, Richard A. Eppink in the *K.W., et al. v. Armstrong, et al.,* case no. 1:12-cv-00022, has made the request for, and the Department will provide copies of the spreadsheets for calculating the individual budget, prior years' budgets and all descriptions, reports, studies and other records concerning the Department's present and prior methodologies, models, tools, spreadsheets, memoranda, training manuals, instructions and other materials provided to the Independent Assessors that are in the custody, control and/or possession of the Department. The Department has information on the budget calculating methodology from the year 2008 forward.

To request an administrative hearing, please complete the box at the end of the letter and mail or fax the request to:

**Notice 3**

Administrative Procedures Section
Department of Health and Welfare
450 West State Street
P.O. Box 83720-0036
Boise, ID 83720-0036
PH (208) 334-5564:  FAX: (208) 334-6558

**In the event you request a hearing and if the hearing officer decides that the Department's decision was correct, the Department may take action to collect the cost of those benefits from you as allowed by 42 C.F.R. section 431.230(b).**

If you have any questions regarding this notice, please contact BDDS staff at:

Name
Address
Telephone Number:


Sincerely,

| I wish to appeal this decision by requesting a hearing because: |
| --- |
| _____ |
| _____. |
| _____ |
| _____  _____ |
| Signature                                                                        Date |


CC:     Guardian
        Plan Developer

3