## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| K.W., by his next friend D.W, *et al.*, | ) | Case No. 1:12-cv-00022-BLW |
| | ) | |
| Plaintiffs, | ) | **PRELIMINARY INJUNCTION** |
| | ) | **RE: PLAINTIFF E.L.** |
| vs. | ) | |
| | ) | |
| RICHARD ARMSTRONG, in his official capacity | ) | |
| as Director of the Idaho Department of Health and | ) | |
| Welfare, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court has the parties' STIPULATION FOR PRELIMINARY INJUNCTION RE:

PLAINTIFF E.L. This Court has reviewed the record in this case and the parties' stipulation, and

has determined that there is good cause for approving the parties' stipulation.

Now, therefore, **IT IS ORDERED** that this Court's PRELIMINARY INJUNCTION

(docket no. 41), entered March 12, 2012, shall apply in full to plaintiff E.L., and it is hereby

modified to expressly include plaintiff E.L.

DATED:  **April 17, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court