# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | **ORDER** |
| vs. | |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |

This Court has before it the parties' STIPULATION TO ALLOW SURREPLY RE: MOTION TO APPROVE DEFENDANTS' NOTICES. This Court has reviewed the record in this case and the parties' stipulation, and has determined that there is good cause for approving the parties' stipulation.

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 55) is APPROVED.

IT IS FURTHER ORDERED, that plaintiffs may file a sur-reply brief regarding the motion to approve defendants' notices (docket no. 42) on or before May 21, 2012.

DATED: **May 2, 2012**



/s/ B. Lynn Winmill
B. LYNN WINMILL
Chief Judge
United States District Court