Richard Alan Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
ACLU of Idaho
P.O. Box 1897
Boise, ID 83701
208-344-9750 ext. 206
208-344-7201 Fax

Howard A. Belodoff
howardbelodoff@idaholegalaid.org
Idaho State Bar no. 2290
IDAHO LEGAL AID SERVICES, INC.
310 North Fifth Street
Boise, Idaho  83702
(208) 345-0106, ext. 1503
(208) 342-2561 (fax)

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, ) | Case No. 1:12-cv-00022-BLW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **NOTICE OF WITHDRAWAL** |
| ) | **OF COUNSEL** |
| RICHARD ARMSTRONG, in his official capacity ) | |
| as Director of the Idaho Department of Health and ) | |
| Welfare, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the attorneys for Plaintiffs K.W., by his next friend, D.W., et al. to hereby

file this Notice of Withdrawal of Counsel for Howard A. Belodoff from the above-captioned

case.  Mr. Belodoff has served as co-counsel in this case.  Mr. Eppink will remain as lead counsel

NOTICE OF WITHDRAWAL OF COUNSEL – Page 1

to Plaintiffs.  Mr. Belodoff is withdrawing because the case the Plaintiffs will be seeking to consolidate this case with *Schultz v. Armstrong*, 3:12-cv-00058-BLW and the Plaintiffs will be represented by James Piotrowski of the firm of Herzfeld & Piotrowski, LLP.

Plaintiffs do not seek this withdrawal of counsel for any delay or other improper purpose, and submit that such withdrawal will not prejudice the Court or any party.

For the reasons set forth above, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Howard A. Belodoff as counsel of record in this case.

DATED this 25th day of March, 2013.

IDAHO LEGAL AID SERVICES, INC.

_/s/_____
Howard A. Belodoff
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael S. Gilmore
mike.gilmore@ag.idaho.gov

Katherine Takasugi
katherine.takasugi@ag.idaho.gov

Richard Alan Eppink
reppink@acluidaho.org

_/s/_____
Howard A. Belodoff