Richard Alan Eppink
ritchieeppink@idaholegalaid.org
Idaho State Bar no. 7503
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 344-9750, ext. 206
(208) 344-7201 (fax)

James M. Piotrowski
Marty Durand
**HERZFELD & PIOTROWSKI, LLP**
P.O. Box 2864
824 W. Franklin
Boise, Idaho 83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

K.W., by his next friend D.W, *et al.*,

Plaintiffs,

vs.

RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*

Defendants.

Case No. 1:12-cv-00022-BLW (lead case)

**MOTION TO CERTIFY A CLASS ACTION**

---

TOBY SCHULTZ, *et al.*,

Plaintiffs,

vs.

RICHARD ARMSTRONG, *et al.*,

Defendants.

Case no. 3:12-cv-00058-BLW

Under F.R.C.P. 23, the plaintiffs in *K.W., et al., v. Armstrong, et al.*, no. 12-cv-22, and the plaintiffs in *Schultz, et al., v. Armstrong, et al.*, no. 12-cv-58, move this Court for an order certifying their actions, once consolidated, as a consolidated class action. The class that the plaintiffs in these two cases represent is all persons who are participants in or applicants to the Adult Developmental Disability Services program ("DDS program"), administered by the Idaho Department of Health and Welfare as part of the Idaho Medicaid program, and who undergo the annual eligibility determination or reevaluation process.

This motion is based on the record in both cases, the brief supporting this motion, and the motion to consolidate filed at the same time as this motion.

DATED this 17th day of May, 2013.

AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION

/s/ Richard Alan Eppink

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of May, 2013, I transmitted the foregoing electronically, via email to the email address(es) of record or most recently known, as set forth below, to the following parties or counsel:

Michael S. Gilmore
mike.gilmore@ag.idaho.gov
Katherine Takasugi
katherine.takasugi@ag.idaho.gov
Cynthia Lin Yee-Wallace
cynthia.wallace@ag.idaho.gov
Carl Withroe
carl.withroe@ag.idaho.gov
*Attorneys for Defendants*

DATED this 17th day of May, 2013.

/s/ Richard Alan Eppink