IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al,*<br><br>                    Plaintiffs,<br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>                    Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br><br><br>Case No. 3:12-cv-00058-BLW<br><br>**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME** |
| TOBY SCHULTZ, *et al.*,<br><br>                    Plaintiffs,<br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>                    Defendants. | |

This matter, having come regularly before the Court upon Defendants Armstrong, Leary and Idaho Department of Health and Welfare's Consent Motion for Extension of Time (Dkt. 89), and good cause appearing therefore;

NOW THEREFORE IT IS HEREBY ORDERED that the motion for extension (docket no. 89) is GRANTED, and that the deadline for Defendants responses to Plaintiffs' Motion for Leave to File a Consolidated Class Action Complaint (Dkt. 79), Motion to Certify Class Action (Dkt. 81), and Motion for Preliminary Injunction to Protect the Class (Dkt. 82), is hereby extended from June 25, 2013 to July 1, 2013.



DATED: June 21, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court