Richard Alan Eppink
ritchieeppink@idaholegalaid.org
Idaho State Bar no. 7503
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750, ext. 1202
(208) 344-7201 (fax)

James M. Piotrowski
Marty Durand
**HERZFELD & PIOTROWSKI, LLP**
P.O. Box 2864
824 W. Franklin
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
|  | (lead case) |
| Plaintiffs, |  |
|  | **NOTICE OF SUPPLEMENTAL** |
| vs. | **AUTHORITY** |
|  |  |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* |  |
|  |  |
| Defendants. |  |
|  |  |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
|  |  |
| Plaintiffs, |  |
|  |  |
| vs. |  |
|  |  |
| RICHARD ARMSTRONG, *et al.*, |  |
|  |  |
| Defendants. |  |

In support of their motions for class certification (Dkt. 81), to extend the preliminary injunction to protect the class (Dkt. 82), and for leave to file a consolidated class action

NOTICE OF SUPPLEMENTAL AUTHORITY – Page 1

complaint (Dkt. 79), the plaintiffs submit a new decision from the District Court of the Fourth Judicial District of Idaho, in *Lutes v. IDHW*, Ada County no. CV-OC-2013-05010 (Oct. 15, 2013). A copy of that decision is filed as attachment to this notice.

DATED this 21st day of October, 2013.

                                          **AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**

                                          /s/ Richard Alan Eppink

                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2013, I transmitted the foregoing electronically, via email to the email address(es) of record or most recently known, as set forth below, to the following parties or counsel:

Clay Smith
clay.smith@ag.idaho.gov
Cynthia Lin Yee-Wallace
cynthia.wallace@ag.idaho.gov
Michael S. Gilmore
mike.gilmore@ag.idaho.gov
*Attorneys for Defendants*

DATED this 21st day of October, 2013.

                                          /s/ Richard Alan Eppink