RICHARD ALAN EPPINK, ISB #7503
reppink@acluidaho.org
American Civil Liberties Union
of Idaho Foundation
P.O. Box 1897
Boise, ID  83701
Telephone:  (208) 344-9750, ext. 206
Facsimile:  (208) 344-7201

JAMES M. PIOTROWSKI
jpiotrowski@idunionlaw.com
MARTY DURAND
marty@idunionlaw.com
Herzfeld & Piotrowski, LLP
P.O. Box 2864
824 W. Franklin
Boise, ID  83701
Telephone:  (208) 331-9200
Facsimile:  (208) 331-9201
    Attorneys for Plaintiffs

LAWRENCE G. WASDEN
ATTORNEY GENERAL

Steven L. Olsen, ISB #3586
Chief of Civil Litigation
Michael S. Gilmore, ISB #1625
mike.gilmore@ag.idaho.gov
Clay R. Smith, ISB# 6385
clay.smith@ag.idaho.gov
Cynthia L. Yee-Wallace, ISB #6793
cynthia.wallace@ag.idaho.gov
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
    Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al*, | ) |
|     Plaintiffs, | ) Case No. 1:12-cv-00022-BLW |
| vs. | ) (lead case) |
| | ) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | ) Case No. 3:12-cv-00058-BLW |
|     Defendants. | ) |
| | ) **JOINT ADR PLAN RESPONSE** |
| TOBY SCHULTZ, *et al.*, | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | ) |
|     Defendants. | ) |

JOINT ADR PLAN RESPONSE - 1

Pursuant to Dist. Idaho Loc. Civ. R. 16.4 and paragraph 5 of the Case Management Order (Dkt. 76), the parties have conferred concerning the utility of alternative dispute resolution ("ADR") in this matter. In so conferring, they focused their discussion on whether they might benefit in participating in some ADR process. The parties have concluded that initiation of ADR processes would not be a productive use of their resources at this time.

Plaintiffs' Views. In the course of the litigation as well as in discussions among counsel it has become clear that the parties have a fundamental disagreement over the requirements of the United States Constitution and the Medicaid Act in the present context. That disagreement is more than the typical vagaries of litigation positions that are typically ironed out in mediation or other ADR venue, and represents instead the defendants' apparent determination that in the absence of a more powerful authority, reform will be neither countenanced nor pursued. The plaintiffs are open to mediation or other ADR, but the defendants' continued refusal to make voluntary changes over the past 18 months leaves the plaintiffs convinced that ADR has an unreasonably low chance of probability and thus would be a poor use of the plaintiffs' extremely limited resources.

Defendants' Views. Defendants do not believe that negotiation is an appropriate mechanism for altering current operation of the Adults Developmental Disabilities § 1915(c) Home and Community-Based Services Waiver program ("Program") in the absence of a clear legal obligation to make the alteration. The Program has been structured to comply with a complex set of federal and state statutes and regulations or rules and a waiver agreement with the Centers for Medicare and Medicaid Services. The Program procedures and methodologies currently in place thus embody a considered balancing of legal, policy and practical interests that satisfy federal and state law requirements. Defendants also believe that the time and resources

necessary to conduct informed ADR would be substantial and that the likelihood of reaching agreement on some or all of the claims raised by the proposed consolidated class action complaint is remote at this time.

DATED this 14th day of November 2013.

_____/s/_____
Richard Alan Eppink

_____/s/_____
James M. Piotrowski

Attorneys for Plaintiffs


_____/s/_____
Cynthia L. Yee-Wallace

_____/s/_____
Clay R. Smith

Attorneys for Defendants

JOINT ADR PLAN RESPONSE - 3

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 14th, 2013, I have caused a true and correct copy of the foregoing to be served upon the following individuals via CM/ECF filing or electronic mail:

Cynthia L. Yee-Wallace
cynthia.wallace@ag.idaho.gov

Clay R. Smith
clay.smith@ag.idaho.gov

Susie Boring-Headlee
Susie_Boring-Headlee@id.uscourts.gov


              */s/*
              Richard Alan Eppink