# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | **ORDER GRANTING LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
| Plaintiffs, | |
| vs. | |
| RICHARD ARMSTRONG, *et al.*, | |
| Defendants. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the unopposed motion to file an amended class action complaint (docket no. 146) is GRANTED and the class may file the proposed amended complaint (docket no. 146-1).

DATED: July 24, 2014



B. Lynn Winmill
Chief Judge
United States District Court