Richard Alan Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750, ext. 1202
(208) 344-7201 (fax)

James M. Piotrowski
Marty Durand
**HERZFELD & PIOTROWSKI, LLP**
P.O. Box 2864
824 W. Franklin
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>   Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**NOTICE OF THE DEATH OF A PLAINTIFF** |
| TOBY SCHULTZ, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, *et al.*,<br><br>   Defendants. | Case no. 3:12-cv-00058-BLW |

NOTICE OF THE DEATH OF A PLAINTIFF – Page 1

The guardian appointed for plaintiff Marcia S. told the office of the plaintiffs' counsel today that Marcia S. recently died. Plaintiffs' counsel accordingly suggests the death of Marcia S. on the record.

DATED this 13th day of May, 2015.

/s/ Richard Alan Eppink
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of May, 2015, I transmitted the foregoing electronically, via email to the email address(es) of record or most recently known, as set forth below, to the following parties or counsel:

Clay Smith
Clay.smith@ag.idaho.gov
Cynthia Lin Yee-Wallace
cynthia.wallace@ag.idaho.gov
Scott Zanzig
scott.zanzig@ag.idaho.gov
*Attorneys for Defendants*

DATED this 13th day of May, 2015.

/s/ Richard Alan Eppink