# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| | (lead case) |
| Plaintiffs, | |
| | **ORDER TO SEAL CERTAIN** |
| vs. | **DOCUMENTS** |
| | |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| | |
| Defendants. | |
| | |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
| | |
| Plaintiffs, | |
| | |
| vs. | |
| | |
| RICHARD ARMSTRONG, *et al.*, | |
| | |
| Defendants. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the plaintiffs' fourth motion to seal (docket no. 195) be GRANTED and that the documents contained at the following docket numbers be sealed by the Clerk:  Docket numbers 190, 191, 192, 193, and 194.

DATED: July 28, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court