# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | (lead case) |
| vs. | **ORDER MODIFYING THE CLASS DEFINITION** |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
| Plaintiffs, | |
| vs. | |
| RICHARD ARMSTRONG, *et al.*, | |
| Defendants. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the plaintiffs' unopposed motion to modify the class definition (docket no. 209) be GRANTED and that the Court's order certifying the class (docket no. 130) is hereby modified, and that the class in this case is defined as:

> All persons who are participants in or applicants to the Adult Developmental Disability Services program ("DDS program"), administered by the Idaho Department of Health and Welfare as part of the Idaho Medicaid program, and who undergo the annual eligibility determination or reevaluation process.



DATED: August 24, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court