UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; PAUL LEARY, in his official capacity as Medicaid Administrator of the Idaho Department of Health and Welfare; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, a department of the State of Idaho,<br><br>    Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**ORDER OF DISBURSMENT** |
| TOBY SCHULTZ, et al.<br>        Plaintiffs,<br>   v.<br>RICHARD ARMSTRONG, et al.,<br>        Defendants. | Case No.  3:12-CV-58-BLW |

Pursuant to the findings made in Court on June 29, 2016, in this case,

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk pay from the funds disbursed into the Court the sum of $400,715.72 to counsel for Plaintiffs:  Richard Alan Eppink at American Civil Liberties Union of Idaho Foundation P.O. Box 1897 Boise, ID 83701.



DATED: June 29, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court