# EXHIBIT B
Order to Terminate

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W., *et al.*,     ) | |
| ) | Case No. 1:12-cv-00022-BLW |
| Plaintiffs,   ) | (lead case) |
| vs.   ) | |
| ) | **ORDER ADMINISTRATIVELY** |
| RICHARD ARMSTRONG, in his official capacity as   ) | **TERMINATING CLASS ACTION** |
| Director of the Idaho Department of Health and   ) | **CLAIMS** |
| Welfare, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |
| TOBY SCHULTZ, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | Case No. 3:12-cv-00058-BLW |
| vs.   ) | |
| ) | |
| RICHARD ARMSTRONG, in his official capacity as   ) | |
| Director of the Idaho Department of Health and   ) | |
| Welfare, *et al.*,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |

The parties have negotiated a stipulated settlement agreement which this Court has approved. That settlement agreement, attached, is hereby incorporated in full (including all of the settlement agreement's attachments) into this Order.

Pursuant to the terms of the parties' settlement agreement, the parties shall resolve any and all claims, disputes, or other matters in controversy arising out of the settlement agreement, or the breach, implementation, or performance of it, according to the procedures set forth in the settlement agreement. If, after negotiating in good faith and following those procedures, the parties are unable to reach a resolution, any party may file an appropriate motion with the Court in this matter.

The parties' settlement agreement is contingent upon the Idaho Department of Health and

Welfare receiving adequate funding, appropriations approvals, and authority from the Idaho Legislature and necessary approvals from the Centers for Medicare & Medicaid Services. Pursuant to the terms of the parties' settlement agreement, if any of those conditions fail to be met, the Plaintiffs retain all rights to enforce the terms of the settlement agreement, to enter into enforcement proceedings, or to withdraw their consent to the settlement agreement and revive any claims otherwise barred by operation of the settlement agreement. If any of the conditions fail to be met and the Plaintiffs elect to revive their claims, this case shall be returned to active status and the Defendants shall retain all rights, and all defenses shall be revived.

The parties' settlement agreement requires the Defendants to submit to this Court for approval a final plan to regularly test the Idaho Department of Health and Welfare's new resource allocation model and a final plan outlining processes and/or procedures regarding suitable representatives. The Defendants may file a motion for approval of either or both of those plans at any time. The settlement agreement further attaches a Budget Notice to be used during the Bridge Period, which the Court hereby approves as complying with due process.

The parties' settlement agreement does not affect or limit Plaintiffs' ability to move for leave to file amended or supplemental pleadings in this case outside the scope of the settlement agreement or not subject to the dispute resolution procedures in the agreement; or to file any other lawsuit, or to move for consolidation of any other lawsuit with this one, outside the scope of the settlement agreement or not subject to the dispute resolution procedures in the agreement; or to raise any claims for relief regarding future acts or omissions of Defendants outside the scope of the settlement agreement or not subject to the dispute resolution procedures in the agreement.

The parties' settlement agreement sets forth how and when the agreement shall terminate.

Upon termination of the settlement agreement pursuant to the settlement agreement's terms, the Plaintiffs' existing class action claims (claims for relief 1 through 6 in the Plaintiffs' amended complaint (Dkt. 148)) shall be dismissed with prejudice.

IT IS HEREBY ORDERED that based upon the stipulated settlement agreement, the Clerk of Court shall administratively terminate the class action claims (claims for relief 1 through 6 in the Plaintiffs' amended complaint (Dkt. 148)) in the above-entitled action in the Court records, without prejudice to the right of the parties to reopen the proceedings pursuant to the terms of the settlement agreement or this Order, for good cause shown for the entry of any stipulation or order, or for any other purpose required regarding implementation. Therefore, the class action claims are hereby terminated administratively, and this Court hereby retains jurisdiction over the class action claims to supervise and enforce the terms of the stipulated settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

IT IS HEREBY FURTHER ORDERED that the Budget Notice attached as Exhibit 4 to the parties' settlement agreement filed in this case is hereby approved, and the terms of the preliminary injunction entered in this case on March 25, 2014 in the Court's Memorandum Decision and Order (Dkt. 130) is vacated.

IT IS HEREBY FURTHER ORDERED that upon termination of the settlement agreement, the class-wide claims contained in counts 1 through 6 of Plaintiffs' Amended Consolidated Class Action Complaint (Dkt. 148) shall be dismissed with prejudice.

The individual claims, contained in counts 7 through 10 in Plaintiffs' amended complaint (Dkt. 148), remain unresolved and are set to proceed to trial in this matter.

//end of text//