

============================================================

December 5, 2016

U.S. COURTS

DEC 1 2 2016

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Judge B. Lynn Winmill
U.S. District Court
550 West Fort Street
Boise, Idaho    83702

Dear Judge Winmill:

I am writing this letter on behalf of my client, Jesse Martin, who is a developmentally delayed man who also has Bi-polar disease. He has participated in services at Panhandle Special Needs and SL Start for many years. He has also worked at the Sheltered Workshop at Panhandle Special Needs. He turned 65 this past September and is being forced into retirement in August 2017, when his annual plan is due, to make room for younger consumers that have been on the work services waiting list.

Due to Jesse's need to be involved in the community so he can feel productive and socialize with his peers work services will need to be replaced with Adult Day services or other programs for the Developmentally Delayed. His new budget may well exceed his highest budget since July 2011. Jesse and his providers, including this Targeted Service Coordinator, disagree with the way the service budgets are being determined during the "Bridge period" until K.W. v. Armstrong is completely settled. Service budgets should be determined by current need and not past needs and budgets. We are requesting that you consider the need for these developmentally delayed individuals to have all services that will enhance the quality of their lives without having to appeal budgets.

Sincerely,

Colleen K Mooney, LSW
Colleen Mooney, LSW
Targeted Service Coordinator
208-290-7637

**"Every Cloud Has A Silver Lining, We Can Help You Find Yours"**
**PO Box 1550   Coeur d'Alene, Idaho  83816   Phone 208.772.3116   Fax 208.772.7677**