K.W. v.Armstrong. Objection to settlement

Judge B Lynn Winmill

U.S. District Court

December 22, 2016

U.S. COURTS
DEC 27 2016
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Your Honor:

   I have a few items I would like you to consider regarding this settlement. I have an adult son with Downs Syndrome. He is now 47. We have been through the system of being dropped down to $1000 per year budget to attend a DDA. I have also been through the appeal process and felt I was treated poorly and unfairly.

1. I think that age discrimination should not be tolerated.. I did feel that way going through the appeal process. They were always bringing up his age.

2. I think that when filling out the Sib R, you should have access to the answers that you put in the previous time which was 3 years ago. They put your answers on paper and later input them into the computer. I also think that the TSC should have input in the answers. Parents have a tendency to "brag" which becomes detrimental to the results. So much information they enter is a big secret from the parents or guardian. You don't have a chance for a discussion. They just want a short answer from you but they then can enter whatever they want into the computer. I think when we walk out of the meeting we should have copies of the Sib R answers and any other papers or information from that day. The answers that she puts on paper may not be the one entered into the computer.

3. The appeal process I went through was by phone. There were 4 or 5 on the other end of the conversation. It was very intimidating. There was whispering on the other end and answers to my questions seemed like prepared or "canned" answers. I had no chance at all against the system. It was just a matter of formality and a slam dunk for them. I think the meetings should be face to face. Representatives who will now help us through this process must be well trained and have a knowledge of the client they are representing. Every client is a different story. Not all Downs Syndrome adults are the same . I am not so sure people that are making these decisions regarding the budget have a good knowledge of the disabilities. Just because you have a degree and letters behind your name does not make you an authority on what it takes to care for a disabled child or adult. You need to walk in our shoes.

4. I hope that the lawyers will take an active roll in the development of a new tool. I do feel each case needs to be looked at individually and this new tool is not a black and white system and we are all back to square one again. The secrecy must go away.

5. There needs to be some sort of assurance that when the economy is not as good, the disabled are not first on the list to take the cuts.

   I thank you for all your time and effort going through this process the past few years. Thanks for listening to me. If you have any further questions, please give me a call.

Sincerely,

*Juliann McBride*

Juliann McBride

Mother/ guardian   208 362 2462

4854 Kachinas Avenue

Boise, Idaho 83709