| | |
|---|---|
| Richard Alan Eppink | James M. Piotrowski |
| reppink@acluidaho.org | Marty Durand |
| Idaho State Bar no. 7503 | **HERZFELD & PIOTROWSKI, LLP** |
| **AMERICAN CIVIL LIBERTIES UNION** | P.O. Box 2864 |
| **OF IDAHO FOUNDATION** | 824 W. Franklin |
| P.O. Box 1897 | Boise, Idaho  83701 |
| Boise, Idaho  83701 | (208) 331-9200 |
| (208) 344-9750, ext. 1202 | (208) 331-9201 (fax) |
| (208) 344-7201 (fax) | |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| | (lead case) |
| Plaintiffs, | |
| | **NOTICE OF THE DEATH** |
| vs. | **OF A PLAINTIFF** |
| | |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| | |
| Defendants. | |
| | |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
| | |
| Plaintiffs, | |
| | |
| vs. | |
| | |
| RICHARD ARMSTRONG, *et al.*, | |
| | |
| Defendants. | |

Plaintiffs' counsel has received information that plaintiff N.R. has died.  Plaintiffs' counsel accordingly suggests the death of N.R. on the record.

NOTICE OF THE DEATH OF A PLAINTIFF – Page 1

DATED this 6th day of February, 2017.

/s/ Richard Alan Eppink
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Clay Smith
clay.smith@ag.idaho.gov
Cynthia Lin Yee-Wallace
cynthia.wallace@ag.idaho.gov
Scott Zanzig
scott.zanzig@ag.idaho.gov
Brian Church
brian.church@ag.idaho.gov
*Attorneys for Defendants*

DATED this 6th day of February, 2017.

/s/ Richard Alan Eppink