UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare; PAUL LEARY, in his official capacity as Medicaid Administrator of the Idaho Department of Health and Welfare; and the IDAHO DEPARTMENT OF HEALTH AND WELFARE, a department of the State of Idaho,<br><br>　　　　　Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**ORDER** |
| TOBY SCHULTZ, et al.<br>　　　　Plaintiffs,<br>　v.<br>RICHARD ARMSTRONG, et al.,<br>　　　　Defendants. | Case No. 3:12-CV-58-BLW |

Finding good cause therefore, and pursuant to agreement of the parties,

NOW THEREFORE IT IS HEREBY ORDERED, that the Joint Motion to Amend/Correct Class Action Settlement Agreement (docket no. 335) is GRANTED.

IT IS FURTHER ORDERED, that the Class Action Settlement Agreement (docket no. 306-1) is hereby AMENDED such that Sections V.B.5.a and b are amended

consistent with the terms and agreements set forth in Exhibit A (docket no. 335-1), fully incorporated herein by reference.

IT IS FURTHER ORDERED, that the proposed Notice (docket no. 335-2), and the proposed process for mailing the Notice, are APPROVED. The Notice shall state that any objections must be mailed on or before March 31, 2018, and that the Court will hold a hearing on any objections on April 23, 2018, at 11:00 a.m. in the Federal Courthouse – in Courtroom #3 of Chief Judge B. Lynn Winmill – in Boise, Idaho.

DATED: February 15, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge