IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al*, <br><br>　　　　　　　Plaintiffs, <br>vs. <br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al*., <br><br>　　　　　　　Defendants. <br>_____ <br>TOBY SCHULTZ, *et al*., <br><br>　　　　　　　Plaintiffs, <br>vs. <br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al*., <br><br>　　　　　　　Defendants. | Case No. 1:12-cv-00022-BLW <br>(lead case) <br><br><br>Case No. 3:12-cv-00058-BLW <br><br><br>**ORDER GRANTING JOINT MOTION TO MODIFY AMENDMENT 1** |

Finding good cause therefore, and pursuant to the agreement of the parties,

NOW THEREFORE IT IS HEREBY ORDERED that the Joint Motion to Modify Amendment 1 (Dkt. 351) is GRANTED.

IT IS FURTHER ORDERED, that the Class Action Settlement Agreement (Dkt. 306-1) is hereby AMENDED consistent with the terms and agreements set forth in Exhibit A (Dkt. 351-1), which is fully incorporated herein by this reference.


DATED: April 11, 2019

_____
B. Lynn Winmill
United States District Judge