LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA YEE-WALLACE, ISB #6793
cynthia.wallace@ag.idaho.gov
BRIAN V. CHURCH, ISB #9391
brian.church@ag.idaho.gov
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W., *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>Defendants. | Case No. 1:12-cv-00022-BLW (lead case) |
| TOBY SCHULTZ, *et al.*,<br><br>Plaintiffs,<br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br>Defendants. | Case No. 3:12-cv-00058-BLW<br><br>**DECLARATION OF CYNTHIA YEE-WALLACE IN SUPPORT OF MOTION FOR EXTENSION TO RESPOND TO DKT. 353** |

I, Cynthia Yee-Wallace, declare as follows:

1. I am one of the attorneys of record for the Defendants in this case and I make this declaration based upon my own personal knowledge.

2. From September 2016 through December 2016, the Idaho Department of Health and Welfare ("DHW") immediately began exploring how to encourage the most community engagement with the actual adults and family members who receive adult developmental disability ("DD") Medicaid waiver services, while DHW developed the new resource allocation model. DHW met with the Idaho Council on Developmental Disabilities ("ICDD"), an independent federal-state entity that advocates for Idahoans with developmental disabilities ("DD") regarding how to engage adults and family members in the settlement agreement process. Together, DHW and ICDD formed a collaborative stakeholder group called Community NOW! in December 2016.

3. Community NOW! brings together adults with DD and their family members, along with DHW staff and administrators, family advocates, providers, advocacy groups, and other stakeholders to meet on a regular basis to discuss, among other things, items that are part of the settlement agreement. The Idaho Attorney General's Office and class counsel from the American Civil Liberties Union have participated in Community NOW! meetings since its inception, and continue to do so through the present date. Community NOW! was designed and implemented to ensure adults with DD and their family members have the lead voice, albeit the most important voice, with respect to providing input on any changes to DD services and the settlement agreement.

4. Plaintiffs' motion to enforce alleges one instance of noncompliance with the settlement agreement: DHW's inability to implement the new resource allocation model by the

24- or 36-month deadline. (Dkt. 353-1 at 11.) Plaintiffs ask the Court to order Defendants to complete the new model within four months (120 days), among other things. (*Id.* at 12.)

5. Defendants need until January 10, 2020 within which to respond to Plaintiffs' motion to enforce. This extension will allow Defendants the opportunity to discuss the relief requested by Plaintiffs with Community NOW! and other interested stakeholders to inform the Court's decision on this motion. There is a meeting scheduled with Community NOW! on November 12, 2019 to discuss Plaintiffs' motion, and meetings with other interested stakeholders will take place in November 2019.

6. In addition, other than uncontested motions to amend the settlement agreement, this is the first time the parties have been back before the Court with respect to the status of the parties' settlement efforts. Significant work has occurred by DHW in the last three years in complying with the settlement agreement and Defendants intend to provide the Court with a comprehensive status report on these efforts. This will require coordination and obtaining information from a number of individuals and entities.

7. After obtaining input from class members and other community stakeholders, and gathering the information necessary to give the Court a status report on settlement efforts to date, Defendants will need adequate time to brief its response to the motion to enforce. As a result, an extension to January 10, 2020 is necessary.

8. On October 25, 2019, Defendants asked class counsel, Molly Kafka and James Piotrowski, whether Plaintiffs would consent to the foregoing extension in order to allow Defendants to obtain input about their motion from Community NOW! and other interested community stakeholders, and to give Defendants adequate time to respond to the motion. According to class counsel, Plaintiffs do not consent to this request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 28, 2019.

/s/ *Cynthia Yee-Wallace*
CYNTHIA YEE-WALLACE
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
reppink@acluidaho.org

James Piotrowski
james@idunionlaw.com

Marty Durand
marty@idunionlaw.com

Molly Kafka
mkafka@acluidaho.org

/s/ *Cynthia Yee-Wallace*
CYNTHIA YEE-WALLACE
Deputy Attorney General