LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CYNTHIA L. YEE-WALLACE, ISB #6793
cynthia.wallace@ag.idaho.gov
BRIAN V. CHURCH, ISB #9391
brian.church@ag.idaho.gov
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | ) |
|     Plaintiffs, | ) Case No. 1:12-cv-00022-BLW |
| vs. | ) (lead case) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | ) Case No. 3:12-cv-00058-BLW |
|     Defendants. | ) **NOTICE OF FILING DVD CONTAINING EXHIBITS** |
| TOBY SCHULTZ, *et al.*, | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | ) |
|     Defendants. | ) |

NOTICE OF FILING DVD CONTAINING EXHIBITS - 1

Defendants hereby notify the Court and counsel that they have submitted one DVD, containing video recordings of the October 29, 2019 meeting at the Idaho Council on Developmental Disabilities, and the November 12, 2019 Community NOW! meeting, which are Exhibits 3 and 6 to the Second Declaration of Cynthia Yee-Wallace in Support of Amended Motion to Respond to Dkt. 353, Motion for Clarification, and Motion to Allow Limited Discovery to the Clerk for filing.

DATED:  November 18, 2019.

> STATE OF IDAHO
> OFFICE OF THE ATTORNEY GENERAL
>
>
> By:  /s/ *Cynthia Yee-Wallace*
>     CYNTHIA YEE-WALLACE
>     Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Richard Alan Eppink<br>reppink@acluidaho.org | James Piotrowski<br>james@idunionlaw.com |
| Marty Durand<br>marty@idunionlaw.com | Molly Kafka<br>mkafka@acluidaho.org |

>  /s/ *Cynthia Yee-Wallace*
>     CYNTHIA YEE-WALLACE
>     Deputy Attorney General