**United States Courts**
James A. McClure Federal Building and Courthouse
550 W. Fort St.
Boise, ID 83724

OFFICIAL BUSINESS

BOISE ID 837

ZIP 83724
011D11635938

U.S. COURTS

JUL 08 2020
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Darrin Kennedy
812 E 1st Avenue
Post Falls, ID 83854

NIXIE       992   DE 1        0007/05/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 83724           *1336-13656-25-37

Case: 1:12cv22      Document(s):  407

Darrin Kennedy
812 E 1st Avenue
Post Falls, ID 83854

------------------------------------------------------------

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW (lead case) |
| Plaintiffs, | |
| | **ORDER EXTENDING DEADLINE** |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |
| TOBY SCHULTZ, *et al.*, | Case no. 3:12-cv-00058-BLW |
| Plaintiffs, | |
| vs. | |
| RICHARD ARMSTRONG, *et al.*, | |
| Defendants. | |

For good cause appearing,

NOW THEREFORE IT IS HEREBY ORDERED, that plaintiffs' Motion (Dkt. 406), is GRANTED. Plaintiffs reply to the Motion for ADR (Dkt. 391) is due on July 6, 2020.

DATED: June 25, 2020

B. Lynn Winmill
United States District Judge

ORDER EXTENDING DEADLINE – Page 1