Richard Alan Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
1020 W. Main, Suite 440
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW (lead case) |
| Plaintiffs, | |
| vs. | **NOTICE OF THE DEATH OF ANOTHER PLAINTIFF** |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* | |
| Defendants. | |

Class counsel has received information that plaintiff E.L. has died.  Counsel accordingly suggest the death of E.L. on the record.

DATED this 9th day of March, 2021.

/s/ Richard Alan Eppink
Attorney for Plaintiffs

NOTICE OF THE DEATH OF ANOTHER PLAINTIFF – 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Brian Church
brian.church@ag.idaho.gov

*Attorneys for Defendants*

DATED this 9th day of March, 2021.

/s/ Richard Eppink

NOTICE OF THE DEATH OF ANOTHER PLAINTIFF – 2