U.S. COURTS

AUG 0 4 2021
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

12-CV-22

Hon. B. Lynn Winmill
US District Court
550 West Fort St.
Boise, ID 83702

2401 S Apple St
Apt F107
Boise, ID 83706

RE: Matter of KW vs Armstrong

Dear Judge Winmill:

I believe the fee the attorneys have requested is too low. I encourage you to double it--to send a message to those in state government who make decisions with no thought to the emotional and financial discomfort of those they will affect.

I write because I received a letter suggesting that I might write to you about attorneys' fees in the KW vs Armstrong matter. In that letter it was suggested that if I did not object to these fees, that I didn't need to do anything. I do not object--quite the contrary--but I am writing anyway. I also think the structure of the letter I received is wildly misleading. Some will look at a number for fees--any number--and object, because they don't know what is behind it. They couldn't even include the number of hours, or number of attorneys who worked to earn these fees? Or the time they have waited for payment?

Mr. Armstrong put numerous people in emotional turmoil when he directed his staff to issue the letters that drastically cut their Medicaid benefits for no sensible reason. My son and I are two of those people. For the first time in my life in Boise I attended the court session in which Atty Eppink outlined the rules that Mr Armstrong broke. I was, and remain appalled at the response from the representative of Idaho's Attorney General who stumbled and stammered in defense of his client.

Leaving that session I realized that I would have to hire an attorney myself. I did, and have tracked the progress of this case ever since. In my retirement I had to work three months to pay that bill.

Thank you for your attention to this matter. And thank you for your service to us here in Idaho.

Very truly yours,

Michael Lynott
208 866 1595



Michael J Lynott
2401-S Apple St Apt F107
Boise, ID 83706

U.S. MARSHAL
[illegible]

AUG 0 4 2021

[illegible]

Judge B. Lynn Winmill
US District Court
550 W. Fort St
Boise ID 83702



BOISE ID 837
02 AUG 2021 PM 1 T