RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB # 11860
Chief of Civil Litigation & Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

     Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.,* | ) Case No. 1:12-cv-00022-BLW |
| | ) (lead case) |
|      Plaintiffs, | ) |
| vs. | ) Case No. 3:12-cv-00058-BLW |
| | ) |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.,* | ) **MOTION TO PRECLUDE DISSEMINATION OF THE SIS-A USER'S MANUAL TO CLASS MEMBERS** |
| | ) |
|      Defendants. | ) |
| | ) |

     Defendant Department of Health and Welfare ("the Department") hereby

moves this Court for an Order prohibiting dissemination of the SIS-A User's Manual

to Class Members.

Dated: March 7, 2023.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Alan W. Foutz*
    LINCOLN DAVIS WILSON
    ALAN W. FOUTZ
    BRIAN V. CHURCH
    Deputy Attorneys General

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink                              James Piotrowski
reppink@acluidaho.org                           james@idunionlaw.com

Marty Durand
marty@idunionlaw.com


                                        /s/ *Alan W. Foutz*
                                        ALAN W. FOUTZ
                                        Deputy Attorney General