# EXHIBIT A
to the Memorandum in Support of Motion to Preclude Dissemination of the SIS-A User's Manual to Class Members

Liberty Healthcare Corporation
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

**ELIGIBILITY/BUDGET NOTICE – ANNUAL / TRADITIONAL / NO VERIFICATION (AN 1)**

[INSERT DATE THAT THE NOTICE WILL BE MAILED]

[Participant Name]
[Mailing Address]
[City, State, Zip]

Dear [Participant's Name]:

You are receiving this notice because you requested adult developmental disability (DD) services from the Idaho Department of Health and Welfare's Division of Medicaid (Department). The following decisions apply to the upcoming plan year beginning [insert plan start date] through [insert plan end date].

This notice includes the following sections:

- Eligibility Decision
- Budget Decision
- Budget Modification Information
- Submitting a Plan of Service
- Appeals Information

This notice also includes five (5) attachments with important additional information.

## ELIGIBILITY DECISION

The Department reviewed your application, supporting documentation (including a physician's history and physical, medical social and developmental history, cognitive testing (if any), and relevant documentation of medical and/or behavioral needs), and your scores from the Vineland Adaptive Behavior Scales (Vineland) functional assessment.

Based on this information the Department has determined that:

- You MEET the developmental disability criteria under Section 66-402 of the Idaho Code and IDAPA 16.03.10.501; and

- You MEET the Intermediate Care Facility for Persons with Intellectual Disabilities (ICF/ID) Level of Care criteria under IDAPA 16.03.10.584.

**You have qualified to receive Adult DD State Plan services and Adult DD Waiver services for the upcoming plan year.**

ATTACHMENT 1 of this notice includes your Vineland functional assessment results.

Liberty Healthcare Corporation
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

The law says you may appeal this decision.  Instructions about how to appeal are provided in the "APPEALS INFORMATION" section below.

## BUDGET DECISION

The way the Department determines budgets has changed. Starting on January 1, 2024, budgets are determined using a new budget model. This is why your budget notice may look very different than the budget notice you have seen before.

The new budget model uses the Supports Intensity Scale—Adult (SIS-A) as the assessment of your support needs. The Department will continue assessing your needs using the SIS-A in the future. Important information about your SIS-A is in ATTACHMENT 2 to this notice.

Your budget under the new budget model is based on your chosen **service mix** and assigned **support level**. Important information about how the Department determines budget using the new model is in ATTACHMENT 3 to this notice.

**Service mix** is another way to say how you choose to get services. The assessor asked if you wanted to use traditional waiver services or if you wanted to self-direct your services. The assessor also asked what supports you want in your home, if any. The information you shared is what decided which service mix applies to you.

The results of the SIS-A tell us what **support level** you are assigned to. There are three support levels (Level 1, Level 2, and Level 3) based on your responses to the SIS-A. Two additional levels, Level M and Level B, exist for participants who have Extraordinary Medical (Level M) and Extraordinary Behavioral (Level B) needs. Participants are assigned to Level M or B through a process called Verification Review. If you requested Verification Review but did not quality for Level M or B, the Department uses the results of the SIS-A to assign you to Level 1, 2, or 3.

The budget determined using your chosen service mix and assigned support level is provided below. This budget is called your "Advisory Budget". The Department is doing more work to understand the way the new budget model will impact participants. To make sure everyone can still get what they need while this work continues you will be able to access your 2023 budget for about two more years if it is higher than your Advisory Budget. This budget is called your "Transition Budget" and should look the same as the KW Budget you used to receive.

There are three important terms to know about your budget:

- The budget determined using the new budget model is called your "**Advisory Budget**"

- The highest budget you were assigned between December 31, 2022 and December 31, 2023 is called your **"Transition Budget"**

Liberty Healthcare Corporation
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

- Whichever one is higher will be your **"Assigned Budget"** for the upcoming plan year.

Remember:
- All existing program requirements (including those in IDAPA 16.03.10.507) must be met for services to be prior authorized.

- Transition Budgets are not permanent, and their availability will end December 31, 2025.

At your assessment you informed the assessor that you would like to access **traditional** waiver services. You also told your assessor what kind of support you wanted to receive in your home.  As a result, you have been assigned to the **[insert service mix name]** service mix.

You have been assigned to **[insert support level]** based on the results of your Supports Intensity Scale-Adult (SIS-A) functional assessment. You did not request to go through the verification process to determine if you have an extraordinary medical or behavioral support need and therefore have not been assessed for possible inclusion in Levels M or B.

ATTACHMENT 2 of this notice includes details about how your level was decided and your SIS-A Family Friendly Report.

If this is the first budget notice you have received under the new budget model, please see the section entitled "How SIS-A Budgets Differ From SIB-R Budgets" (immediately following the Family Friendly Report in Attachment 2 for an explanation of the difference between budgets calculated under the old model and budgets calculated under the new model.

If you have already received a budget notice under the SIS-A, and your current budget notice is lower than the one you received earlier, please see the section entitled "New Budget Change" (immediately following the Family Friendly Report in Attachment 2 for an explanation of why this budget is lower than the SIS-A budget you received earlier.

**Liberty Healthcare Corporation**
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

If you disagree with your support level assignment, you may appeal your SIS-A functional assessment results and request a hearing.  Instructions about how to appeal are provided in the "APPEALS INFORMATION" section below.

---

**Your Advisory Budget for the upcoming plan year is [insert $ Amount] based on your assigned service mix and support level.** This budget is divided into three subcategories as follows:

| Subcategory | Amount |
|---|---|
| Residential Supports | [insert $ Amount] |
| Discretionary Supports | [insert $ Amount] |
| Planning Supports | [insert $ Amount] |

Your **Transition Budget** is [insert $ Amount]. This amount reflects the highest budget you were assigned between December 31, 2022 and December 31, 2023.

Therefore, your **Assigned Budget** for the upcoming plan year is [insert higher of advisory or Transition budget amount].

---

ATTACHMENT 3 of this notice includes details about how your Advisory Budget was decided and how the budget subcategories may be used.

If you disagree with your Assigned Budget amount (but agree with your assigned support level):

- You may request a budget modification (without an appeal) when you submit your plan of service to the Department.  Instructions about how to request a budget modification are provided in the "BUDGET MODIFICATION INFORMATION" section below;

    -- OR --

- You may appeal the budget amount prior to submitting a plan of service and request a hearing. Instructions about how to appeal are provided in the "APPEALS INFORMATION" section below.


## BUDGET MODIFICATION INFORMATION

Your Assigned Budget amount may be increased without an appeal, if:

- You submit a plan of service that includes designated health, safety and employment services and show that you meet the service-specific criteria to use that service; or

- You submit a plan of service that includes residential or discretionary services that exceed your budget and show that the services meet a health or safety need.  If you have a health or

Liberty Healthcare Corporation
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

safety need, you can fill out and return a "Health Risk Form" and/or "Safety Risk Form," when you submit your plan of service to the Department.

