# EXHIBIT B
## to the Memorandum in Support of Motion to Preclude Dissemination of the SIS-A User's Manual to Class Members

**American Association on Intellectual and Developmental Disabilities**

**Family-Friendly Report (SIS-A)**
Confidential Interview and Profile Results for the Supports Intensity Scale Adult Version™ : SIS-A™

| **Person Being Assessed:** | | **Assessment Data:** | |
|---|---|---|---|
| Last: | Go | Interview Date (mm/dd/yyyy): | 01/19/2018 |
| First: | Dan | ISP Begin Date: | |
| Middle: | L | SIS ID: | 1461087 |
| Language Spoken at Home: | | Reason for Assessment: | Regularly scheduled assessments |
| Gender: | M | **Interviewer Data:** | |
| Address: | 1452 TestAssessment Lane | Interviewer: | Kortney Puuri |
| City: | Sampleville | Agency/Affiliation: | A..B |
| State/Province: | MI | Interviewer Addr: | 455 Interviewer Circle |
| Zip Code: | 54285 | City: | East Lansing |
| Phone: | (517)425-7453 | State/Province: | MI |
| D.O.B. (mm/dd/yyyy): | 10/14/1985 | Zip Code: | 48823 |
| Age: | 32 | Position: | |
| Tracking Number: | | Phone: | (514)321-8765 |
| Client Id: | | Ext.: | |
| Medicaid Number: | 8567452346 | Interviewer Email: | KP@   interviewer.com |
| SSN: | *******2458 | | |

**Support Providers** - **Essential supports for this individual are being provided by the following**

| Name | Relationship | Phone | Ext. |
|---|---|---|---|
| Organization1 | Financial | (456)215-4458 | |
| Organization2 | Supportive | (487)532-4583 | |

**Respondent Data** - **Information for the SIS ratings was provided by the following respondents**

| First Name | Last Name | Relationship | Agency | Email | Language |
|---|---|---|---|---|---|
| Frank | Enstein | advocate | N/A | frank.enstein@aol.com | English |

**Person who entered this information:**

| First Name: | Kortney |
|---|---|
| Last Name: | Puuri |

**Other Pertinent Information:**

**Introduction to the SIS Report:**

The Supports Intensity Scale Adult Version (SIS-A) profile information is designed to assist in the service planning process for the individual, their parents, family members, and service providers. The profile information outlines the type and intensity of support the individual would benefit from to participate and be successful in his or her community. The SIS-A profile report is best applied in combination with person-centered planning to achieve the desired outcome in creating individual goals.

# Rating Key for Sections 2 and 3

This describes the rating for Type of Support, Frequency and Daily Support time for each of the six areas discussed in your SIS-A profile

| Type of Support | Frequency | Daily Support Time |
|---|---|---|
| What help do you need to do the (item) on your own or by yourself<br><br>If engaged in the activity over the next several months, what would the nature of the support look like?<br><br>Which support type dominates the support provided? | How frequently is supported needed for this activity? | If engaged in the activity over the next several months, in a typical 24-hour day, how much total, cumulative time would be needed to provide support? |
| **0 = None**<br>No support needed at any time<br><br>**1 = Monitoring (reminders). For example**<br>* Encouragement, general supervision<br>* Checking in, observing, telling, &/or giving reminders to complete the activity<br>* Asking questions to trigger the individual to complete steps within the activity<br><br>**2 = Verbal/Gesture Prompting (demonstration). For** example:<br>* Step by step instruction<br>   Walking a person through required steps<br>* Providing visual prompts, showing<br>* Modeling, teaching, role play, social stories<br><br>**3 = Partial Physical Assistance (help through)**<br>doing). For example:<br>* Individual participates in some parts of the activity<br>* Some, essential steps are required to be completed for the person<br><br>**4 = Full Physical Support (doing for). For example:**<br>* All essential steps need to be completed for the person | **0 = None or less than monthly**<br><br>**1 = At least once a month, but not once a week**<br><br>**2 = At least once a week, but not once a day**<br><br>**3 = At least once a day, But not once an hour**<br><br>**4 = Hourly or more frequently** | **0 = None**<br><br>**1 = Less Than 30 Minutes**<br><br>**2 = 30 Minutes to Less Than 2 Hours**<br><br>**3 = 2 Hours to Less Than 4 Hours**<br><br>**4 = 4 Hours or More** |

