# EXHIBIT A
## to the Declaration of Alan W. Foutz

WHITEFORD, TAYLOR & PRESTON L.L.P.

3190 FAIRVIEW PARK DRIVE, SUITE 800<br>FALLS CHURCH, VA 22042

BALTIMORE, MD
COLUMBIA, MD
FALLS CHURCH, VA
TOWSON, MD
WASHINGTON, DC
WILMINGTON, DE*
DEARBORN, MI

WWW.WTPLAW.COM
(800) 987-8705

DOROTHY W. DENG
PARTNER
DIRECT LINE (202) 659-6789
DIRECT FAX (202) 327-6147
ddeng@wtplaw.com

September 22, 2021

Via Email to Office Manager:
beth@idunionlaw.com

Mr. James M. Piotrowski
Piotrowski & Durand, PLLC
1020 W. Mian, Suite 440
Boise, ID 83701

**Re:** K.W. v. Armstrong—monitoring requests
Supports Intensity Scale—Adult Version® (SIS-A®)

Dear Mr. Piotrowski:

On behalf of the American Association on Intellectual and Developmental Disabilities (AAIDD), we write to respond to your letter of September 10, 2021, concerning the production of AAIDD's copyrighted proprietary SIS-A Materials to the class.

In sum, AAIDD is willing to provide what is necessary of the requested documents on the condition that reasonable protective measures be put in place. In the spirit of cooperation, AAIDD is also willing to offer additional resources (beyond what was requested) regarding the SIS-A assessment tool that are helpful to class members. As to two of the items, namely the SIS-A User's Manual and SIS-A Interview and Profile form[1] AAIDD objects to their production. Such production would be detrimental to the assessment process in Idaho and all other jurisdictions in which the tool is used by invalidating the results of the assessments. Additionally, the disclosure of these documents would most foreseeably decimate SIS-A revenue essential for AAIDD's operations, likely resulting in the dissolution of AAIDD, which would be detrimental to the field and public at large.

We note that your letter suggests that SIS-A is being used by the State to establish eligibility for Medicaid services, and that the incorrect use of assessment tools can result in adults with disabilities being denied Medicaid services. To the contrary, the purpose of AAIDD's SIS-A assessment tool is to identify an individual's support needs, not to mandate nor deny services. In addition, the SIS-A assessment is not used by any state to establish Medicaid eligibility.

---

[1] The document is described as "SIS-A Interview Form (2015)" on the chart provided by IDHW.

*Whiteford, Taylor and Preston L.L.P. is a limited liability partnership. Our Delaware office is operated under a separate Delaware limited liability company, Whiteford, Taylor & Preston L.L.C.

September 22, 2021
Page 2

Your letter cites the example concerning administration of SIB-R. As you may know, the SIB-R tool is published by another organization unrelated to AAIDD, and the SIS-A assessment tool is different from the SIB-R tool. Nonetheless, AAIDD agrees that improper administration of assessment tools is problematic. To address this concern, and in the spirit of cooperation, AAIDD can direct you to resources that would be useful to class members in understanding the tool, its administration, and the assessment results. These materials are not listed on the chart provided by IDHW or held by IDHW, to our knowledge. These resources include the 14-page SIS-A Respondent Handbook and the two short videos entitled "What is the SIS-A?" and "What is the SIS-A Report?". AAIDD developed these resources to inform individuals with intellectual and developmental disabilities, family members, and other supporters about what to expect during a SIS-A interview, how to read the SIS-A report, and possible uses of SIS-A information. These resources are proprietary but can be accessed through AAIDD's website at: www.aaidd.org/sis/sis-a/sis-a-resources.

In addition to the above resources, AAIDD is willing to provide the proprietary/confidential SIS-A materials summarized below on the condition that these SIS-A materials be subject to reasonable protective measures.

| DOCUMENT DESCRIPTION | FILE NAME |
|---|---|
| SIS-A Respondent Guide[1] | SIS-A Respondent Guide (1).pdf |
| One page drawing of arrow with text | Arrow.pdf |
| One page with graphic of bridge and text | Bridge Success.pdf |
| One page graphic of circles with text | Person_plus_help_equals_success.pdf |
| AAIDD Trainers Guide to Scoring the SIS-A (January 2020) | AAIDD_Trainers_Guide_to_Scoring_the_SIS-A_January_2020_Final.pdf |
| SIS-A Respondent Guide (2021 revision) | SIS-A Respondent Guide 7.21 .pdf |

As for the reasonable protective measures, AAIDD request the following:

1. The SIS-A materials be designated as confidential information and marked "Confidential and Proprietary to AAIDD".
2. The SIS-A materials disclosed must be used solely in connection with this class action.
3. The disclosed materials can only be accessed by counsel of record of the parties (including their employees working on this action) and any other party upon notice to AAIDD and signing of a confidentiality agreement.
4. No part of the disclosed SIS-A materials may be posted on the Internet, any media sharing site, or otherwise shared with the public.
5. The disclosed materials be protected with reasonable safeguards to preserve the confidential nature.

---

[1] The 14-page SIS-A Respondent Handbook available on AAIDD's website is more comprehensive than the SIS-A Respondent Guide.

September 22, 2021
Page 3

With the resources and materials offered, AAIDD is confident that you would have all the information necessary to achieve the objective of understanding how the SIS-A assessment is conducted.

You will note that the above chart does not include the production of the SIS-A User's Manual and SIS-A Interview and Profile form, and AAIDD must object to production of these proprietary documents. As further explained below, producing these documents would be counterproductive to all users of the SIS-A. Furthermore, dissemination of these documents will likely lead to AAIDD closing its doors because the SIS-A represents the majority of AAIDD's revenue, and an invalidated tool will be of no value to the public.

Given that the purpose of SIS-A is to identify the respondent's support needs, the SIS-A interview session is not a test/exam that should be studied or prepared ahead of time. In fact, allowing the respondent (and supporters) early access to the interview questions runs counter to the purpose of the tool because the respondent could potentially "study" the questions and prepare responses in advance, which would render the assessment data (scores) useless. A very apt analogy would be giving a student the teacher's answer key to study prior to the test. Simply put, disclosure of the SIS-A User's Manual and SIS-A Interview Form would invalidate the results of the SIS-A assessment and the use of the tool. Such consequence is not only a detriment to your clients in the State of Idaho but also to other individuals with intellectual developmental disabilities across the U.S. and in countries where English is commonly used.

AAIDD has spent significant resources in developing, validating, and supporting the standardized use of the SIS-A tool, which has become one of AAIDD's flagship proprietary products. As a nonprofit organization that relies on the tool for the majority of its revenue, the invalidation of the SIS-A would devastate AAIDD's financial fitness and would likely mark the end of AAIDD.

If AAIDD's proposal to produce the SIS-A materials summarized in the chart above with reasonable protective measures in place is acceptable, we will be glad to prepare a Nondisclosure and Confidentiality Agreement for your review. If you have any concerns with AAIDD's position or would like to discuss further, please do not hesitate to contact me at 202-659-6789 or ddeng@wtplw.com

Sincerely,

Dorothy W. Deng

CC: Dr. Margaret A. Nygren, EdD, Executive Director & CEO, AAIDD
Dr. Ravita Maharaj, PhD, Director, Supports Intensity Scale (SIS) Program, AAIDD
Ritchie Eppink, Esq.
Brian V. Church, Esq., Deputy Attorney General, Civil Litigation Division
Steven L. Olsen, Esq., Division Chief, Civil Litigation, Office of the Attorney General
John Hathway, Esq., Whiteford, Taylor & Preston