# EXHIBIT B
## to the Declaration of Alan W. Foutz

# Alan Foutz

| | |
|---|---|
| **From:** | Deng, Dorothy <DDeng@wtplaw.com> |
| **Sent:** | Wednesday, November 2, 2022 2:39 PM |
| **To:** | Alan Foutz; J. Will Varin |
| **Cc:** | Brian Church; Scott Zanzig; Steven Olsen |
| **Subject:** | RE: K.W. v. Armstrong: AAIDD Contract |

Dear Alan,

Thank you for the update. Please go through Liberty to get the AAIDD-Liberty unredacted contract documents and produce them according to Judge Winmill's Order.

As you may be aware, the initial term of AAIDD's contract with Liberty is from October 1, 2021 through June 30, 2023; either party may terminate the contract by providing a notice of its intention not to renew not less than 60 days prior to June 30, 2023. While AAIDD has established a good working relationship with Liberty and the State, AAIDD cannot risk having AAIDD's essential SIS-A tool invalidated due to class counsel's demand in connection with this class action. In order to determine the next steps with respect to the contract renewal with Liberty, AAIDD would like written assurance (e.g. through a protective order or NDA; with input from AAIDD) to protect AAIDD's proprietary information from being disclosed to class counsel.

Regarding the narrative concerning SIS-A that is being developed with HSRI consultants, AAIDD respectfully requests that the State shares the proposed narrative with AAIDD for feedback when a draft is available.

Regards,

Dorothy



**Dorothy Deng** |*Partner*
3190 Fairview Park Dr., Suite 800| Falls Church, VA|  22042
t: 202.659.6789| f: 202. 327.6147
ddeng@wtplaw.com  |  Bio   | vCard   | www.wtplaw.com

 

---

**From:** Alan Foutz <Alan.Foutz@ag.idaho.gov>
**Sent:** Monday, October 31, 2022 11:32 AM
**To:** J. Will Varin <willvarin@varinthomas.com>; Deng, Dorothy <DDeng@wtplaw.com>
**Cc:** Brian Church <brian.church@ag.idaho.gov>; Scott Zanzig <scott.zanzig@ag.idaho.gov>; Steven Olsen <steven.olsen@ag.idaho.gov>
**Subject:** [EXTERNAL] K.W. v. Armstrong: AAIDD Contract

Will and Dorothy:  The Court has now issued the attached Order that, in relevant part, requires IDHW to produce an unredacted copy of the Liberty/AAIDD contract documents.  Please confirm that we should go through Liberty to get

those documents so we can produce them in a timely manner.  Also, I am working with our consultants at HSRI to develop a narrative that describes the role that the SIS-A plays in the development and calculation of budgets for adults with developmental disabilities without encroaching on any information that AAIDD would find objectionable.  Our hope and confidence is that we will be able to provide class counsel and participants with all the information they need to adequately challenge a budget determination from IDHW without compromising the SIS-A's integrity.

If you have any questions or need to discuss this further, please do not hesitate to get in touch with me.



Alan W. Foutz | Deputy Attorney General
Civil Litigation Division
Office of the Attorney General | State of Idaho
O: (208) 334-4520 | W: ag.idaho.gov [ag.idaho.gov]

[ag.idaho.gov]

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

---

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.