# EXHIBIT C
## to the Declaration of Alan W. Foutz

# Alan Foutz

| | |
|---|---|
| **From:** | Deng, Dorothy <DDeng@wtplaw.com> |
| **Sent:** | Tuesday, January 17, 2023 2:02 PM |
| **To:** | Alan Foutz; J. Will Varin |
| **Cc:** | Charron, Juliet - Medicaid; Case, Michael A. - Medicaid; Bidwell, Jennifer - Medicaid; Jensen, Burke - Medicaid; Kimberli Stretch; Ivascu, Livia - Reg1; Morales, Amanda - Medicaid; Beal, Charles - Medicaid; Bell, David - Medicaid |
| **Subject:** | RE: SIS-A in Idaho |
| **Attachments:** | 1461087 SAMPLE FFR REPORT.pdf |

Hi Alan,

Thank you for the update and letting us know that the Department will be preparing a motion for the Court seeking a ruling that the information that it anticipates providing with its budget notices is sufficient to satisfy the demands of due process. Please see AAIDD's response to your inquiries:

1. AAIDD has no objection to the Department's plan to provide participants with a copy of the SIS-A Family-Friendly Report. For your reference, enclosed please find a sample Family-Friendly Report.

2. AAIDD has no objection to the Department's plan to provide links to materials that are accessible by the public on AAIDD's public website, Home (aaidd.org) [aaidd.org], including the SIS-A Respondent Handbook.

   While AAIDD does not charge the public any license fees or require a user-login to access these materials, AAIDD reserves all proprietary rights pertaining to the materials.

3. Regarding the possible alternative options mentioned in your email, AAIDD does not have arrangements in other jurisdictions that make the User's Manual available to SIS participants (other than the authorized assessors). The User's Manual can only be used by qualified SIS assessors for its intended purpose—to conduct the SIS assessment.

In short, AAIDD cannot make the User's Manual available to anyone other than trained SIS assessors for purposes other than conducting the SIS assessment. AAIDD has no objection for the Department to provide class members: 1) the entire content of the Family-Friendly Report, and 2) links to materials that are accessible by the public on AAIDD's public website.

If you have any questions or suggestions, please let us know.

Regards,

Dorothy



**Dorothy Deng** |*Partner*
3190 Fairview Park Dr., Suite 800| Falls Church, VA|  22042
t: 202.659.6789| f: 202. 327.6147
ddeng@wtplaw.com |  Bio  | vCard  | www.wtplaw.com