# EXHIBIT D
to the Declaration of Alan W. Foutz

Medicaid Project Manager
Idaho Department of Health and Welfare
208-287-1177
Burke.Jensen@dhw.idaho.gov

---

**From:** Jennifer LaJeunesse <Jennifer.LaJeunesse@LibertyHealth.com>
**Sent:** Thursday, February 16, 2023 10:34 AM
**To:** Case, Michael A. - Medicaid <Michael.Case@dhw.idaho.gov>; Jensen, Burke - Medicaid <Burke.Jensen@dhw.idaho.gov>; Alena Vazquez <avazquez@hsri.org>; amanda.morales@libertyhealth.com; David Slack <david.slack@LibertyHealth.com>; Mary Kyryk <mary.kyryk@LibertyHealth.com>
**Subject:** FW: Family Friendly Report, 2nd Edition [EXTERNAL EMAIL]

> **CAUTION:** This email originated outside the Department of Health and Welfare's network. Verify links and attachments BEFORE you click or open, even if you recognize and/or trust the sender.

We will not be getting this from AAIDD at this time.

Thanks,

Jen

**Jennifer La Jeunesse, LCSW, CMPE** | Executive Director
**Idaho Independent Assessment Program**
**p:** (208) 258-7980  | **m:** (208) 912-3058
**f:** (208) 258-7985
**e:** Jennifer.LaJeunesse@libertyhealth.com
www.libertyhealthcare.com | www.IdahoIAS.com



---

**From:** Ravita Maharaj <rmaharaj@aaidd.org>
**Sent:** Thursday, February 16, 2023 10:31 AM
**To:** Jennifer LaJeunesse <Jennifer.LaJeunesse@LibertyHealth.com>
**Subject:** RE: Family Friendly Report, 2nd Edition


**[EXTERNAL EMAIL]**

Hi Jen,
At this time, AAIDD's preference is to wait to see what the pending litigation outcome will be before we begin discussing and sharing SIS-A 2nd Edition materials. What I can share is that the FFR for the 2nd Ed. will contain similar content to the current report, just the format/style will look different, and it will have a different title.

Regards,

Ravita

Ravita Maharaj, PhD, LICSW
Director, Assessment Programs
American Association on Intellectual and Developmental Disabilities (AAIDD)
8403 Colesville Road, Suite 900, Silver Spring, MD 20910
Voice: (202) 387-1968, ext. 215