# EXHIBIT A
## to the Declaration of Alana Vazquez



# Resource Allocation Model Final Report

For Idaho Department of Health & Welfare
Developmental Disabilities Program

By Alena Vazquez & Colleen Kidney, Human Services
Research Institute

Draft: June 4, 2021

Finalized: January 31, 2022



# Table of Contents

## Executive Summary ...................................................................... 1

The Five-Support-Level Framework ......................................................... 1
Support Level Descriptions ..................................................................... 2
Service Mixes and Budgets ..................................................................... 3
Approach & Development ........................................................................ 5

## The Resource Allocation Model ............................................... 6

Five-Support-Level Framework ............................................................... 7
Support Level Descriptions ..................................................................... 9
Service Mixes and Budgets ..................................................................... 11
Fiscal Exposure ....................................................................................... 16

## Background & Approach ........................................................... 18

Project Background ................................................................................. 18
Approach ................................................................................................. 19

## Model Development ................................................................. 22

Five-level framework .............................................................................. 23
Support level descriptions ...................................................................... 47
Service mixes and budget ...................................................................... 49
Pre-Implementation Review .................................................................... 56
Fiscal exposure ...................................................................................... 75
Future Work ............................................................................................ 83

# List of Figures

Figure 1.    Five-Level Framework and Basic Criteria ................................................ 2

Figure 2.    Support Level 1 Description........................................................................ 3

Figure 3.    Supported Living Model Mix ...................................................................... 4

Figure 4.    Five-Level Framework and Basic Criteria .................................................7

Figure 5.    Final Support Level Descriptions ............................................................... 9

Figure 6.    State Plan HCBS Only Model Mix ............................................................13

Figure 7.    Certified Family Home Model Mix ...........................................................13

Figure 8.    Community Supports Only Model Mix......................................................14

Figure 9.    Supported Living Model Mix ....................................................................15

Figure 10.   Self-directed Service Mix Budgets ..........................................................16

Figure 11.   FY 2023 fiscal exposure by level by service mix* ...................................17

Figure 12.   Assessment Tool Workgroup - Recommendation Development Process .
             ................................................................................................................ 24

Figure 13.   Summary of Assessment Criteria............................................................. 24

Figure 14.   Scale for Assigning Weights to Assessment Criteria............................... 25

Figure 15.   Assessment Criteria and Final Assigned Weights.................................... 26

Figure 16.   Final Assessment Tool Scores.................................................................. 27

Figure 17.   Subscales and Number of Classes Included in Each Analyzed Model... 30

Figure 18.   LCA Goodness-of-Fit Indices for all Tested Models (n=21,781)............32

Figure 19.   Crosstabulation of ABE Total Score by Class and Model (n=21,781) .... 33

Figure 20.   Model Requirements by Model Number .................................................. 34

Figure 21.   Preliminary Criteria for Levels 1-3......................................................... 35

Figure 22.   Idaho Supplemental Questions................................................................ 36

Figure 23.   Preliminary Verification Flagging Criteria ............................................. 37

Figure 24.   Preliminary Criteria for Level M and B................................................... 38

Figure 25.   Living Setting of Potential First Cohort Members (n=3,163)................ 40

Figure 26.   Potential First Cohort Members by Living Setting and Expenditure
             Inclusion Criteria (n=2,568)..................................................................41

Figure 27.   Final First Cohort Sampling Pool by Living Setting (n=1,333) ..............41

Figure 28.   Total Sampling Pool and First Cohort by Living Setting ....................... 42

Figure 29.   Measures of SIS-A Data Completeness and Usability for Resource
             Allocation ................................................................................................ 43

Figure 30.   Number of Participants in First Cohort by Living Setting and Support
             Level (n=801).......................................................................................... 45

Figure 31.   Percent of Each Support Level by Living Setting..................................... 45

Figure 32.   Level Assignments for Participants Flagged But Not Verified (n=50) .. 46

Figure 33.   Level Assignments for Full First Cohort (n=801)................................... 47

Figure 34.   Preliminary Level Descriptions (July 2020)............................................ 47

Figure 35.   Four-Part Service Use and Cost Report Topic Summary ....................... 50

Figure 36.   Service Mix Names Over Time.................................................................. 53

Figure 37.   Services Available Outside of the Assigned Budget ................................ 54

Figure 38.   Resource Allocation Model Elements and Associated PIR Research
             Questions ................................................................................................ 56

Figure 39.    PIR Sample by Support Level and Service Mix......................................57
Figure 40.    Support needed across general support need areas by level (n = 100) . 60
Figure 41.    Support needed across general support need areas by level, outliers
              removed (n = 82) ....................................................................61
Figure 42.    General support need by level on scale of 1 to 10, outliers removed ..... 62
Figure 43.    Support needed across behavior and medical support need by level  (n =
              100) ..........................................................................63
Figure 44.    Support needed across behavior and medical support need by level,
              outliers removed (n = 82) .............................................. 63
Figure 45.    Behavior and medical support need by level on scale of 1 to 10, outliers
              removed................................................................ 64
Figure 46.    Overall CFH service mix meets needs (n = 15) ................................ 66
Figure 47.    Overall Community service mix meets needs (n = 11)........................... 66
Figure 48.    Overall SLS service mix meets needs (n = 53) ...................................... 66
Figure 49.    Overall SD-Live-In service mix meets needs (n = 13)........................... 67
Figure 50.    Overall SD-Outside service mix meets needs (n = 7).......................... 67
Figure 51.    Model CFH service mix hours meet need by level (n = 15) .................. 69
Figure 52.    Model Community Only service mix hours meet need by level (n = 12) 70
Figure 53.    Model SLS service mix hours meet need by level (n = 53) .................... 71
Figure 54.    Service Mix Budget (by Level) ................................................75
Figure 55.    Number of individuals assigned to service mixes based on January 2021
              service use ....................................................................77
Figure 56.    Number and percent of current participants among self-directed service
              mixes (n=1498) .............................................................. 78
Figure 57.    Number and percent of current participants among traditional waiver
              service mixes .............................................................. 79
Figure 58.    SFY2023 Adult DD Program Participant Forecast ............................... 79
Figure 59.    SFY2023 Number of individuals by service mix.................................... 80
Figure 60.    Number (%) of individuals in each level by service mix in the first cohort
              (n=740) ....................................................................81
Figure 61.    Estimated number (%) of individuals in each level by Service Mix
              SFY2023 .................................................................. 82
Figure 62.    Fiscal exposure by level by service mix* ............................................. 82

# Executive Summary



The Human Services Research Institute (HSRI) has been under contract with the Idaho Office of the Attorney General since 2016 to assist the Idaho Department of Health and Welfare (DHW) in designing and implementing a new personal supports budget methodology, or resource allocation model, for assigning budgets to adults with intellectual and developmental disabilities (IDD) who receive Medicaid Home and Community-Based Services (HCBS). As a result of this effort, service recipients will be assigned to one of five support levels based on their general support needs and extraordinary support needs. Additionally, participants will be assigned to one of seven service mixes based on the way they choose to obtain their supports (i.e., traditional or self-direction) and the type of in-home habilitation supports they select, if any. Budgets, commensurate with the amount of support needed typical of the individuals in the level, are calculated using the applicable service mix and level.

The resource allocation model contains three components: a framework of five support levels, descriptions of the support levels, and services mixes/budgets. These components are described here, followed by a brief overview of the approach and development of the model.

## The Five-Support-Level Framework

Idaho's new resource allocation model uses a five-level framework where participants are assigned to a support level consistent with need as assessed by the Supports Intensity Scale – Adult Version (SIS-A). Levels 1, 2, and 3 include individuals with

low, moderate, and high general support needs, respectively. Level M is assigned to individuals with extraordinary medical support needs, while Level B is assigned to individuals with extraordinary behavioral support needs. Individuals assigned to Level M or Level B may have general support needs that would have placed them into Levels 1, 2, or 3; however, their level assignment is based on their extraordinary medical or behavioral support need. Individuals are assigned to only one level. The same standardized criteria determine a participant's placement into Levels 1, 2, 3, M, or B regardless of whether they choose to self-direct or receive services via the traditional approach and regardless of the type of in-home habilitation supports they choose, if any. Figure 1 provides a visual depiction of the five-level framework and outlines the general criteria used to assign participants into each level based on the SIS-A. Additional detail regarding the SIS-A and assignment criteria are provided in the Model Development section of this report.

Figure 1.   Five-Level Framework and Basic Criteria



## Support Level Descriptions

HSRI develops and provides level descriptions to detail typical characteristics of participants at each support level. Draft descriptions were developed based on level descriptions in other jurisdictions where HSRI has developed similar support level frameworks. These descriptions were then refined following feedback received as part of a Pre-Implementation Review (PIR). Final descriptions are provided in The Resource Allocation Model section of this report, with an example support level

description below. For additional detail regarding the development process see the Model Development section of this report.

Figure 2.    Support Level 1 Description

| | |
|---|---|
| 1 | Adults in Level 1 have low support needs. They can manage many parts of their lives independently, or with little help and rarely, if ever, require 24 hours a day of support.

Someone in this level may need support with tasks like clothing care, preparing meals, and housekeeping. They may require physical support for a few specific tasks but their support most often looks like monitoring or prompting. They may need help at times to participate in leisure activities, get and keep a job, or visit family and friends.

Adults in this level may require support to manage behavioral concerns but these behaviors rarely, if ever, put them or others at imminent risk. Most often supports needed to address behaviors include coaching and redirection which are provided in the course of general daily supports.

Adults in this level often require support such as facilitating doctor's appointments, preparing or administering medications, or supporting adherence to diets to promote health. Any more serious medical needs are typically well managed and managed within the course of general daily supports. |

## Service Mixes, Model Mixes and Budgets

Service mixes are a way to group participants based on what they are eligible for (i.e., Adult DD Waiver or State Plan HCBS Only), the way they choose to get their supports (i.e., Traditional or Self-Direction), and the type of in-home habilitative support they choose to receive (if any). Budgets within the new resource allocation model are developed to account for the average type and amount of services that DHW anticipates people will use within each support level. Since the average type and amount of service participants would be expected to need and use varies based on factors such as available services and selected type of in-home habilitative support, different **model mixes** were developed to arrive at the support budget for each service mix. Participants are not required to use the specific services that are included in the model mix. The model mix was developed to calculate the available budget, which an individual can then use to purchase the combination of services that best meet their own unique needs.

Four basic model mixes (State Plan HCBS Only, Certified Family Home, Community Supports Only, and Supported Living) were developed based on the overall array of services available to the participant (i.e., those receiving the State Plan HCBS Only mix are not eligible for waiver services) and the type of in-home habilitation supports

the participant chooses to receive, if any. Each service mix is further divided by support level (1, 2, 3, M, and B).

Adults who self-direct will receive budgets based on the model mixes developed for adults who choose the traditional approach for receiving services. The Self-Directed Live-in Support mix corresponds to the Certified Family Home mix, Self-Directed Community-Only mix corresponds to the Community Supports Only mix, and Self-Directed Outside Support mix corresponds to the Supported Living mix. While the services that make up the service mixes are identical across self-directed and traditional services, self-directed final budgets are slightly different than traditional budgets to account for unique costs associated with self-direction and different overhead costs applicable for Supported Living Services (SLS) in the traditional approach compared to self-direction.

Below is one example of a model mix—the Supported Living Service Mix. While the figure displays the final proposed model mix, the Idaho legislature has final approval on the rates for all new services and must approve the total funds necessary to support the new resource allocation model. Therefore, service mixes and corresponding budgets remain subject to change.

Figure 3.  Supported Living Model Mix

| Supported Living Service Mix (SLS) | | | | | |
|---|---|---|---|---|---|
| Supports Level | 1 | 2 | 3 | M | B |
| Residential Supports: SLS | 365 days 14 hours/day (group) | 365 days 18 hours/day (group) | 365 days 12 hours/day (group) 6 hours/day (individual) | 365 days 8 hours/day (group) 16 hours/day (individual) | 365 days 8 hours/day (group) 16 hours/day (individual) |
| Adult Day Health | 4 | 7 | 8 | 0 | 0 |
| Developmental Therapy/Center | 5 | 6 | 6 | 0 | 0 |
| Developmental Therapy/Community | 5 | 7 | 6 | 0 | 0 |
| Prevocational Individual | 0 | 1 | 1 | 1 | 1 |
| Prevocational Group | 0 | 0 | 0 | 0 | 0 |
| Career Planning | 1 | 1 | 0 | 1 | 1 |
| Community Habilitation Individual | 3 | 5 | 7 | 7 | 7 |
| Community Habilitation Group | 5 | 6 | 5 | 0 | 0 |
| Total Hours Per Week: | 23 | 33 | 33 | 9 | 9 |
| Non-medical Transportation | 2000 miles | 2000 miles | 2000 miles | 2000 miles | 2000 miles |
| Service Coordination/Planning | $3,192 | $3,192 | $3,192 | $3,192 | $3,192 |

| Total Budget Range Per Year: | $84,429 | $112,267 | $133,928 | $184,285 | $184,285 |
|---|---|---|---|---|---|

The new resource allocation model introduces a new assessment of support need and a new way of applying assessment results to inform a budget. This change brings with it potential shifts in the cost of the overall Adult DD program. To understand the fiscal impact of the new resource allocation, a first step is understanding the anticipated total value of the budgets being offered across the population served. This total value, which is an estimate of the dollar value of the service mix budgets across the population to be served, is referred to as the fiscal exposure. Note that the fiscal exposure is not an estimate of total program costs but simply the full estimated value of the budgets being offered to participants within the new model. For additional detail regarding HSRI's process for coming to this fiscal exposure figure, please see the Model Development section of this report. The overall projected fiscal exposure of the new service mixes is $493,022, 403.

## Approach & Development

Our approach to the development of the framework was guided by a number of principles, including psychometric and statistical defensibility, having multiple defensible avenues for service recipients to access needed services, transparency and understandability, and stakeholder involvement and engagement in the framework development process. We built the preliminary framework and crafted adjustments to with all of these goals in mind.

HSRI initially outlined 21 actions steps required to develop and implement a resource allocation model using their method. This report details the steps narrowly required to develop the three core elements of the new resource allocation model: the Five-Support-Level Framework, Support Level Descriptions, and Service Mixes and Budgets. Those required steps are as follows:

1. Select an assessment tool
2. Develop preliminary support level descriptions
3. Conduct SIS-A assessment on cohort of service recipients
4. Assign preliminary levels to first cohort
5. Develop preliminary level framework
6. Explore past spend and use
7. Determine service mix categories and included and excluded services
8. Develop preliminary service mixes and budgets
9. Conduct pre-implementation review
10. Finalize level framework, level descriptions, services mixes and corresponding budgets informed by results of pre-implementation review
11. Determine fiscal exposure

# The Resource Allocation Model



Since 2016, the Human Services Research Institute (HSRI) has been under contract with the Idaho Office of the Attorney General to assist the Idaho Department of Health and Welfare (DHW) in designing and implementing a new personal supports budget methodology, or resource allocation model, for assigning budgets to adults with intellectual and developmental disabilities (IDD) receiving Medicaid Home and Community-Based Services (HCBS). The outcome of this effort is that service recipients will be assigned to one of five support levels based on their general support needs and extraordinary support needs. Participants will also be assigned to one of seven service mixes based on the way they choose to obtain their supports (i.e., traditional, or self-direction) and the type of in-home habilitation supports they select, if any. Budgets, commensurate with the amount of support needed typical of the individuals in the level, are calculated using the applicable service mix and level.

In this section of the report, we detail the three basic elements of Idaho's new resource allocation model: the Five-Support-Level Framework, Support Level Descriptions, and Service Mixes and Budgets. We also provide the full fiscal exposure of the service mixes associated with the new model. In subsequent sections we provide additional detail regarding HSRI's approach for building the new resource allocation model and how each element of the model was developed.

# Five-Support-Level Framework

Idaho's new resource allocation model uses a framework of five support levels. Participants are assigned to a level consistent with their support need as measured by the Supports Intensity Scale – Adult Version (SIS-A). Levels 1, 2, and 3 include individuals with low, moderate, and high general support needs, respectively. Level M is assigned to individuals with extraordinary medical support needs, while Level B is assigned to individuals with extraordinary behavioral support needs. Individuals assigned to Level M or Level B may have general support needs that would have placed them into Levels 1, 2, or 3; however, their level assignment is based on their extraordinary medical or behavioral support need. Individuals are assigned to only one level. The same standardized criteria determine a participant's placement into Levels 1, 2, 3, M, or B regardless of whether they choose to self-direct or receive services via the traditional approach and regardless of the type of in-home habilitation supports they choose, if any. Figure 4 provides a visual depiction of the five-level framework and outlines the general criteria used to assign participants into each level, which includes scores on three subsections of the SIS-A. Additional detail regarding the assignment criteria is provided in the subsequent subsections.

Figure 4.   Five-Level Framework and Basic Criteria



## Criteria for Levels 1 Through 3

Entry into Levels 1, 2, or 3 is determined based on the sum standardized score from three portions of the SIS-A assessment: Section 2A (Home Living Activities), Section 2B (Community Living Activities), and Section 2E (Health and Safety Activities). The

standardized score for each of these sections is automatically calculated within the SISOnline platform and differs from the score one would reach from simply adding together individual numbers selected on the assessment (called the raw score). Participants whose standardized sum score from sections 2A, 2B, and 2E is between 8 and 22 are assigned to Level 1. (A score of 8 is the lowest possible standardized score for the combination of these three sections.) Participants are assigned to Level 2 if their standardize score from these three sections is between 23 and 30, and participants are assigned to Level 3 if that score is between 31 and 52. (A score of 52 is the highest possible standardized score for the combination of these three sections.)

## Criteria for Levels M and B

Participants are assigned to Level M after being verified to have an "Extraordinary Need for Medical Support." This is defined as the individual having a chronic or acute medical condition or conditions that are so complex or unstable that one-to-one staffing is required to provide frequent interventions and monitoring.

Participants are assigned to Level B after being verified to have an "Extraordinary Need for Behavioral Support." This is defined as the individual having one of the following: recent felony convictions or charges for offenses related to the serious injury or harm of another person; a history of predatory sexual offenses and is at high risk to re-offend; or a documented, sustained history of serious aggressive behavior showing a pattern of causing harm to themselves or others.

To be assigned to Levels M or B, a participant must either be "flagged" or request assignment to that level and be verified to meet the applicable criteria. The flagging and verification processes for Levels M and B are described below.

### FLAGGING FOR M AND/OR B

Individuals will be "flagged" as someone who may be assigned to Level M or Level B based on responses to SIS-A Section 1 and the Supplemental Questions. Participants can be flagged for Level M and Level B but can only be assigned to one level.

