RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB # 11860
Chief of Civil Litigation & Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | ) |
| | ) Case No. 1:12-cv-00022-BLW |
| Plaintiffs, | ) (lead case) |
| | ) |
| vs. | ) |
| | ) |
| RICHARD ARMSTRONG, in his official | ) Case No. 3:12-cv-00058-BLW |
| capacity as Director of the Idaho Department of | ) |
| Health and Welfare, *et al.*, | ) **DECLARATION OF MICHAEL** |
| | ) **A. CASE IN SUPPORT OF** |
| Defendants. | ) **IDHW'S MOTION TO** |
| | ) **PRECLUDE DISSEMINATOIN** |
| | ) **OF THE SIS-A USER'S** |
| | ) **MANUAL TO CLASS** |
| | ) **MEMBERS.** |

I, MICHAEL A. CASE, declare as follows:

1.      I work for the Idaho Department of Health and Welfare ("the

Department"), Division of Medicaid, Bureau of Developmental Disability Services

(BDDS) as the Bureau Chief. I have held this position since July 4, 2021. In my

DECLARATION OF MICHAEL A. CASE – Page 1

position as Bureau Chief, my duties encompass oversight of policy and operations for Adult Developmental Disability ("Adult DD") services. I make this declaration based upon my personal knowledge as the Bureau Chief for BDDS.

2.      Attached to the accompanying motion as Exhibit A is a true and correct copy of the Budget Notice and related materials that the Department proposes to send to Adult DD Waiver program participants in connection with their annual eligibility and budget determination process. The purpose of the notice is to inform the participant of whether they are eligible for the Adult DD Waiver program, and if so, what their annual budget will be for development of their plan of service.

3.      The proposed Budget Notice now includes a thorough description of the process by which budgets are calculated, as follows:

a.      The participant's supports needs as assessed using the SIS-A. (See, Family Friendly Report, included in Attachment 2 of the Notice.)

b.      The process of converting the raw scores provided by the SIS-A into standard scores. The Notice will provide participants with a web address that will contain a document entitled "Your SIS-A Standard Score," a copy of which is attached hereto as Exhibit A., and will be posted to the Department's My Choice Matters website upon approval by the Court of the Notice that is the subject of this motion.  (Notice, Attachment 2.)

c.      The specific services in the "model mix" for each service mix and support level.  (Notice, Attachment 3.)

DECLARATION OF MICHAEL A. CASE – Page 2

d. The method used to identify the services included in the model mixes. (Notice, Attachment 3.)

e. The reimbursement rate for each service in the model mixes. (Notice, Attachment 3.)

f. The method of multiplying reimbursement rates times the number of hours within the model mix – which will result in the participant's budget. (Notice, Attachment 3.)

4. Included in each Budget Notice will be a copy of the participant's Vineland functional assessment results and the SIS-A Family Friendly Report (FFR). The FFR provides the individualized results to all of the items discussed and responded to during the assessment process. (Notice, Attachment 1.)

5. The Notice provides an individualized explanation of budget changes in two separate sections. First, a section entitled "How SIS-A Budgets Differ From SIB-R Budgets" will be sent to participants who are receiving their first budget notice under the new budget model. (See, Notice, Attachment 2.) This section gives a plain language description of how the new budget model differs from the old budget model, and how the participant's budget is now being calculated. This attachment will eventually become obsolete.

6. The Notice also contains a section entitled "New Budget Change" for those whose budget notice is subsequent to having already received a budget calculated under the new model. The "New Budget Change" section provides the following specific information:

a.      Clarification of what change occurred that resulted in the budget change, such as changes to SIS-A responses, changes to verification results, changes to service mix choices, or changes to model mixes; and

b.      A comparison of the changes to SIS-A responses, if applicable, including the question number, a summary of the question, the current and previous responses, and an explanation for the change (i.e., an agreed upon change by the respondents, an observation made by the assessor, or something verified by another method); and

c.      A description of other reasons for the budget change outside of any of the categories listed, if applicable; and

d.      A description of how the identified changes impacted the overall SIS-A standard score; and

e.      A description of how and why the Verification Review Team came to a different decision regarding extraordinary medical or behavioral supports than last time, if applicable, including a list of documents and other information reviewed as part of the verification review process; and

f.      Changes to the selected Service Mix, if applicable.

7.      The Notice also provides a description of appeal rights. Attachment 5 to the proposed notice contains all of the information a participant will need to pursue an appeal, including all of the SIS-A ratings that the budget is based upon, applicable time limitations, the specific steps that must be taken, the standard of review, the different types of appeal and other methods of getting a budget amount

DECLARATION OF MICHAEL A. CASE – Page 4

modified, an appeal request form, and telephone numbers that the participant may call for further information in 15 languages besides English.

8.      As a result of the re-norming process that has taken place, rather than implementing the SIS-A and transitioning to the SIS-A 2nd Edition, as was the Department's original plan, the Department now plans to implement the SIS-A 2nd Edition in the first instance and as soon as possible after exhaustion of the ARP funds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated March 6, 2023

MICHAEL A. CASE

DECLARATION OF MICHAEL A. CASE – Page 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink                      James Piotrowski
reppink@acluidaho.org                    james@idunionlaw.com

Marty Durand
marty@idunionlaw.com


_/s/ Alan W. Foutz_
ALAN W. FOUTZ
Deputy Attorney General