# EXHIBIT A
to the Declaration of Michael A. Case

# YOUR SIS-A "STANDARD" SCORE

One of the factors that determines your budget is your Support Level – or the amount of support you need to participate and be successful in the community.

Your Support Level was determined by your SIS-A results, or if you have extraordinary behavioral or medical needs, by the results of your Verification Review. So, if you received a rating of 3 for the type of support, a rating of 2 for frequency of support and a 2 for daily support time on the "preparing food" item on the SIS-A, your "total score" for that item would be 7. If you add the "total scores" from all 8 of the items in the Home Living category, that will give you the "raw score" for Home Living. You received a "raw score" for all of the categories that were examined in the SIS-A.

However, to accurately determine your Support Level, the Department must be able to compare your SIS-A raw scores with others who have taken the SIS-A. To be able to make that comparison, your "raw score" must be converted into what is called a "standard" score. Your Raw Scores and resulting Standard Scores are shown in the Family Friendly Report under the Support Needs Profile section. This is how that conversion is accomplished.

The developers of the SIS-A have collected the raw scores from thousands of people in order to determine what scores were considered "normal" in comparison to other scores. This group of people whose raw scores were examined is referred to as the "norming sample." The raw scores from the norming sample were put into a statistical calculation program that converted them into a Standard Score of between 1 and 20, with each standard score consisting of a range of raw scores. For instance, if you received a raw score of between 55 and 61 in the Home Living category, that may have given you a standard score of 11 for that category – based on the comparison of your raw score with the norming sample.

There are several online Norm Score Calculators that you may use, if you so choose, to verify that you were given an accurate Standard Score based on your SIS-A raw score.

However, the SIS-A automatically converts your raw scores to standard scores using a) your raw score (shown in the Support Needs Profile), b) the Percentile of your raw score (also shown in the Support Needs Profile), c) the Median standard score (the score at which half of the standard scores are higher and half are lower -

set by the developers of the SIS-A at 10), and d) the Standard Deviation (which measures how close or distant a score is from the Median - set by the developers of the SIS-A at 3).[1]

Your total of the standard scores calculated for all of the SIS-A categories is used to determine your Support Level, which is shown on your Budget Notice.

---

[1] Using a Median of 10 and Standard Deviation of 3 is a common "distribution" that is used to standardize scores from several popular tests of intelligence, adaptive behavior, and achievements.