RAÚL R. LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB # 11860
Chief of Civil Litigation & Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

     Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.,* | ) |
| | ) Case No. 1:12-cv-00022-BLW |
|     Plaintiffs, | ) (lead case) |
| vs. | ) |
| | ) |
| RICHARD ARMSTRONG, in his official | ) Case No. 3:12-cv-00058-BLW |
| capacity as Director of the Idaho Department of | ) |
| Health and Welfare, *et al.,* | ) **DECLARATION OF KYLE** |
| | ) **HILDRETH IN SUPPORT OF** |
|     Defendants. | ) **IDHW'S MOTION TO** |
| | ) **PRECLUDE DISSEMINATION** |
| | ) **OF THE SIS-A USER'S** |
| | ) **MANUAL TO CLASS** |
| | ) **MEMBERS.** |

I, KYLE HILDRETH, declare as follows:

    1.    My name is Kyle Hildreth. I am employed currently as the Regional

Manager at Liberty Healthcare ("Liberty"). I have held this position since

September 28, 2018. Prior to assuming this position, I was employed by Liberty as

DECLARATION OF KYLE HILDRETH

an Independent Assessor, Lead Assessor, and Training Director. The responsibilities of my current position include managing assessors to ensure they are fulfilling contract compliance. I have a master's degree in Social Work and am a licensed clinical social worker.

2.      Presently, Independent Assessment Providers ("IAPs") employed by Liberty administer the Scales of Independent Behavior – Revised ("SIB-R") to individuals seeking benefits under the Idaho Department of Health & Welfare's Developmental Disabilities § 1915(c) Home and Community-Based Services ("HCBS") Waiver program and the 1915(i) HCBS Adult DD State Plan Authority ("Adult DD program").

3.      However, between 2017 and 2018 IAPs at Liberty administered approximately 800 SIS-A assessments to individuals seeking benefits through the Adult DD Waiver program as the first cohort of participants whose results would be used to guide implementation of the new resource allocation model. Since then, Liberty has continued using the SIB-R as the tool for assessing individuals entering or already in the Adult DD program. It is my understanding that the Department intends to discontinue using the SIB-R and eventually move to using the SIS-A as the tool for assessing support needs in connection with the Adult DD program.

4.      The SIS-A will be administered by IAPs.  The IAP and the respondents engage in a semi-structured interview to discuss the type and intensity of supports that the participant will need to be successful in forty-nine separate

activities (or "items") that are divided into different categories (or "subscales") that are examined by the SIS-A.

5.    During this interview, three (3) separate "ratings" will be given for each of these forty-nine (49) items.  The first rating looks at the *type* of support the participant would need to do that activity either on their own or with assistance.  The second rating looks at the *frequency* of the support needed for the activity.  The third rating indicates how much cumulative time would be needed to provide support within a typical twenty-four (24) hour day.

6.    IAPs assign the rating that respondents agree represents the most accurate assessment of needs for each item.  IAPs do not assign ratings on their own or independent of the information respondents provide, although IAPs are expected to consider what they themselves observe through any interaction with the participant, and to discuss those observations with respondents.  IAPs are trained to obtain an agreed-upon rating for each item before moving on to the next item.

7.    In the extremely rare instance where the respondents are simply unable to agree on the appropriate rating, the IAP will make note in the online response form, which notes will appear on the Family Friendly Report ("FFR") that shows participants all the ratings given for each item of the SIS-A.  If no such notes appear on the Family Friendly Report, it is because the respondents agreed that the recorded rating was appropriate.

8.    The total of the ratings given in all portions of Section 2 of the SIS-A make up the participant's "raw score."

DECLARATION OF KYLE HILDRETH

3

9.    In order to facilitate the discussion between respondents and the assessor, the respondents are given a copy of the standards that will be applied to each of the ratings.  A true and correct copy of the standards is attached hereto as Exhibit A.  (Attach copy of pages 6 and 7 of the Respondent Handbook.)

10.    While the SIS-A will continue to be administered by IAPs, the contract by which Liberty provides IAPs to the Department will expire this summer and may either be renewed with Liberty or awarded to another Independent Assessment Contractor.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated March 6, 2023

_____
KYLE HILDRETH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink                          James Piotrowski
reppink@acluidaho.org                        james@idunionlaw.com

Marty Durand
marty@idunionlaw.com


    /s/ *Alan W. Foutz*
    ALAN W. FOUTZ
    Deputy Attorney General