Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 742-6789 ext. 3

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER**
**& HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY  10112
(212) 653-8700
*Admitted pro hac vice*

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>　　　　　　Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**STIPULATION RE: LODGING OF CERTAIN MATERIALS** |

　　　Now pending before the Court is Defendants' Motion to Preclude Dissemination of the SIS-A User's Manual to Class Members, filed March 7, 2023 (Dkt. 539). In support of the motion, Defendants suggest that the SIS-A User's Manual should not be disseminated.

1

Defendants' counsel have previously also suggested, to Plaintiffs' counsel, that other materials related to the SIS-A assessment should not be disseminated.

Plaintiffs disagree that that there are any legitimate reasons to prohibit dissemination of the User's Manual or other SIS-A assessment materials, and note that the User's Manual and other SIS-A assessment materials are offered for sale on the Internet.

Only as a courtesy, Plaintiffs agree initially to lodge in chambers any copies of the User's Manual that they wish this Court to review. The parties agree that, for the purpose of this stipulation, to "lodge in chambers" means Plaintiffs' counsel will email the material to the law clerk assigned to the case, instead of filing the material through the ECF system.

This stipulation does not preclude any party from filing any material lodged in chambers pursuant to this stipulation. Any motions related to the sealing of that material will be addressed at that time.

Dated: March 20, 2023

| | |
|---|---|
| /s/ Alan Foutz | /s/ Richard Eppink |
| Deputy Attorney General | ACLU of Idaho Foundation |
| *For Defendants* | *For Plaintiffs* |