UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>        Defendants. | Case No.  1:12-cv-00022-BLW<br><br>**ORDER RE: LODGING OF CERTAIN MATERIALS (DKT. 552)** |

      Based upon good cause appearing from the parties' Stipulation Re: Lodging of Certain Materials (Dkt. 552), the Court hereby orders that Plaintiffs may lodge in chambers any copies of the SIS-A User's Manual that Plaintiffs wish the Court to review in connection with Defendants' pending Motion to Preclude Dissemination of the SIS-A User's Manual to Class Members, filed March 7, 2023. (Dkt. 539.) For the purpose of this order, to "lodge in chambers" means Plaintiffs' counsel will email the material to the law clerk assigned to the case, instead of filing the material through the ECF system. This order does not preclude any party from filing any material lodged in chambers pursuant to this order. Any motions related to the sealing of that material will be addressed at that time.

DATED: March 21, 2023

_____

Honorable Candy W. Dale
United States Magistrate Judge

**ORDER RE: LODGING OF CERTAIN MATERIALS - 1**