Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 742-6789 ext. 3

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY  10112
(212) 653-8700
*Admitted pro hac vice*

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**DECLARATION OF RICHARD EPPINK IN OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE** |

I, Richard Eppink, declare under penalty of perjury as follows:

1. I am one of the attorneys for the plaintiff class in this case.

1

2. By an email sent March 24, 2023, to the Court's law clerk, Kirsten Wallace, and copying Defendants' counsel, I have lodged the exhibits to this declaration with the Court for *in camera* review rather than filing them using the ECF system. Although Plaintiffs disagree that there are any legitimate reasons to seal or lodge these exhibits, they initially lodge these materials as a courtesy and in hopes it will assist IDHW in expeditiously implementing the Settlement Agreement in this case and providing constitutional remedies to the class.

3. **Exhibit 1** to this declaration is a true copy of the <u>Supports Intensity Scale – Adult Version, User's Manual, 2nd Edition</u> (2023).

4. **Exhibit 2** to this declaration is a true copy of the <u>Supports Intensity Scale – Adult Version, User's Manual</u> (2015).

5. **Exhibit 3** to this declaration are true copies of AAIDD contract materials that Defendants' counsel produced to Plaintiffs' counsel in this case on November 4, 2022, pursuant to the Court's October 28, 2022, Memorandum Decision and Order, with Bates numbers KW_monitoring_0040476 through 0040485.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON this 24th day of March, 2023.

/s/ Richard Eppink

Richard Eppink