Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
**AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 742-6789 ext. 3

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER
& HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY  10112
(212) 653-8700
*Admitted pro hac vice*

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>                    Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>                    Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**DECLARATION OF RICHARD REMINGTON IN OPPOSITION TO DEFENDANTS' MOTION TO EXPEDITE** |

I, Richard Remington, declare under penalty of perjury as follows:

1. I am an adult and competent in all respects to make this declaration. The following statements are based on my personal knowledge or, to the extent that they are statements of opinion are based on my personal review of materials related to this case and on my learning, experience and study in the field of statistical science. If I were called to testify, I could and

would testify to each of the statements contained herein.

2. I have testified previously in this case, including in two declarations, which I understand from Plaintiffs' counsel are found at Document nos. 189-24 and 215-5 in the Court's docket.  The earlier declaration [Dkt. 189-24] attached my curriculum vitae at the time and provided information about my knowledge, skill, experience, training, and education.

3. My current curriculum vitae is attached to this declaration as **Exhibit 1**.

4. I am a professional statistician, statistical consultant, and data scientist. Since 2020, I have worked as the lead Clinical Data Scientist at bioMérieux SA, a French multinational biotechnology company founded and headquartered in Lyon.  bioMerieux is the leading diagnostics device company in the world for in vitro detection of bacterial, fungal, and viral infections which allows rapid assessment of optimal patient therapy.  bioMérieux is present in 44 countries and serves more than 160 countries.  For the Global Medical Affairs Microbiology department, I lead the design of medical experiments and evidence-based patient outcomes studies, lead data formatting/management/analysis, and application of data mining/machine learning/statistical methods to test study hypotheses for more than 65 on-going studies around the world.  Since 2007 I have also been the owner of Quantified, Inc., a firm I formed to continue my work in statistical analysis, modeling, and consulting. I have also performed work for the Department of Veterans Affairs Research Service.  I have been a member of the Affiliate Faculty of the College of Pharmacy of Idaho State University and have previously served as an Adjunct Professor in Boise State University's College of Health Sciences.  I was previously President of the American Statistical Association Snake River Chapter for 5 years and have been an expert witness/consultant in numerous court cases.

5. I have reviewed the <u>Supports Intensity Scale – Adult Version, User's Manual, 2nd Edition</u> (2023) and the <u>Supports Intensity Scale – Adult Version, User's Manual</u> (2015).

6. The 2nd Edition manual reports, in Appendix A on pages 91–92, a mean standard composite (SNI) score of 100 with standard deviation 15, as well as reliability coefficients for each subscale and a total reliability coefficient of 0.962. Using these figures, one can compute a range of scores across which an assessed person's SNI would fall with particular confidence. For example, using the standard deviation (SD) of SNI scores (page 91) and the tabled reliability coefficient (Table A1, page 92), one can calculate the standard error of measurement (SEM) from the equation on page 108 for SEM = SD x square root(1-reliability coefficient) and use this to compute with 95% confidence that the true score of a person with an SNI of 100 would fall somewhere in the range between 94.28 and 105.7. If computing for 50% confidence, an assessed person's true score would fall within about +/- 2 points of their SNI.  For example, one can compute with 50% confidence that a person with an SNI of 100 has a true score somewhere in the range between 98.03 and 102.0. In other words, SNI scores in this range are not statistically different from 100.

7. Page 108 of the 2nd edition manual provides an additional example in explaining the clinical value of the SEM, computing ranges of scores with 68%, 95%, and 99% confidence, using reported SEMs for what I understand to be a prior version of the SIS-A based on the first paragraph on page 105 and the caption for Table E1 on page 106 which states the sample size to be only 1,306.

8. Tables A1 and E2 are identical.  The tabled results in Appendix E are described as taken from prior versions of the SIS-A User Guide and based on the caption of Table E1 for a sample size of 1,306.  The Appendix A results reference a sample size of 162,859 examinees.  It

seems impossible that the two different data sets would produce the exact same statistics in these tables.

9.  Appendix A states that the overall composite SNI score has a Gaussian distribution with mean 100 and SD 15.  Using the reliability coefficient from Table A1 for SNI Total Score (0.962) and SD 15, the equation on page 108 for SEM = SD x square root(1-reliability coefficient) suggests that the SEM is 2.92 (=15 x sqrt(1-0.962)) but Table A1 shows the SEM for SNI Total Score to be 4.11.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON this 24th day of March, 2023.

_____
Richard Remington


DATED: March 24, 2023


/s/ Richard Eppink

Richard Eppink

**EXHIBIT 1**

**CURRICULUM VITAE**                                                24 March 2023

# Richard E. Remington

1775 W State St, #281
Boise, ID 83702
(208) 426-0113
remington@quantified.us

**PRIMARY POSITIONS**

2020 – present  Clinical Data Scientist
bioMérieux
https://www.biomerieux.com/

2007 – present  Statistician/Owner
Quantified, Inc.
Boise, ID

**OTHER POSITIONS**

2018 – present  Consulting Statistician
Gill Compliance Solutions, LLC
Boise, ID
https://www.gillcompliance.com/

2011 – present  Affiliate Faculty
College of Pharmacy
Department of Pharmacy Practice and Administrative Sciences
Idaho State University
Meridian, ID

2011 – present  Consulting Statistician
HBE Advisors LLC dba HC Healthcare Consulting
Boise, ID
https://www.hbeadvisors.com/thehbeadvisorsteam/

2009 – present  Statistician / Researcher WOC
Research Service
Department of Veterans Affairs
Boise Veterans Affairs Medical Center
Boise, ID

2000 – present  Statistician
Kern Statistical Services Inc.
Boise, ID

2019 – 2020  Advisor
Go West Robotics, Inc.
Boise, ID
https://www.gowestrobotics.com/about-1

|  |  |
|---|---|
| 2004 – 2005 | Adjunct Professor<br>Master of Health Sciences Program<br>College of Health Sciences<br>Boise State University<br>Boise, ID |
| 2002 – 2002 | Statistician<br>United States Environmental Protection Agency<br>Office of Research and Development<br>Western Ecology Division<br>Aquatic Monitoring and Bioassessment Branch<br>Corvallis, OR |
| 1998 – 2000 | Research Assistant<br>Division of Statistics<br>University of Idaho<br>Moscow, ID |

**EDUCATION**

**Degrees**

| University of Idaho | 2003 | MS | Statistics |
|---|---|---|---|
| Northwestern University | 1994 | BA | Mathematical Methods in the Social Sciences<br>(Honors Program / Special Admission Major)<br>Economics<br>(2nd Major) |

**Master's Thesis**

*Robust confidence interval estimation on the lognormal mean.*

**PEER REVIEWED PUBLICATIONS**

<u>Citation Indices (from Google Scholar)</u>

| | |
|---|---|
| Citations | 703 |
| h-index | 13 |
| i10-index | 17 |

Most can be found at:  https://www.ncbi.nlm.nih.gov/pubmed/?term=richard+remington

1. Rovelsky S; **Remington RE**; Nevers M; Pontefract B; Hersh A; Samore M; Karl Madaras-Kelly K (2021).  Comparative Effectiveness and Safety of Amoxicillin versus Amoxicillin-Clavulanate for Acute Sinusitis in Emergency Department and Urgent Care Settings.  *J Am Coll Emerg Physicians Open, v.2(3); Published online 2021 Jun 16.*
   https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8208653/

2. Wadsworth T; Carr G; Madaras-Kelly K; **Remington R**; Bell J (2020).  Weight gain associated with insulin detemir versus insulin glargine in clinical practice: A retrospective longitudinal cohort design.  *American Journal of Health-System Pharmacy,* zxaa414,
   abstract: https://doi.org/10.1093/ajhp/zxaa414
   full text (PDF): https://academic.oup.com/ajhp/advance-

article/doi/10.1093/ajhp/zxaa414/6044698?guestAccessKey=46206fc1-a9ce-4c3b-8cf1-46dcbf8b7177

3. Madaras-Kelly K, **Remington R**, Hruza H, Xu D (2018).  Letter to the Editor: The Comparative Effectiveness of High-Dose Versus Standard-Dose Influenza Vaccines in Preventing Post-Influenza Deaths.  *The Journal of Infectious Diseases, 218(2):336-337.*  PMID: 29237061 DOI: 10.1093/infdis/jix645  [3 citation]  https://www.ncbi.nlm.nih.gov/pubmed/29237061
   In reply to: https://www.ncbi.nlm.nih.gov/pubmed/28329311

4. Bursian SJ, Kern J, **Remington RE**, Link JE (2017).  Use of polychlorinated biphenyl and toxic equivalent concentrations in scat from mink (Neovison vison) fed fish from the upper Hudson River to predict dietary and hepatic concentrations and health effects.  *Environmental Toxicology and Chemistry* PMID: 28984379 DOI: 10.1002/etc.3997 [2 citations]  https://www.ncbi.nlm.nih.gov/pubmed/28984379

5. Bohan JG, **Remington R**, Jones M, Samore M, Madaras-Kelly K (2016).  Outcomes Associated with Antimicrobial De-escalation of Treatment for Pneumonia within the Veterans Healthcare Administration.  *Open Forum Infectious Diseases.*  Volume 3, Issue suppl 1, 10.1093/ofid/ofw172.676.  [7 citations]  http://ofid.oxfordjournals.org/cgi/reprint/ofw244?ijkey=HpgbibJeAgCpwz5&keytype=ref

6. Strohfus PK, Kim SC, Palma S, Duke RA, **Remington R**, Roberts C (2016).  Immunizations challenge healthcare personnel and affects immunization rates (2016).  *Applied Nursing Journal.*  DOI: http://dx.doi.org/10.1016/j.apnr.2016.11.005.  Published online: November 11, 2016.  https://www.ncbi.nlm.nih.gov/pubmed/28096006  [6 citation]

7. Caplinger C, Crane K, Wilkin M, Bohan J, **Remington R**, Madaras-Kelly K (2016).  Evaluation evaluation of a protocol to optimize duration of pneumonia therapy at hospital discharge.  *Am J Health Syst Pharm*, 73:2043-54.  PMID: 27806937  https://www.ncbi.nlm.nih.gov/pubmed/27806937  http://www.ajhp.org/content/ajhp/73/24/2043.full.pdf  [6 citations]

