RAÚL LABRADOR
ATTORNEY GENERAL

Lincoln Davis Wilson, ISB # 11860
Chief of Civil Litigation & Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>Defendants. | Case No. 1:12-cv-00022-BLW (lead case)<br><br>Case No. 3:12-cv-00058-BLW<br><br>NOTICE OF WITHDRAWAL OF MOTION TO PRECLUDE DISSEMINATION OF THE SIS-A USER'S MANUAL TO CLASS MEMBERS (DKT. 539) |

The Idaho Department of Health & Welfare hereby withdraws its Motion to Preclude Dissemination of the SIS-A User's Manual to Class Members (Dkt. 539) because the publisher of the SIS-A, the American Association of Intellectual and

NOTICE OF WITHDRAWAL OF MOTION – 1

Developmental Disabilities (AAIDD), has just terminated its contract with Liberty Healthcare, and will no longer allow the SIS-A to be used in Idaho. Attached hereto as Exhibit A is the letter from AAIDD informing Liberty Healthcare that it is exercising its rights under the contract with Liberty Healthcare to give notice of non-renewal.

This is exactly what the Department said would happen if class counsel continued to press their unsupported claims that they were entitled to the user manual as a matter of due process, which no other jurisdiction that uses the SIS-A allows. But class counsel did anyway, and the Department filed this motion as a last-minute attempt to save the settlement. Yet now that the contract is terminated, the motion is moot, and the seven years of work that the parties spent implementing this settlement with the SIS-A is for naught, just as the Department said would happen. This is a terrible and entirely preventable result for adults with developmental disabilities in Idaho and a sad testament to the brinksmanship that has characterized class counsel's litigation of this matter. Now, the Settlement Agreement will not be satisfied for another several years. The Department looks forward to the Court's guidance and reserves all its rights.

Dated: April 27, 2023

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

                By: /s/ *Lincoln Davis Wilson*
                    LINCOLN DAVIS WILSON
                    ALAN W. FOUTZ
                    BRIAN V. CHURCH
                    Deputy Attorneys General
                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
reppink@acluidaho.org

James Piotrowski
james@idunionlaw.com

Marty Durand
marty@idunionlaw.com

                                        /s/ *Lincoln Davis Wilson*
                                        LINCOLN DAVIS WILSON
                                        Deputy Attorney General