

VIA UPS and EMAIL: hcaskey@libertyhealth.com

April 27, 2023

Herbert T. Caskey, MD, President
Liberty Healthcare Corporation
401 E City Ave., STE 820
Bala Cynwyd, PA 19004

Re:  Notice of Non-Renewal of SISOnline Master Agreement

Dear Dr. Caskey,

On behalf of the American Association on Intellectual & Developmental Disabilities ("AAIDD"), this letter serves as AAIDD's notice of non-renewal of the SISOnline Master Agreement (the "Agreement") between AAIDD and Liberty Healthcare Corporation ("Liberty") that was signed by the parties on December 1, 2021 in connection with Liberty's Idaho Independent Assessment Program. This notice is being given to Liberty in accordance with Section 12(F) of the Agreement.

According to the Term and Termination clause under Section 9 of the Agreement, if either party wishes to terminate this Agreement at the end of the initial or any subsequent term, written notice must be provided to the other party of its intention not to renew not less than sixty (60) days prior to the end of the current term. As the initial term of this Agreement expires on June 30, 2023, this written notice to Liberty meets the requirement for non-renewal.

AAIDD appreciates Liberty's recognition of AAIDD's proprietary rights in SISOnline and SIS assessment tools and materials, including the 2015 and 2023 editions of the SIS-A User's Manual and SIS-A Interview and Profile form, reports, and other materials. Given the termin ated Agreement, Liberty shall not duplicate, distribute, allow access, or otherwise make available any proprietary SIS assessment tools and materials to any third parties, including any individuals, organizations, entities, and government agencies related to Liberty's Idaho Independent Assessment Program, the Idaho Department of Health & Welfare's intellectual and developmental disability program, and Idaho's Medicaid program.

In addition, consistent with confidentiality requirements set forth in Schedule B, Section II (B), AAIDD will coordinate with Ms. LaJeunesse to ensure that Liberty returns to AAIDD information which is in Liberty 's possession or control, or in the possession or control of any parties who may have been afforded access to any AAIDD products or services and any AAIDD property materials by July 30, 2023.

*Knowledge  | Support | Empowerment*

8403 Colesville Road, Suite 900, Silver Spring, MD 20910 | Tel 202-387-1968 | Fax 202-387-2193 | www.aaidd.org

DEFENDANT'S EXHIBIT A

Should circumstances change, AAIDD would be pleased to work with Liberty to support the Idaho Independent Assessment Program in the future.

Sincerely,

Margaret A. Nygren, EdD
Executive Director & CEO, AAIDD

Cc: Jennifer LaJeunesse (Jennifer.LaJeunesse@libertyhealth.com), Executive Director, Idaho Independent Assessment Program

Knowledge | Support | Empowerment

8403 Colesville Road, Suite 900, Silver Spring, MD 20910 | Tel 202-387-1968 | Fax 202-387-2193 | www.aaidd.org