RAÚL LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB # 11860
Chief of Civil Litigation and
Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br><br>Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>Case No. 3:12-cv-00058-BLW<br><br>**REQUEST TO REINSTATE IDHW'S MOTION TO PRECLUDE DISSEMINATION OF THE SIS-A USER'S MANUAL TO CLASS MEMBERS (DKT. 539)** |

The Idaho Department of Health & Welfare ("IDHW") filed its Motion to Preclude Dissemination of the SIS-A User's Manual (Dkt. 539) on March 7, 2023. After the Motion was fully briefed, the publisher of the SIS-A, the American

REQUEST TO REINSTATE MOTION – 1

Association of Intellectual and Developmental Disabilities ("AAIDD") informed IDHW that it would not renew its contract to provide the SIS-A to the State of Idaho, thereby rendering IDHW's motion moot. Thus, on April 27, 2023, IDHW withdrew its Motion (Dkt. 573). On April 28, 2023, the Court issued a Docket Entry Order deeming IDHW's motion moot and terminating it without prejudice. (Dkt. 574.)

Counsel for the IDHW has recently reached out to AAIDD to inquire about the possibility of AAIDD remaining in Idaho if, even now, IDHW was to receive a Court ruling regarding dissemination of the User's Manual to class members. IDHW has now received a response stating that "AAIDD is willing to renew/renegotiate the Agreement with Liberty at any time (i.e., after June 30), provided that the SIS-A User's Manual and SIS-A Interview and Profile Form will only be used by trained assessors for the intended purpose determined solely by AAIDD." *See* Foutz Decl. Ex. A.

Based on this email, IDHW believes that a ruling by the Court granting its motion to prevent dissemination of the SIS-A User Manual to participants would allow the State a continued license to use the SIS-A. Such a ruling would prevent the parties from having to restart the entire settlement process from scratch with a different tool and would ensure that the seven years of work spent finalizing the settlement under the SIS-A were not in vain.

In light of AAIDD's recent communication, IDHW Requests that the Court place the Motion (Dkt. 539) back on calendar and seeks a ruling based on the briefs and argument that have already been submitted.

Dated: May 30, 2023.	.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                                        By:  /s/ *Lincoln Davis Wilson*
                                                LINCOLN DAVIS WILSON
                                                ALAN W. FOUTZ
                                                BRIAN V. CHURCH
                                                Deputy Attorneys General

                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
reppink@acluidaho.org

James Piotrowski
james@idunionlaw.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Marty Durand
marty@idunionlaw.com

Daniel L. Brown
dlbrown@sheppardmullin.com

                                              /s/ *Lincoln Davis Wilson*
                                              LINCOLN DAVIS WILSON
                                              Deputy Attorney General