RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN D. WILSON, ISB# 11860
Chief of Civil Litigation & Constitutional Defense

Brian V. Church, ISB # 9391
brian.church@ag.idaho.gov
Alan W. Foutz, ISB #11533
alan.foutz@ag.idaho.gov
Deputy Attorneys General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | Case No. 1:12-cv-00022-BLW |
| | (lead case) |
| Plaintiffs, | |
| vs. | Case No. 3:12-cv-00058-BLW |
| | |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | **DECLARATION OF ALAN W. FOUTZ IN SUPPORT OF IDHW'S REQUEST TO REINSTATE MOTION TO PRECLUDE DISSEMINATION OF THE SIS-A USER'S MANUAL.** |
| Defendants. | |

I, ALAN W. FOUTZ, declare as follows:

1.  I am one of the attorneys of record for Defendants in this case and I make this declaration based upon my own personal knowledge.

2.  On May 17, 2023, I sent an email to Dorothy Deng and J. Will Varin, counsel for AAIDD, inquiring whether AAIDD "would be agreeable to holding off on

DECLARATION OF ALAN W. FOUTZ – 1

formally cancelling the Master Contract with Liberty Healthcare until we can get a ruling from the Court on the issue of whether the Budget Notice that the Department has formulated meets the demands of Due Process."

3. On May 23, 2023, counsel for AAIDD responded, indicating that "AAIDD is willing to renew/renegotiate the Agreement with Liberty at any time (i.e., after June 30), provided that the SIS-A User's Manual and SIS-A Interview and Profile Form will only be used by trained assessors for the intended purpose determined solely by AAIDD."

4. Attached hereto as Exhibit A is a true and correct copy of the email correspondence between me and counsel for AAIDD.

5. By this response, the issue of dissemination of the User's Manual is no longer moot inasmuch as AAIDD is willing to renew/renegotiate its contract to provide the SIS-A to Idaho on condition that the User's Manual is only used as AAIDD has prescribed. It is therefore appropriate and necessary to receive a ruling from the Court that resolves the question of whether IDHW's proposed Budget Notice provides sufficient information to satisfy due process without making the User's Manual available without restriction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated May 26, 2023.

*/s/ Alan W. Foutz*
ALAN W. FOUTZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard Alan Eppink
reppink@acluidaho.org

James Piotrowski
james@idunionlaw.com

Dina Flores-Brewer
dfloresbrewer@acluidaho.org

Marty Durand
marty@idunionlaw.com

Daniel L. Brown
dlbrown@sheppardmullin.com

                      /s/ *Lincoln Davis Wilson*
                      LINCOLN DAVIS WILSON
                      Deputy Attorney General