# Alan Foutz

| | |
|---|---|
| **From:** | Deng, Dorothy <DDeng@whitefordlaw.com> |
| **Sent:** | Tuesday, May 23, 2023 2:37 PM |
| **To:** | Alan Foutz |
| **Cc:** | Charron, Juliet - Medicaid; Case, Michael A. - Medicaid; Kimberli Stretch; J. Will Varin |
| **Subject:** | RE: AAIDD; Idaho Department of Health & Welfare |

Alan,

Because AAIDD already provided its written notice of non-renewal of the SISOnline Master Agreement (the "Agreement") to Liberty, AAIDD does not intend to take further action to formally cancel the Agreement. AAIDD is willing to renew/renegotiate the Agreement with Liberty at any time (i.e. after June 30), provided that the SIS-A User's Manual and SIS-A Interview and Profile Form will only be used by trained assessors for the intended purpose determined solely by AAIDD.

AAIDD values its relationship with the Department and stakeholders in Idaho, but AAIDD must protect its proprietary interests and spend its financial resources responsibly. Even if the Court rules in the Department's favor, AAIDD reserves full rights to withdraw from Idaho.

Regards,

Dorothy



**Dorothy Deng** |*Partner*
3190 Fairview Park Dr., Suite 800| Falls Church, VA|  22042
t: 202.659.6789| f: 202. 327.6147
[ddeng@whitefordlaw.com](mailto:ddeng@whitefordlaw.com) |  Bio  | vCard  | [www.whitefordlaw.com](http://www.whitefordlaw.com)



*Note our new URL whitefordlaw.com!*
*Future emails will come from @whitefordlaw.com*

---

**From:** Alan Foutz <Alan.Foutz@ag.idaho.gov>
**Sent:** Thursday, May 18, 2023 4:59 PM
**To:** J. Will Varin <willvarin@varinthomas.com>
**Cc:** Deng, Dorothy <DDeng@wtplaw.com>; Charron, Juliet - Medicaid <Juliet.Charron@dhw.idaho.gov>; Case, Michael A. - Medicaid <Michael.Case@dhw.idaho.gov>; Kimberli Stretch <kimberli.stretch@dhw.idaho.gov>
**Subject:** [EXTERNAL] RE: AAIDD; Idaho Department of Health & Welfare

Thanks, Will.  Look forward to hearing back from you.

EXHIBIT A



**Alan W. Foutz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: (208) 334-4520 | W: ag.idaho.gov [ag.idaho.gov]

---

**From:** J. Will Varin <willvarin@varinthomas.com>
**Sent:** Thursday, May 18, 2023 2:55 PM
**To:** Alan Foutz <Alan.Foutz@ag.idaho.gov>
**Cc:** Deng, Dorothy <DDeng@wtplaw.com>; Charron, Juliet - Medicaid <Juliet.Charron@dhw.idaho.gov>; Case, Michael A. - Medicaid <Michael.Case@dhw.idaho.gov>; Kimberli Stretch <kimberli.stretch@dhw.idaho.gov>
**Subject:** Re: AAIDD; Idaho Department of Health & Welfare

Alan,

We received your email and have forwarded it along to our client. Dorothy is out the rest of the week so we will not be able to get back to you with a substantive response until next week sometime, but we will endeavor to respond as soon as we can so we don't cause undue delay given the timing issues in play.

Best,

--
**J. Will Varin**
242 N. 8th St., Suite 220
PO Box 1676 | Boise, ID  83701
VarinThomas.com [varinthomas.com]
(208) 991-3392

CONFIDENTIALITY NOTICE:  This e-mail contains confidential information that is protected by the attorney-client privilege and/or work product doctrine.  It is intended only for the use of the individual(s) named as recipients.  If you are not the intended recipient of this e-mail, please notify the sender and please do not deliver, distribute, or copy this e-mail, disclose its contents, or take any action in reliance on the information it contains.

On Wed, May 17, 2023 at 10:21 AM Alan Foutz <Alan.Foutz@ag.idaho.gov> wrote:

> Dorothy and Will:  As I am sure you are aware, AAIDD has informed Liberty Healthcare that it will exercise its contractual right to not renew its Master Contract with Liberty – thus making the SIS-A assessment tool unavailable to the Idaho Department of Health & Welfare.  The Department received notice of AAIDD's withdrawal while a motion was pending before the Court asking for an Order that would preclude dissemination of the SIS-A User's Manual to class members without restriction – based largely on the argument that the Budget Notice that the Department has developed satisfies Due Process without having to produce the User's Manual.  With notice of AAIDD's withdrawal, that motion became moot, and we asked the Court to take if off calendar.  Nevertheless, I am writing to you to express how fervently IDHW wants to preserve and maintain (if possible) its relationship with AAIDD.  Many years of work by IDHW will be rendered useless if the SIS-A is ultimately taken off the table.  I am therefore writing to ask if you could inquire of AAIDD whether they would be agreeable to holding off on formally cancelling the Master Contract with Liberty

Healthcare until we can get a ruling from the Court on the issue of whether the Budget Notice that the Department has formulated meets the demands of Due Process.  Although we withdrew our earlier motion, if we were able to represent to the Court that AAIDD will not cancel its contract until after the Court makes a ruling, and that if the ruling is in the Department's favor, then AAIDD will not cancel its contract and withdraw the SIS-A from Idaho – then a motion seeking a ruling directly on the proposed Budget Notice would not be moot.  That motion is already 99% prepared and we could file it fairly quickly.  However, I am unable to say whether the Court would make a ruling before the June 30 expiration of the Master Contract.  Frankly, it is impossible to overstate how badly the Department wants to maintain AAIDD's relationship with Idaho, and the Department hopes that AAIDD will be agreeable to this proposal.



Alan W. Foutz | Deputy Attorney General
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: (208) 334-4520 | W: ag.idaho.gov [ag.idaho.gov]

[ag.idaho.gov]

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged. The information is intended to be for the exclusive use of the planned recipient. If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited. If you have received this transmission in error, please notify the sender immediately.