RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB # 11860
Chief of Civil Litigation and
Constitutional Defense

Brian V. Church, ISB # 9391
Deputy Attorney General
514 W. Jefferson Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, | ) |
| Plaintiffs, | ) Case No. 1:12-cv-00022-BLW ) (lead case) |
| vs. | ) ) Case No. 3:12-cv-00058-BLW |
| RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*, | ) ) **NOTICE OF APPEAL** ) |
| Defendants. | ) ) ) |

    Notice is hereby given that Defendants Richard Armstrong, Lisa Hettinger and the Idaho Department of Health and Welfare, Appellants, hereby appeal to the United States Court of Appeals for the Ninth Circuit. Defendants appeal the district court's August 24, 2023, Memorandum Decision and Order [Dkt. 577] denying Defendants' Motion to Preclude the Dissemination of the SIS-A User's Manual.

### FORM 1 INFORMATION

NOTICE OF APPEAL – 1

- Date case was first filed in U.S. District Court: March 12, 2012
- Date of judgment or order being appealed: August 23, 2023
- Docket entry number of judgment or order appealed from: 577 (Memorandum Decision and Order)
- Docketing fee of $505 paid to the U.S. District Court for the District of Idaho.
- Appellants: Defendants Richard Armstrong, Lisa Hettinger, and the Idaho Department of Health and Welfare.
    - This is not a cross-appeal
    - There has been a previous appeal in this case, captioned under docket No. 14-35296 (9th Cir. 2015).
- A representation statement follows on the next page.

DATED: September 22, 2023.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: /s/ *Lincoln Davis Wilson*
           LINCOLN DAVIS WILSON
           Chief of Civil Litigation
           and Constitutional Defense

REPRESENTATION STATEMENT

I.  **Counsel for Appellants**

LINCOLN DAVIS WILSON
Chief, Civil Litigation and Constitutional Defense
lincoln.wilson@ag.idaho.gov

BRIAN V. CHURCH
Deputy Attorney General
brian.church@ag.idaho.gov

Idaho Office of the Attorney General
PO Box 83720
Boise, ID 83720-0010
(208) 334-2400

II. **Counsel for Appellees**

RICHARD A. EPPINK
ritchie@wrest.coop

DINA M. FLORES-BREWER
dfloresbrewer@acluidaho.org

American Civil Liberties
Union of Idaho Foundation
PO Box 1897
Boise, ID  83701
(208) 344-9750, ext. 1202

JAMES M. PIOTROWSKI
james@idunionlaw.com

MARTY DURAND
marty@idunionlaw.com

Herzfeld & Piotrowski
PO Box 2864
Boise, ID  83701-2964
(208) 331-9200

DANIEL L. BROWN
dlbrown@sheppardmullin.com

KATHERINE ANNE BOY SKIPSEY
kboyskipsey@sheppardmullin.com

Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
39th Floor
New York, NY  10112-0015
(212) 653-8700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Richard Alan Eppink<br>ritchie@wrest.coop | James Piotrowski<br>james@idunionlaw.com |
| Dina Flores-Brewer<br>dfloresbrewer@acluidaho.org | Marty Durand<br>marty@idunionlaw.com |
| Daniel L. Brown<br>dlbrown@sheppardmullin.com | Katherine Anne Boy Skipsey<br>kboyskipsey@sheppardmullin.com |

/s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense