Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 742-6789 ext. 3

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, New York 10112
(212) 634-3095
*Admitted pro hac vice*

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho 83701
(208) 331-9200
(208) 331-9201 (fax)

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>  Defendants. | Case No. 1:12-cv-00022-BLW<br>(lead case)<br><br>**MOTION FOR CIVIL CONTEMPT REMEDIES TO ENFORCE SETTLEMENT AGREEMENT** |

Plaintiffs move for an orders holding Defendants in contempt of this Court, ordering civil contempt remedies to coerce compliance with the Class Action Settlement Agreement (Dkt. 306-

MOTION FOR CIVIL CONTEMPT REMEDIES – 1

1) and to remedy harm caused by Defendants, modifying the Class Action Settlement Agreement, appointing a special master to administer settlement implementation, and ordering any other relief that this Court finds appropriate. Plaintiffs make this motion under Federal Rules of Civil Procedure 53 and 70 and other authority they identify and explain in the brief supporting this motion. Plaintiffs' motion is based on the declarations and brief that accompany it, as well as the entire record of this case.

Dated: November 20, 2023

| | |
|---|---|
| ACLU OF IDAHO FOUNDATION | SHEPPARD, MULLIN, RICHTER, & HAMPTON, LLP |
| /s/ Richard Eppink<br>Richard Eppink | /s/ Daniel L. Brown<br>Daniel L. Brown |
| /s/ Dina Flores-Brewer<br>Dina Flores-Brewer | /s/ Katherine Anne Boy Skipsey<br>Katherine Anne Boy Skipsey |

PIOTROWSKI DURAND, PLLC

/s/ James M. Piotrowski
James M. Piotrowski

/s/ Marty Durand
Marty Durand

*Attorneys for Plaintiffs*

.

MOTION FOR CIVIL CONTEMPT REMEDIES – 2