ATTACHMENT 4 of this notice includes details about the designated "health, safety and employment" services, definitions of "health and health risk" and "safety and safety risk;" and copies of the "Health Risk Form" and "Safety Risk Form."

Instructions about how to submit a service plan are provided in the "SUBMITTING A PLAN OF SERVICE" section below.  Your targeted service coordinator/plan developer can tell you more about how you can request a budget modification.


## SUBMITTING A PLAN OF SERVICE

**You must submit a service plan to the Idaho Department of Health and Welfare by [insert due date] to begin receiving services.**  This plan may include your budget modification requests.

After the Department reviews your proposed plan, you will receive a separate Service Plan Notice telling you whether the proposed plan is fully approved, approved in part, or denied.  Instructions about how to appeal a service plan decision will be included in that notice.


## APPEALS INFORMATION

To appeal the eligibility decision or budget decision included in this notice and request a hearing, fill-out and send the **Appeal Request Form within twenty-eight (28) days of this Notice, by [insert due date]**.

ATTACHMENT 5 of this notice includes details about your appeal rights, how to request an Appeal, and the Appeal Request Form.

**You can get services using your Assigned Budget while you are waiting for a decision in your appeal**. At the same time you appeal, you can submit a service plan using your **Assigned Budget**. The Department will approve your plan as long as it meets prior authorization requirements, is medically necessary and within your **Assigned Budget**.

You have the right to handle an appeal on your own or to get help from another person of your choice (e.g., an "appeal assistant" or attorney). More information about how to get help with an appeal is provided in Attachment 5.

If you have any questions about this Notice, please contact the Department at (866) 702-5212 or the Liberty assessor at the number listed below.

Liberty Healthcare Corporation
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

Sincerely,


[Insert Assessor Name], Assessor [insert telephone number]
Contact Liberty toll-free at (877) 305-3469

cc:      Guardian
        Targeted Service Coordinator
        Care Manager

**Liberty Healthcare Corporation**
THE FREEDOM TO SUCCEED™
**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

**Attached Documents:**

ATTACHMENT 1 of this notice includes your Vineland functional assessment results. The Vineland is the tool that helped to determine your eligibility for services.

ATTACHMENT 2 of this notice includes details about how your level was decided and your SIS-A functional assessment results. The SIS-A determined your support level.  If this is your first budget notice under the SIS-A, please see the section "How SIS-A Budgets Differ From SIB-R Budgets" immediately following your Family Friendly Report for an explanation of the difference between budgets calculated under the old model and budgets calculated under the new model. If you have already received a budget notice under the SIS-A, and your current budget notice is lower than the one you received earlier, the section entitled "New Budget Change" immediately following your Family Friendly Report provides details about why your support level is lower than the support level given from your earlier SIS-A assessment.

ATTACHMENT 3 of this notice includes details about how your budget was decided and how the budget subcategories may be used.

ATTACHMENT 4 of this notice includes details about the designated "health, safety and employment" services, definitions of "health and health risk" and "safety and safety risk;" and copies of the "Health Risk Form" and "Safety Risk Form."

ATTACHMENT 5 of this notice includes details about your appeal rights, how to request an Appeal, and the Appeal Request Form.

**For More Information:**
The documents in this envelope include all the information that was used to assign your budget. More information, including citations to the laws and regulations affecting your budget include:

1. Federal regulations about appeals, prompt and accurate responses: Code of Federal Regulations, Title 42, sections 431.200 through 431.246

2. Idaho laws related to disabilities:

   a. Idaho Code sections 66-402(5) and 56-255(3)(e)(ii)

   b. Intermediate Care Facilities for People with Intellectual Disabilities—Medicaid Enhanced Plan rules (Idaho Administrative Code 16.03.10.584)

3. Medicaid Enhanced Plan rules (Idaho Administrative Code 16.03.10)

4. Consumer-Directed Services rules (Idaho Administrative Code 16.03.13)

5. Annual Assessment and Budget Notification Regulations: Code of Federal Regulations, Title 42, section 441.302(c), and Idaho Administrative Code 16.03.10.510 and 16.03.13.190

6. Federal regulations about repayment of benefits: Code of Federal Regulations, Title 42, section 431.230(b)

Code of Federal Regulations: http://www.ecfr.gov



**Idaho Independent Assessment Services Program**
8850 W. Emerald St. – Suite 164 | Boise, ID 83704 | 208.258.7980 | FAX: 208.258.7985

Idaho Code: https://legislature.idaho.gov/statutesrules/idstat/

Idaho Administrative Code ("IDAPA"): https://adminrules.idaho.gov/rules/current/


Help in understanding your assigned budget or these statutes or rules is always available through the Department of Health and Welfare at (866) 702-5212.

# **ATTACHMENT 1**

## **Your Vineland Functional Assessment Results**

# ATTACHMENT 2

# How Support Levels Are Decided and Your Family Friendly Report

Each participant is assigned to one of five support levels. Each level groups together participants with similar amounts of support need. If a participant meets the criteria for more than one support level they will be assigned to the highest level they meet the criteria for. Each participant is placed into only one level.

If you were to add together the individual numbers selected when the SIS-A assessment was completed, you would get a "raw score" for each portion of Section 2 of the SIS-A. However, these raw scores are changed into "Standard Scores" so that this information can be compared across the different subscales and to make it possible for seeing how a person's support needs measure against the support needs of others. Converting these scores is done automatically within the electronic system used to capture the assessment information (SISOnline). The Department is not responsible for changing the Raw Scores to Standard Scores. Additional information on how raw scores are converted to standard scores can be found at the Department's My Choice Matters website at [insert MCM web page location of document entitled "Your SIS-A Standard Score"].

Standard Scores from the (SIS-A) are used to place participants into Levels 1, 2, or 3.

Combined Subscale Score Criteria:

|  | Section 2 Subscale Sum Score | Standard SNI Score |
|---|---|---|
| Level 1 | Up to 53 | Up to 88 |
| Level 2 | 54-79 | 89-108 |
| Level 3 | 80 and higher | 109 and higher |
| Level M | Any (verification required) | Any (verification required) |
| Level B | Any (verification required) | Any (verification required) |

Participants are assigned to Levels M or B based on their verified extraordinary support need.

- Participants who have verified extraordinary medical support need are assigned to Level M.

- Participants who have verified extraordinary behavioral support need are assigned to Level B.

- Participants who meet the criteria for both Levels M and B are assigned to the level that the verification team identifies is the primary driver of their increased support need.

Additional information on how the cutoff levels for levels 1, 2, and 3 were determined can be found on pages 32 – 35 of the Resource Allocation Final Report, which can be found at the Department's My Choice Matters website at [insert  MCM web page location of HSRI's Resource Allocation Final Report].

To help you better understand the differences between support levels and the typical supports someone might need at each level the Department developed written descriptions known as Level Descriptions. These can be found at mychoicematters.idaho.gov under the Training and Information tab under the heading Information About Supports Budgets.

The SIS-A Family-Friendly Report is provided on the next page. This report provides the responses recorded by the assessor during the SIS-A assessment. This report can be used along with the information in this appendix to understand how your support level was assigned.