# Section 2. Supports Needs Index

## 2A. Home Living

| Item | Type of Support | Frequency | Daily Support Time | Total Score |
|---|---|---|---|---|
| 4. Dressing | 4 - Full Physical Support | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 9 |
| 5. Preparing food | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 7 |
| 7. Taking care of clothes (includes laundering) | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 3 - 2 Hours to Less Than 4 Hours | 5 |
| 1. Operating home appliances/electronics | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 2 - 30 Minutes to Less Than 2 Hours | 4 |
| 8. Housekeeping and cleaning | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 4 |
| 2. Bathing and taking care of personal hygiene and grooming needs | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 3. Using the toilet | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 6. Eating food | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

| 2B. Community Living | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 6. Shopping and purchasing goods and services | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 4 - 4 Hours or More | 8 |
| 1. Getting from place to place throughout the community (transportation) | 3 - Partial Physical Assistance | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 7 |
| 7. Interacting with community members | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 7 |
| 2. Participating in recreation/leisure activities in the community | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 6 |
| 3. Participating in preferred community activities (church, volunteering, etc.) | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 5 |
| 8. Going to visit friends and family | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 4. Accessing public buildings and settings | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 5. Using public services in the community | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

| 2C. Lifelong Learning | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 5. Learning self-management strategies | 4 - Full Physical Support | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 8 |
| 6. Participating in training/educational decisions | 1 - Monitoring | 3 - At Least Once a Day, But Not Once an Hour | 3 - 2 Hours to Less Than 4 Hours | 7 |
| 3. Learning health and physical education skills | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 6 |
| 7. Accessing training/educational settings | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 6 |
| 2. Learning functional academics (reading signs, counting change, etc.) | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 5 |
| 4. Learning self-determination skills | 2 - Verbal/Gesture Prompting | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 4 |
| 8. Interacting with others in learning activities | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 1. Learning and using problem-solving strategies | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 9. Using technology for learning | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

| 2D. Employment | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 5. Completing work-related tasks with acceptable speed | 2 - Verbal/Gesture Prompting | 3 - At Least Once a Day, But Not Once an Hour | 3 - 2 Hours to Less Than 4 Hours | 8 |
| 1. Learning and using specific job skills | 3 - Partial Physical Assistance | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 7 |
| 8. Seeking information and assistance from an employer | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 5 |
| 3. Interacting with coworkers | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 2 - 30 Minutes to Less Than 2 Hours | 4 |
| 2. Accessing/receiving job/task accommodations | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 4. Interacting with supervisors/coaches | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 6. Completing work-related tasks with acceptable quality | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 7. Changing job assignments | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

| 2E. Health and Safety | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 8. Maintaining emotional well-being | 3 - Partial Physical Assistance | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 6 |
| 1. Taking medications | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 5 |
| 6. Maintaining nutritious diet | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 5 |
| 5. Learning how to access emergency services | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 7. Maintaining physical health and fitness | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 2. Ambulating and moving about | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 3. Avoiding health and safety hazards | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 4. Obtaining health care services | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

| 2F. Social | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 3. Socializing outside the household | 2 - Verbal/Gesture Prompting | 3 - At Least Once a Day, But Not Once an Hour | 4 - 4 Hours or More | 9 |
| 7. Communicating with others about personal needs | 3 - Partial Physical Assistance | 3 - At Least Once a Day, But Not Once an Hour | 1 - Less Than 30 Minutes | 7 |
| 5. Engaging in loving and intimate relationships | 1 - Monitoring | 2 - At Least Once a Week, But Not Once a Day | 3 - 2 Hours to Less Than 4 Hours | 6 |
| 6. Socializing within the household | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 2 - 30 Minutes to Less Than 2 Hours | 6 |
| 1. Using appropriate social skills | 3 - Partial Physical Assistance | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 5 |
| 2. Participating in recreation/leisure activities with others | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 5 |
| 4. Making and keeping friends | 2 - Verbal/Gesture Prompting | 2 - At Least Once a Week, But Not Once a Day | 1 - Less Than 30 Minutes | 5 |
| 8. Engaging in volunteer work | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |

# Section 3. Supplemental Protection and Advocacy Scale

| Protection and Advocacy Activities | | | | |
|---|---|---|---|---|
| **Item** | **Type of Support** | **Frequency** | **Daily Support Time** | **Total Score** |
| 7. Managing money and personal finances | 4 - Full Physical Support | 4 - Hourly or More Frequently | 4 - 4 Hours or More | 12 |
| 8. Advocating for others | 4 - Full Physical Support | 3 - At Least Once a Day, But Not Once an Hour | 4 - 4 Hours or More | 11 |
| 2. Making choices and decisions | 2 - Verbal/Gesture Prompting | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 4 |
| 5. Belonging to and participating in self-advocacy/support organizations | 2 - Verbal/Gesture Prompting | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 4 |
| 1. Advocating for self | 1 - Monitoring | 1 - At Least Once a Month, But Not Once a Week | 1 - Less Than 30 Minutes | 3 |
| 3. Protecting self from exploitation | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 4. Exercising legal/civic responsibilities | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |
| 6. Obtaining legal services | 0 - None | 0 - None or Less Than Monthly | 0 - None | 0 |

# Support Needs Profile - Graph

The graph provides a visual presentation of the six life activity areas from section 2.