To be flagged based on extraordinary medical need (Level M) a participant must have a response of "1" to at least one item in Section 1A (Exceptional Medical Support Needs) of the SIS-A; a response of "Yes" to the Supplemental Medical Question; and at least 84 support hours per week for extraordinary medical need, as identified by their response to the Medical Supplemental Question.

To be flagged based on extraordinary behavioral need (Level B) a participant must have a response of "1" to at least one item in Section 1B (Exceptional Behavioral Support Needs) of the SIS-A; a response of "Yes" to the Supplemental Behavioral Question; and at least 84 support hours per week for extraordinary behavioral need, as identified by their response to the Behavioral Supplemental Question.

A participant may be flagged on a combination of extraordinary medical and behavioral needs by having a response of "1" to at least one item in Sections 1A and 1B of the SIS-A; a response of "Yes" to the Supplemental Medical Question and the

Supplemental Behavioral Question; and at least 84 hours of combined support per week for extraordinary medical and behavioral need, as identified by their responses to the Medical and Behavioral Supplemental Question. A participant flagged on the basis of combined extraordinary medical and behavioral needs will receive verification for both Levels M and B.

## VERIFICATION

Verification is the process by which participants are assigned to Levels M or B. Members of the Verification Team—which consists of representatives from the Bureau of Developmental Disability Services, the Crisis Prevention team, and the Independent Assessment Provider—will review supporting documentation submitted by each participant to determine whether they meet the criteria to be assigned to Level M or Level B. The Verification Team may consult with other medical and behavioral professionals or experts as needed to make their determination. In the event an individual meets the criteria for both Level M and Level B, the Verification Team will assign the individual to the level that corresponds to the primary driver of the individual's extraordinary support need.

# Support Level Descriptions

HSRI develops and provides level descriptions to detail typical characteristics of participants at each support level. Draft descriptions were developed based on level descriptions in other jurisdictions where HSRI has developed similar support level frameworks. These descriptions were then refined following feedback received as part of a Pre-Implementation Review (PIR). Final descriptions are provided below. For additional detail regarding the development process see the Model Development section of this report.

Figure 5.   Final Support Level Descriptions

| | |
|---|---|
| 1 | Adults in Level 1 have low support needs. They can manage many parts of their lives independently, or with little help and rarely, if ever, require 24 hours a day of support. |
| | Someone in this level may need support with tasks like clothing care, preparing meals, and housekeeping. They may require physical support for a few specific tasks but their support most often looks like monitoring or prompting. They may need help at times to participate in leisure activities, get and keep a job, or visit family and friends. |
| | Adults in this level may require support to manage behavioral concerns but these behaviors rarely, if ever, put them or others at imminent risk. Most often supports needed to address behaviors include coaching and redirection which are provided in the course of general daily supports. |

| | |
|---|---|
| | Adults in this level often require support such as facilitating doctor's appointments, preparing or administering medications, or supporting adherence to diets to promote health. Any more serious medical needs are typically well managed and managed within the course of general daily supports. |
| 2 | Adults in Level 2 have moderate support needs. Adults in this level often require support during much of their day but extensive dedicated support is not required. Most adults in the program have this level of support need.<br><br>Adults in this level require varying amount of support depending on the specific task or situation. Considered across all areas of support, on average, adults in this level require supports that are beyond prompting but not complete physical support. However, some adults in this level do require partial physical support in the majority of areas. An adult in Level 2 could need no support for eating meals or getting dressed, monitoring or prompting for personal hygiene, partial physical assistance for housekeeping and communicating with others, and full physical assistance for meal preparation and transportation. The combination of supports needed by adults in this level will vary person to person.<br><br>Adults in this level have a range of behavior support needs. They may exhibit anywhere from no behaviors to behaviors that could result in harm to themselves or others. The support needed to address these behaviors also range from minimal coaching and redirection to frequent focused support and periodic physical intervention. However, adults at this level do not require one-to-one support to address their needs related to behavior.<br><br>Adults in this level often require support such as facilitating doctor's appointments, preparing or administering medications, or supporting adherence to diets to promote health. Most serious medical needs are well managed; however, some adults have medical support needs that require dedicated attention (e.g., daily diabetes management). |
| 3 | Adults in Level 3 have high to very high support needs. Adults in this level often require support during much of their day and require some physical supports in most areas. However, supports may be limited to prompting or supervision in some areas. Adults in this level have at least some support needs which require 1-to-1 support on a regular, but not constant, basis.<br><br>An adult in this level could need daily physical help to prepare food, get dressed, bathe, complete household chores, and maintain physical safety while requiring only prompting and supervision to eat foods that have been prepared or communicate their wants and needs with others. An adult in this level may also likely need partial-to-full physical help to get and keep a job, access the community, and take part in preferred community activities. |

| | |
|---|---|
| | Adults in this level require behavioral support ranging from low (e.g., coaching, supervision in some environments) to high (e.g., supervision in most environments and occasional physical intervention). |
| | Adults in this level may also have medical support needs, though these medical needs most often do not require dedicated attention outside of daily supports. They may need physical support for facilitating doctor's appointments, preparing or administering medications, or supporting adherence to diets to promote health. Most serious medical needs are well managed. However, some adults in this level have medical support needs that require dedicated attention. |
| M | Adults in Level M have an extraordinary need for medical support. Because of their significant medical support need most, but not all, adults in this level require physical support for most daily activities. Adults in this level have a range of behavior support needs but the amount of support they need is primarily related to their medical conditions. |
| | In this level, an adult has a medical condition or conditions that are so complex or unstable that one-to-one staffing is required to provide frequent interventions and frequent monitoring. |
| B | Adults in Level B have extraordinary behavioral challenges. The supports adults require for medical conditions or to complete general daily activities varies widely in this level. However, behavior support needs are such that the adult requires 1-on-1 support for most, and in some cases all, hours of the day. |
| | In order to be assigned to this level, an adult must require intense 24-hour support and supervision due to one of the following: a recent felony conviction or charges for offenses related to the serious injury or harm of another person, a documented history of predatory sexual offenses with a high risk to re-offend whether or not they have been involved with the criminal justice system, a documented or sustained history of serious, aggressive behavior which requires continuous monitoring to prevent potential injury to themselves or others. |

## Service Mixes, Model Mixes and Budgets

Service mixes are a way to group participants based on what they are eligible for (i.e., Adult DD Waiver or State Plan HCBS Only), the way they choose to get their supports (i.e., Traditional or Self-Direction), and the type of in-home habilitative support they choose to receive (if any). Budgets within the new resource allocation model are developed to account for the average type and amount of services that DHW anticipates people will use within each support level. Since the average type and amount of service participants would be expected to need and use varies based on factors such as available services and selected type of in-home habilitative support, different **model mixes** were developed to arrive at the support budget for each

11

service mix. Participants are not required to use the specific services that are included in the model mix. The model mix was developed to calculate the available budget, which an individual can then use to purchase the combination of services that best meet their own unique needs.

Four basic model mixes (State Plan HCBS Only, Certified Family Home, Community Supports Only, and Supported Living) were developed based on the overall array of services available to the participant (i.e., those receiving the State Plan HCBS Only mix are not eligible for waiver services) and the type of in-home habilitation supports the participant chooses to receive, if any. Each service mix is further divided by support level (1, 2, 3, M, and B).

Adults who self-direct will receive budgets based on the model mixes developed for adults who choose the traditional approach for receiving services. The Self-Directed Live-in Support mix corresponds to the Certified Family Home mix, Self-Directed Community-Only mix corresponds to the Community Supports Only mix, and Self-Directed Outside Support mix corresponds to the Supported Living mix. While the services that make up the service mixes are identical across self-directed and traditional services, self-directed final budgets are slightly different than traditional budgets to account for unique costs associated with self-direction and different overhead costs applicable for Supported Living Services (SLS) in the traditional approach compared to self-direction.

In total, seven unique service mixes were identified, each with corresponding budgets, as shown in Figures 6 through 10 below. Each column displays a different support level; individual services included in the model mix are displayed in each row. For those mixes that include in-home habilitation supports (i.e., Certified Family Home and Supported Living) the first row reflects the residential supports included the model mix. Subsequent rows display the number of hours per week of a given service included in that model mix. The total number of weekly hours of support factored into each mix is then provided. Mixes that include Developmental Therapy also include 2 to 3 annual hours of Developmental Therapy Evaluation—not displayed in the tables. Some services focused on health and safety and employment are not included in the model mixes but will be available outside the budget allocation; for more details on this please see the Model Development section of this report.

Non-medical transportation is displayed as the number of miles included in the service mix. This varies by service mix but is consistent across support levels within each model mix. For service coordination and planning, a total of $3,192 is included at each level. This amount is also consistent across all service mixes and amounts to 4.5 hours a month of service coordination and 12 hours per year of plan development support.

The final row of Figures 6 through 9 displays the total budget per year for each service mix. Figure 10 displays only the total budget for each self-directed mix. As described above, the services that factor into those model mixes correspond to the model mixes for Certified Family Home, Community Supports Only, and Supported Living.

12

While these figures display the final model mixes for each service mix that have been proposed, the Idaho legislature has final approval on the rates for all new services and must approve the total funds necessary to support the new resource allocation model. Therefore, model mixes and corresponding budgets remain subject to change.

Figure 6.   State Plan HCBS Only Model Mix

| State Plan HCBS Only Service Mix | | | | | |
|---|---|---|---|---|---|
| Supports Level | 1 | 2 | 3 | M | B |
| Developmental Therapy/Center | 4 | 4 | 5 | 3 | 3 |
| Developmental Therapy/Community | 4 | 5 | 6 | 3 | 3 |
| Community Habilitation Individual | 5 | 5 | 6 | 10 | 10 |
| Community Habilitation Group | 5 | 6 | 5 | 6 | 6 |
| Total Hours Per Week: | 18 | 20 | 22 | 22 | 22 |
| Non-medical Transportation | 2000 miles | 2000 miles | 2000 miles | 2000 miles | 2000 miles |
| Service Coordination/Planning | $3,192 | $3,192 | $3,192 | $3,192 | $3,192 |
| Total Budget Range Per Year: | $23,886 | $25,276 | $27,994 | $34,176 | $34,176 |

Figure 7.   Certified Family Home Model Mix

| Certified Family Home Service Mix (CFH) | | | | | |
|---|---|---|---|---|---|
| Supports Level | 1 | 2 | 3 | M | B |
| Residential Supports: CFH | 365 days | 365 days | 365 days | 365 days | 365 days |
| Adult Day Health | 4 | 4 | 5 | 0 | 0 |
| Developmental Therapy/Center | 5 | 5 | 5 | 0 | 0 |
| Developmental Therapy/Community | 5 | 5 | 5 | 0 | 0 |
| Prevocational Individual | 0 | 0 | 1 | 2 | 2 |
| Prevocational Group | 0 | 0 | 1 | 0 | 0 |
| Career Planning | 1 | 1 | 1 | 2 | 2 |

13

| Certified Family Home Service Mix (CFH) | | | | | |
|---|---|---|---|---|---|
| Community Habilitation Individual | 3 | 4 | 6 | 17 | 17 |
| Community Habilitation Group | 5 | 7 | 5 | 0 | 0 |
| Total Hours Per Week: | 23 | 26 | 29 | 21 | 21 |
| Non-medical Transportation | 3600 miles | 3600 miles | 3600 miles | 3600 miles | 3600 miles |
| Service Coordination/Planning | $3,192 | $3,192 | $3,192 | $3,192 | $3,192 |
| Total Budget Range Per Year: | $45,383 | $48,995 | $56,133 | $73,391 | $73,391 |

Figure 8.   Community Supports Only Model Mix

| Community Supports Only Service Mix (Community) | | | | | |
|---|---|---|---|---|---|
| Supports Level | 1 | 2 | 3 | M | B |
| Adult Day Health | 4 | 4 | 5 | 0 | 0 |
| Developmental Therapy/Center | 5 | 5 | 5 | 0 | 0 |
| Developmental Therapy/Community | 5 | 5 | 5 | 0 | 0 |
| Prevocational Individual | 0 | 0 | 1 | 2 | 2 |
| Prevocational Group | 0 | 0 | 1 | 0 | 0 |
| Career Planning | 1 | 1 | 1 | 2 | 2 |
| Community Habilitation Individual | 3 | 4 | 6 | 17 | 17 |
| Community Habilitation Group | 5 | 7 | 5 | 0 | 0 |
| Total Hours Per Week: | 23 | 26 | 29 | 21 | 21 |
| Non-medical Transportation | 3600 miles | 3600 miles | 3600 miles | 3600 miles | 3600 miles |
| Service Coordination/Planning | $3,192 | $3,192 | $3,192 | $3,192 | $3,192 |
| Total Budget Range Per Year: | $25,896 | $29,508 | $36,646 | $53,904 | $53,904 |

14

Figure 9.    Supported Living Model Mix

| Supported Living Service Mix (SLS) | | | | | |
|---|---|---|---|---|---|
| Supports Level | 1 | 2 | 3 | M | B |
| Residential Supports: SLS | 365 days 14 hours/day (group) | 365 days 18 hours/day (group) | 365 days 12 hours/day (group) 6 hours/day (individual) | 365 days 8 hours/day (group) 16 hours/day (individual) | 365 days 8 hours/day (group) 16 hours/day (individual) |
| Adult Day Health | 4 | 7 | 8 | 0 | 0 |
| Developmental Therapy/Center | 5 | 6 | 6 | 0 | 0 |
| Developmental Therapy/Community | 5 | 7 | 6 | 0 | 0 |
| Prevocational Individual | 0 | 1 | 1 | 1 | 1 |
| Prevocational Group | 0 | 0 | 0 | 0 | 0 |
| Career Planning | 1 | 1 | 0 | 1 | 1 |
| Community Habilitation Individual | 3 | 5 | 7 | 7 | 7 |
| Community Habilitation Group | 5 | 6 | 5 | 0 | 0 |
| Total Hours Per Week: | 23 | 33 | 33 | 9 | 9 |
| Non-medical Transportation | 2000 miles | 2000 miles | 2000 miles | 2000 miles | 2000 miles |
| Service Coordination/Planning | $3,192 | $3,192 | $3,192 | $3,192 | $3,192 |
| Total Budget Range Per Year: | $84,429 | $112,267 | $133,928 | $184,285 | $184,285 |

Figure 10. Self-directed Service Mix Budgets

| Self-Directed Service Mixes | | | | | |
|---|---|---|---|---|---|
| | **1** | **2** | **3** | **M** | **B** |
| **Self-Directed Live-In Supports Mix (SD-Live-in)** | $46,679 | $50,291 | $57,429 | $74,687 | $74,687 |

| | | | | | |
|---|---|---|---|---|---|
| **Self-Directed Community-Only Supports Mix (SD-Community)** | $27,192 | $30,804 | $37,942 | $55,200 | $55,200 |

| | | | | | |
|---|---|---|---|---|---|
| **Self-Directed Outside Support (SD-Outside)** | $76,681 | $101,934 | $120,354 | $161,433 | $161,433 |

## Fiscal Exposure

The new resource allocation model introduces a new assessment of support need and a new way of applying assessment results to inform a budget. This change brings with it potential shifts in the cost of the overall Adult DD program. To understand the fiscal impact of the new resource allocation, a first step is understanding the anticipated total value of the budgets being offered across the population served. This total value, which is an estimate of the dollar value of the service mix budgets across the population to be served, is referred to as the fiscal exposure. Note that the fiscal exposure is not an estimate of total program costs, but simply the full estimated value of the budgets being offered to participants within the new model.

For additional detail regarding HSRI's process for coming to this fiscal exposure figure see the Model Development section of this report. Figure 11, on the following page, provides the breakdown of the fiscal exposure by service mix and level. The overall projected fiscal exposure of the new service mixes is $493,022,403.

Figure 11.    FY 2023 fiscal exposure by level by service mix*

| | 1 | 2 | 3 | M | B | TOTAL |
|---|---|---|---|---|---|---|
| State Plan | $ 6,759,738 | $3,412,260 | $3,779,190 | $ 205,056 | $ 205,056 | $ 14,361,300 |
| SD-Live-In | $3,127,501 | $30,778,165 | $22,971,648 | $1,643,109 | $821,554 | $59,341,978 |
| SD-Community | $299,113 | $1,016,536 | $341,479 | $55,200 | $55,200 | $1,767,528 |
| SD-Outside | $6,977,946 | $33,434,457 | $15,044,190 | $5,327,274 | $12,753,172 | $73,537,039 |
| CFH | $4,129,864 | $40,959,920 | $30,648,684 | $2,201,723 | $1,100,861 | $79,041,052 |
| Community | $3,936,210 | $13,898,325 | $4,397,534 | $431,230 | $431,230 | $23,094,529 |
| SLS | $22,880,373 | $108,899,203 | $49,285,364 | $17,875,641 | $42,938,396 | $241,878,977 |
| TOTAL | $48,110,745 | $232,398,866 | $126,468,089 | $27,739,233 | $58,305,469 | $493,022,403 |

*Total may not equal the sum of service mixes due to rounding to the nearest dollar

Full Fiscal Exposure = $493,022,403

17

# Background & Approach



## Project Background

In 2016, DHW entered into the KW v. Armstrong settlement agreement. As part of this agreement DHW agreed to adopt and implement a new resource allocation model for determining personal support budgets. This new resource allocation model will replace the current Budget Tool, which uses scores from the Scales of Independent Behavior-Revised (SIB-R) and other additional information about a person to calculate a person's individual budget. The parties jointly agreed that HSRI would be retained to assist DHW to adopt and implement the new resource allocation model.

HSRI identified 21 action steps necessary to establish and implement a new resource allocation model using our method[1]:

  1: Convene an inaugural meeting with DHW staff

  2: Revise the service array and associated service definitions (if needed)

  3: Review present reimbursement rates and make changes (if needed)

  4: Select a tool to assess support needs

---

[1] Wording slightly varies from action steps outlined at the beginning of the project to reflect Idaho specific terminology where appropriate. For original language see Settlement Agreement (Exhibit 1- HSRI Scope of Work) available at mychoicematters.idaho.gov.

5: Ensure that means are in place to gather and store data pertaining to supports needs and other project-related data

6: Train and certify assessors as qualified to conduct an assessment

7: Complete support needs assessments
8: Compile a roster of service recipients
9: Gather expenditure data per person by service
10: Analyze support needs and historical expenditure data
11: Assign service recipients to support levels based on assessment
12: Establish and validate service mixes by support level
13: Establish framework for assigning supports budgets by support level and residence type
14: Conduct a systems impact study of prospective changes pertaining to the HCBS waiver and information management
15: Finalize individual support budget policies, including the exceptions review protocol, re-assessment application review, and appeals points
16 Review and modify the supports planning protocol
17: Provide training to service coordinators, plan developers, support brokers, and others
18: Prepare complementing materials
19: Establish and implement a communications plan to assure stakeholder engagement
20: Establish and execute an Implementation Plan
21: Establish and initiate an Evaluation Plan

HSRI and DHW jointly established the distribution of the necessary tasks to complete each of the 21 action steps and have been working since 2016 to complete development of the new resource allocation model and to be prepare for its implementation. In December 2020, the court ruled that a reasonable completion deadline for the new resource allocation model was June 2022, as such implementation of the new model is slated to begin at that time.