8. Caplinger C, Smith G, **Remington R**, Madaras-Kelly K (2016).  Evaluation of a Computerized Decision Support Intervention to Decrease Use of Anti-Pseudomonal Carbapenems in Penicillin Allergic Patients at Low Risk for β-lactam Cross-Reactivity.  *Antibiotics*, 5(1), 7.  PMID: 27025522  http://www.ncbi.nlm.nih.gov/pubmed/27025522  [10 citations]

9. Madaras-Kelly K, Jones M, **Remington R**, Caplinger CM, Huttner B, Jones B, Samore M (2016).  Antimicrobial De-escalation of Treatment for Healthcare Associated Pneumonia within the Veterans Healthcare System.  *Journal of Antimicrobial Chemotherapy,* 71(2):539-46.  PMID: 26538501 http://www.ncbi.nlm.nih.gov/pubmed/26538501  [24 citations]

10. Folland W, Newsted J, Fitzgerland S, Fuchsman P, Bradley P, Kern J, Kurunthachalam K, **Remington R**, Zwiernik M (2015).  Growth and reproductive effects from dietary exposure to aroclor 1268 in mink (Neovison vison), a surrogate model for marine mammals.  *Environmental Toxicology and Chemistry, Vol. 35, No. 3, pp. 604–618.*  http://onlinelibrary.wiley.com/doi/10.1002/etc.3201/abstract [15 citations]

11. Madaras-Kelly KJ, Jones M, **Remington RE**, Caplinger C, Huttner B, Samore M (2015).  Description and Validation of a Spectrum Score Method to Measure Antimicrobial De-escalation from Electronic Medical Records Data.  *BMC Infectious Diseases*, 15(1):197.  PMID: 25927970  http://www.ncbi.nlm.nih.gov/pubmed/25927970  [15 citations]

12. Madaras-Kelly KJ, Jones M, **Remington RE**, Hill N, Huttner B, Samore M (2014).  Development of an Antibiotic Spectrum Score to Measure Antibiotic De-escalation: a Modified Delphi Approach.

*Infection Control and Hospital Epidemiology,* 35(9):1103-13. PMID: 25111918.
http://www.ncbi.nlm.nih.gov/pubmed/25111918 [43 citations]

13. Doty JF, Coughlin MJ, Hirose C, Stevens F, Schutt S, Kennedy M, Grebing B, Smith B, Cooper T, Golanó P, Viladot R, **Remington R** (2014)  First metatarsocuneiform joint mobility: radiographic, anatomic, and clinical characteristics of the articular surface.  *Foot & Ankle International*, 35(5): 504-11.  PMID: 24563392  http://www.ncbi.nlm.nih.gov/pubmed/24563392 [24 citations]

14. Doty JF, Coughlin MJ, Schutt S, Hirose C, Kennedy M, Grebing B, Smith B, Cooper T, Golano P, Viladot R, **Remington R** (2013).  Articular Chondral Damage of the First Metatarsal Head and Sesamoids: Analysis of Cadaver Hallux Valgus.  *Foot & Ankle International*; 34(8): 1090-1096.  PMID: 23509015 http://www.ncbi.nlm.nih.gov/pubmed/23509015  [11 citations]

15. Strohfus PK, Collins T, Phillips V, **Remington R** (2013).  Health care providers' knowledge assessment of measles, mumps, and rubella vaccine.  *Applied nursing research*; 26(4):162-7.  PMID: 24075733  http://www.ncbi.nlm.nih.gov/pubmed/24075733
Full Text: http://lib.ajaums.ac.ir/booklist/ARN155.pdf [8 citations]

16. Bursian SJ, John Kern JW, **Remington RE**, Link JE, Fitzgerald SD (2013).  Dietary exposure of mink (*Mustela vison*) to fish from the upper Hudson River, New York, USA: Effects on reproduction and offspring growth and mortality.  *Environmental Toxicology and Chemistry,* 32(4): 780–793.  PMID: 23293094  http://www.ncbi.nlm.nih.gov/pubmed/23293094 [26 citations]

17. Bursian SJ, John Kern JW, **Remington RE**, Link JE, Fitzgerald SD (2013).  Dietary exposure of mink (*Mustela vison*) to fish from the upper Hudson River, New York, USA: Effects on organ mass and pathology.  *Environmental Toxicology and Chemistry,* 32(4): 794–801.  PMID: 23293106  http://www.ncbi.nlm.nih.gov/pubmed/23293106 [14 citation]

18. Kincaid T, Olsen T, Stevens D, Platt C, White D, **Remington R** (2012).  spsurvey: Spatial survey design and analysis. *R package* version 2.  [138 citations all versions]
http://cran.r-project.org/web/packages/spsurvey/index.html

19. Madaras-Kelly KJ, **Remington RE**, Sloan KL, Fan VS (2012).  Guideline-based antibiotics and mortality in healthcare-associated pneumonia.  *Journal of General Internal Medicine*. 27(7): 845–852.  PMID: 22396110  http://www.ncbi.nlm.nih.gov/pubmed/22396110  [34 citations]

20. Madaras-Kelly KJ, **Remington RE**, Fan VS, Sloan KL (2012).  Predicting antibiotic resistance to community-acquired pneumonia (CAP) antibiotics in culture-positive patients with healthcare-associated pneumonia (HCAP). *Journal of Hospital Medicine*, 7(3):195-202.  PMID: 22038859  http://www.ncbi.nlm.nih.gov/pubmed/22038859 [29 citations]

21. Madaras-Kelly KJ, **Remington RE**, Oliphant CM, Sloan KL, Bearden DT (2008).  The Reply. *The American Journal of Medicine*, Vol. 121, Issue 11, Pages e15-e16.  [Correspondence]  PMID: 18954824  http://www.ncbi.nlm.nih.gov/pubmed/18954824
http://download.journals.elsevierhealth.com/pdfs/journals/0002-9343/PIIS0002934308007572.pdf

22. Madaras-Kelly KJ, **Remington RE**, Sloan K, Bearden D, Oliphant C (2008).  The efficacy of oral B-lactam versus non B-lactam antibiotics for treatment of non-purulent uncomplicated skin and soft tissue infections. *The American Journal of Medicine*,121 (5):419-25. PMID: 18456038  http://www.ncbi.nlm.nih.gov/pubmed/18456038 [30 citations]

23. Madaras-Kelly KJ, **Remington RE**, Lewis PG, Stevens DL (2006).  Evaluation of an intervention designed to decrease the rate of nosocomial methicillin-resistant Staphylococcus aureus infection by encouraging decreased fluoroquinolone use. *Infection Control and Hospital Epidemiology*, 27(2):155-69. PMID: 16465632  http://www.ncbi.nlm.nih.gov/pubmed/16465632  [85 citations]

*Richard E. Remington, MS*                    *Curriculum Vitae*                    5

**REPRESENTATIVE PROJECTS**

## *Current and Recent Projects (by level of involvement)*

**bioMérieux.**  Remote / St. Louis
Starting in December 2020, working as lead Clinical Data Scientist for the Global Medical Affairs Department to design medical experiments and evidence-based patient outcomes studies, lead data formatting/management/analysis, and application of data mining/machine learning/statistical methods to test study hypotheses.
https://www.biomerieux.com/

**Gill Compliance Solutions/Liberty Alaska.**  Boise, ID.
Statistical support in an internal audit of a doctor's billing compliance for evaluation and management (E&M) services.

**Pare & Cozakos, PLLC (initially Pickens Cozakos, P.A.)**  Boise, ID.
Expert witness in a Medicaid billing compliance case in Federal Court.

**HBE Advisors, LLC. (d/b/a HC Healthcare Consulting, LLC.)**  Boise, ID.
On-going statistical support for sampling, extrapolation, and related consulting services in medical billing disputes.  To date, projects total $350M+ in disputed payments.  In Medicare billing disputes, provided statistical expertise as required by the Medicare Program Integrity Manual (Section 8.4.1.5 - *Consultation with a Statistical Expert*) and by guidance from the Office of Inspector General to ensure that statistically valid samples were drawn and that statistically valid methods for projecting overpayments were used.
Key Findings:  In 2016, I identified a $3M statistical error in a Medicare ZPIC overpayment demand letter.

**Practice Management Inc.**  Boise, ID.
On-going statistical support for sampling, extrapolation, and related consulting services in medical billing disputes.  To date, projects total $8M in disputed claims.  In Medicare billing disputes, provided statistical expertise as required by the Medicare Program Integrity Manual (Section 8.4.1.5 - *Consultation with a Statistical Expert*) and by guidance from the Office of Inspector General to ensure that statistically valid samples were drawn and that statistically valid methods for projecting overpayments were used.

**Heart and Home Hospice and Palliative Care.**  Fruitland, ID.
Statistical review and support of a Medicare/Medicaid contractor that received a $25M demand letter of overpayment.

**Lysi Bishop Real Estate at Keller Williams Realty Boise.**  Boise, ID.
Developed R shiny applications to automate monthly reporting of listing-side marketshare and sold million dollar listing-side marketshare.  Deployed applications in the cloud.  These applications support print and online marketing of Lysi Bishop Real Estate services (largest residential real estate company in Boise, Idaho).

**GS Strategy Group.**  Boise, ID.
Statistical analysis of national surveys (N > 30,000) for a potential candidate for President of the United States.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
For Pharmacy Fellow Suzette Rovelsky under the guidance of Karl Madaras-Kelly (PharmD, MPH), I am a consulting statistician on a retrospective study to determine the comparative effectiveness and safety of amoxicillin versus amoxicillin-clavulanate for acute sinusitis in emergency department and urgent care settings.  My role has been to teach propensity score matching methods in the R statistical language and also consult on best practices for applying regression methods to outcomes models.  Manuscript pending submission to *Journal of the American Medical Association* .

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID. Leveraged the R statistical language to map over-prescribing of antibiotics based on O/E ratios at the county level in the State of Idaho.

**Boise VA Medical Center.**  Boise, ID
Lead statistician on a retrospective study to evaluate the rate of clinical care with Linezolid when treating urinary tract infections caused by Vancomycin Resistant Enterococci (VRE).  With Benjamin Pontefract (PharmD, BCPS) and Karl Madaras-Kelly (PharmD, MPH).
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6809927/

**Hawley Troxell Ennis & Hawley LLP.**  Boise, ID.
Provided an expert witness report to the defense counsel (Carsten Peterson) that reviewed a report from the Plaintiff's expert witness statistician in the case of *Rena Olson v. Agri-Service, LLC, et al.*, United States District Court, Eastern District of Washington at Richland.  Case No. 4:17-CV-05069.  Complaint: unlawful employment discrimination and retaliation.  Data analysis of employment and compensation data.