If this is your first budget notice under the SIS-A, please see the section "How SIS-A Budgets Differ From SIB-R Budgets" immediately following your Family Friendly Report for an explanation of the difference between budgets calculated under the old model and budgets calculated under the new model. If you have taken a SIS-A assessment before, and your current budget notice is lower than the one you received earlier, the section "New Budget Change" immediately following your Family Friendly Report provides details about why your support level is lower than the support level given from your earlier SIS-A assessment.

[Insert Family Friendly Report]

[Insert "How SIS-A Budgets Differ From SIB-R Budgets" Document (shown below)
or
New Budget Change Document (shown below).]

# <u>How SIS-A Budgets Differ From SIB-R Budgets</u>

This is the first budget you will get under the new budget model. Below we will explain the differences between the old budget tool and new budget model.

The Department stopped using the old budget tool that had two separate parts:
1. Scales of Independent Behavior – Revised (SIB-R)
2. Inventory of Individual Needs (IIN).

The new budget model uses information collected within the SIS-A and a verification process.

The SIS-A and the SIB-R are very different tools.
- The SIB-R measured a person's limitations. The SIB-R results were analyzed by a complex program that gave the level and type of support a person needed based on their impairments.
- The SIS-A measures the nature, type, and intensity of the supports that a person needs to be successful in their community.

It is very difficult, maybe impossible, to compare these two assessment systems because they measure different things.

The budget you get with the SIS-A will likely be different from the one you got under the SIB-R because they were developed in very different ways.

One of the reasons the Department chose the SIS-A was because it is easier to understand. Information from the old SIB-R was fed into another complex mathematical program to get the budget. This made it very hard to understand how a budget was calculated.

The SIS-A uses ratings from 0 to 4 to understand the type of support someone needs, how often someone needs such help, and how much time is needed in each area. Also, instead of using a statistical program to get to a budget the Department built these budgets by figuring out the type and amount of services that people will likely use based on the:
- The way they choose to receive their supports and the type of residential supports they want to receive (also known as their Service Mix)
- The amount of support they need, as assessed by the SIS-A and the verification process (also known as their Support Level)

You have been given:
- The name of the service mix you selected at the time of your assessment,
- The support level that was determined by your SIS-A and/or verification results
- A table explaining what services, in what amount, the Department determined you might use (called a model mix)

These three items together can help you to know exactly what your budget is and how it was decided.

# New Budget Change

## Why Your Advisory Budget is Lower

Your previous advisory budget was $_____.  Your most recent advisory budget is $_____.  Your advisory budget has changed because of one or more of the following reasons:

☐  SIS-A Changes-The responses to item(s) on the SIS-A have changed since your last SIS-A assessment.
☐  Verification Changes- The results of your Verification have changed since last year.
☐  Service Mix Changes- Your chosen service mix has changed since last year.
☐  Model Mix Changes- The model mix for your selected service mix and assigned support level have changed since last year.
☐  [Transition Budgets are no longer available. Assigned Budgets are now equal to Advisory Budgets.]

## SIS-A Changes
If the chart below is filled out, then there were changes in your Supports Intensity Scale – Adult ("SIS-A") score that changed your Calculated Budget. These responses were recorded by an assessor from Liberty Healthcare during an interview with respondents who know you well.

Your respondent(s)" this year was (were): _____.
Your respondent(s) at your previous SIS-A was (were): _____.

Below is a chart comparing the responses that changed between this assessment and your previous assessment:

| Question Number | Summary of Question | | Type of Support | Frequency | Daily Support Time | The reason for this change |
|---|---|---|---|---|---|---|
| | | Current Response | | | | ☐  Respondents agreed on this rating<br>☐  The assessor observed this change<br>☐  The assessor verified this change by the following method:<br>_____ |
| | | Previous Response | | | | ☐  Other reasons (i.e., other than changes to the SIS-A). If this box is checked the assessor must provide an explanation below. |

| Question Number | Summary of Question | ⬛ | Type of Support | Frequency | Daily Support Time | The reason for this change |
|---|---|---|---|---|---|---|
| | | Current Response | | | | ☐ Respondents agreed on this rating<br>☐ The assessor observed this change<br>☐ The assessor verified this change by the following method:<br>_____ |
| | | Previous Response | | | | ☐ Other reasons (i.e., other than changes to the SIS-A). If this box is checked the assessor must provide an explanation below. |
| Question Number | Summary of Question | ⬛ | Type of Support | Frequency | Daily Support Time | The reason for this change |
| | | Current Response | | | | ☐ Respondents agreed on this rating<br>☐ The assessor observed this change<br>☐ The assessor verified this change by the following method:<br>_____ |
| | | Previous Response | | | | ☐ Other reasons (i.e., other than changes to the SIS-A). If this box is checked the assessor must provide an explanation below. |

Other reasons: (assessor must explain if applicable)

As a result of these changes in responses to the items above your overall SIS-A standard score has changed. For an explanation for how raw scores are converted to standard scores see "Your SIS-A Standard Score" at [insert My Choice Matters web address].

| ⬛ | 2A | 2B | 2C | 2D | 2E | 2F | 2G | Sum of Subscales 2A-2G |
|---|---|---|---|---|---|---|---|---|
| Current SIS-A | | | | | | | | |
| Previous SIS-A | | | | | | | | |

The Subscales 2A-2G are then added together (or summed). This number is then converted to the Support Needs Index Score (SNI) through a process known as norming. Your SNI score can be found on your SIS-A Family Friendly Report. Your SNI Score is what determines your level assignment (Level 1-3). Changes in a support level affect your assigned budget.

| Level Assignment | Sum of Subscales 2A-2G | Standard SNI Score |
|---|---|---|
| Level 1 | Up to 53 | Up to 88 |
| Level 2 | 54-81 | 89-108 |
| Level 3 | 82 or higher | 109 or higher |
| Level M | Any | Any |
| Level B | Any | Any |

**<u>Verification Changes</u>**
Your advisory budget is determined by your assigned support level and your chosen service mix. Levels 1, 2, and 3 are assigned based on response to Section 2 of the SIS-A. Levels M and B are assigned based on a process known as Verification. The Verification Review Team (VRT) reviews information about your support needs that are maintained by the Department and those that you provide to determine if you meet the criteria to be included in Level M or B. The decision from the Verification Review Team was provided in this notice under the heading **<u>Verification Review Decision.</u>**  The VRT came to a different decision than the last time you went through Verification Review. This difference resulted in a change to your assigned Support Level and your advisory budget. Below is a summary of the decision the verification review team made on _____.

To compare this to their most recent decision turn to the **<u>Verification Review Decision</u>** section of this notice.

The Verification Review Team determined:
☐    You do not require extraordinary support for your medical or behavioral needs
☐    You do require extraordinary support due to your Chronic or Acute Medical Condition
☐    You do require extraordinary support due to your Criminal Convictions
☐    You do require extraordinary support due to your Predatory Sexual Activity
☐    You do require extraordinary support due to your Serious Aggressive Behaviors

On [insert the date the VRT met, which can be found in the progress notes from VRT], the Verification Review Team reviewed the information and documents listed below and determined you **[insert VRT decision]**.