The graph reflects the pattern and intensity of the individual s level of support. The intent of the graph is to provide an easy means to prioritize the lifeactivity areas in consideration of setting goals and developing the Individual Support Plan.

| Activities Subscale | Total Raw Score | Standard Score | Percentile | Confidence Interval (95%) |
|---|---|---|---|---|
| 2A. Home Living | 29 | 7 | 16 | 6-8 |
| 2B. Community Living | 36 | 7 | 16 | 6-8 |
| 2C. Lifelong Learning | 39 | 8 | 25 | 7-9 |
| 2D. Employment | 27 | 7 | 16 | 6-8 |
| 2E. Health and Safety | 22 | 6 | 9 | 5-7 |
| 2F. Social | 46 | 9 | 37 | 8-10 |
| **Total:** | **199** | **44** | | |

**SIS Support Needs Index:** 82
**Percentile:** 13



# Section 3: Supplemental Protection and Advocacy Scale

| Protection and Advocacy Activities | Raw Score |
|---|---|
| Advocating for self | 3 |
| Making choices and decisions | 4 |
| Protecting self from exploitation | 0 |
| Exercising legal/civic responsibilities | 0 |
| Belonging to and participating in self-advocacy/support organizations | 4 |
| Obtaining legal services | 0 |
| Managing money and personal finances | 12 |
| Advocating for others | 11 |

The support needs profile reflects the pattern and intensity of theindividual s support. The information provided in sections 1, 2, and 3, can be beneficialin the development of the individual s support plan.

# Rating Key For Section 1

| Type of Support | | |
|---|---|---|
| 0 = No Support Needed | 1 = Some Support Needed | 2 = Extensive Support Needed |
| No support needed because the medical condition or behavior is not an issue, or no support is needed to manage the medical condition or behavior. | Support is needed to address the medical condition and/or behavior. People who support must be cognizant continuously of the condition to assure the individual's health and safety.<br><br>For example:<br>Checking in and observing<br>Monitoring and providing occasional assistance<br>Minimal physical/hands on contribution<br>Support is episodic and/or requires minimal devoted support time | Extensive support is needed to address the medical condition and/or behavior.<br><br>For example:<br>Significant physical/hands on contribution<br>Support is intense and/or requires significant support time |

Any rating of 2 in this area indicates an exceptional need with Medical conditions and/or Behaviors.

It should be noted that a high total score in section 1 clearly identifies additional support that is required for living safely in the community. The information from section 1 is considered separately from section 2.

Each item under Exceptional Medical and Behavioral is listed and presented from highest to lowest level of support.

Exceptional Medical and Behavioral key items are outlined and may be helpful in the development of the individual's support plan.

| Section 1A: Exceptional Medical Support Needs | | |
|---|---|---|
| **Item** | **Support Needed** | **Comments** |
| 15. Therapy services | 2 - Extensive Support | |
| 11. Seizure management | 1 - Some Support | |
| 17. Allergies | 1 - Some Support | |
| 1. Inhalation or oxygen therapy | 0 - No Support Needed | |
| 2. Postural drainage | 0 - No Support Needed | |
| 3. Chest PT | 0 - No Support Needed | |
| 4. Suctioning | 0 - No Support Needed | |
| 5. Oral stimulation or jaw positioning | 0 - No Support Needed | |
| 6. Tube feeding (e.g., nasogastric) | 0 - No Support Needed | |
| 7. Parenteral feeding (e.g., IV) | 0 - No Support Needed | |
| 8. Turning or positioning | 0 - No Support Needed | |
| 9. Dressing of open wound(s) | 0 - No Support Needed | |
| 10. Protection from infectious diseases due to immune system impairment | 0 - No Support Needed | |
| 12. Dialysis | 0 - No Support Needed | |
| 13. Ostomy care | 0 - No Support Needed | |
| 14. Lifting and/or transferring | 0 - No Support Needed | |
| 16. Hypertension | 0 - No Support Needed | |
| 18. Diabetes | 0 - No Support Needed | |
| 19. Other - Specify : | 0 - No Support Needed | |
| Total Score | 4 | |