## Approach

Our approach to the development of the resource allocation model was guided by the following principles:

**Be valid and reliable across all service users.** The resource allocation model must be established on statistically sound methods that are defensible and data driven. Our approach included testing the soundness of the model to ensure that all individuals receive equitable treatment with the resulting model.

**Have multiple defensible avenues for service recipients to access needed services, including those with unique support needs.** We sought to create a model that correctly assigns individuals to a support level as to the greatest degree

possible. Yet, we understand the limitations of any assessment in identifying unique needs. Therefore, we consider the level assignment criteria as only part of an equitable system that allows all service recipients to seek out the supports they need even if they fall outside the developed level criteria.

**Be transparent and explainable to anyone receiving services or providing supports to service recipients.** We sought to create a model that removes unnecessary complexity. While all model aspects remain valid and reliable, we often revisited ways in which we could make the model easier to understand. We developed products to create transparency about our process and the resulting model.

**Be responsive to policy intentions.** We worked with DHW throughout the project to ensure the model components met the expectations DHW holds for the future of their system. For example, DHW identified a desire to promote both community-based supports and those which help build a path to employment and as such these services were included as part of all service mixes at all levels.

**Integrate stakeholder feedback**. Throughout the process, we regularly met with stakeholder groups to integrate their feedback into the model. For example, DHW and HSRI participated in multiple meetings introducing the draft service mixes and these mixes were modified prior to Pre-Implementation Review directly based on feedback from stakeholders.

**Apply mixed methods approach.** To be confident in the soundness of the resource allocation model, we approached the model components with a variety of methodology types. We incorporated inferential statistical testing, qualitative methods, and stakeholder input across the development process to form recommendations from multiple perspectives.

The approach described here resulted in a multi-phase development process described in the following section. We built the recommended resource allocation model and crafted adjustments to that model with each of these principles in mind. In fact, these principles were at the core of the entire project.

The foundational nature of these principles is demonstrated in the tool selection process which began this entire work and resulted in the SIS-A being selected as the assessment instrument. Possible assessments were scored on a number of criteria including their psychometric properties and standardization, ease of use, and being respectful of participants in construction and process because of the fundamental need for a valid, reliable, defensible, and transparent framework. Stakeholders were involved in the tool selection process and DHW elected to use the instrument that they recommended.

These principles can also be seen in the decision to utilize a five-level framework. The decision to utilize a five-level framework was arrived at via statistical analysis of different potential models and structures. Through this analysis, it was determined that the five-level framework best met DHW's needs and goals for a level framework. This framework fairly and consistently associates individual support needs with

20

resources to meet their needs. It considers general support need captured through sections 2A, 2B, and 2E of the SIS as well as Medical and Behavioral information. The framework has dedicated levels for individuals with extraordinary medical and behavioral support needs. Such a framework assigns levels without being overly complex, having the additional benefit of making it explainable and transparent.

HSRI's method of determining support budgets with service mixes is also a direct result of our adherence to these principles. Many methods of assigning budgets rely on historical spend to predict future spend to determine budgets. However, these techniques are not well-suited for responsiveness to changing policy goals and are typically not transparent or explainable to anyone using services. Service mixes, on the other hand, allow participants to see exactly how the budget they receive was reached---by policy makers identifying what services, in what amounts, they will make available to participants by support level. While participants are not required to use the services within the mix, exactly what goes into creating that budget is transparent and easy to understand.

Stakeholder feedback is key throughout HSRI's model development process, particularly during the development of service mixes and the subsequent Pre-Implementation Review. Such feedback is critical to ensuring the new resource allocation model is built in such a way that meets participants' needs, in most circumstances. Service mixes were changed as a result of the feedback shared prior to Pre-Implementation Review and it was the information shared by reviewers during that qualitative review that resulted in each of the subsequent recommendations.

Each step in the model development process, described in detail in the next section, was informed by an understanding of the need for statistical rigor, understandability, transparency, adherence to policy intentions, and consideration of stakeholder feedback as outlined above.

# Model Development



Idaho's new resource allocation model is built upon three core elements: a five-level framework, support level descriptions, and service mixes and budgets. Numerous steps went into the process for developing each; these are outlined in detail in this section. We also detail the Pre-Implementation Review, the process by which we explore how well each element of the resource allocation framework is working, and detail the process for determining the full fiscal exposure of the proposed service mixes. Finally, we offer an overview of the work that remains prior to the implementation of the new resource allocation model now that the model itself has been fully developed.

While this report aims to provide the fullest possible picture of the steps involved in developing the new resource allocation model, some elements of this process fall outside of HSRI's purview and are thus not addressed in great detail. For example, DHW sought and received extensive feedback from Community NOW! which informed the expanded service array that DHW intends to offer within the new resource allocation model. These new services, as well as changes to the existing supported living service, required DHW to establish new rates of reimbursement, which was accomplished with support from Myers and Stauffer. While these efforts are not specifically described in this report, the services within the array and the corresponding reimbursement rates are key inputs to the resource allocation model that was developed.

# Five-level framework

The development of the five-level framework itself required a series of steps, each of which is detailed in this section of the report. Before HSRI could begin building the framework, however, DHW first had to determine which assessment tool it would use as the underpinning of its new resource allocation model. Once the assessment tool was chosen, HSRI could begin developing the preliminary framework. To test the framework, a group of participants within the Adult DD Program was identified and assessed using the selected instrument; the framework was then applied to those participants to see how it performed for the specific population being served in Idaho.

## Assessment tool selection

DHW sought the assistance of HSRI in selecting a new support needs assessment instrument. To do this, HSRI led a Support Needs Assessment Tool Work Group (referred to as the Workgroup) through a formal process to determine which assessment tool the Workgroup would recommend to DHW.

### BACKGROUND

Prior to the facilitated meeting of the Workgroup, HSRI provided DHW feedback on DHW's current assessment methodology. Within the resulting report, *Review of Current Support Needs Instruments of Individuals with Intellectual and Developmental Disabilities in Idaho*, HSRI provided a set of criteria by which to judge an assessment being considered for use within the new resource allocation model. DHW, with the assistance of many members of the Workgroup, then identified additional assessment criteria of particular importance to stakeholders and provided it to HSRI. With the combined list, DHW and HSRI then identified the three assessments most likely to meet Idaho's specific needs for a support needs assessment used within a new budget model. The assessments put forward for further consideration were:

- Supports Intensity Scale (SIS; aaidd.org/sis)

- Inventory for Client and Agency Planning (ICAP; riversideinsights.com)

- interRAI (interrai.org)

HSRI prepared for the facilitated Workgroup meeting by gathering relevant information for each assessment tool, including: copies of the tools themselves, scholarly articles regarding each of the tools, materials from and communication with the tools' publishers and from direct contact with states that have used the tool for supports budgeting or resource allocation. Information was then shared with the Workgroup to support them in making informed judgements of each assessment tool. The following section describes the group's process for preparing their recommendation to DHW, the recommendation itself, and further considerations needed by DHW.

## PROCESS AND RECOMMENDATION

The Workgroup, which consisted of 18 individuals, gathered on Nov. 2, 2016 to participate in a facilitated process for developing a recommendation for the assessment tool to be used as part of the new resource allocation model. In attendance were representatives from Children's Developmental Disability Services, Adult Developmental Disability Services, Office of Medicaid, Office of Attorney General, Liberty Healthcare, the American Civil Liberties Union of Idaho (ACLU), Disability Rights Idaho (DRI), and the Developmental Disabilities Council. The daylong session was separated into two tasks:

1. Review and weighting of each assessment tool criteria
2. Determining scores for each of the assessment tools by each criterion established and defined in Task 1.

To complete these tasks, the Workgroup followed the five-step process displayed in Figure 12.

**Figure 12. Assessment Tool Workgroup - Recommendation Development Process**



First, HSRI presented and described the assessment tool criteria, which are shown below in Figure 13.

**Figure 13. Summary of Assessment Criteria**



After reviewing the criteria, the Workgroup then discussed and agreed upon the inclusion and importance of each criterion. This process included assigning weights to each assessment criterion, ranging from 0 "Not important at all and should not impact tool selection" to 5 "Extremely important and should have a large impact on selection" as well as a 10 to identify a "Deal Maker." The group determined that some criteria were "deal breakers/deal makers," where the scoring should make it very difficult for an assessment to be chosen without meeting such criteria. The weight scale is displayed in Figure 14 and the weights assigned by the Workgroup are displayed in Figure 15.

**Figure 14. Scale for Assigning Weights to Assessment Criteria**



**0** = Not important at all and should not impact tool selection

**1** = Minimally important and should have a small impact on selection

**2** = Somewhat important

**3** = Moderately important and should moderately impact selection

**4** = Very important

**5** = Extremely important and should have a large impact on selection

**10** = Deal maker (**use sparingly/carefully**)

25

Figure 15. Assessment Criteria and Final Assigned Weights

| Instrument Properties | FINAL WEIGHT |
|---|---|
| **Background information and content areas** | |
| Background information | 5 |
| ADLs | 5 |
| IADLs | 5 |
| Cognition/Memory | 5 |
| Medical conditions/diagnoses | 5 |
| Challenging behavior | 5 |
| **Medical and behavioral support needs** | |
| Assesses medical support needs | 10 |
| Assesses behavioral support needs | 10 |
| **Psychometric properties and standardization** | |
| Documented validity | 5 |
| Documented reliability | 5 |
| Standardized/normed | 5 |
| **Ease of use** | |
| Logical and understandable | 5 |
| Consistent response options | 5 |
| **Instrument is respectful of service recipients** | |
| Strengths-based and focused on support needed | 5 |
| Respectful of diversity and culture | 3 |
| Person-centered | 4 |
| **Instrument Utilization** | |
| **Assessment tool uses** | |
| Can be used for eligibility | 4 |
| Is used somewhere for eligibility | 2 |
| Can be used for budget allocation | 10 |
| Is used somewhere for budget allocation | 4 |
| Can be used for person-centered planning | 4 |
| **Technological infrastructure** | |
| Acceptable electronic database vendor identified | 5 |
| Aggregation of scores useful for measuring support need | 5 |
| Database platform readily available | 5 |
| Automated and transparent scoring | 5 |
| Ability to create reports | 5 |
| **Services available** | |
| Ongoing testing and research | 3 |
| Support and training | 5 |
| Certification and/or training of assessors | 5 |
| **Process is respectful of service recipients** | |
| Respectful of diversity and culture | 5 |
| Service recipient leads responses | 5 |
| Not burdensome | 4 |
| Transparent scoring and level process | 10 |
| **Idaho-Specific Criteria** | |
| Limited need for statutory changes | 2 |
| Can be implemented within 2-year timeframe | 5 |
| Will not require a difficult transition period | 0 |
| Feasible for annual assessment | 4 |

Once all assessment criteria were presented and scoring weights were determined, HSRI presented information on each of the assessment tools still under consideration by DHW (SIS, ICAP, and interRAI). HSRI also supplied the Workgroup with written documents that described each tool and provided copies of each of the assessments

26

for review. To promote active engagement of all members, the Workgroup separated into three smaller groups (Team A, Team B, and Team C) to discuss each assessment tool and assign scores for each of the criterion. An HSRI team member was available to each team during the small group scoring process to facilitate and to answer questions. Teams talked through their rationale for scoring, took notes on their scoring, and indicated their scores for each criterion. The scale for scoring was:

> 0 = Does not meet criterion
> 1 = Somewhat meets criterion
> 2 = Mostly meets criterion
> 3 = Completely meets criterion

Next, the full Workgroup reconvened to compare and discuss the teams' scoring. The Workgroup assigned final scores to each criterion through an agreed-upon method of consensus building. HSRI calculated the final score by first multiplying the criteria score by its accompanying criteria weight. The sum of all weighted criteria, for each assessment, was then calculated. Final scores, of an available 552 points, are displayed in Figure 16. When considered as a percentage of the total possible score, the SIS received an 84%, the interRAI received a 63%, and the ICAP received a 51%.

**Figure 16. Final Assessment Tool Scores**



After completing the process described above, the Workgroup put forward a recommendation to DHW for use of the SIS.

## Supports Intensity Scale

With all factors considered, DHW ultimately selected the SIS based on the review of the Workgroup, discussion with HSRI, and internal considerations. DHW instructed its IAP to make the arrangements necessary to obtain rights for use of the SIS and all necessary training.

The Supports Intensity Scale – Adult Version (SIS-A) was first published in 2004 by the American Association on Intellectual and Developmental Disabilities (AAIDD).[2] The SIS-A was created to provide a psychometrically valid assessment to measure the intensity of support needed by people with IDD. Later, minor improvements were made to the SIS-A, making the 2015 version the most up-to-date assessment recommended for use by DHW. The SIS-A is used in 26 states[3] and has been translated into 13 languages. The SIS-A is used for a variety of purposes

---

[2] https://www.aaidd.org/sis/sis-a
[3] https://www.aaidd.org/sis/sisonline/states-using-sis

including determining program eligibility, planning supports and services, and informing supports budgets.

Likely the most well-known and widely used assessment of its kind, substantial support exists for the SIS-A's psychometric soundness and wide applicability. Extensive research has supported the SIS-A's psychometric soundness, as reported in the Thompson et al. (2018) review of peer-reviewed professional literature exploring the use of the SIS-A.[4] Publications continue to confirm the validity and reliability of the SIS-A, most recently with its use in different populations such as for individuals with psychiatric disabilities[5] and autistic individuals[6]. Publications have also explored ways the SIS-A may be used by organizations and systems,[7] for person-centered planning and supports budgets,[8] and for remote interviewing[9] instead of face-to-face.

The SIS-A contains a section on personal demographic information and three sections on the support needs of the individual: Exceptional Medical and Behavioral Support Needs, Support Needs Index, and Supplemental Protection and Advocacy Scale. While not a part of the SIS-A itself, supplemental questions are often used with the SIS-A to provide additional details that are needed to determine supports budgets. The SIS-A is intended to be an interview of both the individual being assessed and others with firsthand knowledge of the individual. These can include family members, case managers, or other support providers. Extensive training is required for assessors to promote the interrater reliability and reliability over time of the SIS-A.

---

[4] Thompson, J.R.; Schalock, R.L.; Tassé, M.J. (Eds.) Evidence for the Reliability and Validity of the Supports Intensity Scales (White Paper); American Association on Intellectual and Developmental Disabilities: Washington, DC, USA, 2018.

[5] Arnkelsson, G. & Sigurdsson, T. (2014). The validity of the Supports Intensity Scale for adults with psychiatric disabilities. *Research in Developmental Disabilities*, 35(12), 3665-3671.

[6] Thompson, J.R., Anderson, M.H & Shogren, K.A. (2021). Measuring the support needs of people with intellectual disability and autism spectrum disorder with the Supports Intensity Scale – Adult Version. *Education and Training in Autism and Developmental Disabilities*, 56(1), 18-26.

[7] Schalock, R.L., Thompson, J.R., & Tassé, M.J. (Eds.) How Organizations and Systems Use Supports Intensity Scales (White Paper); American Association on Intellectual and Developmental Disabilities: Washington, DC, USA, 2018.

[8] Agosta, J., Petner-Arrey, J., Aiken, F., Kardell, Y., Vazquez, A., Rojas, R., Taylor, B., & Villwock, M. (2015) *Building personal support budgets for adults with intellectual/developmental disabilities*. Human Services Research Institute.

[9] Thompson, J.R., Carlson, S.R. & Shaw, L. (2020, October). Comparing SIS—A assessments administered using face-to-face and virtual interviewing formats. American Association on Intellectual and Developmental Disabilities.

## PERSONAL DEMOGRAPHIC INFORMATION

The SIS-A first asks about personal and demographic information with questions about primary language, primary communication mode, race, ethnicity, residence, educational attainment, and current employment. Basic information about support providers and additional respondents is also sought.

## EXCEPTIONAL MEDICAL AND BEHAVIORAL SUPPORT NEEDS

The SIS-A then asks about the support needed for medical conditions and behavioral challenges. The intention of this section is to understand the amount of support for these conditions and/or challenges beyond what may be needed for daily activities.

## SUPPORT NEEDS INDEX

The next section of the SIS-A asks about general support needs of individuals. In particular, it asks about the frequency, duration, and type of support needed for activities in six areas of life. The six subsections of the Support Needs Index (SNI) are:

   A.  Home Living Activities
   B.  Community Living Activities
   C.  Lifelong Learning Activities
   D.  Employment Activities
   E.  Health and Safety Activities
   F.  Social Activities

## SUPPLEMENTAL PROTECTION AND ADVOCACY SCALE

The last section of the SIS-A specific to support need asks about the amount of support need for activities the individual performs to protect and advocate for him or herself.  As in the SNI, each activity is rated in terms of frequency, time, and type of support.

## SUPPLEMENTAL QUESTIONS

The Supplemental Questions that are used across multiple jurisdictions were developed by HSRI for jurisdictions that require additional measures of need to inform supports budgets. The use and content of the supplemental questions vary by jurisdiction, but they often contain questions on the number of hours per day/week the individual requires intensive medical or behavioral support.

# Development of Preliminary Five-Level Framework

During early conversations with DHW, HSRI initially presented a seven-level framework for resource allocation; a number of jurisdictions that use the SIS for resource allocation purposes use this framework. Seven-level frameworks that HSRI created prior to 2017 typically include four general support need levels, which range from low to high, a level reserved for those with low general support needs but moderate behavioral support needs, and two levels reserved for individuals with extraordinary medical or behavioral support needs.

Starting in 2017, HSRI began investigating the possibility of devising other frameworks using the SIS as the underlying assessment tool. This analysis resulted in the five-level model developed for use in Idaho. In this section, we detail the analysis that led to the development of three levels for general support need; we also cover how the levels for participants with extraordinary medical and behavioral support needs were crafted for use by Idaho's Adult DD program.

## GENERAL SUPPORT NEED ANALYSIS (LEVELS 1-3)

Using adult SIS assessment data from 21,781 SIS assessments available to HSRI as of March 2018,[10] HSRI sought to answer three analysis questions:

1. What is the most appropriate number of levels for a general support needs framework?

2. Does the use of SNI or the sum subscales of A, B, and E create levels that contain individuals similar to one another and different from individuals in other levels?

3. After determining whether SNI or A, B, and E should be used, what scores best create levels that contain individuals similar to one another and different from individuals in other levels?