**Coles Reinstein, PLLC.**  Boise, ID
Consulted on regression methods to value a Mercedes-Benz dealership and an Acura dealership.

**Lysi Bishop Real Estate at Keller Williams Realty Boise.**  Boise, ID.
Quantified Lysi Bishop Real Estate's (LBRE) market advantage in 2016 sales for days on the market and price per finished square foot.  For days on the market, demonstrated that LBRE's listings sold on average 21 days faster than all other agents combined (regression adjusted for geographic area, original price, property age, level (single vs. not single), garage capacity, approximate finished square footage, and land size).  For price per finished square foot, demonstrated that LBRE's listings sold for $8.11/ft$^2$ more than other agents combined (regression adjusted for geographic area, property age, level, garage capacity, and land size).

**The Amalgamated Sugar Company LLC.**  Boise, ID.
Statistical support for agricultural small plot design experiments.

**ACLU Idaho.**  Boise, ID.
Statistical review of the Idaho Public Defense Workload Study 2018 from the Idaho Policy Institute at Boise State University.  Consulted lead attorney Ritchie Eppink on statistical aspects of the study including bias due to the choice of estimation method for average case time by case type, study design errors applying the Delphi method, study design error in the inclusion criteria for cases, lack of quantification of uncertainty in results, and failure to provide results stratified on employment status (private contractor/county employee), a factor that the study itself identifed as a key factor.  Work related to Idaho Supreme Court *case Tucker, et al. v. Idaho 2017*
https://law.justia.com/cases/idaho/supreme-court-civil/2017/43922.html

**Louis Berger Group, Inc.**  Morristown, NJ.
Development of non-linear Gompertz regression models to predict fish and macroinvertebrate survival for toxicity experiments with sediment from the Newtown Creek Superfund Site, New York City, New York. This work is on the behalf of the New York City.

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to quantify improvement in pain score and change in MTP joint range of motion from pre-operative level to 12 months post-operative pain level for patients with a crescentic plate applied in bunion surgery.  Work performed for Andrew Stith, M.D.
https://pubmed.ncbi.nlm.nih.gov/30994364/

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to quantify patient satisfaction with single agent versus triple agent nerve block, duration of nerve block, effectiveness of nerve block, duration of numbness, and narcotic pain

medication refill rate for patients having forefoot, midfoot, and hindfoot surgery. Work performed for Andrew Stith, M.D. https://journals.sagepub.com/doi/10.1177/2473011418S00464?icid=int.sj-abstract.similar-articles.3

**Wisconsin Department of Natural Resources**. Madison, WI.
Statistical support for agency oversight team for remedial design, dredging effectiveness evaluations, capping, dredging and long term monitoring and success quantification for the Lower Fox River Superfund Site, Green Bay, WI. Provided a stochastic Monte Carlo simulation to estimate power of candidate monitoring programs to detect trends in PCB concentration in water and fish tissue consistent with reclamation objectives.

## *Past Projects (alphabetical)*

**ACLU Idaho/Herzfeld & Piotrowski, LLP/ Idaho Legal Aid Services.** Boise, ID.
Statistical review of regression-based budgeting tool developed by Idaho Department of Health and Welfare to determine Medicaid budgets for developmentally-delayed adults. Expert witness report, deposition, rebuttal, and declarations in U.S. Federal Court trial *K.W. vs. Armstrong*. My clients prevailed on essentially every issue and the court awarded them $400,000 in fees. Federal Judge B. Lynn Winmill wrote that the evaluation of the "budget tool was crucial to the prevailing arguments made by the plaintiffs throughout this litigation."
*Press release:*
https://acluidaho.org/federal-court-rules-against-idaho-department-of-health-and-welfare-in-medicaid-class-action/
*Judge's Memorandum Decision and Order, March 28, 2016:*
https://acluidaho.org/wpsite/wp-content/uploads/Kw_v_armstrong_decision_03292016.pdf
*Judge's Opinion, June 5, 2106:*
http://cdn.ca9.uscourts.gov/datastore/opinions/2015/06/05/14-35296.pdf

**Ada Country Public Defender.** Boise, ID.
Reviewed statistical aspects of an Idaho State Police Forensics Service study estimating precision of LifeLoc FC20 breath alcohol testing device. Testified as an expert witness in the case of Corey Fine CR-MD-12-705 regarding the findings of my review.

**AmericanPharma Technologies, Inc., Boise, ID.**
Validation of a time series model to predict glycol buffer temperature in a refrigeration unit housing vaccines. Co-authored a manuscript describing an algorithm to predict glycol temperature from a 5-minute interval time series of refrigeration unit air temperature. The proposed technology would eliminate the need to use and monitor glycol buffers in the practice of safe storage of vaccines.

**Bohner Law Office/Jim C. Harris.** Boise, ID.
Provided consultation on alleged gender bias in wages in a lawsuit between a corporation and a recently fired employee. Reviewed prosecution's statistical expert report and found serious flaws in statistical inference. My independent analysis found no evidence of gender bias.

**Boise State University, School of Nursing.** Boise, ID.
Statistical analysis of an educational intervention to enhance safe and effective immunization delivery developed and implemented by Dr. Pam Strohfus.

**Boise State University, School of Nursing.** Boise, ID.
Statistical analysis of an observational study of intramuscular injections developed and implemented by Dr. Pam Strohfus. Quantified the rate of incorrect intramuscular injections and identified a high rate of incorrect injections in overweight and obese women.

**Boise State University, School of Nursing.** Boise, ID.

Statistical support in the design and analysis of a telephone survey to evaluate interpreter services provided by Saint Alphonsus Regional Medical Center.  Survey developed and implemented by Mikal Black.

**Boise State University, School of Nursing.**  Boise, ID.
Statistical support for the Student Perceptions of Stress, Coping, and Civility in Nursing Education survey developed by Dr. Cynthia Clark and taken by 5,124 current nursing students.

**Boise State University, School of Nursing.**  Boise, ID.
Consulted on revision and scoring of the Incivility in Nursing Education survey for Dr. Cynthia Clark.

**Caithness, Shepherds Flat Wind Facility.**  Arlington, OR.
Statistical support for wildlife monitoring at a 338 turbine (845 megawatt) wind facility in eastern Oregon. Estimation of the number of bird and bat fatalities that are attributable to facility operation with adjustment for predator removal rate and searcher efficiency.  Power and sample size analysis to determine adequate sample sizes of bird and bat carcasses for use in predator removal and searcher efficiency trials.  In support of Bionomics, Inc.

**The Coca-Cola Company**.  Atlanta, GA.
Confidential statistical support.

**Calvin College, Department of Nursing.**  Grand Rapids, MI.
Principal statistician for a 3-year study (Principal Investigator Adejoke Ayoola, PhD, RN) testing the effects of an educational intervention in three low-income neighborhoods in southwest Michigan to lower the frequency of unprotected sexual intercourse in women of reproductive age not seeking pregnancy. Funded ($350,000) by the Robert Wood Johnson Foundation.

**Ecosystem Sciences**, Boise, ID.
Statistical review to evaluate the adequacy of current monitoring designs to detect changes in habitat and wildlife following flow restoration on the lower Owens River, CA.  Recommended changes to monitoring design and statistical methods.  Provided statistical summaries of baseline habitat conditions and general statistical support.

**Exelon Wind, Mountain Home Wind Facilities.**  Mountain Home, ID.
Statistical support for wildlife monitoring at a 20 turbine (42 megawatt) wind farm on the Snake River Plain in southern Idaho.  Following Eagle Conservation Plan Guidance (ECPG) from the United States Fish and Wildlife Service (USFWS), estimated eagle fatality rates using USFWS's Bayesian collision model.  Estimation of the number of bird and bat fatalities that are attributable to facility operation with adjustment for predator removal rate and searcher efficiency.  For comparison, also estimated fatality with the Shoenfeld estimator and United States Geological Survey's fatalityCMR software.  In support of Bionomics, Inc.

**Exelon Wind, Cassia Gulch/Cassia Wind/Tuana Springs/High Mesa Wind Facilities.**  Hagerman, ID.
Statistical support for wildlife monitoring at a 41 turbine (88.2 megawatt) wind farm on the Snake River Plain in southern Idaho.  Estimation of the number of bird and bat fatalities that are attributable to facility operation with adjustment for predator removal rate and searcher efficiency.  Power and sample size analysis to determine adequate sample sizes of bird and bat carcasses for use in predator removal and searcher efficiency trials.  In support of Bionomics, Inc.

**Habitat Management, Inc**.  Englewood, CO.
Yield from a strip-plot experiment was analyzed by analysis of variance to test for seeding-rate and organic-amendment effects on reclamation success.  Analysis used custom software written in the open source statistical language R (r-project.org).

**Hubbs-Seaworld Research Institute.**  San Diego, CA.
Mexican spotted owl sightings analyzed by resource selection methods to test the effect of aircraft noise

on nesting/reproductive health.

**Hubbs-Seaworld Research Institute.**  San Diego, CA.
Provided power estimates for survey design to detect aircraft noise effects on the occupancy of Mexican spotted owls.  Power was simulated for a range of true noise effects of biological interest by bootstrapping a likelihood ratio test of no noise effect while using logistic regression to adjust for covariates.

**Idaho Department of Environmental Quality**, Boise, ID.
Statistical support for USEPA Regional Environmental Monitoring and Assessment Project (REMAP). Evaluation of multimetric indices and development of alternative GIS and spatial statistical methods to identify and predict impairment levels of large rivers in Idaho.

**Idaho Department of Environmental Quality (IDEQ)**.  Boise, ID.
Developed and presented a 3-day workshop, *Applied Environmental Statistics*.  Instruction included a conceptual introduction to the role of statistics in the scientific process, sampling design, parametric estimation and testing, traditional non-parametric methods, computer intensive methods, regression, time series, and geostatistics.  To make use of IDEQ's current software resources, hands-on exercises were implemented in Excel, Excel Add-Ins, and the much more powerful open source statistical software R (r-project.org).