The reasons for this finding are as follows:
• [Identify all reasons why Participant did or did not meet criteria.  Copy and paste paragraph(s) from the Verification Tab]

While you meet the criteria for both Levels M and B each participant is assigned to only one support level. The Verification Review Team assigned you to **[Level M, Level B]** as the following need was identified as the primary driver of your need for extraordinary support: [identify the primary driver of the need for extraordinary support and ensure it aligns with Level assignment].

The following documents maintained by the Department were reviewed as part of the verification request:

V 2022.03.01

- [Identify Department maintained documents reviewed by VRT in making the determination. Copy and paste from the Verification Tab].

The following information and documents submitted as part of the verification review request were also reviewed:
- [Identify all information and documents submitted and reviewed by VRT in making the determination. Copy and paste from the Verification Tab].


**<u>Service Mix Changes</u>**
Your advisory budget is determined by your assigned support level and your chosen service mix. At your assessment you informed the assessor that you would like to access [self-directed/ traditional waiver] services. You also told your assessor what kind of support you wanted to receive in your home.  As a result, you have been assigned to the [insert service mix name] service mix.

Previously, you selected the [insert service mix name] service mix. This change resulted in a change to your advisory budget. Below we have provided the model mix for your previously service mix. This can be compared to the model mix found in Attachment 3 of this notice to understand how the differences in the budgets were determined.

<b>Supported Living Supports<br>Model Mix</b>

Participants cannot transfer dollar amounts between subcategories, except as follows:
- Participants assigned to Support Levels 1, 2, or 3 may use discretionary dollars to purchase additional residential services, but will not be allowed to use residential dollars to purchase additional discretionary services.

- Participants assigned to Level M or B may use discretionary dollars to purchase additional residential services, and will also be allowed to use residential dollars to purchase additional discretionary services. The amount expended for discretionary services cannot exceed the total value of the discretionary supports budget for the supported living level 3 - $XXX.XX.

# ATTACHMENT 3

# How Your Advisory Budget Was Decided

Each participant is provided an Advisory Budget based on their assigned support level and the service mix they selected. Participants inform the assessor of their chosen service mix at the time of the assessment. Participants who are only eligible for State Plan HCBS services have only one choice of service mix.  If a participant has not selected a service mix when they are assessed a default service mix is used to provide a budget notice. A participant should notify the Department when they want to change their service mix. Your targeted service coordinator or support broker can complete the necessary form to make that change.

To arrive at the Advisory Budget, the Department identified the average type and amount of services participants in each service mix and level will use. This is called the "model service mix."  The reimbursement rate for each identified service is then multiplied by the number of annual hours in the model service mix. The annual costs for all included services are then totaled together to become that participant's budget. Self-Direction Advisory Budgets correspond closely to the model mix for their Traditional service mix counterpart.

Traditional Advisory Budgets are divided into three subcategories:

- <u>Residential Supports</u>- Portion of the budget designated for residential habilitation services. These funds can be used to purchase Supported Living or Certified Family Home Supports.

- <u>Discretionary Supports</u>- Portion of the budget designated to purchase a wide array of available Adult DD services intended to support skill development, community integration, and habilitative goals. Includes services such as: Community Habilitation, Non-Medical Transportation, Developmental Therapy, Career Planning, and Adult Day Health.

- <u>Planning Supports</u>- Portion of the budget designated to purchase Service Coordination and Plan Development.

Self-Directed Advisory Budgets are not divided into subcategories, however, each participant who self-directs must hire a Fiscal Employer Agent (FEA) to help manage certain fiscal elements of being the employer. $1,296.00 of each self-directed budget is designated to pay for FEA services.

Participants are not required to use their budget to purchase the specific services included in the model mix. Participants may also access designated health, safety, and employment services without using their Advisory Budget dollars.

A table detailing the model mix for your selected service mix <u>[insert service mix name here]</u> is provided on the following page.

# Supported Living Supports
# Model Mix

Participants cannot transfer dollar amounts between subcategories, except as follows:

- Participants assigned to Support Levels 1, 2, or 3 may use discretionary dollars to purchase additional residential services, but will not be allowed to use residential dollars to purchase additional discretionary services.

- Participants assigned to Level M or B may use discretionary dollars to purchase additional residential services, and will also be allowed to use residential dollars to purchase additional discretionary services. The amount expended for discretionary services cannot exceed the total value of the discretionary supports budget for the supported living level 3 - $XXX.XX.

******DRAFT TRADITIONAL SERVICE MIXES – BUDGET AMOUNTS NOT FINALIZED******
Draft Budgets Per Year Reflect the KW Base Implementation Budget Request (Note: Does Not Include Requested Rate Increases)
AMOUNTS MAY INCREASE OR DECREASE SUBJECT TO GOVERNOR AND LEGISLATIVE APPROVALS

| Supported Living Service Mix (PIR) | | | 1 | | 2 | | 3 | | M | | B | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Support Level | | | | | | | | | | | | |
| RESIDENTIAL BUDGET | Supported Living Residential Habilitation Services | Based on $30.15 Total Reimbursement Rate Per Staff Hour of Service and Group SL Staff to Participant Ratio of 1:1.84 | 365 days / SL Level 1 Per Diem / Per diem rate based on 14 hours/day (of group) | $83,752.90 | 365 days / SL Level 2 Per Diem / Per diem rate based on 18 hours/day (group) | $107,682.30 | 365 days / SL Level 3 Per Diem / Per diem rate based on 12 hours/day (group) 6 hours/day (individual) | $137,816.70 | 365 days / SL Level M Per Diem / Per diem rate based on 8 hours/day (group) 16 hours/day (individual) | $223,934.80 | 365 days / SL Level B Per Diem / Per diem rate based on 8 hours/day (group) 16 hours/day (individual) | $223,934.80 |
| DISCRETIONARY BUDGET | Adult Day Health | $11.16 / hour ($2.79/15-min) | 4 hours/week (for 50 weeks) | $2,232.00 | 7 hours/week (for 50 weeks) | $3,906.00 | 8 hours/week (for 50 weeks) | $4,464.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy/Center | $16.68 / hour ($4.17/15-min) | 5 hours/week (for 50 weeks) | $4,170.00 | 6 hours/week (for 50 weeks) | $5,004.00 | 6 hours/week (for 50 weeks) | $5,004.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy/Community | $25.04 / hour ($6.26/15-min) | 5 hours/week (for 50 weeks) | $6,260.00 | 7 hours/week (for 50 weeks) | $8,764.00 | 6 hours/week (for 50 weeks) | $7,512.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy Evaluation | $67.80 / hour ($16.95/15-min) | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Prevocational Individual | $59.20 / hour ($14.80/15-min) | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 |
| | Prevocational Group (1:3) | $19.72 / hour ($4.93/15-min) | 0 hours | $0.00 | 0 hours | $0.00 | 0 hours | $0.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Career Planning | $59.20 / hour ($14.80/15-min) | 1 hour/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 |
| | Community Habilitation Individual | $43.36 / hour ($10.84/15-min) | 3 hours/week (for 50 weeks) | $6,504.00 | 5 hours/week (for 50 weeks) | $10,840.00 | 7 hours/week (for 50 weeks) | $15,176.00 | 7 hours/week (for 50 weeks) | $15,176.00 | 7 hours/week (for 50 weeks) | $15,176.00 |
| | Community Habilitation Group (1:3) | $14.44 / hour ($3.61 /15-min) | 5 hours/week (for 50 weeks) | $3,610.00 | 6 hours/week (for 50 weeks) | $4,332.00 | 5 hours/week (for 50 weeks) | $3,610.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | **Total Hours Per Week:** | | 23 | -- | 33 | -- | 33 | -- | 9 | -- | 9 | -- |
| | Non-Medical Transportation | $0.56 per mile | 2000 miles / year | $1,120 | 2000 miles / year | $1,120 | 2000 miles / year | $1,120 | 2000 miles / year | $1,120 | 2000 miles / year | $1,120 |
| PLANNING BUDGET | Plan Development | $48.36 / hour ($12.09/15-min) | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 |
| | Service Coordination | $48.36 / hour ($12.09/15-min) | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 |
| TOTAL BUDGET | DRAFT Budget Per Year (if KW Base Implementation Budget Request Approved) | -- | -- | $114,004.06 | -- | $150,963.46 | -- | $181,057.86 | -- | $249,342.56 | -- | $249,342.56 |
| H, S, & E SERVICES | Additional Dollars Available for Designated Health, Safety, Employment Services | -- | -- | $TBD | -- | $TBD | -- | $TBD | -- | $TBD | -- | $TBD |