| Section 1B: Exceptional Behavioral Support Needs | | |
|---|---|---|
| **Item** | **Support Needed** | **Comments** |
| 4. Prevention of stealing | 2 - Extensive Support | |
| 11. Prevention of wandering | 2 - Extensive Support | |
| 12. Maintaining mental health treatments | 2 - Extensive Support | |
| 1. Prevention of emotional outbursts | 1 - Some Support | |
| 10. Prevention of substance abuse | 1 - Some Support | |
| 2. Prevention of assaults or injuries to others | 0 - No Support Needed | |
| 3. Prevention of property destruction (e.g., fire setting, breaking furniture) | 0 - No Support Needed | |
| 5. Prevention of self-injury | 0 - No Support Needed | |
| 6. Prevention of suicide attempts | 0 - No Support Needed | |
| 7. Prevention of pica ingestion of inedible substances | 0 - No Support Needed | |
| 8. Prevention of nonaggressive but inappropriate sexual behavior (e.g., exposes self in public, exhibitionism, inappropriate touching or gesturing) | 0 - No Support Needed | |
| 9. Prevention of sexual aggression | 0 - No Support Needed | |
| 13. Other - Specify : | 0 - No Support Needed | |
| Total Score | 8 | |

# Most Important To the Individual

| | | | | |
|---|---|---|---|---|
| Section 3, Item 8: | Advocating for others | 4 | 3 | 4 |
| Notes: | | | | |
| Section 2A, Item 8: | Housekeeping and cleaning | 1 | 2 | 1 |
| Notes: | | | | |
| Section 2B, Item 2: | Participating in recreation/leisure activities in the commun... | 1 | 2 | 3 |
| Notes: | | | | |
| Section 1A, Item 19: | Other - Specify | 0 | | |
| Notes: | | | | |

# Most Important For the Individual

| | | | | | |
|---|---|---|---|---|---|
| Section 2A, Item 1: | Operating home appliances/electronics | | 1 | 1 | 2 |
| Notes: | | | | | |
| Section 2A, Item 8: | Housekeeping and cleaning | | 1 | 2 | 1 |
| Notes: | | | | | |

How Information from My Support Profile Can Be Used in Supports Planning Approaches

Everyone benefits from supports that allow them to take part in everyday life activities and maintain a healthy lifestyle. The Supports Intensity Scale Adult Version (SIS-A) assesses a person's pattern and intensity of support needs across life activities and exceptional medical and behavioral support need areas. The attached 'My Support Profile' summarizes information from the SIS-A that can be used in planning supports for individuals based on their support needs and the individuals' goals and interests.

Planning supports for individuals requires the collective wisdom of a Support Team that is made up of the individual receiving the services and supports, his/her parents or family members, a case manager or supports coordinator, direct support staff who work with the individual, and one or more professionals depending on the individual's support needs. The purpose of this attachment to the 'My Support Profile' is to provide answers to six questions asked frequently by the individual and his/her support team members as collectively they engage in the development, implementation, and monitoring of the individual's support planning.

1. How do we determine what is important to the individual and what is important for the individual?

    Identifying support needs that are important to the individual is based on the individual's goals, desires, and preferences.

    Identifying support needs that are important for the individual is based on:
    - higher support need scores from the 'My Support Profile' in the most relevant life activity areas
    - needed supports in health and safety
    - interventions prescribed by a professional.

2. How do we focus on the whole person and the individual's quality of life?

    The concept of quality of life reflects a holistic approach to an individual and includes areas that are valued by all persons.

    Eight core quality of life areas reflect this holistic approach:

    - Personal Development        - Self-determination        - Interpersonal Relations
    - Social Inclusion            - Rights                    - Emotional Well-being
    - Physical Well-being         - Material Well-being

    These eight quality of life areas can be used to develop an ISP.

3. What are the responsibilities of support team members?

    Determine what is important to and for the individual
    Identify specific support strategies to address the individual's personal goals and assessed support needs
    Specify a specific support objective for each support strategy and indicate who is responsible for implementing each support strategy
    Implement and monitor the Individual Supports Plan

4. What supports can we use to enhance the individual's well-being?

    Natural sources (e.g. family, friends, and community resources)
    Technology-based (e.g. assistive technology, information technology, smart technology, and prosthetics)
    Environment-based (e.g. environmental accommodation)
    Staff directed (e.g. incentives, skills/knowledge, and positive behavior supports)
    Professional services (e.g. medical, psychological, therapeutic services)

5. How does information obtained from the SIS-A relate to professional recommendations?

- Professional recommendations such as those from a doctor focus on lessening the impact of the individual's disability-related condition.
- SIS information focuses on the supports an individual needs in order to be more successful in everyday life activities.
- Both types of information need to be a part of planning supports for individuals.

6. How do we know if the supports provided have an effect on the individual?

- Informally, people will see an increased involvement of the individual in everyday life activity areas and an improvement in exceptional medical and behavioral support need areas.
- Formally, people will see enhanced personal quality of life-related outcomes on one or more quality of life areas.