To answer these questions, HSRI tested six different models containing mixes of subscales and classes, shown below in Figure 17. Classes refer to the different subgroups within the population that contain individuals similar to one another and different from individuals in other classes.

### Figure 17. Subscales and Number of Classes Included in Each Analyzed Model

|         | Subscales | # of classes |
|---------|-----------|--------------|
| Model 1 | All       | 5            |
| Model 2 | All       | 4            |
| Model 3 | All       | 3            |
| Model 4 | A, B, E   | 5            |
| Model 5 | A, B, E   | 4            |
| Model 6 | A, B, E   | 3            |

Models 1 through 3 utilized all subscales from Section 2 of the SIS (A-F), also referred to as the SNI, and a mix of 3, 4, and 5 classes. Models 4 through 6 utilized only subscales A, B, and E from Section 2 of the SIS, which HSRI used to establish general support need in the seven-level framework, and the same mix of 3, 4, and 5 classes.

---

[10] SIS data used for this analysis was generated from assessments performed in Georgia, Hawaii, Manitoba (Canada), and North Carolina. While no assessments from Idaho were included in this analysis, support needs are a universal construct and do not differ by jurisdiction—therefore findings from the analyses conducted are transferable.

For consideration as a final model to inform the support level framework, the model would have to pass each of the following requirements[11]:

| | | |
|---|---|---|
| Model shows statistical fit and good entropy | Classes are statistically different from one another | Classes group individuals from low general support need to high general support need |

| | |
|---|---|
| Classes distribute individuals among levels in practically sized groups | Classes closely correspond to sum score of general support need |

Next, HSRI conducted a number of statistical analyses to determine which of the models fit these requirements. First, we conducted descriptive analyses to understand differences among jurisdictions and/or subgroups in the dataset. Next, we utilized latent class analysis (LCA), which is a statistical analysis for identifying class (or group) membership among individuals. LCA uses measured data (i.e., the SIS) to find groups of similar individuals. LCA tests whether the data support a predetermined number of groups that exist in the data, and which individuals belong to each group.

LCA uses an iterative process to determine class membership to latent, or unmeasured, variables. Observed or measured variables are caused by unobserved or latent phenomena. Applied to this analysis, the SIS measures support need. The LCA tests the patterns of interrelationships among observed variables (SIS subscales) to understand, characterize, and classify the underlying latent variable (support need). We tested each model by forcing the variables included and the number of classes, so the LCA could determine fit and class membership.

While this methodology used a data-driven approach to determine a support level framework, practical limitations were considered throughout. In addition to only considering models with a practical number of support levels (five to seven) and whose levels correspond to increasing general support need, we considered the practical implications of size of the classes.

Once we completed all analyses and applied the model requirements, we selected the most appropriate model to inform the level framework criteria. We then applied the level framework criteria and conducted descriptive analyses to illustrate the framework in the dataset. We examined the distribution of subscale and total scale scores by level, the frequencies of levels, and the relationships between levels and individual SIS items and subscales.

Analyses showed that the ABE models generally have better fit, and the ABE models with 3, 4, or 5 classes may be relatively equal in fit depending on the goodness-of-fit

---

[11] For additional detail as to each model requirement see *Understanding the Five Level Framework* (Appendix pgs. 4-5) available at www.mychoicematters.idaho.gov.

index. This can be seen in Figure 18 which displays goodness-of-fit testing for all models:

**Figure 18. LCA Goodness-of-Fit Indices for all Tested Models (n=21,781)**

Note: ** p <.01

|  | AIC | BIC | SSABIC | Entropy | LMR-LRT |
|---|---|---|---|---|---|
| Model 1: A-F, 5 classes | 414824.14 | 415143.91 | 433913.12 | 0.86 | -210459.13** |
| Model 2: A-F, 4 classes | 420984.27 | 421248.08 | 421143.21 | 0.88 | -216867.95** |
| Model 3: A-F, 3 classes | 433787.89 | 433995.75 | 433913.12 | 0.91 | -231917.36** |
| Model 4: ABE, 5 classes | 230854.54 | 231030.41 | 230960.50 | 0.81 | -116832.88** |
| Model 5: ABE, 4 classes | 233701.75 | 233845.65 | 233788.45 | 0.82 | -119737.11** |
| Model 6: ABE, 3 classes | 239502.22 | 239614.14 | 239569.65 | 0.86 | -126916.01** |

Because Models 3, 4, and 5 all showed good fit, it was necessary to conduct additional testing to determine the best number of support levels for the framework. This was done using univariate general linear models, which determined whether statistically significant differences exist among the classes. Statistical differences among classes indicate that the classes are distinct from one another and therefore warrant separate levels in the level framework. Findings from this analysis supported the use of any number (3, 4, or 5) of classes to best fit the data.[12]

Next, we looked at descriptive statistics of the individuals comprising the classes to identify whether the classes effectively group individuals from low to high general support need. This analysis determined that all three models group individuals into classes that move from low to high across all the subscales of general support needs. After this we examined the proportion of individuals in each class to the overall analysis sample. No significant issues were found.

Finally, we explored the last model requirement for determining the best model fit, which relates to the ease with which ranges of total scores for the sum of A, B, and E correspond directly to classes in the LCA models to create distinct levels. Figure 19 relays the findings from this analysis. ABE scores are displayed in the first (left-hand) column; the models, along with their associated number of classes, are distributed across the top. Each colored cell of the figure contains the number of individuals in the sample with the specific ABE score within the class and LCA model. For example, there are four individuals with a total ABE score of 8 in Class 1 of all three models. The darkness of the cell color increases with higher numbers of individuals in those cells. Shaded horizontal lines represent proposed cutoffs.

We determined potential support need level cutoffs for each of the three models by drawing lines where most individuals would move from their class (e.g., Class 1) to a potential level based on ABE score corresponding to the same group (e.g., Level 1). Where two classes have overlap in ABE scores (e.g., in Model 4, 208 individuals in

---

[12] See Agosta, J., Kidney, C., & Vazquez, A. (2018) *Moving from Seven to Five Support Levels for Determining Personal Supports Budgets*. Tualatin, OR: Human Services Research Institute

Class 1 and 56 individuals in Class 2 have an ABE score of 17), we determined cutoff scores by drawing the line where the fewest individuals had mismatches between class and level.

Figure 19. Crosstabulation of ABE Total Score by Class and Model (n=21,781)

| ABE Total | Model 4 Class 1 | Model 4 Class 2 | Model 4 Class 3 | Model 4 Class 4 | Model 4 Class 5 | Model 5 Class 1 | Model 5 Class 2 | Model 5 Class 3 | Model 5 Class 4 | Model 6 Class 1 | Model 6 Class 2 | Model 6 Class 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 4 | | | | | 4 | | | | 4 | | |
| 9 | 10 | | | | | 10 | | | | 10 | | |
| 10 | 33 | | | | | 33 | | | | 33 | | |
| 11 | 42 | | | | | 42 | | | | 42 | | |
| 12 | 66 | | | | | 66 | | | | 66 | | |
| 13 | 102 | | | | | 102 | | | | 102 | | |
| 14 | 143 | | | | | 143 | | | | 143 | | |
| 15 | 193 | | | | | 193 | | | | 193 | | |
| 16 | 200 | | | | | 200 | | | | 200 | | |
| 17 | 208 | 56 | | | | 264 | | | | 264 | | |
| 18 | 137 | 142 | | | | 277 | 2 | | | 279 | | |
| 19 | 11 | 333 | | | | 301 | 43 | | | 344 | | |
| 20 | | 402 | | | | 125 | 277 | | | 402 | | |
| 21 | | 465 | | | | 22 | 443 | | | 443 | 22 | |
| 22 | | 511 | 1 | | | 2 | 510 | | | 259 | 253 | |
| 23 | | 494 | 165 | | | | 659 | | | 14 | 645 | |
| 24 | | 63 | 623 | | | | 686 | | | | 686 | |
| 25 | | 1 | 895 | | | | 896 | | | | 896 | |
| 26 | | | 969 | | | | 969 | | | | 969 | |
| 27 | | | 1,122 | | | | | 1,122 | | | 1,122 | |
| 28 | | | 1,224 | | | | | 1,224 | | | 1,224 | |
| 29 | | | 125 | 1,179 | | | | 1,304 | | | 1,304 | |
| 30 | | | | 1,420 | | | | 1,420 | | | 1,420 | |
| 31 | | | | 1,524 | | | | 1,524 | | | | 1,524 |
| 32 | | | | 1,657 | | | | 1,657 | | | | 1,657 |
| 33 | | | | 1,544 | | | | 1 | 1,543 | | | 1,544 |
| 34 | | | | 1,434 | | | | | 1,434 | | | 1,434 |
| 35 | | | | | 1,251 | | | | 1,251 | | | 1,251 |
| 36 | | | | | 1,095 | | | | 1,095 | | | 1,095 |
| 37 | | | | | 889 | | | | 889 | | | 889 |
| 38 | | | | | 554 | | | | 554 | | | 554 |
| 39 | | | | | 281 | | | | 281 | | | 281 |
| 40 | | | | | 104 | | | | 104 | | | 104 |
| 41 | | | | | 58 | | | | 58 | | | 58 |
| 42 | | | | | 25 | | | | 25 | | | 25 |
| 43 | | | | | 10 | | | | 10 | | | 10 |
| 44 | | | | | 9 | | | | 9 | | | 9 |
| 45 | | | | | 3 | | | | 3 | | | 3 |
| 46 | | | | | 2 | | | | 2 | | | 2 |
| 47 | | | | | 2 | | | | 2 | | | 2 |

To create the data-informed criteria for support levels, we had to create cutoff scores for the total ABE score that most closely aligned with the classes as defined by the LCA. The cutoff determination provided information on the number of individuals whose level, if the model was adopted, would not align with their LCA class. As the goal of this analysis was to develop levels based in data analysis, greater alignment between level and class was necessary. With the cutoffs displayed in the figure above, the number and percentage of individuals whose level and class do not align are:

- Model 4: 564 (2.5%)
- Model 5: 195 (0.9%)
- Model 6: 289 (1.3%)

All three models produce level cutoffs with 2.5% or less mismatch between class and level. While Model 5 has the least amount of mismatch, Model 6 was only slightly

greater. Therefore, all models met this model requirement, but Models 5 and 6 displayed slightly more alignment between the LCA and level criteria.

Findings from the LCA and additional analyses did not indicate that use of one framework or another would be vastly inappropriate. Rather, the analyses indicated that a combination of data analysis findings and practical implications that created the model requirements must play into the decision to use a specific support level framework. Figure 20 below summarizes the findings of the analyses related to each of the model requirements.

**Figure 20. Model Requirements by Model Number**
Y = Yes, met requirement   S = Somewhat met requirement

| Model Requirement | Model Number | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| Statistical fit and entropy | S | S | S | Y | Y | Y |
| Statistically different classes | | | | Y | Y | Y |
| Classes go from low to high support need | | | | Y | Y | Y |
| Logical and practical class proportions | | | | S | S | Y |
| Classes correspond to levels with ABE total | | | | S | Y | Y |

As the figure above demonstrates, while Models 4, 5, and 6 met all of the model requirements at least somewhat, Model 6 was slightly preferable due to its logical and practical proportions of classes within the analysis sample beyond the other tested models.

Therefore, in answering the three primary analysis questions, HSRI concluded the following:

1. **What is the most appropriate number of levels for a general support needs framework?**

   Analyses indicate that three, four or five levels were suitable for a framework. However, the three-level and four-level frameworks more closely aligned with the analysis-defined groupings. The three-level framework distributes individuals in the most logical and practical manner, with approximately half of individuals in the lowest support need levels before individuals are moved into levels for extraordinary medical or behavioral support needs. Therefore, we recommended a three-level framework for general support needs.

2. **Does the use of SNI or the sum subscales of A, B, and E create levels that contain individuals similar to one another and different from individuals in other levels?**

The LCA models showed good entropy and statistical fit for all ABE and SNI models; however, all ABE models showed substantially greater fit. All ABE models supported significant differences among classes on all SNI subscales. Therefore, subscales A, B, and E create a better framework than SNI with individuals grouped into levels containing others similar to them and different from individuals in other levels.

3. **After determining whether SNI or A, B, and E should be used, what scores best create levels that contain individuals similar to one another and different from individuals in other levels?**

Given the support for Model 6 in this analysis—the model containing subscales A, B, and E with three levels—the cutoffs for ABE total score ranges that best group individuals into levels are:

Level 1 (least support need): 22 or lower

Level 2 (moderate support need): 23 – 30

Level 3 (most support need): 30 or higher

Based on these findings, HSRI recommended a framework to DHW that included three general support need levels, using score ranges from Sections 2A, 2B, and 2E of the SIS-A. The proposed general support need criteria, by level, are provided in Figure 21.

**Figure 21. Preliminary Criteria for Levels 1-3**

| Level 1 | SIS-A Standard Score of 8-22 (Subsections 2A, 2B, and 2E) |
|---------|----------------------------------------------------------|
| Level 2 | SIS-A Standard Score of 23-30 (Subsections 2A, 2B, and 2E) |
| Level 3 | SIS-A Standard Score of 31-52 (Subsections 2A, 2B, and 2E) |

## ARRIVING AT LEVELS M AND B

After determining the most appropriate number of general support need levels for the support level framework, it remained desirable to implement a medical and behavioral support level for individuals with extraordinary support needs in these areas. Following precedent with other support level systems that HSRI created in the past, and in alignment with DHW's existing practice of identifying participants with extraordinary medical and behavioral support needs, HSRI recommended, and DHW supported, utilization of Supplemental Questions to assist in identifying individuals with medical and behavioral needs that may be most appropriately served in levels specifically designed to address those needs. Idaho's supplemental questions are provided in Figure 22.

Figure 22. Idaho Supplemental Questions

| **Medical Question** |
| --- |
| Does this individual require extraordinary support in response to any medical needs? Such support is defined as direct 1:1 assistance for medical care.  Possible medical care related to a condition may include (but is not limited to):  respiratory care, seizure management, lifting and transferring, insulin management, etc. (Y/N)<br><br>  a.  If yes, how many hours per day of support is required? _____<br><br>  b.  How many days per week is support required to meet the individual's medical support needs? _____<br><br>  c.  Notes: |

| **Behavioral Question** |
| --- |
| Does this individual require extraordinary support in response to behavioral challenges? Such support is defined as constant observation and availability of dedicated 1:1 assistance to prevent or mitigate harmful behavior(s). Such behavior may include (but is not limited to): self-injurious behavior, pica, assault of others, aggressive or inappropriate sexual behaviors, etc.   (Y/N)<br><br>  a. If yes, how many hours per day of support is required?_____<br><br>  b. How many days per week is support required to meet the individual's behavioral support needs? _____<br><br>  c. Notes: |

HSRI recommended that individuals "flag" (be indicated for review) for verification on the basis of their responses to Section 1A and/or 1B of the SIS-A and their responses to the supplemental questions. However, due to the variability in each state's threshold for designating someone as having exceptional medical or behavioral support needs HSRI works closely with each unique jurisdiction to identify what number of hours should meet the flagging requirement. DHW elected to delay the final decision on what hour threshold should be used until assessments for the first cohort were completed and initial verifications could occur. Preliminary criteria were established and reviewed following completion of Cohort 1. For more detail, see the "Preliminary Level Assignment" subsection. Figure 23 shows the preliminary flagging criteria established in Idaho.

Figure 23. Preliminary Verification Flagging Criteria

| Extraordinary Medical | Extraordinary Behavioral | Combination of Extraordinary Medical and Behavioral |
|---|---|---|
| • Response of a "1" to at least one item in Section 1A of the SIS-A;<br>• Response of "Yes" to Supplemental Medical Question; and<br>• Response that individual needs at least 84 support hours per week for extraordinary medical need. | • Response of a "1" to at least one item in Section 1B of the SIS-A;<br>• Response of "Yes" to Supplemental Behavioral Question; and<br>• Response that individual needs at least 84 support hours per week for extraordinary behavioral need. | • Response of a "1" to at least one item in Section 1A and 1B of the SIS-A;<br>• Response of "Yes" to Supplemental Medical and Behavioral Questions; and<br>• Response that individual needs at least 84 combined support hours per week for extraordinary medical and behavioral needs. |

Unlike the criteria for Levels 1 through 3 which is based on a numeric score, the criteria for inclusion into Levels M and B is more qualitative and dependent upon review by n panel or team tasked with ensuring the requisite criteria are met. Idaho had an existing administrative rule establishing criteria for Intense Supported Living, a 1-to-1 residential habilitation support option, which closely mirrored the criteria used in other states for entry into Levels M and B within HSRI-developed resource allocation models. DHW determined that these existing criteria, with slight language modifications to expand use beyond Intense Supported Living, would also serve as the preliminary criteria for Levels M and B within the new resource allocation model. See Figure 24 for the criteria.

Figure 24. Preliminary Criteria for Level M and B

| Level M | To be assigned to Level M an individual must have an "Extraordinary Need for Medical Support."  An "Extraordinary Need for Medical Support" means an individual has a chronic or acute medical condition or conditions that are so complex or unstable that one-to-one staffing is required to provide frequent interventions and frequent monitoring. |
|---|---|
| Level B | To be assigned to Level B an individual must have an "Extraordinary Need for Behavioral Support."  An "Extraordinary Need for Behavioral Support" means an individual who has:<br>• Recent felony convictions or charges for offenses related to the serious injury or harm of another person; or<br>• A history of predatory sexual offenses and is at high risk to re-offend; or<br>• Documented, sustained history of serious aggressive behavior showing a pattern of causing harm to themselves or others |

## First Cohort

An early step in the model development process was to collect assessment data on a selected number of individuals using Idaho's Adult DD program so that the service needs of participants could be better understood and combined with other data sources to inform the design of the resource allocation model. The group of participants receiving the SIS-A assessment as part of the resource allocation model development process are referred to as the "first cohort."

### FIRST COHORT INCLUSION CRITERIA

HSRI provided DHW with a list of participants for the first cohort in August 2017 after applying a series of six criteria to make sure the first cohort well-represented the population receiving services and would not be unduly burdened by being included in the cohort. The first cohort selection criteria, described in greater detail below, were as follows:

1. Be an active service recipient
2. Have fiscal year 2016 data available

3. Be a current Adult DD Waiver participant
4. Reside in one of the selected residential setting types
5. Have a full year of expenditures related to that residence type
6. Not have a soon approaching SIB-R reassessment

### ACTIVE SERVICE RECIPIENT

Only active participants would require a SIS-A assessment and be impacted by the implementation of a new resource allocation model. Therefore, only those participants were considered for inclusion in the first cohort. DHW provided HSRI with a list of 4,287 individuals they considered active participants as of Aug. 2, 2017 (known as the roster) which became the starting place for selecting first cohort participants.