**Idaho Joint School District No. 2.**  Meridian, ID.
Identified and quantified inefficiencies in the State of Idaho's funding formula for reimbursements to school districts for transportation costs (projected total reimbursement approximately $70 million Idaho tax dollars in year 2011).  Provided graphical displays of flaws in the funding formula.  Consulted on strategy for presenting a request for change to legislature and reviewed content for presentation to legislators.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Evaluation of a Computerized Decision Support Intervention to Decrease Use of Anti-Pseudomonal Carbapenems in Penicillin Allergic Patients at Low Risk for β-lactam Cross-Reactivity.
http://www.ncbi.nlm.nih.gov/pubmed/27025522

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Evaluation of a Protocol to Optimize the Duration of Pneumonia Therapy at Hospital Discharge.  ASHP grant.  https://www.ncbi.nlm.nih.gov/pubmed/27806937

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Principal statistician for a 3-year study (Principal Investigator Karl Madaras-Kelly, PharmD, MPH) to develop a method for determining if antibiotic de-escalation has been practiced, to measure antibiotic de-escalation rates between VA hospitals, and to determine factors that positively influence antibiotic de-escalation.  Funded ($365,000) by National Institute for Allergy and Infectious Diseases.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Principal statistician for a 2-year study evaluating the epidemiology, etiology, and clinical outcomes of Health-Care Associated Pneumonia.  Funded by National Institute for Allergy and Infectious Diseases ($149,000;  Grant RO3 A1074894-01A2).  Work resulted in two publications with Dr. Karl Madaras-Kelly: one in *Journal of Hospital Medicine*; one in *Journal of General Internal Medicine*.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Developed a customized control chart that automatically detects changes of interest in times series of antibiogram susceptibility of isolated bacterial strains to different antibiotics.  In use (2010-) at the Boise Veterans Affairs Medical Center.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID.
Principal Statistician for a study evaluating the efficacy of β-lactam versus non-β-lactam antibiotics for treatment of uncomplicated cellulitis.  Consulted principal investigator Dr. Karl Madaras-Kelly on study design using estimates of sample sizes required to detect differences of interest in antibiotic cure rates for

*Curriculum Vitae*

uncomplicated cellulitis.  Provided statistical comparison of efficacy of antibiotic therapies using logistic regression and propensity score methods to adjusting for baseline differences in patients.  Work resulted in publication with Dr. Karl Madaras-Kelly in the *American Journal of Medicine* (http://www.ncbi.nlm.nih.gov/pubmed/18456038*)*.

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID. Principal Statistician for a study evaluating an intervention designed to decrease the rate of nosocomial methicillin-resistant *Staphylococcus aureus* infection by encouraging decreased fluoroquinolone use. Consulted principal investigator Dr. Karl Madaras-Kelly on use of regression models to evaluate the success of an intervention designed to decrease nosocomial MRSA infection by encouraging decreased fluoroquinolone use.  Provided a statistical test of intervention effectiveness while controlling for confounding variables.  Provided additional tests to evaluate whether the intervention was associated with an increase in any other pathogen infection rate.  Work resulted in publication with Dr. Karl Madaras-Kelly in the journal *Infection Control and Hospital Epidemiology* (http://www.journals.uchicago.edu/cgi-bin/resolve?id=doi:10.1086/500060).

**Idaho State University, College of Pharmacy at Boise Veterans Affairs Medical Center.** Boise, ID. Principal Statistician for a matched case-control study evaluating Metronidazole for *Clostridium difficile* prophylaxis.  Consulted principal investigator Dr. Karl Madaras-Kelly on study design using estimates of sample size required to detect odds ratios of interest for a matched case-control study.  *Clostridium difficile* associated diarrhea (CDAD) cases were matched with multiple controls**.**  Developed conditional logistic regression models to evaluate potential risk factors.

**Kleinfelder.**  Seattle, WA.
Principal statistician for a comparison of total PCB concentration in sediment of the Lower Willamette River/Portland Harbor (river mile 2.0 – 11.8) in year 2014 versus 2004.  Tested for differences in mean and median concentration by river mile.  Estimated the exponential decay rate and half life of PCB concentration in the study area.

**Louis Berger Group, Inc.**  Morristown, NJ.
Times series analysis of length-adjusted and lipid-adjusted total PCB concentrations in Black Bass, Bullhead, Pumpkinseed, and Yellow Perch from the Hudson River Superfund Site, New York.  Pre-remedy data (1997-2008) was used to estimate expected concentrations absent recent remedial actions started in 2009.

**Michigan Department of Environmental Quality**.  Lansing, MI.
Review of statistical modeling methods, analysis and interpretation in the University of Michigan Dioxin Exposure Study, "...a two-year study to find out whether the elevated levels of dioxins in the soil in the city of Midland, and in the Tittabawassee River flood plain between Midland and Saginaw, have also caused elevated levels of dioxins in residents' bodies."  http://www.sph.umich.edu/dioxin/

**Michigan Department of Environmental Quality.**  Lansing, MI.
Times series analysis of flow-adjusted and season-adjusted total PCB concentration in water from the Kalamazoo River Superfund Site, Michigan.  Exponential decay rates were estimated for 18 water station groups from Morrow Lake Inlet downriver to Kalamazoo Lake.

**Michigan Department of Environmental Quality**.  Lansing, MI.
Evaluated the likelihood of effective remediation for a proposed remediation plan and the sensitivity of a proposed decision rule for reclamation success at Plainwell Number 2 Impoundment, Kalamazoo River Superfund Site.

**Michigan Department of Environmental Quality**.  Lansing, MI.
Downriver soil assessment of manganese concentrations, Detroit, MI

**Michigan Department of Environmental Quality**, Lansing, MI.

Developed a new statistical method to estimate an upper prediction limit on the mean of the next m observations. Applied to background arsenic concentration data, this method provided the State of Michigan with a compliance level for sample means from investigated sites.

**Michigan Department of Environmental Quality**, Lansing, MI.
Consulted on a statistical simulation to evaluate the precision and accuracy of methods to estimate an upper confidence limit on the mean of a positively skewed distribution. Consultation on development of statistical guidelines to manage risk to human and ecological health with respect to contaminated sites.

**Michigan Department of Environmental Quality Superfund Section**. Lansing, MI.
Statistical support for risk assessments, long term monitoring, and RI/FS investigations at the Pine River/Velsicol Site, St. Louis, MI.

**Michigan Department of Environmental Quality.** Lansing, MI.
Peer review of statistical guidance documents for evaluation of attainment of cleanup standards for contaminated sites covered by CERCLA and RCRA regulations and Michigan Part 201 criteria.

**Michigan Department of Environmental Quality.** Lansing, MI.
Peer review and development of statistical training materials, web-based software and training workshops for Michigan Part 201 cleanup evaluations. Taught Part 201 statistical methods and corresponding web-based software implementation to over 300 industry consultants.

**Michigan Department of Environmental Quality Superfund Section**. Lansing, MI.
Risk/cost analyzed a proposed PCB hotspot clean-up strategy using unequal probability sampling theory at the Shiawassee River Superfund Site, Michigan.

**Michigan Department of Environmental Quality Superfund Section.** Lansing, MI.
Statistical support for geostatistical analysis of PCB contaminated soil and sediment at the Shiawassee River Superfund Site, Michigan.
**Michigan Department of Environmental Quality Superfund Section.** Lansing, MI.
Statistical support for evaluation of remedial alternatives as part of a human health and ecological risk assessment at the Allied Paper, Inc./Portage Creek/Kalamazoo River Superfund Site.

**Michigan Department of Environmental Quality Superfund Section**. Lansing, MI.
Statistical support for remedial investigations and risk assessments associated with dioxin/furan contamination in sediments of the Tittabawassee River and residential soils in Midland, MI.

**Michigan State University, East Lansing, MI.**
Developed models to predict PCB concentrations in mink liver and feed from PCB concentrations in mink scat. Estimated effective concentrations of PCBs in mink scat associated with 20% and 50% prevalence of jaw lesions in adult mink. Estimated effective concentrations of PCBs in mink scat associated with 20% and 50% mortality in juvenile mink. Michigan State University under contract with Industrial Economics, Inc., in support of United States Fish and Wildlife Service.

**National Oceanic and Atmospheric Administration, Coastal Protection Restoration Division.** Seattle, WA.
Mercury toxicity meta-analysis.

**National Oceanic and Atmospheric Administration, Coastal Protection Restoration Division.** Chicago, IL.
Biomonitoring power analysis to detect a difference in bioavailable metals between reference and assessment areas at Cannelton Industries Superfund Site, Tannery Bay, Sault Ste. Marie, MI. Sampling design and analysis of subsequent monitoring data.

**New Mexico Energy, Minerals and Natural Resources Department**. Santa Fe, NM.

Evaluated regulatory standards for selenium risk at reclaimed surface-mined sites and assessed compliance for 6 reclaimed mines.

**Oregon Department of Fish and Wildlife.**  La Grande, OR.
Estimated power/sample size curves and designed an experiment to measure the effect of a reduction in cougar population on recruitment of radio-collared juvenile elk.

**Peterson Law Offices.**  Boise, ID.
Statistical analysis and consulting for a Federal fraud case (Medicare/Medicaid).  United States Courts, District of Idaho.  Identified a $110,000 error in Excel from the prosecution that was not in favor of the client.

**Pharmacists International**, Pullman, WA.
Consulted on statistical methods to identify patients at risk for medication mismanagement based on cognitive screens.

**Phelps Dodge Corporation (now Freeport-McMoRan Copper & Gold Inc.).**  Safford, AZ.
Statistical support for quality control initiatives associated with ore characterization, production processes, and product evaluation.

**Quantified Consultants, Inc.**  Boise, ID.
Consulted on a Monte Carlo simulation to evaluate the sensitivity of Generalized Random Tessellation Stratified (GRTS) survey designs to within-block variability.