# Certified Family Home (CFH) Supports Model Mix

Participants cannot transfer dollar amounts between subcategories.

| | | | 1 | | 2 | | 3 | | M | | B | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| \*\*\*\*\*\*DRAFT TRADITIONAL SERVICE MIXES – BUDGET AMOUNTS NOT FINALIZED\*\*\*\*\*\* | | | | | | | | | | | | |
| Draft Budgets Per Year Reflect the KW Base Implementation Budget Request (Note: Does Not Include Requested Rate Increases) | | | | | | | | | | | | |
| AMOUNTS MAY INCREASE OR DECREASE SUBJECT TO GOVERNOR AND LEGISLATIVE APPROVALS | | | | | | | | | | | | |
| **Certified Family Home Service Mix (PIR)** | | | | | | | | | | | | |
| Support Level | | | 1 | | 2 | | 3 | | M | | B | |
| RESIDENTIAL BUDGET | Certified Family Home Residential Habilitation Services | $53.39 per day | 365 days | $19,487.35 | 365 days | $19,487.35 | 365 days | $19,487.35 | 365 days | $19,487.35 | 365 days | $19,487.35 |
| DISCRETIONARY BUDGET | Adult Day Health | $11.16 / hour ($2.79/15-min) | 4 hours/week (for 50 weeks) | $2,232.00 | 4 hours/week (for 50 weeks) | $2,232.00 | 5 hours/week (for 50 weeks) | $2,790.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy/Center | $16.68 / hour ($4.17/15-min) | 5 hours/week (for 50 weeks) | $4,170.00 | 5 hours/week (for 50 weeks) | $4,170.00 | 5 hours/week (for 50 weeks) | $4,170.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy/ Community | $25.04 / hour ($6.26/15-min) | 5 hours/week (for 50 weeks) | $6,260.00 | 5 hours/week (for 50 weeks) | $6,260.00 | 5 hours/week (for 50 weeks) | $6,260.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Developmental Therapy Evaluation | $67.80 / hour ($16.95/15-min) | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Prevocational Individual | $59.20 / hour ($14.80/15-min) | 0 hours | $0.00 | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 2 hours/week (for 50 weeks) | $5,920.00 | 2 hours/week (for 50 weeks) | $5,920.00 |
| | Prevocational Group (1:3) | $19.72 / hour ($4.93/15-min) | 0 hours | $0.00 | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $986.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | Career Planning | $59.20 / hour ($14.80/15-min) | 1 hour/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 2 hours/week (for 50 weeks) | $5,920.00 | 2 hours/week (for 50 weeks) | $5,920.00 |
| | Community Habilitation Individual | $43.36 / hour ($10.84/15-min) | 3 hours/week (for 50 weeks) | $6,504.00 | 4 hours/week (for 50 weeks) | $8,672.00 | 6 hours/week (for 50 weeks) | $13,008.00 | 17 hours/week (for 50 weeks) | $36,856.00 | 17 hours/week (for 50 weeks) | $36,856.00 |
| | Community Habilitation Group (1:3) | $14.44 / hour ($3.61 / 15-min) | 5 hours/week (for 50 weeks) | $3,610.00 | 7 hours/week (for 50 weeks) | $5,054.00 | 5 hours/week (for 50 weeks) | $3,610.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| | **Total Hours Per Week:** | | **23** | -- | **26** | -- | **29** | -- | **21** | -- | **21** | -- |
| | Non-Medical Transportation | $0.56 per mile | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 |
| PLANNING | Plan Development | $48.36 / hour ($12.09/15-min) | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 |
| | Service Coordination | $48.36 / hour ($12.09/15-min) | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 |
| TOTAL BUDGET | **DRAFT Budget Per Year** (if KW Base Implementation Budget Request Approved) | -- | -- | **$50,634.51** | -- | **$54,246.51** | -- | **$61,642.51** | -- | **$73,391.11** | -- | **$73,391.11** |
| H, S, & E SERVICES | Additional Dollars Available for Designated Health, Safety, Employment Services | | | $TBD | | $TBD | | $TBD | | $TBD | | $TBD |

V 2022.03.01

# Community Only Supports
# Model Mix

Participants cannot transfer dollar amounts between subcategories.