### FISCAL YEAR 2016 EXPENDITURES

The next criterion HSRI applied was whether the participant had fiscal year 2016 expenditure information. For HSRI to analyze utilization and spending patterns, it was necessary for historical information to exist; therefore, participants without expenditures information had to be excluded. DHW provided HSRI the state fiscal year 2016 Medicaid claims for active service recipients. The file includes 892,750 claims spread among 3,463 participants. This reduced the total pool of participants for the first cohort to 3,463 individuals.

### CURRENT ADULT DD WAIVER PARTICIPANT

At the time the first cohort was selected, HSRI believed the scope of the new resource allocation model to be limited to those Adult DD participants receiving waiver services.[13] A total of 300 individuals in the roster were identified as receiving the A&D waiver, to not be on a waiver, or to be waiting for waiver determination; they were therefore excluded from the first cohort pool. This reduced the total pool of participants for the first cohort to 3,163 individuals.

### CURRENT LIVING SETTING

HSRI next organized the cohort pool by living setting. The roster provided by DHW identified participants as having one of ten living settings. HSRI, with assistance from DHW, consolidated those living settings into four general residential categories: Independent, Certified Family Home (CFH), 24-hour Residential, and Family (unpaid). HSRI and DHW selected these categories based on HSRI's experience in other jurisdictions that each would likely have unique service utilization and expenditure patterns. All participants identified as current Adult DD Waiver participants had a designated living setting that fell within the four broader categories; therefore, no participants were excluded from the pool based on this

---

[13] HSRI notes that the State Plan HCBS Service Mix will apply to participants not eligible for the Adult DD waiver who receive DD services provided under the 1915i state plan. However, HSRI did not have that information at the time the first cohort selection criteria were developed and applied.

criterion. Figure 25 displays the four living setting categories, the living setting as reported in the roster, and the number of participants in each setting and category.

Figure 25. Living Setting of Potential First Cohort Members (n=3,163)

| Living Setting Category | Reported Living Setting | n |
|---|---|---|
| Independent | Alone | 45 |
| | Roommate | 21 |
| | Spouse | 4 |
| | SL Hourly | 458 |
| Total | | **528** |
| CFH | CFH | 3 |
| | CFH (Family) | 1,089 |
| | CFH (Not Family) | 421 |
| Total | | **1,513** |
| 24-Hour Residential | SL High | 616 |
| | SL Intense | 221 |
| Total | | **837** |
| Family (unpaid) | Family | 285 |
| Total | | **285** |
| All Settings | | 3,163 |

While the specific service mixes being offered as part of Idaho's new resource allocation model were not known at the time the first cohort was selected, HSRI's previous work developing resource allocation models indicated that mixes most often align with selected living setting, or in-home habilitation support type. Therefore, organizing participants by living setting was a necessary step in ensuring ample representation within the cohort.

## *FULL YEAR OF EXPENDITURES RELATED TO LIVING SETTING*

The next inclusion criterion was having a full year of expenditures that relate to the participant's designated living setting. This criterion sought to minimize the possibility of errors in the analysis due to expenditures and/or utilization not aligning with living setting (e.g., observing claims for respite services, which is an in-home service, for people residing in a 24-Hour Residential service). This criterion also sought to ensure that the time frame of utilization and spend being analyzed was comparable across all included participants.

For the purposes of this inclusion criterion, HSRI defined "full year" as having no more than two consecutive missing months of Medicaid claims in fiscal year 2016 for the service(s) associated with each respective living setting. This definition would not limit the participant pool unnecessarily and would account for anticipated variations in provider billing practices. This criterion excluded 595 additional participants from the first cohort pool. Figure 26 shows the number of participants remaining in the pool by consolidated living setting and expenditure inclusion criteria.

40

Figure 26. Potential First Cohort Members by Living Setting and Expenditure
Inclusion Criteria (n=2,568)

| Living Setting | Expenditures Inclusion Criterion | n |
|---|---|---|
| Independent | Report living setting as Independent and have a full year[1] of expenditures other than S5140, H2022, or H2016 | 381 |
| Certified Family Home (CFH) | Report living setting CFH and have a full year[1] of S5140 (CFH Provider) claims | 1,330 |
| 24hr Residential | Report living setting as 24hr Residential and have a full year[1] of H2022 (Daily Supported Living- High) and/or H2016 (Daily Supported Living- Intense) claims | 649 |
| Family (unpaid) | Report living setting as Family (unpaid) and have a full year[1] of expenditures other than S5140, H2022, or H2016 | 208 |
| Total | | 2,568 |

[1] Note: "Full year" is defined as no more than 2 consecutive missing months of
the specified service(s) in the 12-month period of FY2016.

### SIB-R ASSESSMENT DATE

The final criterion for inclusion in the first cohort related to the existing SIB-R
reassessment schedule. DHW requested that individuals be prioritized who did not
have a soon approaching SIB-R reassessment date. SIB-R reassessments had to
continue until a new eligibility tool was selected and the new resource allocation
model was implemented, which was anticipated to be January 2019 at the time the
first cohort was being selected. This request by DHW was an attempt to reduce the
burden on individuals and families of having to complete two lengthy assessments
back-to-back.

To honor that request, this criterion excluded from the first cohort pool anyone who
had a full SIB-R between 8/1/14 and 12/1/15 as their next required full SIB-R fell
between August 2017 through December 2018. With this criterion added, the final
pool for the first cohort was **1,333** individuals. Figure 27 shows this tally by living
setting.

Figure 27. Final First Cohort Sampling Pool by Living Setting (n=1,333)

| Living Setting | n |
|---|---|
| Independent | 191 |
| Certified Family Home (CFH) | 689 |
| 24hr Residential | 332 |
| Family (unpaid) | 121 |
| Total | 1,333 |

41

## FIRST COHORT CONSTRUCTION

After all criteria were applied, 1,333 service recipients remained available for inclusion in the first cohort. After considering the timeline for implementation of the new framework, the Independent Assessment Provider's (IAP) capacity to complete SIS-A assessments in addition to their regular assessment obligations, and the need for adequate assessments to provide an informed view of the support needs among those served by the Idaho Adult DD Program, HSRI recommended a first cohort of **800 individuals**.

The final cohort was divided by residence type to ensure all four living setting categories were adequately represented. The percentage of individuals, by living setting, included in the cohort was purposefully not proportional to the entire cohort pool. The greatest number of individuals within the cohort pool lived in CFH so, if proportional, more than half of the first cohort would be comprised of individuals in that living setting. To obtain information regarding individuals from all living setting types, the sample percentage was adjusted to allow a larger number of people from certain living types to be included. Figure 28 provided the total number of participants from each living setting designated for the first cohort.

Figure 28. Total Sampling Pool and First Cohort by Living Setting

| Living Setting | Total n | First Cohort n | % of Total |
|---|---|---|---|
| Independent | 191 | 191 | 100% |
| Certified Family Home (CFH) | 689 | 256 | 37% |
| 24hr Residential | 332 | 232 | 70% |
| Family (unpaid) | 121 | 121 | 100% |
| Total | 1,333 | 800 | 60% |

Once all inclusion criteria were applied, HSRI developed a stratified random sample of 800 participants which was then shared with DHW. It was anticipated that some number of participants would be unable or decline to receive a SIS-A as part of the first cohort, so HSRI also provided a list of alternate assessment respondents, by living setting, who also met the first cohort inclusion criteria. Note that in order to provide alternates for two living settings—Independent and Family (unpaid)—HSRI had to remove the final inclusion criteria (i.e., Not have a soon approaching SIB-R reassessment) as all members of the pool for those living settings were included in the original list of 800 participants. As the final inclusion criteria was included for the sole purpose of minimizing burden on individuals and families, the removal of that criterion for purposes of establishing the pool of alternates did not impact the defensibility of the first cohort construction.

## SIS-A Assessments

SIS-A assessments were conducted by DHW's IAP, Liberty Healthcare. All SIS-A assessors were trained and certified by the American Association on Intellectual and Developmental Disabilities (AAIDD), the developers of the SIS-A assessment.

Assessors received supplemental training on the two Idaho Supplemental Questions from HSRI prior to administering assessments.

Liberty Healthcare contacted those participants on the first cohort list prepared by HSRI to request participation. A number of participants were unavailable or unwilling to participant in a SIS-A assessment as part of the development of the new resource allocation model; consequently, Liberty Healthcare contacted and conducted assessments on participants on the alternates list as well. In some living settings the entire alternates list was also exhausted before the requisite number of assessments could be completed. HSRI provided the names of additional participants who met five of the first cohort inclusion criteria to allow for the needed number of assessments to be completed. As noted above, the sixth criterion—"Not have a soon approaching SIB-R reassessment"—was initially included at DHW's request and was not a required criterion of HSRI's cohort construction methodology.

All assessments for first cohort occurred from October 2017 through July 2018; a total of 801 assessments were completed.[14]

In December 2017, HSRI set forth 16 measures used to rate the completeness and usability of the SIS-A data for the purposes of developing Idaho's new resource allocation model; these measures are listed in Figure 29. Measures 1-10 were specific to the completeness and usability of the demographic information entered into the SIS-A assessment, measures 11-13 were specific to the information entered for the medical supplemental question, and measures 14-16 were specific to the information entered for the behavioral supplemental question. Data validations for the SIS-A assessment questions themselves preclude the potential for missing data, so this was not included as part of HSRI's review.

Figure 29. Measures of SIS-A Data Completeness and Usability for Resource Allocation

|     | Measures |
| --- | --- |
| 1.  | Primary identifier (Medicaid ID) filled out |
| 2.  | Primary identifier matches prescribed format |
| 3.  | First name completed |
| 4.  | Last name completed |
| 5.  | Date of birth completed |
| 6.  | SIS matches to individual in roster based on primary identifier |
| 7.  | Match on Medicaid ID but **not** First/Last/DOB |
| 8.  | SIS matches to individual in roster based on First/Last/DOB |
| 9.  | SIS matches to individual based on First/Last/DOB but **not** Medicaid ID |
| 10. | Assessments unable to be matched |
|     | |

---

[14] 801 assessments were completed because one participant left services prior to the full cohort being assessed so an alternate was added.

| 11. | Medical supplemental question hours in numeric format and within range |
| 12. | Medical supplemental question days in numeric format and within range |
| 13. | Medical Comment Responses |
| | |
| 14. | Behavioral supplemental question hours in numeric format and within range |
| 15. | Behavioral supplemental question days in numeric format and within range |
| 16. | Behavioral Comment Responses |

HSRI conducted regular evaluations of the SIS-A data, as it was being collected, against the measures put forward. These evaluations were shared with DHW and included both general recommendations and identification of specific SIS-A assessments with data issues that needed to be rectified. Data entry errors were addressed as the first cohort was being completed, thereby allowing all completed SIS-A assessments to be attributed to the correct participant.

Since the completion of SIS-A assessments for the first cohort the only additional SIS-A assessments to have been completed were conducted for training and certification purposes and have not been included in the dataset used by HSRI for development of the new resource allocation model.

## Preliminary Level Assignment

All SIS-A assessments completed as part of the first cohort are housed within SISOnline, an online platform provided in conjunction with the assessment tool. HSRI's data manager is an authorized user of the Idaho SISOnline platform, allowing HSRI to obtain and conduct necessary analysis using SIS-A data. Data used for analysis were retrieved from SISOnline and then uploaded into the HSRI Verity Analytics platform. In Idaho, the Verity Analytics online platform was used to make preliminary level assignments using the established criteria and to identify those participants whose responses to the SIS-A and Supplemental Questions met the threshold for flagging for verification. Once verifications occurred, those decisions were input into the Verity Analytics platform so level assignments could be made for those participants.

Once all assessments for first cohort participants had been completed, HSRI assigned participants to their preliminary levels. This information was shared with DHW and presented in a number of ways, including broken out by living setting. Note that DHW provided HSRI with updated rosters between August 2017, when the first cohort was established, and July 2018, when all first cohort assessments were completed. Within these updates some participants changed in terms of their designated living setting. Therefore, the distribution by living setting shown in Figure 30 varies from the distribution by living setting when the cohort was initially constructed (Figure 28). Furthermore, between the time the first cohort was constructed and the time that all necessary assessments were completed, HSRI elected to begin looking at each form of Supported Living separately (i.e., SL Hourly, SL High, and SL Intense) as they align with varying levels of assessed need as measured by the existing assessment tool (i.e.,

SIB-R). When the first cohort sampling pool was constructed, SL High and SL Intense were grouped as 24hr Residential, and SL Hourly was included within Independent.

Figure 30 shows the number of participants in the first cohort by living setting and support level. Figure 31 provides the same information as a percentage of each distinct living setting. Note that those participants who were flagged for verification were not assigned to a level until after verifications were completed, described in greater detail under the "Verification" heading on the following page.

Figure 30. Number of Participants in First Cohort by Living Setting and Support Level (n=801)

| Living Setting | Support Level 1 | Support Level 2 | Support Level 3 | Verification | Total |
|---|---|---|---|---|---|
| CFH | 16 | 153 | 93 | 23 | **285** |
| Family | 11 | 71 | 20 | 3 | **105** |
| Independent | 5 | 4 | 0 | 1 | **10** |
| SL High | 14 | 84 | 39 | 25 | **162** |
| SL Hourly | 60 | 98 | 20 | 2 | **180** |
| SL Intense | 1 | 7 | 5 | 46 | **59** |
| **Total** | **106** | **418** | **177** | **100** | **801** |

Figure 31. Percent of Each Support Level by Living Setting



VERIFICATION

The verification process differs by state, to accommodate varying resources, workflows, relevant documentation, and state-specific criteria for inclusion in Levels M and B. In November 2017, HSRI provided DHW with an overview of the decisions DHW was required to make to facilitate the verification workflow; a more detailed verification decision guide was provided in March 2018. DHW then met internally and developed a draft verification process and accompanying documents. All required verification tracking forms were then added to Verity Analytics to allow the Verification Team decisions to be documented and level assignments to be made following the completion of verifications.

Using the preliminary flagging criteria for Levels M and B, outlined in Figure 23, 100 members of the first cohort were flagged for verification. HSRI identified 23 additional participants who would be flagged for verification if the hour threshold was reduced to 56 hours a week. DHW elected to complete verifications for this full list of 123 participants to determine whether the preliminary hour threshold should be reduced to 56 to appropriately flag participants who were likely to meet the criteria for Levels M or B.

These 123 participants, and their support coordinators, were sent a letter requesting they submit documentation to detail their extraordinary medical and or behavioral support need as part of the verification process. Due to the low response rate, follow-up requests for documentation were also sent.

The Verification Team—which consisted of representatives from the Bureau of Developmental Disabilities Services, the Crisis Prevention Team, and the IAP (Liberty Healthcare—had a series of meetings to complete the verifications for the 123 participants.

During the verification process the team reviewed the participants' completed SIS-A assessments (including supplemental question responses) as well as the most recent Medical, Social Developmental Assessment (MSDA). Where additional information was available, either because it was affirmatively submitted for verification or because it was already on file due to a previous request for Intense Supported Living or an exception, those materials were reviewed as well. The team then discussed whether the support needs identified in the available documentation met the threshold for inclusion in Levels M or B, and recorded their justification on the applicable form within Verity Analytics.[15] When a participant was identified as meeting the criteria for both Levels M and B, that participant was assigned to the Level the team identified as corresponding to the primary driver of the individual's extraordinary support need.

All verifications were completed as of September 2019. None of the 23 participants who were reviewed for purposes of determining whether the flagging criteria should be altered were identified by the Verification Team as meeting the criteria for Levels M or B. As a result, the decision was made to retain the preliminary flagging criteria (see Figure 23). Of the 100 participants who were flagged for verification using the agreed-upon criteria, 50 were identified to not meet the criteria for Level M or B. Figure 32 provides the final level assignments for those participants.

**Figure 32. Level Assignments for Participants Flagged But Not Verified (n=50)**

| Support Level | Number of Participants |
|---|---|
| Level 1 | 1 |
| Level 2 | 24 |

---

[15] Verification forms for those 23 participants who identified needing 56 hours of support were not housed in Verity Analytics but were tracked externally as they did not meet the designated preliminary flagging criteria.

| | |
|---|---|
| Level 3 | 25 |
| Total | 50 |

Of the remaining 50, 15 were identified as having an extraordinary need for medical support, 27 were verified as having an extraordinary need for behavioral support, and 8 were verified as having a need for both extraordinary medical and behavioral support. Of those 8 participants who met both criteria, 5 were assigned to Level M and 3 were assigned to Level B (to correspond with the primary driver of their extraordinary support need). As a result, a total of 20 members of the first cohort were assigned to Level M and 30 were assigned to Level B. Figure 33 shows the preliminary level assignment of all 801 participants assessed as part of the first cohort.

Figure 33. Level Assignments for Full First Cohort (n=801)

| Support Level | Number of Participants |
|---|---|
| Level 1 | 107 |
| Level 2 | 442 |
| Level 3 | 202 |
| Level M | 20 |
| Level B | 30 |
| Total | 801 |

## Support Level Descriptions

Draft descriptions were initially developed based on level descriptions in other jurisdictions where HSRI has developed similar support level frameworks. These draft descriptions were first shared in July 2020 with DHW and a group of stakeholders working closely with DHW as they reviewed the rates being proposed for new services. These were provided to offer stakeholders a better understanding of the overall expected support needs of participants at each level. These preliminary level descriptions are provided below in Figure 34.

Figure 34. Preliminary Level Descriptions (July 2020)

| Preliminary Level Descriptions | |
|---|---|
| 1 | Adults in this level have low support needs, with little to no support necessary for focused medical or behavioral challenges. They can manage many aspects of their lives independently, or with little assistance.<br><br>Someone in this level may need supports with clothing care, preparing meals, and dressing. Often, the support needed involves some monitoring or prompting instead of partial-to-full physical support. They may need intermittent help participating in leisure activities, gaining and maintaining employment, visiting family and friends, or assistance with shopping. They usually can ambulate or need minimal help moving about with the proper |

| Preliminary Level Descriptions | |
|---|---|
| | equipment, but need help with health practices, such as maintaining a nutritious diet and being reminded to take medications as prescribed. |
| 2 | Adults in this level have modest or moderate support needs and little to no support necessary for focused medical or behavioral challenges. They require more support than those in Level 1 but may have minimal needs in some life areas.

An individual in this level may need some assistance preparing and eating meals.  They might need monitoring or prompting with daily dressing, and daily assistance with housekeeping and laundry. They may need support getting from place to place, gaining and maintaining employment, accessing public services or interacting with community members. In this level, they most likely will need partial physical assistance taking medications, avoiding health and safety concerns and maintaining a healthy diet. |
| 3 | Adults in this level have moderately high to very high support needs and may need significant, but not extraordinary, medical support. They often need some physical assistance with life activities on a daily basis, including oversight throughout the day with 1:1 support for some portions of the day. They may have behavioral support needs which require increased monitoring or intervention, but which do not rise to the level of extraordinary.