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Statistical investigation of articular erosion patterns of the first metatarsal head in patients with hallux valgus, to evaluate if the cartilage damage was associated with the degree of hallux valgus deformity, and to prospectively evaluate the effect on patient outcomes.  Work performed for James Jastifer, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/24709744

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to identify correlations between physician-measured radiographic and computer-measured anatomic distal metatarsal articular angle (DMAA) from human cadaver feet.  Work performed for James Jastifer, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/24521690

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Sensory nerve dysfunction in patients with hallux valgus has been described as both a symptom of the deformity and a complication of the treatment. Provided statistical analysis to quantify nerve dysfunction in hallux valgus patients and prospectively evaluated whether the trauma of surgery or the correction of the deformity had any effect on the sensory nerve function.  Determined that the final level of residual area of numbness is more important than the size/extent of the reduction in area with pre-operative numbness. Work performed for James Jastifer, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/24807984

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to identify correlations between measures defining bunion status (hallux valgus and intermetatarsal angles) and measured characteristics of the joint between the first metatarsocuneiform and the first metatarsal from human cadaver feet.  Work performed for Faustin Stevens, M.D., and Jesse Doty, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/24563392

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to identify correlations between measures defining bunion status (hallux valgus and intermetatarsal angles) and articular chondral damage (cartilage lesions) on the surface of the

distant first metatarsal head and sesamoids based on measurements from human cadaver feet.  Work performed for Jesse Doty, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/23509015

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Provided statistical analysis to quantify outcomes for patients with arthrodesis of the first metatarsophalangeal (MTP) joint treated by fixation using a low-profile dorsal titanium plate with locking screws in the phalanx, nonlocking screws in the metatarsal, and a plantar neutralization screw. Work performed for Jesse Doty, M.D.
http://www.ncbi.nlm.nih.gov/pubmed/23804598

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Statistical investigation of patient outcomes following ankle arthrodesis (currently the gold standard treatment for end-stage tibiotalar arthrosis).  Fusion rates have varied in the literature from 59-100%. We reviewed 60 consecutive anterior ankle arthrodeses utilizing an anterior dual locked plating construct with respect to fusion rate, time to fusion, pain relief, and complications. Patients were followed for a mean of 1.1 years (range 16 weeks to 4 years). We found that our fusion rate was 97% in ankles not requiring structural allograft. Mean time to fusion was 11.7 weeks excluding those with structural allograft. Mean VAS pain scores fell from 7 preoperatively to 2 at final follow-up.  Anterior ankle arthrodesis with dual locked plating provided excellent results with respect to fusion rate with a low complication rate.  Work performed for Wesley Flint, M.D.
Peer reviewed publication:  https://www.ncbi.nlm.nih.gov/pubmed/28117257

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Statistical investigation of patient outcomes following plantar plate repair for lesser metatarsophalangeal joint instability.  A prospective case series was performed evaluating the results of plantar plate repair in 97 feet with 138 plantar plate tears. Patients underwent PPR from a dorsal approach with a Weil osteotomy. We followed patients at regular intervals for 12 months and collected data preoperatively and postoperatively with respect to visual analog scores (VAS), MTP range of motion (ROM), paper pull out test, AOFAS scores, satisfaction, and radiographic parameters measures.  Work performed for Wesley Flint, M.D.
Peer reviewed publication: http://fai.sagepub.com/content/early/2016/11/15/1071100716679110.abstract

**Saint Alphonsus Regional Medical Center, Coughlin Foot & Ankle Clinic.**  Boise, ID.
Evaluation of Midterm Results of the Panta Nail: An Active Compression Tibiotalocalcaneal Arthrodesis Device.  The Panta Nail resulted in a higher first-attempt fusion rate.  Work performed for Matthew Griffin, M.D.  https://pubmed.ncbi.nlm.nih.gov/29268906/

**St. Luke's Internal Medicine.**  Boise, ID.
Lead statistician on a 1-year grant.  Provided power and sample size estimation for a grant proposal for Dr. Thomas Wadsworth to compare the difference in weight gain between two competing insulin drugs in Type II diabetes patients.  Funding source: American Society of Health-System Pharmacists (ASHP).

**St. Luke's Clinic – Center for Pancreatic and Liver Diseases.**  Boise, ID.
Consulted Dr. Motokazu Sugimoto (Ninth Recipient of the International Observership in Hepato-Biliary-Pancreatic Surgery) and Dr. William Traverso on statistical modeling of risk factors associated with prolonged drainage time for patients receiving percutaneous catheter drainage for severe and moderately severe acute pancreatitis.  Statistical contributions to the article *A percutaneous drainage protocol for severe and moderately severe acute pancreatitis*.
http://www.ncbi.nlm.nih.gov/pubmed/25631111

**St. Luke's Clinic – Center for Pancreatic and Liver Diseases.**  Boise, ID.
Consulted Dr. Motokazu Sugimoto and Dr. William Traverso on statistical modeling of risk factors associated with biliary and duodenal stenosis in patients with severe and moderately severe acute

pancreatitis. Statistical contributions to a manuscript titled "Biliary and duodenal stenosis as a consequence of acute pancreatitis." https://pubmed.ncbi.nlm.nih.gov/29771770/

**TXU Energy.** Dallas, TX.
Reviewed the adequacy of statistical methods required by the State of Texas regulations for surface mining bond release with respect to woody plant stocking rates. Performed a regulatory compliance assessment of reclaimed Monticello Mine, Texas under existing regulations and proposed alternative statistical methods to be used in place of methods found to be misprescribed under Texas law.

**TXU Energy.** Dallas, TX.
Development of technical justification for negotiations with Texas Railroad Commission.

**United States Department of Energy.** Hanford, WA.
Validation and verification of statistical software R version 2.11.1.

**United States Army Corp of Engineers Kansas City District and Louis Berger Group.
Kansas City, MO / New York City, NY.**
Lead statistician for an independent peer review of the potentially responsible parties' Water Column Optical Monitoring Program Berry's Creek Study Area RI/FS. Identified severe problems with reported regression model validation that limits the quality of inference to net mass flux of contaminants of potential concern. Project managed by U.S. Army Corp of Engineers Kansas City District and Louis Berger Group. Peer review for United States Environmental Protection Agency.

**United States Department of the Interior, Office of Surface Mining, Reclamation and Enforcement**, Washington D. C.
Developed *Statistical Methods Training Manual for Water Resources Data* to support a wide range of objectives throughout mine planning, life of mine and mine reclamation phases.

**United States Fish and Wildlife Service.** Washington, D.C.
Analysis of mink toxicity experiment. Estimated the effects of dietary exposure to fish from the Hudson River, New York, on reproduction and survival. Litigation support for the Hudson River Superfund Site Natural Resource Damage Assessment. Provided statistical services for Principal Investigators Steve Bursian, Ph.D., Professor, Animal Science, Michigan State University, and John Kern, Ph.D, owner Kern Statistical Services, Inc., Sauk Rapids, MI.

**United States Environmental Protection Agency, Region 2,** Hudson River Superfund Site, NY.
Statistical support for remedial design / success criteria and long term monitoring plans. Work includes review of the General Electric Company's (GE) reported results, independent characterization of floodplain concentrations of polychlorinated biphenyls (PCBs), and development of regression models to predict total PCB concentrations based on flood frequency and land cover types. These models are being used in on-going negotiations between EPA and GE to determine remedial actions.

**United States Environmental Protection Agency, Gulf Ecology Division**, Gulf Breeze, FL.
Consulted on statistical methods to analyze a correlated binary response variable (coral bleaching status in clusters of corals) and application to evaluate factors related to coral bleaching at both a local scale (Florida coastal) and global scale. (http://eco.confex.com/eco/2007/techprogram/P5958.HTM)

**United States Environmental Protection Agency, Region 2,** Hudson River Superfund Site, NY.
Consulted on data quality objectives (DQOs) for the Hudson River PCBs Superfund Site Floodplain Sampling Program. Provided a sampling design to support the DQOs. The design included sampling at two scales: sampling at the flood-frequency-interval scale to provide data for an index that ranks PCB-exposure risk at residential parcels; sampling at the residential parcel scale to provide data to validate the index on a subset of parcels.

**United States Environmental Protection Agency, Region 2,** Hudson River Superfund Site, NY.

Reviewed the General Electric Company's (GE) predictive model for probability of revegetation of submerged aquatic vegetation (SAV) and developed an improved model based on flow, depth, and substrate type.  This model is being used in on-going negotiation between EPA and GE to determine which dredged areas are cost-effective to backfill with material that promotes SAV.

**United States Environmental Protection Agency, Western Ecology Division.**  Corvallis, OR. Statistical design and programming.  Corvallis, OR.  Project title:  Implementation of generalized random tessellation stratified (GRTS) survey methods as an R language program.  GRTS designs result in spatially-balanced samples with respect to a resource while allowing for unequal probability of selection, stratification, and frame imperfections.  These designs are currently used by USEPA EMAP to develop a national ecological monitoring network:
http://www.epa.gov/NHEERL/arm/documents/presents/grts_ss.pdf or, more generally, epa.gov/emap.

**United States Forest Service**.  Medford, OR.
A stratified two-stage sampling design was developed to compare the effectiveness of competing seed application methods in roadside revegetation.  Based on power analysis of field experiment data, recommended sample sizes to achieve specified levels of precision on estimated mean proportion bare ground by each seeding method.

**United State Navy, Naval Facilities Engineering Command (NAVFAC) Southwest.**  San Diego, CA. Review of survival analysis of San Clemente loggerhead shrike.

**United State Navy, Naval Facilities Engineering Command (NAVFAC) Southwest.**  San Diego, CA. Review of survival analysis of San Clemente sage sparrow.

**University of Idaho, Division of Statistics.**  Moscow, ID.
Statistical support for Dr. Ken Newman (PI).  Moscow, ID.  Project title:  Modeling tagged Sacramento River Chinook salmon smolt survival.  Developed an interactive Excel Visual Basic Application to analyze various release strategies, wrote S-PLUS code to analyze smolt survival using Bayesian model averaging, and co-wrote a technical report summarizing the results for the funding agency, California Department of Water Resources.

**WhiteCloud Analytics Inc.**  Boise, ID.
General statistical support.  Process control: consulted on statistical process control methods to detect a trend in process mean and simulated method performance of candidate methods.  Forecasting: developed regression-based time series forecasting models and consulted on alternative approaches to forecasting.  Application:  forecasted patient census in Arkansas Childrens' Hospital to improve staffing ratios.


**GRANTS & OTHER FUNDING [Running Total Funded as Investigator = $841,000 Direct Costs]**


***Working title: A comparison of weight gain between two competing insulin drugs in Type II diabetes patients in a clinical setting.***  *American Society of Health-System Pharmacists (ASHP) grant. //2014 – //2015 ($10,000 DIRECT COST).  Principal* Investigator: Thomas Wadsworth, PharmD. Investigators:  Karl J Madaras-Kelly, PharmD., **Richard E Remington, MS**.