| | | 1 | | 2 | | 3 | | M | | B | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ******DRAFT TRADITIONAL SERVICE MIXES – BUDGET AMOUNTS NOT FINALIZED****** Draft Budgets Per Year Reflect the KW Base Implementation Budget Request (Note: Does Not Include Requested Rate Increases) AMOUNTS MAY INCREASE OR DECREASE SUBJECT TO GOVERNOR AND LEGISLATIVE APPROVALS | | | | | | | | | | | |
| **No Paid Residential Habilitation Supports Service Mix (PIR)** | | | | | | | | | | | |
| Support Level | | 1 | | 2 | | 3 | | M | | B | |
| **RESIDENTIAL BUDGET** — No In-home paid residential habilitation supports | | 0 days | $0 | 0 days | $0 | 0 days | $0 | 0 days | $0 | 0 days | $0 |
| Adult Day Health | $11.16 / hour ($2.79/15-min) | 4 hours/week (for 50 weeks) | $2,232.00 | 4 hours/week (for 50 weeks) | $2,232.00 | 5 hours/week (for 50 weeks) | $2,790.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| Developmental Therapy/Center | $16.68 / hour ($4.17/15-min) | 5 hours/week (for 50 weeks) | $4,170.00 | 5 hours/week (for 50 weeks) | $4,170.00 | 5 hours/week (for 50 weeks) | $4,170.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| Developmental Therapy/ Community | $25.04 / hour ($6.26/15-min) | 5 hours/week (for 50 weeks) | $6,260.00 | 5 hours/week (for 50 weeks) | $6,260.00 | 5 hours/week (for 50 weeks) | $6,260.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| Developmental Therapy Evaluation | $67.80 / hour ($16.95/15-min) | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 3 hours/year | $203.40 | 0 hours | $0.00 | 0 hours | $0.00 |
| Prevocational Individual | $59.20 / hour ($14.80/15-min) | 0 hours | $0.00 | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 2 hours/week (for 50 weeks) | $5,920.00 | 2 hours/week (for 50 weeks) | $5,920.00 |
| Prevocational Group (1:3) | $19.72 / hour ($4.93/15-min) | 0 hours | $0.00 | 0 hours | $0.00 | 1 hours/week (for 50 weeks) | $986.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| Career Planning | $59.20 / hour ($14.80/15-min) | 1 hour/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 1 hours/week (for 50 weeks) | $2,960.00 | 2 hours/week (for 50 weeks) | $5,920.00 | 2 hours/week (for 50 weeks) | $5,920.00 |
| Community Habilitation Individual | $43.36 / hour ($10.84/15-min) | 3 hours/week (for 50 weeks) | $6,504.00 | 4 hours/week (for 50 weeks) | $8,672.00 | 6 hours/week (for 50 weeks) | $13,008.00 | 17 hours/week (for 50 weeks) | $36,856.00 | 17 hours/week (for 50 weeks) | $36,856.00 |
| Community Habilitation Group (1:3) | $14.44 / hour ($3.61 / 15-min) | 5 hours/week (for 50 weeks) | $3,610.00 | 7 hours/week (for 50 weeks) | $5,054.00 | 5 hours/week (for 50 weeks) | $3,610.00 | 0 hours | $0.00 | 0 hours | $0.00 |
| **Total Hours Per Week:** | | **23** | -- | **26** | -- | **29** | -- | **21** | -- | **21** | -- |
| Non-Medical Transportation | $0.56 per mile | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 | 3,600 miles / year | $2,016.00 |
| Plan Development | $48.36 / hour ($12.09/15-min) | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 | 12 hours / year | $580.32 |
| Service Coordination | $48.36 / hour ($12.09/15-min) | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 | 54 hours / year | $2,611.44 |
| **DRAFT Budget Per Year** (if KW Base Implementation Budget Request Approved) | -- | -- | **$31,147.16** | -- | **$34,759.16** | -- | **$42,155.16** | -- | **$53,903.76** | -- | **$53,903.76** |
| Additional Dollars Available for Designated Health, Safety, Employment Services | | -- | $TBD | -- | $TBD | -- | $TBD | -- | $TBD | -- | $TBD |

V 2022.03.01

# ATTACHMENT 4

# Health, Safety and Employment Information

<u>Designated Health and Safety Services</u>

Participants may access the following designated health and safety services without using their Assigned Budget dollars if they show they meet the service-specific criteria to use that service:

| Health or Safety Service | Service-Specific Criteria to Use the Service |
|---|---|
| Behavior Consultation (IDAPA 16.03.10.703.13) | Participant must demonstrate that they are currently experiencing or may be expected to experience, a psychological, behavioral, or emotional crisis. |
| Community Transition Services (IDAPA 16.03.10.703.16) | Participant must have been discharged from a nursing facility, hospital, IMD, or ICF/ID after residing within that institution for a minimum of forty-five (45) Medicaid-reimbursed days. |
| Crisis Intervention Services (State Plan) (IDAPA 16.03.10.647.01) (IDAPA 16.03.10.727.03) | Participant must have experienced an unanticipated event, circumstance, or life situation and be at risk of at least one of the following:        (1) Hospitalization, (2) Loss of housing, (3) Loss of employment or major source of income, (4) Incarceration, or (5) Physical harm to self or others, including family altercation or other emergencies. |
| Home Delivered Meals (IDAPA 16.03.10.703.11) | Participant must (1) Rent or own a home, (2) Be alone for significant parts of the day, (3) Have no caregiver for extended periods of time, and (4) Would otherwise require extensive, routine supervision. |
| Environmental Accessibility Adaptations (IDAPA 16.03.10.703.08) | Participant must need housing adaptations to enable them to function with greater independence in the home, or without which, they would require institutionalization or have a risk to health, welfare, or safety. |
| Personal Emergency Response System (IDAPA 16.03.10.703.10) | Participant must (1) Rent or own a home, (2) Be alone for significant parts of the day, (3) Have no caregiver for extended periods of time, and (4) Be unable to prepare a meal without assistance. |
| Skilled Nursing and Nursing Oversight (IDAPA 16.03.10.703.12) | Participant must have referral for nursing services from physician or practitioner of the healing arts as defined in IDAPA 16.03.10. |
| Specialized Medical Equipment/Supplies (IDAPA 16.03.10.703.09) | Participants must demonstrate that items are of direct medical or remedial benefit to the participant and are medically necessary. |

Employment Services

Participants may access the following designated employment services without using their Assigned Budget dollars:
- Community Supported Employment; and
- Non-Medical Transportation necessary to obtain or maintain competitive employment.


Health and Health Risks Definitions (IDAPA 16.03.10.508.09)

Health is the prevention of deterioration of one's physical or mental health condition or cognitive functioning, or an increase in maladaptive behavior, and is related to the effects of one's disability. Health risks must be established through written documentation and current treatment recommendations from a licensed practitioner of the healing arts as defined in Section 521 of IDAPA 16.03.10 or other professional licensed by the State of Idaho whose recommendation is within the scope of his or her license. Such documentation must establish:

(1) the current physical or mental condition or cognitive functioning that will likely deteriorate, or the current maladaptive behavior(s) that will likely increase; and

(2) the specific supports or services being requested (including type and frequency, if applicable) that will address the identified need.

In order to comply with the documentation requirement, the Department may require the participant to obtain additional consultation or assessment, available to the participant and covered by Medicaid, from a professional licensed by the State of Idaho acting within the scope of his or her license. If the Department requires additional consultation or assessment, the Department will specify the nature of the consultation or assessment and the necessary documentation.


Safety and Safety Risk Definitions (IDAPA 16.03.10.508.22)

Safety is the prevention of criminal activity, destruction of property, or injury or harm to self or others. Safety risks must be documented by the following:

(1) current incident reports;

(2) police reports;

(3) assessments from a licensed practitioner of the healing arts as defined in Section 521 of IDAPA 16.03.10 or a professional licensed by the State of Idaho and whose assessment is within the scope of his or her license; or

(4) status reports and implementation plans that reflect the type and frequency of intervention(s) in place to prevent the risk and the participant's progress under such intervention(s).