In this level, an individual will likely need daily, and often physical, assistance preparing food, eating meals, dressing, bathing, and completing other household activities. An individual in this level will likely also require partial-to-full physical assistance in order to gain and maintain employment, access the community, visit friends and family members, or participate in preferred community activities. They will most likely need at least partial physical assistance obtaining health care. |
| M | Adults in this level have a significant need for medical support, regardless of their support need to complete general daily activities. They may also need some support due to behavior, but this support is not extraordinary.

In this level, an individual has a chronic or acute medical condition that is so complex or unstable that one-to-one staffing is required to provide frequent interventions and frequent monitoring. Without this level of intervention and monitoring the individual would require placement in a nursing facility, hospital, or ICF/ID with on-site nursing. |
| B | Adults in this level have significant behavioral challenges, regardless of their support need to complete general daily activities or for medical conditions.

In this level, an individual requires intense 24-hour support and supervision due to one of the following: a recent felony conviction or charges for offenses related to the serious injury or harm of another person, a documented history of predatory sexual offenses with a high risk to re-offend whether or not they have been involved with the criminal justice system, a documented or sustained history of serious, aggressive behavior which requires continuous monitoring to prevent potential injury to themselves or others. |

During Step 2 of PIR (described later in this report), reviewers were asked to examine the level descriptions above considering their understanding of the supports needed by participants at each level, as informed by PIR. They were then asked to provide feedback as to how the descriptions could be improved, and HSRI staff revised the support level descriptions based on that feedback. For more information on this process see the "Pre-Implementation Review" subsection that follows.

# Service Mixes, Model Mixes and Budget

HSRI's resource allocation model development process relies on the use of model mixes to determine the budget that will be offered to participants. HSRI guides state policymakers through the process of developing a series of model mixes that model the amount and types of service that will be made available to service recipients based on their assessed level of need and their chosen type of in-home habilitative supports. These model mixes are developed with an eye to both what people within a given service group need and to the policy intentions that underpin the entire systems transformation. Once model mixes are finalized, they are converted to supports budgets that each service user can use flexibly to procure the services they feel will best meet their unique goals and needs.

Here, we detail our exploration of past spend and use, our process for determining the various service mixes to be used in Idaho's model, what services should be included or excluded from the model mixes, and our process for establishing the model mixes and budgets that would be reviewed as part of Pre-Implementation Review.

## Exploration of Past Spend and Use

Before establishing service mixes and support budget, it is helpful to understand historical service utilization patterns and the associated spending. Historical expenditures offer insight into where the system has been and what people have come to expect of the system as it stands, helping to ground the service mix process in something tangible. Historical expenditure information is also used in HSRI's model to help identify services that may be left outside of the service mix and instead provided by other means. In every jurisdiction there are some number of available services that are used infrequently, often by a very small number of service recipients, and sometimes at a high one-time cost. By identifying such services and making them available outside of the budget, participants will not have to forgo regular in-home or community supports to obtain other supports needed for health and safety such as behavior supports or a necessary home modification.

HSRI completed a four-part report to gain a better understanding of past authorization, service use, and spend within Idaho's Adult DD program. Part 1 focused on understanding the relationship between calculated budgets, KW budgets, and authorizations among program participants. Part 2 provided a deeper dive into service use patterns by living setting during fiscal year 2016 and was supplemented by an addendum report focused solely on how service use patterns among individuals using State Plan HCBS Only services compared to service use by the broader cross-

section of participants also not receiving in-home habilitative supports. Part 3 compared the average service use patterns identified in Part 2 with the service use in other available fiscal years to ensure the focus years was indicative of overall trends. Because each of these reports was completed on as broad a cross section of participants as possible, assessed support need was not factored into any of these analyses.

In part 4 of the report, HSRI narrowed its focus to the service utilization and expenditures of members of the first cohort to see what, if any, relationship existed between service use and assessed support need. HSRI also completed a supplemental analysis on additional factors that may impact service use. In particular we explored the relationships between speaking a primary language other than English and service use and participant location, provider location, and service use. This analysis aimed to begin unpacking ways that historical service use, when divorced from other factors, may fail to offer the full story regarding the amount and types of services that participants may want and need in the future.

Figure 35 provides a summary of the focus of each portion of HSRI's review of service use and historical cost.

### Figure 35. Four-Part Service Use and Cost Report Topic Summary

**Part 1: Budgets and Authorizations in 2016**

How the calculated budget, "KW budget," and authorizations compare to one another across the population, by various demographics including residential setting and plan type (DD Waiver - Traditional, DD Waiver - Self-Direction, or DD State Plan Benefits Only).

**Part 2: Service utilization and expenditures in FY 2016**

Services used and expenditures in fiscal year 2016 across all participants, by various demographics including living situation, and comparison of overall budgets and amount authorized to expenditures.

**Part 3: Service utilization and expenditures 2015 - 2019**

The units of service and the total spend, by service, across 2015, 2016, 2017, 2018, and 2019.

**Part 4: Service utilization and expenditures across First Cohort**

Service utilization and expenditures in fiscal year 2019 for individuals assessed as part of the first cohort to examine how utilization and spend varies depending on support need.

While HSRI's model includes a review of historical spend and use to support the development of service mixes, this information informs, but does not determine, what is included in service mixes moving forward. All use of this data was viewed with the understanding that what participants have historically used is impacted by both what

budget they were allocated and the supports that were meaningfully available for them to use. The Idaho Adult DD program is introducing new services, and modifying the way supported living services will be used in the future as part of the new resource allocation model—none of which can be reflected in the historical service use data. As such, it is programmatic policy intentions, informed by what has been, that must drive the development of the service mixes used to establish the support budgets within the new model.

## Establishing Service Mix Categories

Prior to determining the model mixes themselves, it was necessary for DHW and HSRI to determine the various service mixes that would need to be established. Within the new model, service mixes vary by type of in-home habilitative support because different types of in-home habilitative supports have different associated costs. HSRI divided the first cohort and conducted all analysis of historical service use and spend by living setting—the best proxy for in-home habilitative support type available within the data—as a means to begin answering this question.

Early on in the model development process it became clear that the self-direction program within Idaho's Adult DD Program was both broadly utilized and much beloved by participants. DHW set an early policy intention that no matter if participants used traditional or self-directed services, individuals with similar support needs and similar residential choices should have access to a similar amount of resources. Therefore, each traditional service mix applicable for adults on self-direction has a self-directed counterpart.

DHW also identified a need to establish supports budgets for participants who were not eligible for waiver services but instead received the subset of Adult DD program services available under the applicable 1915i state plan. Since this group would not have access to the full array of services it would therefore be necessary to establish a service mix specific to this group—known as State Plan HCBS Only (State Plan).

A review of the data showed that individuals who live with their family who are not paid providers and individuals who live independently (be it alone, with a spouse, or roommate) and do not receive any paid in-home habilitative supports use more or less the same types and amounts of service. Therefore, DHW, with HSRI's support, elected to establish one service mix for this group—known as Community Only Supports (Community).

In the existing system DHW offers three types of supported living services: Hourly, High, and Intense. While these were initially divided for purposes of constructing the first cohort into 24-hour residential (High and Intense) and Independent (Hourly grouped with those who live alone, with a spouse, or roommate) it quickly became clear that these groups would need to be analyzed separately to gain a better understanding of how the current system is operating. As such, all analysis of historical service use and cost divided each as a separate living setting.

HSRI identified early in the model development process that the existing method for determining and providing supported living services did not align with the new resource allocation model. The method for determining which participants are assigned to Hourly, High, and Intense did not easily conform to the new method of assessing support need, meaning that two participants who were both receiving supported living services and assigned to the same support level could be allocated different budgets based on which form of supported living they were receiving. Furthermore, because participants on High and Intense were precluded from using the majority of other Adult DD program services they did not have a meaningful opportunity to select from an array of services via their ISP process as HSRI's model prescribes.

In light of these issues, DHW began the process of reconfiguring its supported living services to conform to the new resource allocation model. When the new model is implemented, participants who select supported living services will no longer be designated as receiving Hourly, High, or Intense; instead, they will select an amount of supported living services that meets their needs and will fit within their assigned budget. They will also have the opportunity to access additional Adult DD program supports—including Adult Day Health, Developmental Therapy, and the host of new services being introduced—as their budget allows. With these applicable changes only one service mix was needed to account for this type of in-home habilitative support—Supported Living Services (SLS).

A number of participants currently receive in-home habilitative supports from certified family home providers who are paid a flat $53.39 per day[16] to provide the service. Participants receiving this service are also eligible to receive the full host of other program services and no changes to that model were feasible to implement as part of the introduction to the new resource allocation model. The relative cost to obtain in-home habilitative supports via this option is quite different from SLS; as such, a unique service mix needed to be developed: known as Certified Family Home (CFH).

Once the four core service mixes were established (State Plan, CFH, Community, SLS) it was necessary to determine how those mixes would correspond to self-directed services. Only participants on the Adult DD waiver can self-direct, so no corresponding service mix was required for State Plan HCBS Only. Participants who self-direct build systems of support that are as variable as on traditional services. Some participants only seek and receive supports to obtain community supports; others live with the primary provider of their supports; and others hire an array of CSWs to come into their home to provide supports. Each of these scenarios generally corresponds to a traditional service mix.

---

[16] Note that while CSWs who support participants living in that CSWs home through the self-directed program are required to be licensed as a certified family home, their rate of pay is established by the participant and the scope of their job duties may extend beyond those that align with traditional residential habilitation support. Therefore, their pay is not determined using the CFH daily per diem.

DHW also noted the need to account for unique costs associated with self-direction (namely the required monthly fee for financial management services) and differences in the overhead costs for Supported Living Services (SLS) in the traditional format when compared to the analogous self-directed service. Therefore, three additional mixes for self-direction were identified as being necessary to account for these varying costs—though the underlying mix would be the same as was developed for traditional. DHW established a decision guide to determine, based on how someone using self-directed services obtains their supports, what service mix should apply.

These service mixes are known as Self-Directed Live-In Supports (SD-Live-in), Self-Directed Community Only Supports (SD-Community), Self-Directed Outside Supports (SD-Outside).

While the seven established service mixes were determined in January 2021 and have remained unchanged, the naming convention for these mixes has shifted over time. To address initial confusion by stakeholders, and to simplify names for greater understandability, three versions have existed and been shared with stakeholders up to this point. Figure 36 displays each version of these service mix names and how they correspond with the final naming conventions for all seven mixes.

### Figure 36. Service Mix Names Over Time



## Excluded Services

As previously described, the new resource allocation model does not assume that all services offered by the Idaho Adult DD Program will be included in the model mixes or come out of the resulting budget. While jurisdictions vary in what services they choose to include or exclude from the budget, the model relies on the identification of what services, in what amounts, would be used by a typical participant in a given support level and type of in-home habilitation. Services that are used by a small number of participants or are typically one-time services are best addressed outside of the budget so participants who require those services can obtain them without having to do without other needed services that are more typically provided. Jurisdictions often also elect to offer supported employment beyond or outside what is provided in the budget as a means to promote competitive employment among participants.

HSRI's analysis on historical service use and spend across all services in the *Understanding Service Use and Costs Among Service Recipients in Idaho's Adult Developmental Disabilities Program* series provided an initial idea of those types of services that would be likely candidates for exclusion from the budgets. In January 2021 HSRI requested and received from DHW a refreshed dataset providing, by procedure code, the aggregate spend, total units paid, and number of unique participants for all Adult DD program services for state fiscal years 2016 through 2021. While the analysis sample varied in each part of the expenditure report series, this data provided the fullest picture of the aggregated use of each service offered by the program. This data was reviewed and shared in a facilitated meeting with DHW staff where final decisions were made as to what program services would be excluded from the service mixes and budgets. Figure 37 displays the full list of Adult DD program services available to participants outside of their budget within the new resource allocation model. Each of the excluded services falls into either the category of health and safety or employment supports.

Figure 37. Services Available Outside of the Assigned Budget

| Health and Safety | Employment Supports |
|---|---|
| Skilled Nursing and Nursing Oversight | Community Supported Employment |
| Specialized Medical Equipment & Supplies | Non-medical Transportation for CSE |
| Environmental Accessibility Adaptations | Job Support Services (JSS)* |
| Behavior Consultation | |
| Home Delivered Meals | *Note: Additional Residential and Discretionary Supports are also available when needed for health and safety* |
| Personal Emergency Response System | |
| Crisis Intervention Services | |
| Community Transition Services | |
| Adaptive Equipment (AEQ)* | |
| Specialized Nursing Service (SNS)* | *Self-Directed Support categories* |

Participants will be able to ask for additional dollars to obtain any of the services listed in the figure above. Participants can also obtain more of those services factored into the budgets when needed to address a specific health and/or safety risk.

## Service Mix Development

Once DHW identified the seven service mixes that needed to be established, and the list of services that would not be included in the service mixes as they would be approved outside of the allocated budget, it was possible to begin the development of the service mixes themselves. Typically, service mix development does not occur until both the final service array and final rates have been determined. However, due to the inclusion of new services within Idaho's forthcoming resource allocation model, the final rates for all services are not yet available. In Idaho, all rates must be approved by the legislature; at the time that service mixes were under development, rates for the new services had not yet been presented.  Therefore, two versions of the rates for all new services were considered as part of the service mix development process—both the full rate for new services as built by Myers and Stauffer and a target percentage of that rate which more or less aligned with the existing rate for current services.

In February 2021, HSRI facilitated a 3-day process where DHW developed an initial proposal for all service mixes. HSRI began by orienting the 12 members of the DHW team to the service mix development process including the budget components (i.e., residential supports, discretionary supports), the four core service mixes to be developed (i.e., State Plan, CFH, Community, SLS), the DHW-established methodology for setting budgets for adults who self-direct, and examples of service mixes from other jurisdictions. HSRI then provided a detailed review of the support need data for the first cohort which included data-driven support level characteristic summaries to provide the team a grounding in the support needs by assigned level.

The DHW service mix development team was then oriented on what information could be gleaned from historical use data and those areas where historical information cannot provide insight including into the intent of the services themselves, what provider capacity exists or can be developed prior to implementation of the new model, and what DHW's policy intentions are for the future of the supports they provide. HSRI guided the team through a facilitated exercise to establish program principles within the context of service mix development and reviewed a set of prior decisions the team had made with regard to certain service mix elements (e.g., all participants receiving CFH would have 365 days of the CFH service factored into their budget).

With all of that background and grounding, the team began the process of determining how many hours of each available discretionary service they would include in each service mix for each support level. This was completed by considering how much of each service they thought adults at each level would want and need as informed by their assessed support need, background of historical use, established program principles, and DHW's own policy intentions. Multiple iterations of these

mixes were developed and refined through a collaborative consensus building process.

These initial draft service mixes were shared with self-advocates, families, providers, and other stakeholders. On January 20, prior to the initial draft mixes being released, a meeting of the Community NOW! Advocate Advisory Committee was held to provide an introduction to the concept of service mixes more generally. A series of Community NOW! meetings were held on February 23 and February 26 to orient stakeholders to the materials provided and provide an opportunity for initial feedback and recommendations on the mixes. On March 1 a meeting was also held with providers to review the packet and voice the request for recommendations and feedback on the proposed mixes. For the full packet of materials shared with stakeholders regarding the initial draft mixes please see *Understanding Service Mixes.*[17]

All stakeholders were encouraged to ask questions and provide input and recommendations for possible changes to these initial draft service mixes.  DHW received and reviewed more than 125 written comments regarding the draft service mixes. As a result of the extensive feedback received, DHW elected to postpone the Pre-Implementation Review (PIR) to allow adequate time to process all provided feedback and make adjustments to the initial draft mixes in response to those recommendations. DHW made a series of changes to the initial draft mixes; these changes were reflected in the revised draft services mixes reviewed as part of PIR. For a full account of the information which led to these service mix adjustments see *Revised and Updated Service Mixes.*[18]

## Pre-Implementation Review

Pre-Implementation Review (PIR) is a key step in finalizing the new resource allocation model and was conducted to explore three key elements of the model to ensure they meet most people's needs. Figure 38 summarizes the model elements PIR explored and the associated research questions.

Figure 38. Resource Allocation Model Elements and Associated PIR Research Questions

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Five-support-level framework | Do general support needs increase from Levels 1 through 3? Do adults assigned to Levels M and B (and only adults assigned to Levels M and B) have extraordinary need for medical support or behavioral support, respectively? Do adults in the same support level have similar support needs? |
|  | Do descriptions reflect the support needs of individuals in each of the five support levels? |

---

[17] Can be found at mychoicematters.idaho.gov as Service Mix Packet (February 19, 2021).
[18] Can be found at mychoicematters.idaho.gov as Revised Service Mixes Utilized for PIR (April 5, 2021).

| Support level descriptions | How can descriptions be improved for accuracy or understandability? |
| --- | --- |
| Service mixes and budgets | Are service mixes and budgets generally adequate in each support level? |
| | If any service mix or budget is not generally adequate, why? |
| | What, if any, adjustments to the service mixes or budgets may be made that will better reflect potential service need? |

Here, we briefly review the PIR methodology and findings as well as the recommendations that came out of the review.[19]

## Methodology

PIR uses a qualitative approach to explore the research questions detailed above. This is because qualitative methods allow for a deeper understanding of why support levels seem to work, or not work, in accordance with the designed model and whether/why service mixes and budgets are adequate. Furthermore, by using a qualitative approach HSRI was better able to gain a sense of where and how improvements could be made to elements of the resource allocation model. Prior steps in the resource allocation model development process included quantitative analysis of support needs, service use, and potential budget amounts. By integrating a qualitative approach to PIR, we are able to integrate mixed methods into our overall approach and better triangulate the overall goal of creating a support level framework, level descriptions, service mixes, and budgets that will work for most people.

Throughout a weeklong process, 11 reviewers (divided into three subgroups) engaged in a facilitated investigation into the support needs of 100 current program participants. The applicable service mixes and levels for all participants included in the PIR sample is provided in Figure 39.

### Figure 39. PIR Sample by Support Level and Service Mix

| | 1 | 2 | 3 | M | B | Total |
| --- | --- | --- | --- | --- | --- | --- |
| CFH | 4 | 5 | 3 | 3 | | 15 |
| SLS | 11 | 8 | 8 | 6 | 20 | 53 |
| Community | 6 | 2 | 2 | 2 | | 12 |
| SD-Live-In | | 7 | 6 | | | 13 |
| SD-Outside | | 2 | 4 | | 1 | 7 |
| Total | 21 | 24 | 23 | 11 | 21 | 100 |

Reviewers received a series of trainings associated with the PIR process including a 30-minute recorded training prior to beginning PIR, a full-day training on Step 1 of the review (described below)—including partner reviews where two or more reviewers independently conducted the first round of review for a single participant, and a training on Day 5 of the review, prior to beginning Step 2 (also described below).