***Evaluation of a Protocol to Optimize the Duration of Pneumonia Therapy at Hospital Discharge***
American Society of Health-System Pharmacists Federal Services New Investigator Grant ($25,000) Principal Investigator: Christina M Caplinger, Pharm.D.
Investigators: Karl J Madaras-Kelly, PharmD; **Richard E Remington, MS**, Kendall Crane, PharmD. 5/9/2014 - 11/1/2015

> We proposed to develop a pneumonia triage tool and a pharmacy-driven protocol designed to limit excess duration of antimicrobial therapy (DAT) for pneumonia patients being discharged from the

Richard E. Remington, MS                    *Curriculum Vitae*
16

hospital. In Aim 1, a pneumonia triage tool will be developed to allow pharmacists to classify pneumonia complexity and identify an appropriate DAT. In Aim 2, a facility-level protocol will be implemented that instructs pharmacists to utilize the triage tool when performing discharge medication reconciliation for patients with pneumonia, and to contact providers to recommend a shortened course of therapy if prescribed DAT is excessive. In Aim 3, time-series analysis with segmented regression will be used to evaluate the impact of the pneumonia protocol on the endpoints of the total DAT prescribed as well as 30-day post-treatment re-admission rates. The findings of the study may improve health-system care by decreasing unnecessary antimicrobial use, adverse medication events, *Clostridium difficile* infection, and cost. My primary role as the statistician in this study is to develop and validate statistical regression models to test study hypotheses.

### Preconception Reproductive Knowledge Promotion (PREKNOP).
Robert Wood Johnson Foundation ID # 70315; Nurse Faculty Scholar award ($350,000)
Principal Investigator Adejoke Ayoola, PhD, RN, Assistant Professor, Calvin College Department of Nursing
Consulting Statistician:  **Richard Remington**
9/1/2012 - 8/31/2015

Unplanned pregnancy rates within the U.S. are relatively high, especially among minority and low-income women. The goal of this project is to determine the efficacy of an intervention designed to promote women's reproductive health and positive pregnancy outcomes by reducing the risk of unplanned pregnancy and delayed pregnancy recognition. The study uses a randomized, controlled design and a community-based participatory research approach in three radically diverse low-income neighborhoods. As the consulting statistician, I am responsible for study design, random allocation of participants to intervention and control groups, data formatting, estimating the impact of the intervention on study endpoints, interpretation and reporting of results.

### Antibiotic Spectrum Scoring to Measure Hospital-Level Antibiotic De-escalation
National Institutes of Health: National Institute of Allergy and Infectious Diseases R15 AI098049-01 ($300,000/$365,116)
Principal Investigator: Karl Madaras-Kelly, Ph.D.
Investigators: **Remington R**, Hill N, Jones M, Huttner B, Samore M.
Funded 2/2/2012. Final payline for FY12: ≤24. Administrative review 5/1/12. Grant initiation 7/1/12.
4/1/2012 - 3/31/2015. Three manuscripts accepted for publication in peer-reviewed journals.

Antibiotic de-escalation refers to the discontinuation of antibiotics that are providing a spectrum of bacterial activity greater than necessary to prevent the development of antibiotic resistance. This study seeks to develop a method for determining if antibiotic de-escalation has been practiced, measuring antibiotic de-escalation rates between 128 VA hospitals, and determining factors that positively influence antibiotic de-escalation. The proposed research has significant potential to improve health by providing a basis for understanding relationships influencing antibiotic de-escalation practices. My primary role as the statistician in this study is to assist the Principal Investigator with statistical analysis to evaluate study aims and with interpretation and reporting of statistical results.

### Etiology, Epidemiology, and Clinical Outcomes of Patients with Healthcare-associated Pneumonia
National Institute of Allergy and Infectious Diseases (PA-180-06) R03 AI074894-01A2 ($100,00/$149,000)

Principal Investigator: Karl Madaras-Kelly, Ph.D. (Clinical Pharmacy Service, Boise Veterans Affairs Medical Center, and the College of Pharmacy, Idaho State University, Boise, ID)
Investigators: **Remington R**, Fan V, Sloan K.
SRG Priority Score 119 (2/5/08). Final payline for FY08: ≤150. Administrative review 5/1/08. Grant initiation 7/1/08.

7/1/2008 – 6/30/2010.
[No cost Extension granted 3/17/2010 due to prolonged Human Subjects closure at IRB of Record. Two manuscripts accepted for publication in peer-reviewed journals. Expired 5/31/2011.]

> Patients with exposure to the Health Care system resources are at increased risk for infections caused by antibiotic resistant bacteria. The purpose of this study is to determine how frequently antibiotic resistant bacteria cause Healthcare-associated pneumonia, what type of Health Care exposures are related to developing a pneumonia due to resistant bacteria, and what antibiotic treatment combinations work the best for Healthcare-associated pneumonia. The study involves a multi-centered retrospective cohort of Veterans Affairs Medical Center patients with Healthcare-associated Pneumonia.  A goal of this study was to improve public health by helping health care providers choose the right antibiotics when treating Healthcare-associated pneumonia and not using more antibiotics than necessary.  My primary role as the statistician in this study was to develop and validate statistical regression models to test study hypotheses.

***Analysis and Reporting of Regional Environmental Monitoring and Assessment Data.***
Idaho Department of Environmental Quality, RFP0518, $40,500.
Principal Investigator **: Richard Remington**.
2006

***Clinical outcomes of uncomplicated cellulitis in veterans associated with commonly employed antibiotic regimens.***
Abbott Pharmaceuticals, $25,500.
Principal Investigator: Karl J Madaras-Kelly, Pharm.D. (Clinical Pharmacy Service, Boise Veterans Affairs Medical Center, and the College of Pharmacy, Idaho State University, Boise, ID)
Statistician**:  Richard Remington** (co-author of proposal)
2005


**MEMBERSHIP AND SERVICE IN PROFESSIONAL SOCIETIES**

American Statistical Association Snake River Chapter (1998-present)
    2010-11 President
    2009-10 President
    2008-9  President
    2007-8  President
    2006-7  President
    2003-4  Vice President

American Society for Microbiology (2021-present)

International Biometrics Society (1998-2000)

Society of Environmental Toxicology and Chemistry (2001-2004)


**TEACHING EXPERIENCE**

**Public Sector**

Taught thesis courses DHY831, DHY832 and DHY895 providing support to students in statistical analysis.  Massachusetts College of Pharmacy and Health Sciences University.  Boston, MA.

Developed a graduate level applied statistical methods course based on Dr. Chap T. Le's *Introductory Biostatistics* text.  Developed R language tutorials for computer-lab demonstration and hands-on application of course methods.  2004-5.  Master of Health Sciences Program, College of Health Sciences, Boise State University, Boise, ID.

Applied Statistical Methods (MHLTHSCI 552).  2005 spring semester.  Master of Health Sciences Program, College of Health Sciences, Boise State University, Boise, ID.

Applied Statistical Methods (MHLTHSCI 552).  2004 summer semester.  Master of Health Sciences Program, College of Health Sciences, Boise State University, Boise, ID.

Applied Statistical Methods (MHLTHSCI 552).  2004 spring semester.  Master of Health Sciences Program, College of Health Sciences, Boise State University, Boise, ID.

**Private Sector**

Kern JW, **Remington RE**.  2004.  Co-authored a three-day short course on applied environmental statistics with Dr. John W. Kern, Kern Statistical Services Inc., Sauk Rapids, MN.

Kern JW, **Remington RE**, Hession S.  2004.  *Applied Environmental Statistics*.  One-day short course at the Society of Environmental Toxicology and Chemistry 25th annual meeting, Portland, OR.

Kern JW, **Remington RE**.  2004.  *Applied Environmental Statistics*.  Three-day short course at the annual meeting of Coastal Resource Coordinators of the National Oceanic and Atmospheric Administration, Seattle, WA.

Kern JW, **Remington RE**.  2003.  *Applied Environmental Statistics*.  Three-day short course for the Idaho Department of Environmental Quality, Boise, ID

Kern JW, **Remington RE**.  2002.  *Let's Get Practical: Sampling Strategies and Statistical Applications for Compliance with Part 201 Cleanup Criteria*.  On behalf of for the Michigan Department of Environmental Quality, demonstrated web-based custom statistical tools to regulated community (http://www.deq.state.mi.us/stats).  Session 1: September 11-12, Session 2: October 24-25.  East Lansing, MI.

**PUBLICLY AVAILABLE SOFTWARE**

Kincaid T, Olsen AR, Stevens Jr DL, Platt C, White D, Remington RE.  2011.  *spsurvey: Spatial survey design and analysis.  R package, Ver 2.* [71 citations all versions]
R language package spsurvey is a group of functions that implement algorithms required for design and analysis of probability surveys such as those utilized by the U.S. Environmental Protection Agency's Environmental Monitoring and Assessment Program (EMAP): http://epa.gov/nheerl/arm/ or http://cran.r-project.org/web/packages/spsurvey/index.html.

**OTHER SOFTWARE**

Antibiogram Susceptibility Control Chart, version 0.7.  2011.  A customized control chart that automatically detects changes of interest in times series of antibiogram susceptibility of isolated bacterial strains to different antibiotics.  In use at the Boise Veterans Affairs Medical Center, Boise, ID.

*Richard E. Remington, MS*            *Curriculum Vitae*
*19*

Automated reporting software for Lysi Bishop Real Estate.  2018.  R Shiny was used to build a cloud-based app to summarize listing side data from Intermountain MLS.

## ABSTRACTS/SLIDES (FOR TALKS AND POSTERS PRESENTED AT CONFERENCES)

Kern J, **Remington R**, Prabhu C, Cura J, Weissbard R, Gbondo-Tugbawa S (2019).  Dose Response Curves for Estimating Toxic Effects of a Complex Mixture of Contaminants and Application to Estimating a Remedial Footprint.  Battelle Sediments Conference, February 11-14, 2019, New Orleans, Louisiana.
https://www.researchgate.net/publication/331585407_Dose_Response_Curves_for_Estimating_Toxic_Effects_of_a_Complex_Mixture_of_Contaminants_Application_to_Estimating_a_Remedial_Footprint

Kanwar A, Heppler S, **Remington R**, Donskey CJ, Jaworski M, Madaras-Kelly M (2019).  A Survey of Antibiotic Prescribing Practices Among Adult Primary Care Providers in Idaho.  57th Annual Infectious Diseases Society of America Annual Meeting, Washington, DC, USA.
Abstract #2071.