Such documentation must establish: (1) an imminent or likely safety risk; and (2) the specific supports or services that are being requested (including the type and frequency, if applicable) that are likely to prevent that risk.

# Health Risk Form

**Participant Name:** _____    **Date of Request:**_____

1.  **If you (the participant) need additional services or supports to address a health concern, please list those services or supports below.  Please include the type and frequency of the service(s) or support(s) that you are requesting, and the cost of the service or support.**

| SERVICE/SUPPORT DESCRIPTION | TYPE | FREQUENCY | SERVICE/SUPPORT COST |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2.  **Check all that apply.**  The above service(s) or support(s) will:

    ☐  Prevent my physical health from deteriorating

    ☐  Prevent my mental health condition from deteriorating

    ☐  Prevent my cognitive functioning from deteriorating

    ☐  Prevent an increase in my maladaptive behavior

3.  **Please describe the health risk:**

## HEALTH RISK FORM (CONTINUED)

**4. Please submit additional documentation to support this request for supports or services to address a health risk:**

Health risks must be established through written documentation and current treatment recommendations from a licensed practitioner of the healing arts as defined by IDAPA 16.03.10.521.14 or other professional licensed by the State of Idaho whose recommendation for the specific support or services that are being requested is within the scope of his or her license.

Such documentation must establish: (1) the current physical or mental condition or cognitive functioning that will likely deteriorate, or the current maladaptive behavior(s) that will likely increase; and (2) the specific supports or services being requested that will address the identified need and how those supports or services will prevent the health risk.

**5. Please list what documentation you are submitting with this form to support this request:**

Request Submitted by:

_____   _____   _____

***Name***                                  ***Participant or Legal Guardian Signature***          ***Date***

V 2022.03.01

# Safety Risk Form

**Participant Name:** _____  **Date of Request:** _____

1. **If you (the participant) need additional services or supports to address a safety concern, please list those services or supports below.  Please include the type and frequency of the service(s) or support(s) that you are requesting, and the cost of the service or support.**

| SERVICE/SUPPORT DESCRIPTION | TYPE | FREQUENCY | SERVICE/SUPPORT COST |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2. **Check all that apply.**  The above service(s) or support(s) will:

   ☐  Prevent criminal behavior

   ☐  Prevent the destruction of property

   ☐  Prevent harm to me or others

3. **Please describe the safety risk:**

V 2022.03.01

## SAFETY RISK FORM (CONTINUED)

4. **Please submit additional documentation to support the request for supports or services to address a safety risk:**

Safety risks must be documented by the following: (1) current incident reports; (2) police reports; (3) assessments from a licensed practitioner of the healing arts as defined by IDAPA 16.03.10.521.14 or a professional licensed by the State of Idaho and whose assessment is within the scope of his or her license; or (4) status reports and implementation plans that reflect the type and frequency of intervention(s) in place to prevent the risk and the participant's progress under such intervention(s).

Such documentation must establish: (1) an imminent or likely safety risk; and (2) the specific supports or services that are being requested (including the type and frequency, if applicable) that are likely to prevent that risk, and how those supports or services will likely prevent this risk.

5. **Please list what documentation you are submitting with this form to support this request:**

Request Submitted by:

_____    _____    _____
***Name***                                   ***Participant or Legal Guardian Signature***        ***Date***

# ATTACHMENT 5

# How to Request An Appeal

You have the right to appeal our eligibility and budget decisions at this time.  You can:

- Have your questions answered by the Department of Health and Welfare (Department).

  The Department's office hours are Monday through Friday, 8:00 AM to 5:00 PM, Mountain Time, except holidays.
  Email: MedicaidAppeals@dhw.idaho.gov
  Phone: (866) 702-5212     Fax: (208) 364-1811
  In Person: Your local Health and Welfare Office
  Mail: Medicaid Appeals, IDHW, PO Box 83720, Boise, ID 83720-0009

- Request an Appeal.  To request an appeal, read the "Appeal Rights" and "How to Request an Appeal" sections below.

Reference for appeal rights and process can be found in IDAPA 16.05.03 at:
http://adminrules.idaho.gov/rules/current/16/160503.pdf

## APPEAL RIGHTS

**How long do I have to request an appeal?**
Send an appeal request within twenty-eight (28) days of the date the Notice was mailed.

**How to Request an Appeal**

Your appeal must be in writing. You can request an appeal over the phone, but if you do, your phone request must be followed up by a written and signed request.  You can use a Medicaid Appeal Request Form attached to this Notice or write a Letter.  If you write a Letter, it needs to include:
- Name of the Person needing the appeal
- Contact details (address, phone number)
- Reason why you think we've made a mistake
- If you are asking for a Standard or Expedited (fast) appeal

You need to send us a copy of the Notice (Letter) that you are appealing.  You can also send us more details to help with your appeal such as medical records, doctor's notes, or financial records that can help us with the review.  Keep copies of anything you send.

You can ask to see and get free copies of any documents we used to make our decisions.

**What are the available steps in the Adult DD Program appeals process?**

V 2022.03.01

1. _Standard or Expedited Review by Department_- An informal review by the Department to see if the appeal can be resolved before a hearing. This includes the Department reviewing relevant information in the file and any additional relevant information that is provided.

2. _Fair Hearing by a Hearing Officer_- A process where an impartial third party reviews the Department's actions. The Department and the participant each have a chance to present testimony and evidence for the hearing officer to consider when making their decision.

3. _Review by the Director of Health and Welfare_- A participant may request review by the Director. The director will provide a written decision to the participant where they may affirm, modify, or reverse the decision of the hearing officer. The Director can also send the matter back to the hearing officer for additional review.

4. _Request for Judicial Review filed in District Court_- When all administrative remedies have been exhausted, the participant may file a request for review by the District Court.

**How long does the Department have to review my appeal?**
There are two kinds of appeal reviews done by the Department:  Standard or Expedited (fast).

**What is the Standard Review ?**
- The standard review process is thirty (30) days from the date the appeal is received.

- We might ask you to send more information.  We will let you know if we need more time to look over your appeal.

**What is an Expedited (Fast) Review?**
- If waiting thirty (30) days will hurt your physical or mental health, or your life is in danger, you should request a faster review.  This is called an expedited (fast) review.

- The expedited review process is seventy-two (72) hours from the date the appeal is received. We will update you by telephone about our review and if we need more time.

- If you need an expedited review, please send us a doctor's letter explaining why you can't wait thirty (30) days.  If you have questions or can't get a doctor's letter before sending your appeal, contact us as soon as possible at (877) 200-5441.   Your doctor can also request an expedited review for you.

- If your doctor or the Division of Medicaid Medical Director decides the request does not match the needs for an expedited review, it will become a Standard review.  We will let you know if this happens.

- An expedited review is not available for benefits or services already received.