---

[19]  For additional detail regarding PIR please see *Pre-Implementation Review Findings* (May 2021) available at www.mychoicematters.idaho.gov.

Trainings included: an explanation of key elements of the new resource allocation model (e.g., the five-level framework, service mixes), a review of all the specific steps of the process, instruction for using all required forms, definitions of all key terms, and detailed explanations of the expectations around data security and process documentation.

HSRI and DHW collaborated on the identification, creation and/or collection of all necessary materials for PIR. The materials necessary for this task included training presentation materials, the *Pre-implementation Review Packet*, Step 1 form, *Pre-implementation Review Step 2 Packet*, Step 2 notes form, records for review reference, records of the individuals in the sample, a PIR budget calculator, list of all current or proposed service descriptions, and the proposed Adult DD Fee Schedule built into the PIR budget calculator.

The first four days of PIR were dedicated to completing Step 1 of the review. Each reviewer was expected to lead the Step 1 review for 11 participants. Lead reviewers were expected to carefully review documents that spoke to each participant's support need from a prescribed list, draft initial responses to the questions in the Step 1 form based on that review, and present information on each adult's support needs using their drafted written responses from the Step 1 form. Using a group discussion process, the group then came to consensus regarding the PIR Review Form responses for each participant. When applicable, the lead reviewer then amended their responses on the Step 1 form to reflect final group decisions. The group facilitator then guided a full group discussion of the applicable service mix, by level, for each participant. Note that at the time the group conducted its assessment of a participant's support need, they were not yet aware of the level to which the adult was assigned. The group was tasked with answering whether or not the service mix would meet the participant's needs, and if not, the reasons why.

The final day of PIR was dedicated to completing Step 2 of the review. Support need summaries developed as part of Step 1 were organized by support level (1, 2, 3, M, or B) and group members were asked to review all summaries their group developed for a given level. Reviewers looked for similarities and differences in the amount of support need for participants in that support level and identified any individuals they believed to require much less or much more general support, behavioral support, and/or medical support than others in the level. As part of this independent review reviewers were also asked to read the support level description for that level. Reviewers identified ways the description could be improved to reflect the support needs of individuals in that level.

Once reviewers completed their independent Step 2 review, each small group reconvened and discussed the support need for that level. Through discussion the group reached consensus in responses on all questions on the Step 2 form which the group facilitator then recorded on behalf of the group. This included determining whether individuals in a given level had similar support need to one another, determining whether any outliers exist for a given level, rating the support need of the group on a scale from 1 to 10 in three distinct areas (general support, behavior,

medical conditions/therapies), and developing recommendations for edits and adjustments to the preliminary level description for that level. This process was repeated for every level reviewed by the group.

All data collected during PIR was then collected, cleaned, and analyzed by HSRI staff in order to answer the established research questions outlined in Figure 38.

## Findings

As noted above, the PIR process sought to explore a series of research questions regarding three key elements of the new resource allocation model: the five-level framework, level descriptions, and service mixes and budgets. In this summary of findings we will provide the key pieces of information that speak to each research question in turn. For a full review of the findings from PIR please see the *Pre-Implementation Review Findings* report.

### FIVE-LEVEL FRAMEWORK

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Five-support-level framework | Do general support needs increase from Levels 1 through 3? |

PIR findings indicate that individual areas of general support needs increase from Levels 1 through Levels 3, as shown in the figures below. Reviewers were asked to rate the amount of support each participant needed (none, low, moderate, high, or extensive, corresponding to a scale of 0-4) across five domains of general support. While different areas of general support need (e.g., IADLs) require different amounts of support for individuals in the sample, each individual area increases by level. This finding is true both with outliers[20] included (shown in Figure 40) and excluded (shown in Figure 41).

---

[20] For the purposes of PIR, outliers were defined as those individuals who appear to need much less or much more support than others in the same support level.

Figure 40. Support needed across general support need areas by level (n = 100)





Figure 41. Support needed across general support need areas by level, outliers removed (n = 82)

During Step 2 of PIR, reviewers were asked to rate the overall general support need of the membership of a given level on a scale of 1 to 10 (low to high). When considering the overall amount of general support of all individuals reviewed in each level as a group, the amount of general support needed also increased from Level 1 through Level 3 (Figure 42).

Figure 42. General support need by level on scale of 1 to 10, outliers removed



| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Five-support-level framework | Do adults assigned to Levels M and B (and only adults assigned to Levels M and B) have extraordinary need for medical support or behavioral support, respectively? |

Findings indicate that adults assigned to Levels M and B do have extraordinary support need in those respective areas, as shown in the figures below. During Step 1 of PIR, reviewers were asked to rate the amount of support each participant needed (none, low, moderate, high, or extensive) for both behavioral and medical support. Figure 43 shows the average rating (on a scale from 0-4) for medical and behavioral support, by assigned level, for all individuals reviewed as part of PIR. Figure 44 shows the average rating once outliers were removed. Ratings steadily increase for behavior and medical support from Levels 1 to 3 with a significant jump in medical support need in Level M and in behavioral support need in Level B.

62

Figure 43. Support needed across behavior and medical support need by level
(n = 100)



Figure 44. Support needed across behavior and medical support need by level,
outliers removed (n = 82)



While some individuals assigned to those levels were deemed to have less than extraordinary support need, the reasons for the assignment were most often identified (e.g., a change in medical condition that no longer merits extraordinary support). Some individuals in Levels 1 through 3 were deemed to have more behavioral support need than others in their assigned level, but findings indicate they would not merit extraordinary support for those needs. In instances where level assignment seemed misaligned with support need for medical or behavioral needs, findings indicate that a reassessment to reflect current support need may resolve the discrepancy.

In addition to rating medical and behavioral support need at the individual level, reviewers were asked to consider the behavior and medical support need of each level as a whole. As a group, reviewers rated the medical and behavioral support need on a scale of 1 to 10 (low to high) for each level after removing outliers. As shown in Figure 45, behavior support had an average rating of 10 for Level B and medical support was rated a 10 for Level M (the highest rating possible), indicating extraordinary need by members of those groups.

Figure 45. Behavior and medical support need by level on scale of 1 to 10, outliers removed



| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Five-support-level framework | Do adults in the same support level have similar support needs? |

PIR findings indicate that, for the most part, adults in the same support level have similar support needs. During PIR, reviewers identified and reviewed in detail any outliers (individuals who appear to need much less or much more support than others in the same support level) to try and ascertain why their support level assignment was not reflective of their support need. Note that the five-level framework is expected to

assign individuals to the level commensurate with their need most, but not all, of the time. The existence of some outliers is to be expected.

In total, reviewers identified 18 outliers. Of these, 9 had changes in support need since the time of the SIS-A that would have impacted their level assignment if reassessed today; 5 had greater behavior support needs than others in their assigned level but did not appear to meet criteria for another level; and 4 had lower general support needs than others in their assigned level.

Once outliers were removed, findings indicate that adults in the same support level in the sample all have similar support needs. HSRI provided a series of recommendations, summarized in the next section of this report, that may help to reduce the number of, or address the needs of, outliers in the future.

## LEVEL DESCRIPTIONS

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Support level descriptions | Do descriptions reflect the support needs of individuals in each of the five support levels? |

During Step 2 of PIR, reviewers examined the draft level descriptions and through a collaborative discussion process determined whether the support needs of individuals assigned to each level were accurately reflected. Three groups reviewed the description for Levels 1, 2, 3, and B and one group reviewed the description for Level M. None of the groups identified specific areas where a description was inaccurate for a given level.

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Support level descriptions | How can descriptions be improved for accuracy or understandability? |

Reviewers noted a desire to see reference to the medical and behavioral support needs typical of each level, noting that these needs are not limited to those who require extraordinary support and do factor into the overall needs of participants at every level. Groups recommended adjusting descriptions to move away from terms like "a lot" or "some part of the day" where possible as they may be difficult to quantify. Reviewers also suggested defining all terms where possible and adding more detail regarding whether supports for individuals in a given level could be successfully provided in a group setting or whether substantial amounts of one-on-one support would be typical of participants in that level.

## SERVICE MIXES AND BUDGETS

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Service mixes and budgets | Are service mixes and budgets generally adequate in each support level? |

65

Across all traditional service mixes reviewed (CFH, Community Only, SLS), service mixes and budgets were found to be generally adequate in each support level. Figures 46, 47, and 48 show reviewers' overall determination for how well the proposed mix and budget would meet participants' need. As shown in the figures, the response options for this question were: "not at all," "somewhat," "mostly," and "completely."

Figure 46.  Overall CFH service mix meets needs (n = 15)



Figure 47.   Overall Community service mix meets needs (n = 11)



Figure 48.   Overall SLS service mix meets needs (n = 53)



Reviewers identified that the service mixes for adults who self-direct would be adequate less often, significantly in the case of the Self-Directed Live-In mix, despite being built on the same underlying service mixes. Figure 49 shows responses for Self-Directed Live-In Supports Mix (mix analogous to Traditional CFH), and Figure 50

shows responses for Self-Directed Outside Supports Mix (mix analogous to Traditional SLS).

**Figure 49.  Overall SD-Live-In service mix meets needs (n = 13)**



**Figure 50.  Overall SD-Outside service mix meets needs (n = 7)**



| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Service mixes and budgets | If any service mix or budget is not generally adequate, why? |

Analysis of PIR findings showed that many individuals whose traditional service mix was identified as insufficient may qualify for a different level assignment if their SIS-A assessment was conducted more recently. In some circumstances, individuals may require more SLS support than provided in the service mix (e.g., 24-hour support in Level 1 or 1:1 support 24/7 in Levels M or B).

Self-Directed Live-In Supports budgets were not completely adequate for most individuals, as most require and have historically received more hours of 1:1 support than the budget will afford. It appears that one cause of the identified inadequacy of the SD Live-In budget is the basis of $53.39 a day for the in-home habilitative portion of their services. This is the current rate paid to CFH providers within the Traditional program and was the figure used to calculate the overall available budget for both the CFH and SD Live-In mixes. Participants who self-direct have not been limited to that amount; therefore, budgets based on that amount create a reduction.

Self-Directed Outside Supports budgets were found to be insufficient for individuals who require 24-hour or close to 24-hour paid support. The underlying service mix for

all support levels is based on some hours of support being provided in a group setting while adults who self-direct obtain their services from a community support worker one-on-one. As a result, budgets that are adequate to obtain 24-hours of support in a group setting are insufficient for those adults who require close to 24-hours of paid one-on-one supports.

| MODEL ELEMENT | PIR RESEARCH QUESTIONS |
|---|---|
| Service mixes and budgets | What, if any, adjustments to the service mixes or budgets may be made that will better reflect potential service need? |

PIR findings showed that while the specific services within the mix that participants would use vary, no single service was identified as being inappropriately included, excluded, or available in the wrong amount across all participants within a given service mix. Figures 51, 52, and 53 show how reviewers rated the sufficiency of hours for each service in the proposed mix. Across the services and mixes reviewed, for the majority of participants the amount of service in the mix was identified as meeting the need of participants.  For every service other than non-medical transportation, the amount of service in the mix was also insufficient for some participants while being more than enough or not needed by other participants.

Figure 51. Model CFH service mix hours meet need by level (n = 15)

Figure 52.  Model Community Only service mix hours meet need by level (n = 12)



Figure 53.   Model SLS service mix hours meet need by level (n = 53)



Overall, the budgets appear to be adequate for the majority of participants using traditional services across all three reviewed service mixes and therefore do not need to be adjusted. Among the traditional participants for whom the budget would not be sufficient, most were identified as outliers who would likely be assigned to a different support level if reassessed today or who would require an amount of one-on-one support not built into any of the mixes, and which is not required for most participants even at Levels M and B. Participants who will receive the Self-Directed Outside Support mix are similar in that those participants who require additional budget dollars require nearly 24 hours of one-on-one support which is not built into the mix. However, since this is not the majority of participants, HSRI recommends DHW authorize additional needed hours of one-on-one support through other means.

While budgets do not appear to be adequate for the majority of participants within the Self-Directed Live-In Supports service mix, there is no clear means for adjusting the budget for this group. The new resource allocation model is predicated on the idea that individuals with similar support needs and similar residential choices should have access to a similar amount of resources. It is for this reason that traditional and self-directed budgets, by participant-selected paid in-home habilitation support type, are more or less the same. Because the CFH service mix was found to be adequate for 93% of those participants reviewed, it does not appear that the base CFH mix needs to be altered. Below, HSRI provides recommendations for how DHW can begin trying to address the needs of participants within the SD Live-In service mix.

## Recommendations from PIR

Findings showed that the five-level framework, level descriptions, and service mixes/budgets mostly work for individuals reviewed in the sample. As a result, HSRI did not have any recommendations regarding adjustments to the five-level framework, level criteria, or individual service mixes. Therefore, the five-level framework, level criteria, and service mixes as presented during PIR are the final resource allocation model components recommended to DHW by HSRI. Note that final approval from the legislature is still required and subsequent changes to the service mixes and budgets could result.

Although the overall elements of the new resource allocation model remain unchanged following PIR, there are some recommendations for DHW to consider prior to implementing the new model. These arise from the existence of some outliers in support need, critiques of the level descriptions, and shortcomings in the self-directed service mixes/budgets. HSRI presented, in greater detail, each of these eight recommendation to DHW as part of the *Pre-Implementation Review Findings* report submitted to DHW in May 2021.

### CLEAR SIS-A REASSESSMENT POLICY AND PRACTICE

Support level assignments can only be as accurate as the information used to determine them. Regular reassessment is fundamental to the new resource allocation model accurately reflecting the support need of participants. HSRI recommends that DHW maintain the planned schedule for full SIS-A reassessment (i.e., every three

years) and provide very clear guidance as to what information shared during a focused review would qualify a participant for a full reassessment to ensure changes in support need that could impact support level assignment are not mistakenly overlooked.

## ONGOING QUALITY ASSURANCE OF THE SIS-A

In order for the new resource allocation model to be fairly applied, DHW must have complete confidence in the assessment used to assign those levels. HSRI recommends that DHW work closely with its IAP to ensure adherence to AAIDD-recommended ongoing quality assurance processes.

## VERIFICATION PROCESS SUPPORT

The verification process, while very similar to the current process for requesting Intense Supported Living, will be wholly new to participants who have selected other types of residential habilitation supports. The types of documents needed to confirm that a participant meets the criteria for Levels M or B may not be familiar to or readily accessible by many participants and families. Levels M and B are intended for anyone who has the type of extraordinary support need indicated for that level, no matter the type of supports they choose to receive; it is therefore important that the verification process be understandable, accessible, and adequately supported. HSRI recommends that DHW develop accessible materials outlining the verification process and provide additional explanation as to what types of supporting documentation can and should be submitted to the verification team to aid in the review process.

## PROCESS FOR ADDRESSING SELF-DIRECTION LIVE-IN BUDGET CONCERNS

The new resource allocation model is predicated on the idea that individuals with similar support needs and similar residential choices should have access to a similar amount of resources. It is for this reason that traditional and self-directed budgets, by participant-selected paid in-home habilitation support type, are more or less the same. While the CFH service mix was found to be adequate for 93% of participants reviewed, the analogous self-directed service mix (SD Live-In) was identified as inadequate for the majority of participants reviewed. While HSRI does not recommend altering the SD Live-In service mix, the concerns raised about the adequacy of budgets for adults who self-direct must be addressed.

HSRI recommends that, in addition to longer-term efforts to explore changes to the base CFH rate used in the budget calculation, DHW provide specific outreach to support brokers and participants who will receive the SD Live-In service mix prior to implementation to specifically detail changes within the new resource allocation model, review those types of services that can be obtained outside of the budget, and outline the specific process for making a health and safety exceptions request.

73

## MEANS FOR OBTAINING 24-HOUR 1:1 SUPPORT WHEN NEEDED

PIR results suggest that for most adults in Levels M and B, 8 hours of shared support will adequately meet their needs. However, some adults have medical and behavioral support needs that require 1:1 staffing on a 24-hour basis, including individuals who are unable to share a residence with others due to their behavior support needs. HSRI recommends that DHW clarify whether this need would qualify for a health and safety exception, and if not, determine other means to support participants to receive adequate 1:1 supports when more broadly necessary.

## UPDATE LEVEL DESCRIPTIONS TO ALIGN WITH PIR FEEDBACK

While PIR reviewers did not identify any areas where the draft level descriptions mischaracterized the support need of adults in a given level, they provided valuable feedback regarding ways to expand and clarify the descriptions to better reflect the support needs of adults receiving DD services in Idaho. HSRI adjusted the support level descriptions based on this feedback and recommends that DHW use the revised descriptions (Figure 5) in all future communications with stakeholders.

## CLEAR HEALTH AND SAFETY EXCEPTIONS POLICIES AND PROCEDURES

Service mixes and budgets within the new resource allocation model only apply to a specific subset of available services. Access to other necessary services (e.g., home-delivered meals, PERs) rely solely on a well-orchestrated health and safety exceptions process. Health and safety exceptions are also tasked with providing access to 24-hour 1:1 support to those participants who require it, authorizing additional support by CFH providers when justified, and managing any number of other requests that will likely occur as the program moves into the new resource allocation model.

HSRI recommends that prior to implementation of the new resource allocation model DHW focus significant efforts on developing a set of specific policies and procedures for health and safety exceptions, delineating those types of requests that are anticipated, streamlining processes where possible, and detailing specific and achievable timelines for the processing of requests.

## ONGOING EVALUATION

PIR offered insight into how the resource allocation model is working prior to implementation. However, the best way to gauge how the model is working is to conduct ongoing evaluation once implementation has begun. HSRI is aware that ongoing evaluation is already planned and notes the importance of this process to build upon the information gathered as part of PIR and support ongoing growth and improvement to the new resource allocation model.

## Fiscal exposure

The implementation of a new resource allocation model will inevitably have an impact on overall program cost. The model introduces a new assessment of support need and a new way of applying assessment results to inform a budget. The new model also brings with it the introduction of new services, removal of limits on certain services, and the availability of a broader array of services to adults using supported living services which may change the services participants select. To understand the fiscal impact of the new resource allocation, a first step is understanding the anticipated total value of the budgets being offered across the population served by the Idaho Adult DD program. This total value, which is an estimate of the dollar value of the service mix budgets across the population to be served, is referred to as the fiscal exposure. This section describes the fiscal exposure of the new resource allocation model. This fiscal exposure is estimated for fiscal year 2023, the year the new resource allocation model is expected to be implemented.