Kern JW, **Remington RE**, Prabhu C, Cura J, Weissbard R, Gbondo-Tugbawa S (2019).  Dose Response Curves for Estimating Toxic Effects of a Complex Mixture of Contaminants:  Application to Estimating a Remedial Footprint.  *Tenth International Conference on Remediation of Contaminated Sediments, February 11-14, 2019.*

Ayoola AB, Zandee G, **Remington R** (2018) The Efficacy of the Preconception Reproductive Knowledge Promotion (PREKNOP) project in promoting Maternal Reproductive Knowledge.  Midwest Nursing Research Society 2018 Annual Conference, Cleveland Ohio.  https://www.mnrs.org

Bohan J, Remington R, Madaras-Kelly K (2017).  Significance of Prior Culture History for Predicting Urinary Tract Infection Caused by Multi-drug Resistant Enterobacteriaceae.  ID: 66858.  55th Annual Infectious Diseases Society of America Annual Meeting, San Diego, CA, USA. *Open Forum Infectious Diseases, 4(suppl_1):S348-S349.* PMCID: PMC5631916 DOI: 10.1093/ofid/ofx163.837
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5631916/

Bohan J, Remington R, Jones M, Samore M, Madaras-Kelly K (2016).  Outcomes Associated with Antimicrobial De-escalation of Treatment for Healthcare associated Pneumonia (HCAP) within the Veterans Healthcare Administration.  54th Annual Infectious Diseases Society of America Annual Meeting, New Orleans, LA, USA.  Abstract http://ofid.oxfordjournals.org/content/3/suppl_1/973.full Poster #973

Caplinger C, **Remington R**, Crane K, Bohan J, Wilkin M, Madaras-Kelly K (2015).  Interim Evaluation of a Protocol to Optimize the Duration of Pneumonia Therapy at Hospital Discharge.  53nd  Annual Infectious Diseases Society of America Annual Meeting, San Diego, CA, USA.  Abstract #53294  [2 citations]

Madaras-Kelly K, Jones M, **Remington R**, Caplinger C, Huttner B, Jones B, Samore M.  2015.  De-escalation of Antimicrobial Treatment of Healthcare-Associated Pneumonia Within the Veterans Healthcare System.  53nd  Annual Infectious Diseases Society of America Annual Meeting, San Diego, CA, USA.
Abstract #51352.

Caplinger C, Smith G, **Remington R**, Madaras-Kelly K.  2014.  Evaluation of an Electronic Intervention to Decrease Use of Meropenem and Imipenem in Penicillin Allergic Patients at Low Risk for Adverse Events.  Poster session presented at: American Society of Health-Systems Pharmacists 49th Midyear Clinical Meeting and Exhibition; 2014 Dec 7-11; Orange County, CA.

Madaras-Kelly KJ, Jones M, **Remington RE**, Caplinger C, Huttner B, Samore M.  2014.  Validation of the Antibiotic Spectrum Score Method to measure antibiotic de-escalation (AD) utilizing electronic bar code medication administration data in patients with Healthcare Associated Pneumonia (HCAP).  52nd  Annual

Infectious Diseases Society of America Annual Meeting, Philadelphia, PA, USA.  Paper 46963/Abstract #1326 or http://ofid.oxfordjournals.org/content/1/suppl_1/S53.2.full.pdf+html

Madaras-Kelly KJ, **Remington RE**, Jones M, Hill N, Huttner B, Samore M.  2013.  Development of an Antibiotic Spectrum Score (SpSc) to Measure Antibiotic De-escalation (AD) Based Upon Perceptions of Antibiotic Stewards (AS) Obtained Through a Modified Delphi Method.  51st Annual Infectious Diseases Society of America Annual Meeting, San Francisco, CA, USA.  Abstract #42348.

Madaras-Kelly KJ, **Remington RE**, Fan, VS, Sloan KL.  September 2011.  Sputum Culture Collection and Antibiotic De-escalation in Healthcare-associated Pneumonia (HCAP).  Presented at the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, USA. Presentation Number: K-1450.

Madaras-Kelly KJ, **Remington RE**, Fan, VS, Sloan KL.  September 2011.  Measurement of Antibiotic De-escalation utilizing Bar Code Medication Administration (BCMA) data in Healthcare-associated Pneumonia (HCAP).  Presented at the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, USA. Presentation Number: K-1452.

Madaras-Kelly KJ, **Remington RE**, Fan, VS, Sloan KL.  September 2011.  The Impact of Guideline-Based Antibiotic Therapies on Mortality in Healthcare-associated Pneumonia.  Presented at the 51st Interscience Conference on Antimicrobial Agents and Chemotherapy, Chicago, IL, USA.  Presentation Number: K-1453.

Bursian SJ, Kern J, **Remington RE**, Link JE, Fitzgerald SD, van Geel AE.  November 2011.  Dietary exposure of mink (*Mustela vison*) to fish from the upper Hudson River, New York, USA: Effects on reproduction and offspring growth and mortality.  Society of Environmental Toxicology and Chemistry North America 32rd Annual Meeting, Boston, MA, USA.  Slides.

Bursian SJ, Kern J, **Remington RE**, Link JE, Fitzgerald SD, van Geel AE.  November 2011.  Dietary exposure of mink (*Mustela vison*) to fish from the upper Hudson River, New York, USA: Effects on organ mass and pathology.  Society of Environmental Toxicology and Chemistry North America 32rd Annual Meeting, Boston, MA, USA.  Abstract WP114.

Madaras-Kelly KJ, **Remington RE**, Fan VS, Sloan KL.  October 2010.  Predicting antibiotic resistance to community acquired pneumonia (CAP) antibiotics in culture-positive patients with health care associated pneumonia (HCAP).  Presented at the 48th Annual Infectious Diseases Society of America Annual Meeting, Vancouver, British Columbia, Canada.  Abstract 469.

Madaras-Kelly KJ, **Remington RE**, Fan VS, Sloan KL.  October 2010.  Predicting methicillin-resistant staphylococcus aureus (MRSA) in culture-positive patients with health-care associated pneumonia (HCAP). Presented at the 48th Annual Infectious Diseases Society of America Annual Meeting, Vancouver, British Columbia, Canada.  Abstract 464.

Madaras-Kelly KJ, **Remington RE**, Fan VS, Sloan KL.  September 2009.  The Etiology of Health Care Associated Pneumonia (HCAP).  Presented at the 49th Interscience Conference on Antimicrobial Agents and Chemotherapy.  San Francisco, California, USA.  Abstract K-282.

Madaras-Kelly KJ, **Remington RE**, Fan VS, Sloan KL.  September 2009.  How often is a Microbial Etiology Identified in Health Care Associated Pneumonia (HCAP)?  Presented at the 49th Interscience Conference on Antimicrobial Agents and Chemotherapy.  San Francisco, California, USA.  Abstract K-289.

Kern JW, **Remington RE**, King TW. February 2009.  Surface-weighted average concentration (SWAC): new jargon for an old idea.  Poster presented at Fifth International Conference on Remediation of Contaminated Sediments, Jacksonville, Florida, USA.

Madaras-Kelly KJ, **Remington RE**, Sloan K, Bearden D, Oliphant C, Pedersen L, Toothaker A. September 2007.  A comparison of cephalexin (C) vs. non cephalexin Beta-Lactam(NC-BL) Antibiotics (ABX) for Treatment of Uncomplicated Cellulitis (UC).  Poster Presentation at the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy.  Chicago, IL.

Madaras-Kelly KJ, **Remington RE**, Sloan K, Bearden D, Oliphant C, Pedersen L, Toothaker A.  Sep 2007.  A comparison of Beta-Lactam(BL) vs. Non Beta-Lactam(NBL) antibiotics (ABX) for treatment of uncomplicated cellulitis (UC).  Slide presentation at the 47th Interscience Conference on Antimicrobial Agents and Chemotherapy.  Chicago, IL.

Madaras-Kelly KJ, **Remington RE**, Lewis P, and Stevens DL.  Dec 2005.  Evaluation of an intervention to decrease nosocomial MRSA infections by encouraging decreased fluoroquinolone use.  Presented at the 45th Interscience Conference on Antimicrobial Agents and Chemotherapy.  Washington DC.

Romig DE, Kern JW, **Remington RE**.  2002.  Assessment of Risk of Adverse Effects of Cattle Exposure to Selenium on Southwestern Coal Mines.  Annual meeting of the American Society of Mining Reclamation. Lexington, KY.


**INVITED PRESENTATIONS**

Olsen AR, White D, **Remington R**, Stevens Jr DL, Rosenbaum B, Cassell D.  2002.  Spatial Survey Designs for Aquatic Resources.  American Statistical Association (ASA) Section on Statistics and the Environment (ENVR) Workshop, Spatial Statistics: Integrating Statistics, GIS, and Statistical Graphics. Seattle, WA.


**OTHER PRESENTATIONS**

**Remington RE**.  2010.  *Predicting antibiotic resistance in Healthcare-Associated Pneumonia.*  Annual meeting of the Snake River Chapter of the American Statistical Association.  Boise, ID.

**Remington RE**.  2004.  *Model selection for binomial generalized linear models*.  Discussion group leader.  Annual meeting of the Snake River Chapter of the American Statistical Association.  Boise, ID.

**Remington RE**.  2003.  *Robust Confidence Interval Estimation on the Lognormal Mean.*  Annual meeting of the Snake River Chapter of the American Statistical Association.  Boise, ID.

**Remington RE**.  1998.  *Lasso regression: comparison of predictive performance to ridge regression and subset selection.*  University of Idaho Seminars in Applied Statistics.  Moscow, ID


**TECHNICAL REPORTS**

**Remington RE** (2016).  *Appendix 1.  Exelon Mountain Home Bald and Golden Eagle Fatality Estimates: Statistical Methods and Results.*  Technical Memorandum supporting the Exelon Corportation's application for an Eagle Take Permit from United States Fish and Wildlife Services.

**Remington RE** (2016).  *Peer Review of Water Column Optical Monitoring Program: Berry's Creek Study Area RI/FS*.  Independent peer review report for U.S. Army Corp of Engineers Kansas City District and Louis Berger Group, under contract with United States Environmental Protection Agency.