**Continuation of Services or Benefits**

If you are currently receiving these services or benefits and request an appeal before the date it ends or within twenty-eight (28) days from the date the notice was mailed, you may continue receiving the services or benefits until a decision is mailed to you. 42 CFR § 431.230(a). If the decision doesn't

change and the services or benefits remains denied, you might be responsible for the cost of the denied services or benefits you received during this time. 42 CFR § 431.230(b).

## OTHER DETAILS

### Fair Hearing

If the Department can't resolve your appeal, it will go to Fair Hearing.  The Office of the Attorney General's Fair Hearing Unit will hear your appeal.  A hearing officer will hold a hearing by telephone with you and the Department to review your appeal request.  It could take up to thirty (30) days after the hearing to make a decision.  If it's an expedited review, the hearing officer will hear your appeal as soon as possible.

### Appeal Assistant

With your permission, a relative, friend, doctor, or other advocate can file an appeal or speak for you during the appeal process.  They are an "appeal assistant". You may also be represented by an attorney during the appeal process.

You will need to let us know by letter, email, or on the appeal form if you have an appeal assistant or are being represented by an attorney.  They will receive updates about your appeal.

### Legal and Other Accommodations Help

Free services may be available to you to help with your appeal.  Contact your local Legal Aid program (208) 746-7541 to see if they can help you with your case.

### Free Services Available

The Department offers free services to you.  This includes forms or information in other formats or languages, interpreter services, and accommodations for disabilities.  To get more details or get these services, please call (208) 334-5757.

### Participant Non-Discrimination Notice

The Department complies with federal and state civil rights laws. This means the Department will not treat anyone differently because of age, race, color, national origin, gender, religion, political benefits, disability, or sexual orientation.  You can file a complaint with the Office of Civil Rights if you believe the Department treats you differently for any of these reasons.

Language Assistance Services, Free of Charge, are Available to You

| Español (Spanish) | ATENCIÓN:  si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-926-2588 (TTY: 1-208-332-7205). |
|---|---|
| 繁體中文 (Chinese) | 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-800-926-2588 （TTY：1-208-332-7205）。 |

| Srpsko-hrvatski (Serbo-Croatian) | OBAVJEŠTENJE:  Ako govorite srpsko-hrvatski, usluge jezičke pomoći dostupne su vam besplatno.  Nazovite 1-800-926-2588 (TTY- Telefon za osobe sa oštećenim govorom ili sluhom: 1-208-332-7205). |
|---|---|
| 한국어 (Korean) | 주의:  한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다.  1-800-926-2588 (TTY: 1-208-332-7205)번으로 전화해 주십시오. |
| नेपाली (Nepali) | ध्यान दिनुहोस्: तपाईंले नेपाली बोल्नुहुन्छ भने तपाईंको निम्ति भाषा सहायता सेवाहरू निःशुल्क रूपमा उपलब्ध छ । फोन गर्नुहोस् 1-800-926-2588 (टिटिवाइ: 1-208-332-7205) । |
| Tiếng Việt (Vietnamese) | CHÚ Ý:  Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn.  Gọi số 1-800-926-2588 (TTY: 1-208-332-7205). |
| العربية (Arabic) | ملحوظة:  إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان.  اتصل برقم 1-800-926-2588 (رقم هاتف الصم والبكم: 1-208-332-7205). |
| Deutsch (German) | ACHTUNG:  Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung.  Rufnummer: 1-800-926-2588 (TTY: 1-208-332-7205). |
| Tagalog (Tagalog/Filipino) | PAUNAWA:  Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad.  Tumawag sa 1-800-926-2588 (TTY: 1-208-332-7205). |
| Русский (Russian) | ВНИМАНИЕ:  Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода.  Звоните 1-800-926-2588 (телетайп: 1-208-332-7205). |
| Français (French) | ATTENTION:  Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement.  Appelez le 1-800-926-2588 (TTY: 1-208-332-7205). |
| 日本語 (Japanese) | 注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。1-800-926-2588（TTY:1-208-332-7205）まで、お電話にてご連絡ください。 |
| Română (Romanian) | ATENȚIE:  Dacă vorbiți limba română, vă stau la dispoziție servicii de asistență lingvistică, gratuit.  Sunați la 1-800-926-2588 (TTY: 1-208-332-7205). |
| Ikirundi (Bantu-Kirundi) | ICITONDERWA: Nimba uvuga Ikirundi, uzohabwa serivisi zo gufasha mu ndimi, ku buntu. Woterefona 1-800-926-2588 (TTY: 1-208-332-7205). |
| فارسی (Farsi) | توجه: اگر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما بگیرید تماس 1-800-926-2588 (TTY: 1-208-332-7205) با می ف باشد. |
| English | ATTENTION:  If you speak English, language assistance services, free of charge, are available to you.  1-800-926-2588 (TTY: 1-208-332-7205). |

Source:  U.S. Department of Health and Human Services, Office for Civil Rights, August 2016

# Appeal Request Form

Fill-out this form completely and send it within twenty-eight (**28) days** if you want to appeal a Department decision.

**Participant Information**

Name: _____

Medicaid#: _____ Date of Birth: _____

Address: _____

_____

_____

Email:_____

Phone:_____

I wish to appeal by requesting a hearing because (fill out extra pages if necessary):
_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____    _____
Participant Signature                                      Date

**1.  Are you asking for a standard review or an expedited (fast) review?**

☐    I am asking for a standard review.

☐    I am asking for an expedited (fast) review.
  *Remember: This is only if your physical or mental health is in danger or life-threatening.*
  *Send a doctor's note telling us why you can't wait for a standard review.*
  *If you don't qualify, we'll review it as a standard review.*

*2.  Check one box below:*

☐ I will handle the appeal on my own.

☐ I want someone to help with my appeal. I want _____
("Appeal Assistant") to help me through the appeal [include name and relationship to you].  Their address and phone number is:

_____

☐ I want help with an appeal but do not have anyone to help me.  If you want help but do not have anyone to help you, contact the Department's Adult Developmental Disabilities (DD) Program at (866) 702-5212.  The Department's Adult DD Program cannot directly help with you with your appeal, but will work with you to provide additional guidance and information about how you can find help.

*3.  If you have listed someone who will help you in this appeal, they must sign below to show that they agree to help you:*

Appeal Assistant Signature: _____ Date: _____

**4. *Get training to help with the appeal.*** There is free training for you or your Appeal Assistant.  The training is about how to handle an appeal. You can find out about the free training on the Internet at [website] or by phone at (866) 702-5212.

If you or your Appeal Assistant have additional questions about handling an appeal, call the DHW Adult DD Program Appeal Help Desk: (866) 702-5212.

**5. *Get more information.***
I want copies of the following documents related to this case or in my file:

_____

**Mail, email, or fax the completed Appeal Request Form to:**
Medicaid Appeals
Idaho Department of Health and Welfare
PO Box 83720
Boise, ID 83702-0009
Phone: (877) 200-5441        Fax: (208) 364-1811
In Person: Your Local Health and Welfare Office