Note that fiscal exposure is not an estimate of total program costs. Some participants may not use their entire allocated budget while others may be given and use more than their allocated budget to address health, safety, or employment needs. The figures discussed below do not account for those services that are authorized through health, safety, or employment exceptions or any anticipated gaps between budget authorizations and actual spend. Both of these additional elements need to be taken into account and considered when estimating the total program costs associated with the implementation of the resource allocation model.

Below we describe the process we undertook to determine the fiscal exposure, including estimating the number of individuals in each service mix and each support level.

### Budget by Service Mix and Level

Simply put, each budget is the sum of the total number of hours[21] of each service within the service mix by the applicable rate. Note that the rates for new services have yet to be presented to, or approved by, the legislature. The rates included in the budget calculations for these new services were developed using a target percentage of the full calculated rates. These targets were based on the current rate for similar services. Current rates were used for all existing services except Supported Living, which is changing as part of the implementation of the new resource allocation model.

Figure 54. Service Mix Budget (by Level)

| Service Mix | Level 1 | Level 2 | Level 3 | Level M | Level B |
|---|---|---|---|---|---|
| State Plan | $23,886 | $25,276 | $27,994 | $34,176 | $34,176 |
| SD-Live-in | $46,679 | $50,291 | $57,429 | $74,687 | $74,687 |

---

[21] One service, non-medical transportation, uses an anticipated number of miles instead of hours.

| SD-Community | $27,192 | $30,804 | $37,942 | $55,200 | $55,200 |
| SD- Outside | $76,681 | $101,934 | $120,354 | $161,433 | $161,433 |
| CFH | $45,383 | $48,995 | $56,133 | $73,391 | $73,391 |
| Community | $25,896 | $29,508 | $36,646 | $53,904 | $53,904 |
| SLS | $84,429 | $112,267 | $133,928 | $184,285 | $184,285 |

## Estimating Proportion of Individuals in Each Service Mix

To determine fiscal exposure, the budget for each service mix by each support level must be multiplied by the estimated number of individuals who will be offered that budget. Therefore, we first had to estimate the number of individuals in each service mix in fiscal year 2023. While individual participants may change the type of in-home residential habilitation support they select or may move between traditional and self-directed services, none of the changes being made as part of the new resource allocation model are anticipated to impact the overall number of participants being served. Therefore, the most up-to-date and accurate information about current participants is the best indicator of what service mixes will apply to what percentage of participants when the model is fully implemented.

DHW supplied HSRI with a roster of individuals who were Adult DD program participants in January 2021. In addition to this file, which only specified waiver status—traditional, self-direction, or state plan HCBS only—DHW supplied expenditures and utilization data from July 2020 through January 2021. Expenditure information was used to determine which traditional service mix (CFH, Community, or SLS) would apply to those participants. Once the proportion of individuals in each service mix was determined with data from January 2021, the number of individuals in each service mix was projected for state fiscal year 2023.

### NUMBER OF INDIVIDUALS BY SERVICE MIX JANUARY 2021

Figure 55 displays the total number of individuals by service mix as of January 2021. First, we determined the number of individuals who would receive the State Plan HCBS Only service mix, self-direction service mixes, and traditional service mixes. Then, we further specified the number of individuals in the services mixes for self-direction and traditional. The process by which we determined the number of individuals assigned to each service mix follows the summary figure.

Figure 55. Number of individuals assigned to service mixes based on January 2021 service use



*Two individuals were excluded from final numbers because their specific service mix could not be determined

As of January 2021, the Adult DD program had 6,065 participants. Of these, 135 are individuals who were eligible for the waiver but received no services. Without service information, it is not possible to determine which service mix should be attributed to these individuals, so they were excluded from further analysis, bringing the total population to 5,930. Of this total, 472 were identified as qualifying for the State Plan HCBS Only service mix as they received non-waiver services attributed to the adult DD program (H2000, 97537, H2032, H2011, G9002, or G9007) and were either not eligible for the DD waiver or were on the A&D waiver. While this represents 8% of the current total program participants, the number of participants who receive State Plan HCBS Only services decreases slightly each year. Our FY2023 projections for this service population account for these anticipated decreases over time.

Of the overall population of service recipients, 1,500 were identified as receiving self-directed services based on having expenditures in one of the two procedures codes specific to self-direction (T2040, T2025). While this represents 25% of the current total of program participants, the proportion of adults in the program who choose to self-direct has historically grown each year and this trend is not anticipated to change as a result of the move to a new resource allocation model. Our FY2023 projections for this service population account for these anticipated increases.

Adults who self-direct will receive one of three service mixes (SD-Live-In, SD-Community, or SD-Outside) based on the way they receive their in-home residential habilitative supports. Adults who did not receive any in-home residential habilitative services were attributed to the SD-Community service mix. Adults whose residence is licensed as a certified family home were attributed to the SD-Live-In service mix. For those adults who received residential supports but who did not live in a certified family home, it was necessary to contact their support broker to determine whether or not they lived with their provider, the deciding factor in which service mix should apply. All adults who self-direct who received residential habilitative supports from a provider with whom they did not share a home were attributed to the SD-Outside

service mix, while all those who receive such supports from someone they did share a home with were attributed to the SD-Live-In service mix. Figure 56 shows the percentage of adults who self-direct who were attributed to each of the self-directed service mixes. Note that we were unable to determine whether two individuals live with the CSW who provides their residential habilitative supports, so they were not assigned to a service mix. The exclusion of these two individuals does not impact the percentage of individuals in each service mix.

Figure 56. Number and percent of current participants among self-directed service mixes (n=1498)

| Service Mix | Number of Participants | Percentage |
|---|---|---|
| SD-Live-in | 912 | 61% |
| SD-Community | 47 | 3% |
| SD-Outside | 539 | 36% |
| Total | 1,498 | 100% |

The remaining 3,958 participants were identified as receiving traditional waiver services. Traditional waiver service use was determined through an individual having the DD waiver rate code and using services under applicable adult DD program procedure codes other than T2040 and T2025. These participants would be assigned to one of three service mixes (CFH, Community, or SLS) based on their selected type of residential habilitation supports.

HSRI used expenditure information from July 2020 through January 2021 to determine which service mix would apply to each participant. To determine the specific traditional service mix a person would be assigned, we identified whether a person used CFH, SLS, both, or neither for each of the 7 months. Approximately 90% of the 3,958 individuals used 7 months of CFH, 7 months of SLS, or 7 months of neither CFH or SLS (indicating Community). To assign service mixes to the remaining 10% of individuals who use traditional services, we applied decision criteria for a best estimate of service mix. The decision criteria were:

1. If a person used 4-7 months of CFH including the last 3 months examined, the person is assigned to CFH

2. If a person used 4-7 months of SLS including the last 3 months examined, the person is assigned to SLS

3. If a person has the same number of months of CFH and SLS greater than or equal to 4, the person is assigned to the service mix they were in for the last 3 months examined

4. If a person has 3 or fewer months of CFH and 3 or fewer months of SLS, the person is assigned to Community

5. If a person has 4 months of CFH or SLS but the last 3 months are not CFH or SLS, the person is assigned to Community

78

Applying the criteria assigned the remaining 10% of individuals to CFH, Community, or SLS. The intention of applying these criteria was to not underestimate any one service mix due to the presence of more than one service.  Figure 57 shows the percentage of adults using traditional Adult DD waiver services who were attributed to each of the three applicable service mixes after the criteria were applied.

Figure 57. Number and percent of current participants among traditional waiver service mixes

| Service Mix | Number of Participants | Percentage |
|---|---|---|
| CFH | 1441 | 36% |
| Community | 703 | 18% |
| SLS | 1814 | 46% |
| Total | 3,958 | 100% |

## NUMBER OF INDIVIDUALS BY SERVICE MIX PROJECTED FOR FISCAL YEAR 2023

The process above accounts for the distribution of participants by applicable service mix as of January 2021; however, the implementation of the new resource allocation model will not begin until June 2022. Therefore, to determine the anticipated fiscal impact, it is necessary to determine the expected number of participants at that time. Using data on enrollment and service utilization trends, DHW forecasted the number of participants in state fiscal year 2023 (July 2022-June 2023). See Figure 58 below.

Figure 58. SFY2023 Adult DD Program Participant Forecast

| Participant User Type | Number of Average Monthly Utilizers |
|---|---|
| State Plan HCBS Only | 565 |
| Waiver Self-Direction | 1,823 |
| Traditional Waiver | 4,216 |
| Total | 6,604 |
| Waiver Non-Utilizers | 150 |

To account for the expected change in the current distribution between Traditional, Self-Direction, and State Plan HCBS Only, the expected totals displayed in Figure 58 above were used as the basis for fiscal projections. This projection estimate assumes that the forecasted number of participants by waiver is correct, as is the proportion of individuals within each participant user type assigned to specific service mixes (i.e., SD-Live-In, SD-Community, SD-Outside, CFH, Community, SLS) as of January 2021. To determine the estimated number of individuals projected to be assigned to each service mix for FY2023, we use the January 2021 percentages within the waiver self-direction and traditional waiver user types.  Figure 59 demonstrates the calculations for each service mix projection as well as the estimated number of participants for each of the seven service mixes in SFY2023.

79

Figure 59. SFY2023 Number of individuals by service mix

| Service Mix | Source | Calculation | FY23 Number of Participants |
|---|---|---|---|
| State Plan | Forecast | n/a | 565 |
| SD-Live-In | SD FY23 forecast * percentage of SD-Live-In in Jan 2021 | 1,823*61% | 1,112 |
| SD-Community | SD FY23 forecast * percentage of SD-Community in Jan 2021 | 1,823*3% | 55 |
| SD-Outside | SD FY23 forecast * percentage of SD-Outside in Jan 2021 | 1,823*36% | 656 |
| CFH | Traditional waiver FY23 forecast * percentage of CFH in Jan 2021 | 4,216*36% | 1,518 |
| Community | Traditional waiver FY23 forecast * percentage of Community in Jan 2021 | 4,216*18% | 759 |
| SLS | Traditional waiver FY2023 forecast * percentage of SLS in Jan 2021 | 4,216*46% | 1,939 |
| Total | Forecast | n/a | 6,604 |

## Estimating Proportion of Individuals Within Service Mixes by Support Level

Once the FY2023 projections by service mix were complete, HSRI determined the projected number of individuals *in each level* within each service mix. Preliminary level assignments for the first cohort indicated that the proportion of individuals across levels varies by service mix as shown in Figure 31. Therefore, the level distribution estimates for the full population should also vary by service mix. Note that while a total of 801 participants were assessed as part of the first cohort, only 740 of these participants were included in the list of program participants as of January 2021 provided by DHW. Those 61 individuals excluded from Figure 60 below either left services prior to January 2021 or received no waiver services in that month.

Figure 60. Number (%) of individuals in each level by service mix in the first cohort (n=740)

|  | 1 | 2 | 3 | M | B | TOTAL |
|---|---|---|---|---|---|---|
| STATE PLAN | 3 (27%) | 4 (36%) | 4 (36%) | 0 (0%) | 0 (0%) | 11 (99%) |
| SD-LIVE-IN | 0 (0%) | 15 (71%) | 6 (29%) | 0 (0%) | 0 (0%) | 21 (100%) |
| SD-COMMUNITY | 0 (0%) | 1 (50%) | 1 (50%) | 0 (0%) | 0 (0%) | 2 (100%) |
| SD-OUTSIDE | 3 (14%) | 13 (59%) | 5 (23%) | 0 (0%) | 1 (5%) | 22 (101%) |
| CFH | 12 (5%) | 140 (59%) | 84 (36%) | 3 (1%) | 0 (0%) | 239 (100%) |
| COMMUNITY | 22 (21%) | 65 (62%) | 17 (16%) | 1 (1%) | 0 (0%) | 105 (100%) |
| SLS | 52 (15%) | 181 (53%) | 68 (20%) | 10 (3%) | 29 (9%) | 340 (100%) |
| TOTAL | 92 (12%) | 419 (57%) | 185 (25%) | 14 (2%) | 30 (4%) | 740 (100%) |

While the proportion of individuals by level and service mix should be informed by the level assignments in the first cohort, those level assignments should not fully dictate the estimates applicable for the full population. Few participants for two service mixes (i.e., State Plan HCBS Only, SD-Community) were included in the cohort, and overall a relatively few number of participants in any self-directed service mix were part of the first cohort (n = 45). While in most service mixes no participants were assigned to Level B, HSRI identified the need to adjust this percentage in estimates for future level distribution as participants in any level may elect to self-direct and/or select the residential habilitation support of their choice. HSRI drew from experiences in other jurisdictions applying similar support level frameworks to estimate the proportion of individuals in Levels M and B across service mixes. The estimates were further refined by information DHW provided about its population. For example, while the first cohort included a smaller proportion of individuals in Level 1 of the State Plan HCBS Only service mix, DHW indicated this would be an underestimate based on knowledge of the typical support needs of that population. The estimated number of individuals in each level by service mix is presented in the following figure.

81

Figure 61. Estimated number (%) of individuals in each level by Service Mix SFY2023

|  | 1 | 2 | 3 | M | B | TOTAL |
|---|---|---|---|---|---|---|
| STATE PLAN | 283 (50%) | 135 (24%) | 135 (24%) | 6 (1%) | 6 (1%) | 565 (100%) |
| SD-LIVE-IN | 67 (6%) | 612 (55%) | 400 (36%) | 22 (2%) | 11 (1%) | 1,112 (100%) |
| SD-COMMUNITY | 11 (20%) | 33 (60%) | 9 (16%) | 1 (1%) | 1 (1%) | 55 (98%)* |
| SD-OUTSIDE | 91 (14%) | 328 (50%) | 125 (19%) | 33 (5%) | 79 (12%) | 656 (100%) |
| CFH | 91 (6%) | 836 (55%) | 546 (36%) | 30 (2%) | 15 (1%) | 1,518 (100%) |
| COMMUNITY | 152 (20%) | 471 (62%) | 120 (16%) | 8 (1%) | 8 (1%) | 759 (100%) |
| SLS | 271 (14%) | 970 (50%) | 368 (19%) | 97 (5%) | 233 (12%) | 1,939 (100%) |
| TOTAL | 966 (15%) | 3,385 (51%) | 1,703 (26%) | 197 (3%) | 353 (5%) | 6,604 (100%) |

*SD-Community total percent does not equal 100% due to rounding.

## Calculating Full Fiscal Exposure of Service Mixes

As specified above, the fiscal exposure is the sum of all budgets by the individuals projected to receive them. For this calculation, HSRI used the estimated number of individuals in each level by service mix presented in Figure 61 above. The number of individuals estimated to be assigned a particular service group and support level is multiplied by the associated budget displayed in Figure 54. For example, the fiscal exposure for State Plan HCBS Only Level 1 is $6,759,738 (283*$23,886 ). All combinations of service mixes and support levels are then summed for the full fiscal exposure. The figure below displays estimated full fiscal exposure across all service mixes and support levels. However, all amounts are subject to change pending approval by the legislature.

Figure 62.  Fiscal exposure by level by service mix*

|  | 1 | 2 | 3 | M | B | TOTAL |
|---|---|---|---|---|---|---|
| STATE PLAN | $ 6,759,738 | $3,412,260 | $3,779,190 | $ 205,056 | $ 205,056 | $ 14,361,300 |
| SD-LIVE-IN | $3,127,501 | $30,778,165 | $22,971,648 | $1,643,109 | $821,554 | $59,341,978 |
| SD-COMMUNITY | $299,113 | $1,016,536 | $341,479 | $55,200 | $55,200 | $1,767,528 |
| SD-OUTSIDE | $6,977,946 | $33,434,457 | $15,044,190 | $5,327,274 | $12,753,172 | $73,537,039 |
| CFH | $4,129,864 | $40,959,920 | $30,648,684 | $2,201,723 | $1,100,861 | $79,041,052 |
| COMMUNITY | $3,936,210 | $13,898,325 | $4,397,534 | $431,230 | $431,230 | $23,094,529 |
| SLS | $22,880,373 | $108,899,203 | $49,285,364 | $17,875,641 | $42,938,396 | $241,878,977 |
| TOTAL | $48,110,745 | $232,398,866 | $126,468,089 | $27,739,233 | $58,305,469 | $493,022,403 |

*Total may not equal the sum of service mixes due to rounding to the nearest dollar

82

# Future Work

While this report may be titled *Resource Allocation Model Final Report,* the work associated with the implementation of the new model is far from over. Of the 21 tasks outlined by HSRI in the overview of work to establish a new resource allocation model, only the first 13 tasks are complete with the full development of the model itself.[22] Furthermore, some elements of the resource allocation model itself, namely the service mixes and budgets, may need to be altered if the Idaho legislature does not approve the full budget ask required to implement the new resource allocation model.

Prior to the new resource allocation model being implemented, it is necessary for corresponding changes to Idaho's administrative rules (IDAPA) to be made and for DHW to prepare, submit, and gain approval for amendments to the Adult DD Waiver and State Plan from the Centers for Medicare and Medicaid Services (CMS). Medicaid's computer systems will also need to be modified to recognize procedure codes for newly offered services, and to allow for possible changes to how services are approved or authorized (Task 14). A number of internal program policy and procedure changes are also required, including streamlining the process for obtaining health, safety, or employment services, true health and safety exceptions, and making the verification process accessible and understandable to all participants (Task 15).

With changes to the budgets participants have become accustomed to, the availability of new services, and changes to existing sublimits, some elements of the current plan development process will likely need to change (Task 16). Plan developers, support brokers, and service coordinators will all require support and training to prepare for these changes; they will also require support and training to help explain the various changes to participants and their families (Task 17). Materials will also need to be made available to help communicate the upcoming changes to various stakeholder groups—including, but not limited to, those same participants, families, plan developers, and support brokers (Task 18).

While ongoing communication with stakeholders has been a priority of DHW throughout this effort, these engagement efforts will need to intensify as implementation of the new resource allocation model nears. This include staying in close contact with providers as they prepare to offer new services or make changes to the way they currently offer services, connecting with participants and families who are anxious about how these changes will affect them, sharing new information regarding the implementation plan as it becomes available, and much more (Task 19).

DHW will also need have a clear implementation plan that can be methodically implemented over the course of the next year to ensure all ancillary systems and processes impacted by the new resource allocation model are prepared for rollout (Task 20). Finally, a plan is needed for ongoing evaluation of the new model both to ensure that it is operating as intended and to support ongoing fine-tuning and

---

[22] See Settlement Agreement (Exhibit 1- HSRI Scope of Work) available at mychoicematters.idaho.gov.

improvement as the model always intended (Task 21). HSRI will provide DHW with recommendations for high-level implementation and evaluation plans in the coming weeks which can then be expanded and built upon.