Wisconsin Department of Natural Resources.  January 16, 2015  *Lower Fox River OU1-3 Project Effectiveness Report From 2012 Long Term Monitoring Event.*  Written by the Agencies/Oversight Team

(including Kern Statistical Services).  [I wrote large sections of the report and provided the majority of the statistical analysis of fish and water.]

Smith JR, Alsup SE, **Remington RE** (2015).  *Exelon Generation: Cassia Gulch, Cassia Wind, Tuana Springs, and High Mesa Wind Facilities Technical Report*.  Bird and Bat Mortality Estimates.  Prepared by Bionomics Environmental, Inc., for Exelon Generation.  [Final Reporting]

Smith JR, Alsup SE, **Remington RE** (2014).  *Annual Bird and Bat Fatality Estimates: Cassia Wind, Cassia Gulch, Tuana Springs, and High Mesa Wind Facilities*.  Monitoring data from study years 1 and 2.  Prepared by Bionomics Environmental, Inc., for Exelon Generation.

Smith JR, Alsup SE, **Remington RE** (2014).  *Shepherds Flat South Year One Technical Report: Preliminary Results − Annual Bird and Bat Fatality Estimates*.  Wind facility in North-central Oregon (116 turbines).  Prepared by Bionomics Environmental, Inc., for Caithness, Inc.

Smith JR, Alsup SE, **Remington RE** (2014).  *Shepherds Flat Central Year One Technical Report: Preliminary Results − Annual Bird and Bat Fatality Estimates*.  Wind facility in North-central Oregon (116 turbines).  Prepared by Bionomics Environmental, Inc., for Caithness, Inc.

Kern Statistical Services Inc.  2014.  *Lower Fox River, Little Lake Buttes Des Morts / OU1, OU2A, OU2B, OU2C, OU3: Project Effectiveness Evaluation of PCB Concentration in fish, water, and sediment*.  March 17, 2014.  Prepared for: Wisconsin Department of Natural Resources, 101 S Webster St., PO BOX 7921, Madison, WI USA.  Under Contract to: The Boldt Company, P.O.  Box 419, Appleton, WI 54912-0419

Bionomics Environmental, Inc.  2013.  *Shepherds Flat North Year One Technical Report: Preliminary Results − Annual Bird and Bat Fatality Estimates*.  Wind facility in North-central Oregon (106 turbines).

Kern Statistical Services Inc./ Department of Animal Science, Michigan State University and KERN Statistical Services, Inc.  2012.  *Dietary Exposure of Mink to fish from the Hudson River:  Effects on adult mink and their offspring*.  November 7, 2012.  Prepared for: Industrial Economics, Incorporated

Kern Statistical Services Inc.  2010.  Upper Hudson River Floodplain Soil PCB Contamination: Sampling Design Recommendations.  Under contract to Louis Berger Group, Inc., Prepared for USEPA.

Kosterman MA, Sharp D, **Remington RE**.  2008.  *Idaho assessment of ecological condition: a part of the EMAP Western Pilot Project.*  Under contract to Idaho Department of Environmental Quality.

Kern Statistical Services Inc.  2004.  Power analysis of a monitoring program designed to detect trends in mean PCB concentration in water consistent with reclamation objectives at the Fox River Superfund Site, Wisconsin.  Prepared for Wisconsin Department of Natural Resources.

Kern Statistical Services Inc.  2004.  *Power analysis for the effects of aircraft noise on the occupancy of Mexican spotted owls*.  Prepared for Hubbs-Seaworld Research Institute, San Diego, CA.

Kern Statistical Services Inc.  2004.  *Biomonitoring power analysis, Cannelton Industries Superfund Site, Tannery Bay, Sault Ste. Marie, MI*.  Prepared for National Oceanic and Atmospheric Administration, Coastal Protection Restoration Division.

Romig DE, Kern JW, **Remington RE**.  2002.  *Assessment of risk of adverse effects of cattle exposure to selenium on southwestern coal mines*.  New Mexico Energy, Minerals and Natural Resources Department, Santa Fe, NM

Kern JW, **Remington RE**.  2001.  *Review of vegetation performance data and methods: woody plant stocking rates, Monticello Mine, TX*.  For TXU Business Services, Dallas TX.

Kern JW, **Remington RE**.  2001.  *Evaluation of proposed clean-up strategy at Shiawassee River*.  For Michigan Department of Environmental Quality, Emergency Response Division, Superfund Section, Lansing, MI.

Kern JW, **Remington RE**.  2001.  *Power analysis for selected field designs to evaluate effects of predation and nutrition on elk recruitment in the Blue Mountains of Oregon*.  For Oregon Department of Fish and Wildlife.  La Grande, OR.

Newman K, **Remington RE**.  2000.  *A Bayesian analysis of recoveries of tagged Sacramento River Chinook salmon smolts*.  For California Department of Water Resources, Contract Agreement No.B-81353.


**PROFESSIONAL DEVELOPMENT**

*Practical Machine Learning by Johns Hopkins University on Coursera*.  MOOC from Johns Hopkins University.  (2020)  Course #7 in a 10-course Certificate of Data Science Specialization.  Certificate earned on xx xx, 2017.  Grade Achieved: xx.x%. [In Progress]

*Exploratory Data Analysis by Johns Hopkins University on Coursera*.  MOOC from Johns Hopkins University.  (2020)  Course #4 in a 10-course Certificate of Data Science Specialization.  Certificate earned on xx xx, 2017.  Grade Achieved: xx.x%. [In Progress]

*Big Data, Data Science and Deep Learning for Statisticians.*  Instructors:  Ming Li, PhD (Amazon) and Hui Lin, PhD (Netlify).  American Statistical Assocation Council of Chapters Traveling Course.  May 18, 2019, Boise, ID.
https://course2019.netlify.com/
https://github.com/happyrabbit/DataScienceWorkshop2019

*An Introduction to the Analysis of Incomplete Data.*  Instructor: Ofer Harel, Ph.D., University of Connecticut.  American Statistical Assocation Council of Chapters Traveling Course.  June 2, 2017, Boise, ID.

*Getting and Cleaning Data by Johns Hopkins University on Coursera*.  MOOC from Johns Hopkins University.  (2016)  Course #3 in a 10-course Certificate of Data Science Specialization.  Certificate earned on July 28, 2016.  Grade Achieved: 94.1%.  https://www.coursera.org/learn/data-cleaning
https://www.coursera.org/account/accomplishments/verify/B938JZA46WQA

*R Programming*.  MOOC from Johns Hopkins University.  (2014)  Course #2 in a 10-course Certificate of Data Science Specialization.  https://www.coursera.org/course/rprog  Grade Achieved: 99.2% With Distinction.

*The Data Scientist's Toolbox*.  (2014)  MOOC from Johns Hopkins University.  Course #1 in a 10-course Certificate of Data Science Specialization.  https://www.coursera.org/course/datascitoolbox  Grade Achieved: 100% With Distinction.

*Analysis of Sample Survey Data*.  One-day course at the 2011 Snake River Chapter of the American Statistical Association annual meeting, Meridian, ID.  Presented by David Morganstein, M.A., Vice President and Senior Statistician at Weststat Inc.

*Changepoints in Climatology*.  Invited talk at the 2010 Snake River Chapter of the American Statistical Association annual meeting, Boise, ID.  Presented by Robert Lund, Ph.D., Professor in the Department of Mathematical Sciences, Clemson University.

*Regression Modeling Strategies.*  One-day course at the 2008 Joint Statistical Meetings in Denver, CO. Presented by:  Dr. Frank E Harrell Jr, Professor and Chair of the Department of Biostatistics, Vanderbilt University School of Medicine.

*Sample-Size Analysis for Study Planning.*  One-day course at the 2008 Snake River Chapter of the American Statistical Association annual meeting, Boise, ID.  Presented by Dr. Ralph O'Brien, Professor and Director of the Statistical Sciences Core in the Center for Clinical Investigation, Case Western Reserve University.

*Statistical evaluation of medical tests and biomarkers for classification.*  One-day course at the 2007 Joint Statistical Meetings in Salt Lake City, UT.  Presented by:  Dr. Margaret Pepe, Professor, Department of Biostatistics at the Fred Hutchinson Cancer Research Center; Dr. Holly Janes, Assistant Member, Fred Hutchinson Cancer Research Center; Dr. Todd Alonzo, Associate Professor of Research, Department of Preventive Medicine, University of Southern California.

*Applied Spatial Statistics.*  One-day course at the 2007 Snake River Chapter of the American Statistical Association annual meeting, Boise, ID.  Presented by Dr. Jay Ver Hoef, Statistician, National Oceanic and Atmospheric Administration.

*Multi-Response Permutation Procedures (MRPP): An Alternative to ANOVA and Semiparametric Regression.*  One-day course at the Snake River Chapter of the 2006 American Statistical Association annual meeting, Boise, ID.  Presented by Dr. David Turner, Mathematical Statistician, USDA Forest Service, Rocky Mountain Research Station, Logan Forestry Sciences Lab.

*Mixed Model Analysis Using SAS.*  One-day course at the 2005 Snake River Chapter of the American Statistical Association annual meeting, Boise, ID.  Presented by Dr. Walt Stroup, Professor and Department Chair of Statistics, University of Nebraska.

*Geostatistics for environmental, ecological, and site characterization studies.*  One-day course at the 2002 Society of Environmental Toxicology and Chemistry 23rd Annual Meeting, Salt Lake City, UT. Presented by Dr. John Kern, Principal, Kern Statistical Services, Inc.

*Spatial statistics: integrating statistics, GIS, and statistical graphics.*  Two-day workshop by American Statistical Association (ASA) Section on Statistics and the Environment (ENVR) Workshop at the University of Washington, Seattle, WA, 2002.

*Visual Explanations.*  American Statistical Association Distinguished Lecture Series lecture by Dr. Edward Tufte for San Diego Chapter, La Jolla, CA, 2002.

*Nonparametric Statistical Methods.*  One-day course by Dr. Gary Koch at the California State University at Long Beach, Long Beach, CA, 2002.

*How To Be Successful In Implementing PROC MIXED.*  One-day course on mixed models by Dr. George Milliken at the California State University at Long Beach, Long Beach, CA, 2002.

*Geographical Information Systems, geostatistics and risk management decisions: the stories pictures tell.* One-day course at the 2001 Society of Environmental Toxicology and Chemistry annual meeting, Baltimore, MD.  Presented by Dr. John Kern, Principal, Kern Statistical Services, Inc.