Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 742-6789 ext. 3

James M. Piotrowski, ISB NO. 5911
Marty Durand, isb No. 5111
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)
James@idunionlaw.com
Marty@idunionlaw.com

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER**
**& HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY  10112
(212) 634-3095
*Admitted pro hac vice*

***Attorneys for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* <br><br> Defendants. | Case No. 1:12-cv-00022-BLW (lead case) <br><br> **DECLARATION OF JAMES M. PIOTROWSKI** |

I, James M. Piotrowski, declare under penalty of perjury as follows:

1. I am an adult and competent in all respects to make this declaration. The following statements are based on my personal knowledge or, to the extent that they are statements of

opinion are based on my personal review of materials related to this case (which are identified

herein).

2. I am one of the attorneys that has been designated as class counsel in this case.

3. Attached hereto as **Exhibits 1-PDF and 1-CD** are copies of the "Budget Tool"

spreadsheet that IDHW began using in 2011 to set budgets for DD services. An electronic copy is

submitted on a CD as Exhibit 1-CD; a PDF conversion of the visible content of the tool is

attached to this declaration as Exhibit 1-PDF. This document was previously entered in this case

via a Joint Statement of Stipulated Facts (Dkt. 200, Ex. J04-CD and J05).

4. Attached hereto as **Exhibits 2-PDF and 2-CD** are copies of the Budget Tool that class

counsel understand that IDHW currently uses for computing class members' calculated budgets.

This version was provided to the undersigned by opposing counsel in this case. Deputy Attorney

General Alan Foutz confirmed that this was the most recent and current version of the Budget

Tool via an email on May 17, 2023 which is attached hereto as **Exhibit 3**.

5. Exhibit 2, the 2018 Budget Tool (still current), shows only a few changes when

compared to Exhibit 1, the 2011 Budget Tool. The "constant" is identical in both documents. The

rows that reflect increases and decreases to the budget based on various conditions and

circumstances have not changed, either.

6. Attached hereto as **Exhibit 4** is a copy of a document provided to the undersigned by

counsel for Defendants on October 20, 2023 as an attachment to the letter that appears attached

to this Declaration as Exhibit 6. This document is also publicly available and found on the Idaho

Department of Health and Welfare website as of the date of this declaration at

https://publicdocuments.dhw.idaho.gov/WebLink/DocView.aspx?id=25871&dbid=0&repo=PUB

LIC-DOCUMENTS. Exhibit 4 lists current reimbursement rates for DD Services under Medicaid.

   7.  Attached hereto as **Exhibit 5** is an IDHW rate sheet from 2018, the same year as the revision date on Exhibit 2. This rate sheet is publicly available and was found on the Idaho Department of Health and Welfare website as of the date of this declaration at

https://publicdocuments.dhw.idaho.gov/WebLink/DocView.aspx?id=3526&dbid=0&repo=PUBL IC-DOCUMENTS. The following chart reflects the rates listed on Exhibits 4 and 5 for certain services, in 2018 and 2023 respectively:

| Service | 2018  Rate from Exhibit 5 | 2023 Rate From Exhibit 4 |
|---|---|---|
| Targeted Service Coordination | $12.09/15 min | $21.84/15 min |
| Center Based Developmental Therapy | $3.02/15 min | $4.17/15 min |
| Community Based Developmental Therapy | $3.34/15 min | $6.26/15 min |
| Adult Day Health | $1.50/15 min | $2.79/15 min |

   8. Attached hereto as **Exhibit 6** is a letter dated October 20, 2023, from Deputy Attorney General James Craig to class counsel providing responses to monitoring requests propounded by class counsel pursuant to the Class Action Settlement Agreement in this case.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of November, 2023

   /s/ James M. Piotrowski    

James M. Piotrowski
Attorney for Plaintiffs



## Individualized Budget Calculation
### Adults with Developmental Disabilities

Version 5/10/2011

The following tool will work to allow you to calculate an individualized budget for adults with developmental disabilities. Data entered below will only include those inventory items included in the budget for this model.

| | |
|---|---|
| Client Name: | Medicaid ID#: |
| Birth Date: | Inventory Completion Date: |
| Plan | Annual | Plan Start Date: |

Age: #VALUE!   Waiver? No   **Non-Waiver**   Notes :

Self Direction? No

General Maladaptive Index   (input negative value)

Fields that are to be inputted
Fields that are to be inputted

Broad Independent Age   Years   Months

Level of Intellectual Functioning   Average

### Disability Description
Other Neurological Impairment(s)   No

Co-occurring Mental Health Diagnosis   No

### Primary Disability
Epilepsy/Seizure Disorder   No

Undetermined Developmental Disability   No

### Assess Selected Needs
High Risk Behavior   No

Mental Health Diagnosis   No

Psychotropic Medications   No

Seizures in the past 6 months   No

Need for Nursing Services   No Services Needed

Typical Level of Mobility Requires Assistance   Never

Toileting   Independent

Grooming   Independent

Laundry   Independent

Housekeeping   Independent

Feeding   Independent

Natural Supports   None

Level of Support Needed   None

One Time Durable Medical Equipment   No

Living Situation   NA

Previous Year Budget:   $0.00   <-- Enter previous year's plan amount (all services included); Leave blank of no previous year budget.

Number of Months for Previous Year Budget:   12   <-- If plan was for a period of time different than one year, enter number of months in previous plan. Budget will be annualized for calculation purposes.

Version 5/10/2011

## Individualized Budget Calculation
## Adults with Developmental Disabilities

Run Date:   11/17/2023

Client Name:   Medicaid ID#:

Birth Date:   Survey Completion Date:

Plan Type:   Non-Waiver

Assigned Budget Amount:   #VALUE!

For Plan Date :
-   #VALUE!

Exhibit 1-PDF
Declaration of
Piotrowski

| | P | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | **DD with Living Arrangement Model** | | | | | | | | |
| 10 | | | | | | Model | | | | Calculation | | |
| 11 | | | | | Score | Model Coefficients | Lower Margin | Upper Margin | | Model Coefficient | Lower Margin | Upper Margin |
| 12 | | | | Constant | | $24,476.75 | $20,051.55 | $28,901.96 | | $24,476.75 | $20,051.55 | $28,901.96 |
| 13 | | | | Age | #VALUE! | ($91.98) | ($147.31) | ($36.66) | | #VALUE! | #VALUE! | #VALUE! |
| 14 | | | | Waiver | 0 | $5,931.14 | $2,947.02 | $8,915.26 | | $0.00 | #VALUE! | $0.00 |
| 15 | | | | Plan | 0 | | | | | | | |
| 16 | | | | | | | | | | | | |
| 18 | | | | GMI | | | | | | | | |
| 20 | | | | BI Age | . | ($494.85) | ($854.73) | ($134.97) | | #VALUE! | #VALUE! | #VALUE! |
| 24 | | | | Level of Intellectual Functioning | | | | | | | | |
| 28 | | | | Other Neurological Impairment(s) | | | | | | | | |
| 30 | | | | Co-occurring Mental Health Diagnosis | | | | | | | | |
| 35 | | | | Epilepsy/Seizure Disorder | 0 | ($4,571.74) | ($8,424.32) | ($719.16) | | $0.00 | $0.00 | $0.00 |
| 37 | | | | Undetermined Developmental Disability | 0 | ($9,039.24) | ($13,891.78) | ($4,186.70) | | $0.00 | $0.00 | $0.00 |
| 39 | | | | High Risk Behavior | 0 | | | | | | | |
| 42 | | | | Mental Health Diagnosis | 0 | $3,521.13 | $2,055.83 | $4,986.43 | | $0.00 | $0.00 | $0.00 |
| 44 | | | | Psychotropic Medications | 0 | | | | | | | |
| 46 | | | | Seizures | 0 | $3,851.32 | $1,290.56 | $6,412.09 | | $0.00 | $0.00 | $0.00 |
| 47 | | | | Nursing Services No Services Needed | 1 | | | | | | | |
| 48 | | | | Nursing Services Monthly | 0 | | | | | | | |
| 49 | | | | Nursing Services Daily | 0 | | | | | | | |
| 50 | | | | Mobility, Never | 1 | | | | | | | |
| 52 | | | | Toileting (Independent) | 1 | ($1,897.86) | ($3,588.40) | ($207.31) | | ($1,897.86) | ($3,588.40) | ($207.31) |
| 53 | | | | Grooming (Independent) | 1 | | | | | | | |
| 54 | | | | Laundry (Supervision) | 0 | | | | | | | |
| 55 | | | | Laundry Total Support | 0 | | | | | | | |
| 58 | | | | Housekeeping (Independent) | 1 | ($5,408.68) | ($9,534.08) | ($1,283.28) | | ($5,408.68) | ($9,534.08) | ($1,283.28) |
| 60 | | | | Feeding (Assistance) | 0 | | | | | | | |
| 62 | | | | Natural Supports (11-21 hours/wk) | 0 | ($3,760.47) | ($6,350.86) | ($1,170.08) | | $0.00 | $0.00 | $0.00 |
| 63 | | | | Natural Supports (Over 22 hours/wk) | 0 | ($5,629.58) | ($7,740.73) | ($3,518.43) | | $0.00 | $0.00 | $0.00 |
| 64 | | | | Level of Support Needed (One-on-One) | 0 | $9,097.13 | $5,009.36 | $13,184.89 | | $0.00 | $0.00 | $0.00 |
| 66 | | | | One Time Durable Medical Equipment | | $3,356.33 | $601.10 | $6,111.56 | | $0.00 | $0.00 | $0.00 |
| 69 | | | | Living Situation | | | | | | | | |
| 71 | | Rate | Annual | Living Situation | | | | | | | | |
| 73 | | $53.39 | $19,487.35 | Certified Family Home | 0 | $8,881.87 | $6,011.07 | $11,752.67 | | $0.00 | $0.00 | $0.00 |
| 74 | ######## | $193.00 | | Supported Living Hourly | 0 | $18,571.96 | $15,015.99 | $22,127.93 | | $0.00 | $0.00 | $0.00 |
| 75 | | $225.32 | $82,241.80 | Supported Living High | 0 | $58,723.47 | $55,243.75 | $62,203.20 | | $0.00 | $0.00 | $0.00 |
| 76 | | $268.36 | $97,951.40 | Supported Living Intense | 0 | $71,923.89 | $66,691.11 | $77,156.66 | | $0.00 | $0.00 | $0.00 |
| 77 | | | | NA | 1 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 |
| 81 | | | | | | | | | Mid | Lower | Upper | |
| 82 | | | | Calculated Budget | | | | | #VALUE! | #VALUE! | #VALUE! |
| 83 | | | | | | | | | #VALUE! | #VALUE! | #VALUE! |
| 84 | | | | Calculated Budget 1 | | | | (zero set) | #VALUE! | #VALUE! | #VALUE! |
| 85 | | Previous Year | PYB | | | | | | | | | |
| 86 | | Annualized Budget | $0.00 | Calculated Budget 2 | | Percent Difference CB and PYB | | (% test) | #VALUE! | | Initial | 0 |
| 87 | | | | | | | | (min test) | #VALUE! | | PYB =$0 | 1 |
| 88 | | | | **Calculated Budget 3** | | | **#VALUE!** | (test 0) | | | LA=NA | |
| 89 | | | | | | | | CH | $0.00 | | | 2 |
| 90 | | | | | | | | SL-Hourly | $0.00 | | | |
| 91 | | | | | | | | SL-High | $0.00 | | | |
| 92 | | | | | | | | SL-Intense | $0.00 | | | |
| 94 | | | | **Calculated Budget 4 (Assigned Budget)** | | | **#VALUE!** | | | | | |



Idaho Medicaid Adult DD Individualized Budget Calculation

| | AC | AD | AE | AF | AG | AH | AI | AJ | AK | AL | AM |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Yes | No Service | Never | Independent | None | None | Need support part of t | Certified Family H | Average | Annual | |
| 2 | No | Monthly | Sometimes | Supervision | 1 day per week | Less th | Need support part of t | Supported Living | Border-Line | Initial | |
| 3 | | Weekly | Ususally | Assistance | 2-3 days per week | 11-21 f | Same room or near by | Supported Living | Mild | | |
| 4 | | Daily | Always | Total Support | 4-5 days per wee | Over 2 | One-on-One | Supported Living | Moderate | | |
| 5 | | | | | 6-7 days per week | | | NA | Severe | | |
| 6 | | | | | | | | | Profound | | |
| 7 | | | | | | | | | Not Applicable | | |
| 8 | | | | | | | | | Waiting on Evaluation Results | | |
| 9 | Self-Direction Model | | | | | | | | | | |
| 10 | | | Model | | | | Calculation | | | | |
| 11 | | Score | Model Coefficients | Lower Margin | Upper Margin | | Model Coefficients | Lower Margin | Upper Margin | | |
| 12 | Constant | | $40,186.67 | $29,373.92 | $50,999.42 | | $40,186.67 | $29,373.92 | $50,999.42 | | |
| 13 | Age | #VALUE! | ($92.91) | ($176.13) | ($9.68) | | #VALUE! | #VALUE! | #VALUE! | | |
| 14 | Waiver | 0 | $15,874.90 | $12,515.79 | $19,234.01 | | $0.00 | $0.00 | $0.00 | | |
| 15 | Self-Direction | 0 | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | GMI | | ($478.28) | ($533.73) | ($422.84) | | #VALUE! | #VALUE! | #VALUE! | | |
| 19 | | | | | | | | | | | |
| 20 | BI Age | | - | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 24 | Level of Intellectual Functioning | 0 | $6,087.97 | $1,478.71 | $10,697.23 | | $0.00 | $0.00 | $0.00 | | |
| 25 | | | | | | | | | | | |
| 27 | | | | | | | | | | | |
| 28 | Other Neurological Impairment(s) | 0 | ($8,095.00) | ($12,863.35) | ($3,326.64) | | $0.00 | $0.00 | $0.00 | | |
| 29 | | | | | | | | | | | |
| 30 | Co-occuring Mental Health Diagnosis | 0 | $6,137.99 | $3,640.88 | $8,635.09 | | $0.00 | $0.00 | $0.00 | | |
| 32 | | | | | | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | | | | | | | | |
| 35 | Epilepsy/Seizure Disorder | 0 | ($7,542.95) | ($13,015.58) | ($2,070.31) | | $0.00 | $0.00 | $0.00 | | |
| 36 | | | | | | | | | | | |
| 37 | Undetermined Developmental Disability | | | | | | | | | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |
| 40 | High Risk Behavior | 0 | $7,674.44 | $3,532.74 | $11,816.13 | | $0.00 | $0.00 | $0.00 | | |
| 41 | | | | | | | | | | | |
| 42 | Mental Health Diagnosis | 0 | | | | | | | | | |
| 43 | | | | | | | | | | | |
| 44 | Psychotropic Medications | 0 | $4,776.62 | $2,345.83 | $7,207.40 | | $0.00 | $0.00 | $0.00 | | |
| 46 | Seizures | 0 | | | | | | | | | |
| 47 | Nursing Services No Services Needed | 1 | ($22,110.73) | ($26,328.52) | ($17,892.93) | | ($22,110.73) | ($26,328.52) | ($17,892.93) | | |
| 48 | Nursing Services Monthly | 0 | | | | | | | | | |
| 49 | Nursing Services Daily | 0 | $30,556.29 | $2,632.68 | $58,479.90 | | $0.00 | $0.00 | $0.00 | | |
| 50 | Mobility, Never | 1 | ($2,852.44) | ($5,363.31) | ($341.58) | | ($2,852.44) | ($5,363.31) | ($341.58) | | |
| 51 | Toileting (Total Support) | 0 | $5,898.29 | $1,456.76 | $10,339.81 | | $0.00 | $0.00 | $0.00 | | |
| 52 | Toileting (Independent) | 1 | ($4,167.19) | ($6,698.09) | ($1,636.29) | | ($4,167.19) | ($6,698.09) | ($1,636.29) | | |
| 54 | Grooming (Independent) | 1 | ($4,573.16) | ($7,970.38) | ($1,175.94) | | ($4,573.16) | ($7,970.38) | ($1,175.94) | | |
| 55 | Laundry (Supervision) | 0 | $4,147.99 | $1,535.12 | $6,760.87 | | $0.00 | $0.00 | $0.00 | | |
| 56 | Laundry (Total Support) | 0 | ($4,201.01) | ($6,955.49) | ($1,446.53) | | $0.00 | $0.00 | $0.00 | | |
| 58 | Housekeeping (Independent) | 1 | | | | | | | | | |
| 60 | Feeding (Assistance) | 0 | ($5,714.72) | ($10,011.56) | ($1,417.89) | | $0.00 | $0.00 | $0.00 | | |
| 62 | Natural Supports (11-21 hours/wk) | 0 | ($6,168.75) | ($9,944.34) | ($2,393.15) | | $0.00 | $0.00 | $0.00 | | |
| 63 | Natural Supports (Over 22 hours/wk) | 0 | ($8,515.23) | ($11,292.03) | ($5,738.43) | | $0.00 | $0.00 | $0.00 | | |
| 64 | Level of Support Needed (One-on-One) | 0 | $27,888.85 | $17,248.26 | $38,529.44 | | $0.00 | $0.00 | $0.00 | | |
| 66 | One Time Durable Medical Equipment | 0 | $3,356.33 | $601.10 | $6,111.56 | | $0.00 | $0.00 | $0.00 | | |
| 67 | | | | | | | | | | | |
| 69 | Level of Support Needed (Part of Day) | 0 | $9,990.82 | $1,137.93 | $18,843.70 | | $0.00 | $0.00 | $0.00 | | |
| 70 | Level of Support Needed (Same Room) | 0 | $13,653.93 | $4,734.28 | $22,573.58 | | $0.00 | $0.00 | $0.00 | | |
| 71 | | | | | | | | | | | |
| 72 | Living Situation | | | | | | | | | | |
| 73 | Certified Family Home | | 0 | | | | | | | | |
| 74 | Supported Living Hourly | | 0 | | | | | | | | |
| 75 | Supported Living High | | 0 | | | | | | | | |
| 76 | Supported Living Intense | | 0 | | | | | | | | |
| 77 | NA | | 0 | | | | | | | | |
| 78 | | | | | | | | | | | |
| 79 | | | | | | | | | | | |
| 80 | | | | | | | Mid | Lower | Upper | | |
| 82 | | | Calculated Budget | | | | #VALUE! | #VALUE! | #VALUE! | | |
| 83 | | | | | (zero set | #VALUE! | #VALUE! | #VALUE! | | | |
| 84 | | | Calculated Budget 1 | | | | #VALUE! | | | | |
| 85 | | | | Percent Difference CB and PYB | (min test) | #VALUE! | | | | | |
| 86 | | | Calculated Budget 2 | | (% test) | #VALUE! | | | | | |
| 87 | | | **Calculated Budget 3** | | | **#VALUE!** | (test 0) | | | | |
| 90 | | | | SL-High | | $0.00 | | | | | |
| 91 | | | | SL-Inte | | $0.00 | | | | | |
| 93 | | | **Calculated Budget 4 (Assigned Budget)** | | | **#VALUE!** | | | | | |
| 99 | **Budegt per Regular or Self Directed** | | | | | | | | | | |
| 100 | **Calculated Assigned Budget** | | | | | | | | | | |
| 101 | **#VALUE!** | | | | | | | | | | |
| 103 | **#VALUE!** | | | | | | | | | | |



Exhibit 1-CD

Declaration of James Piotrowski

*K.W. v. Armstrong,* Case No. 1:12-cv-022-BLM
An Excel Spreadsheet Submitted to Clerk via CD



**Individualized Budget Calculation**
**Adults with Developmental Disabilities**

Version
6/26/2018

The following tool will work to allow you to calculate an individualized budget for adults with developmental disabilities.
Data entered below will only include those inventory items included in the budget for this model.

| | |
|---|---|
| Client Name: | Medicaid ID# : |
| Birth Date: | Inventory Completion Date: |
| | Plan Start Date: |

Plan: Annual

Age: 0.0

Waiver?

Notes :

Self Direction? No

General Maladaptive Index (input negative value)

Years    Months

Broad Independent Age

Fields that are to be inputted
Fields that are to be inputted

Level of Intellectual Functioning: Mild

**Disability Description**

Other Neurological Impairment(s): No

Co-occurring Mental Health Diagnosis: No

**Primary Disability**

Epilepsy/Seizure Disorder: No

Undetermined Developmental Disability: No

**Assess Selected Needs**

High Risk Behavior: No

Mental Health Diagnosis: No

Psychotropic Medications: No

Seizures in the past 6 months: No

Need for Nursing Services: No Services Needed

Typical Level of Mobility Requires Assistance: Never

Toileting:

Grooming:

Laundry:

Housekeeping:

Feeding:

Natural Supports: Over 22 hours per week

Level of Support Needed:

One Time Durable Medical Equipment: No

Living Situation: NA    **NOTICE: If CFH is chosen as the living situation, please complete fields highlighted in Red below.**

Previous Year Budget: ← Enter previous year's plan amount (all services included); Leave blank of no previous year budget.

Number of Months for Previous Year Budget: 12    ← If plan was for a period of time different than one year, enter number of months in previous plan. Budget will be annualized for calculation purposes.

Version
6/26/2018

**Individualized Budget Calculation**
**Adults with Developmental Disabilities**

Exhibit 2-PDF
Declaration of
Piotrowski

IDAHO DEPARTMENT OF
HEALTH & WELFARE
Division of Medicaid

Idaho Medicaid Adult DD Individualized Budget Calculation

Run Date: 11/17/2023

Client Name: 0                                                          Medicaid ID#: 0

Birth Date: 1/0/1900                                          Survey Completion Date: 1/0/1900

Plan Type:

Assigned Budget Amount:   **#VALUE!**

For Plan Date :
1/0/1900   -   12/29/1900

| | Affiliation Adjustment: | | |
|---|---|---|---|
| **A.** | **Enter amount of assigned budget here if under $25,388.95 :** | **New Budget** | **$22,388.95** |
| *or* | | | |
| **B.** | **Enter amount of assigned budget here if over $25,388.95 :** | 0 | **New Budget** | **FALSE** |

**Idaho Medicaid Adult DD Individualized Budget Calculation**

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | | | DD with Living Arrangement Model | | | | | | | | |
| 10 | | | | | | Model | | | | Calculation | | |
| 11 | | | | | Score | Model Coefficients | Lower Margin | Upper Margin | | Model Coefficients | Lower Margin | Upper Margin |
| 12 | | | | Constant | | $24,476.75 | $20,051.55 | $28,901.96 | | $24,476.75 | $20,051.55 | $28,901.96 |
| 13 | | | | Age | 0.0 | ($91.98) | ($147.31) | ($36.66) | | $0.00 | $0.00 | $0.00 |
| 14 | | | | Waiver | 0 | $5,931.14 | $2,947.02 | $8,915.26 | | $0.00 | $0.00 | $0.00 |
| 15 | | | | | | | | | | | | |
| 16 | | | | Plan | 0 | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | GMI | 0 | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | BI Age | . | ($494.85) | ($854.73) | ($134.97) | | #VALUE! | #VALUE! | #VALUE! |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | Level of Intellectual Functioning | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | |
| 28 | | | | Other Neurological Impairment(s) | | | | | | | | |
| 29 | | | | | | | | | | | | |
| 30 | | | | Co-occurring Mental Health Diagnosis | | | | | | | | |
| 31 | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | |
| 35 | | | | Epilepsy/Seizure Disorder | 0 | ($4,571.74) | ($8,424.32) | ($719.16) | | $0.00 | $0.00 | $0.00 |
| 36 | | | | | | | | | | | | |
| 37 | | | | Undetermined Developmental Disability | 0 | ($9,039.24) | ($13,891.78) | ($4,186.70) | | $0.00 | $0.00 | $0.00 |
| 38 | | | | | | | | | | | | |
| 39 | | | | | | | | | | | | |
| 40 | | | | High Risk Behavior | 0 | | | | | | | |
| 41 | | | | | | | | | | | | |
| 42 | | | | Mental Health Diagnosis | 0 | $3,521.13 | $2,055.83 | $4,986.43 | | $0.00 | $0.00 | $0.00 |
| 43 | | | | | | | | | | | | |
| 44 | | | | Psychotropic Medications | 0 | | | | | | | |
| 45 | | | | | | | | | | | | |
| 46 | | | | Seizures | 0 | $3,851.32 | $1,290.56 | $6,412.09 | | $0.00 | $0.00 | $0.00 |
| 47 | | | | Nursing Services No Services Needed | 1 | | | | | | | |
| 48 | | | | Nursing Services Monthly | 0 | | | | | | | |
| 49 | | | | Nursing Services Daily | 0 | | | | | | | |
| 50 | | | | Mobility, Never | 1 | | | | | | | |
| 51 | | | | | | | | | | | | |
| 52 | | | | Toileting (Independent) | 0 | ($1,897.86) | ($3,588.40) | ($207.31) | | $0.00 | $0.00 | $0.00 |
| 53 | | | | | | | | | | | | |
| 54 | | | | Grooming (Independent) | 0 | | | | | | | |
| 55 | | | | Laundry (Supervision) | 0 | | | | | | | |
| 56 | | | | Laundry Total Support | 0 | | | | | | | |
| 57 | | | | | | | | | | | | |
| 58 | | | | Housekeeping (Independent) | 0 | ($5,408.68) | ($9,534.08) | ($1,283.28) | | $0.00 | $0.00 | $0.00 |
| 59 | | | | | | | | | | | | |
| 60 | | | | Feeding (Assistance) | 0 | | | | | | | |
| 61 | | | | | | | | | | | | |
| 62 | | | | Natural Supports (11-21 hours/wk) | 0 | ($3,760.47) | ($6,350.86) | ($1,170.08) | | $0.00 | $0.00 | $0.00 |
| 63 | | | | Natural Supports (Over 22 hours/wk) | 1 | ($5,629.58) | ($7,740.73) | ($3,518.43) | | ($5,629.58) | ($7,740.73) | ($3,518.43) |
| 64 | | | | Level of Support Needed (One-on-One) | 0 | $9,097.13 | $5,009.36 | $13,184.89 | | $0.00 | $0.00 | $0.00 |
| 65 | | | | | | | | | | | | |
| 66 | | | | One Time Durable Medical Equipment | 0 | $3,356.33 | $601.10 | $6,111.56 | | $0.00 | $0.00 | $0.00 |
| 67 | | | | | | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | | | | Living Situation | | | | | | | | |
| 70 | | | | | | | | | | | | |
| 71 | | | | | | | | | | | | |
| 72 | | Rate | Annual | Living Situation | | | | | | | | |
| 73 | | $53.39 | $19,487.35 | Certified Family Home | 0 | $8,881.87 | $6,011.07 | $11,752.67 | | $0.00 | $0.00 | $0.00 |
| 74 | | Grp = $2.71/u Ind = $5.31/u | $7,300.81 | Supported Living Hourly* | 0 | $18,571.96 | $15,015.99 | $22,127.93 | | $0.00 | $0.00 | $0.00 |
| 75 | | | $102,570.40 | Supported Living High (includes PD $ and SC $) | 0 | $58,723.47 | $55,243.75 | $62,203.20 | | $0.00 | $0.00 | $0.00 |
| 76 | | | $187,513.20 | Supported Living Intense (includes PD $ and SC $) | 0 | $71,923.89 | $66,691.11 | $77,156.66 | | $0.00 | $0.00 | $0.00 |
| 77 | | | | NA | 1 | $0.00 | $0.00 | $0.00 | | | | |
| 78 | | | | | | | | | | | | |
| 79 | | | | Additional Dollars for SL High and SL Intense | | | | | | | | |
| 80 | | | $290.16 | Plan Development | | | | | | | | |
| 81 | | | $1,160.64 | Service Coordination | | | | | | | | |
| 82 | | | | | | Calculated Budget | | | | Mid | Lower | Upper |
| 83 | | | | | | | | | | #VALUE! | #VALUE! | #VALUE! |
| 84 | | | PYB | | | Calculated Budget 1 | | | (min test) | #VALUE! | #VALUE! | #VALUE! |
| 85 | | Previous Year Annualized Budget | $0.00 | | | | Percent Difference CB and PYB | | | #VALUE! | | |
| 86 | | | | | | Calculated Budget 2 | | | (% test) | #VALUE! | | Initial |
| 87 | | | | | | | | | | | | PYB =$0 |
| 88 | | | | | | Calculated Budget 3 | | | (test 0) | #VALUE! | | LA=NA |
| 89 | | | | | | | | | CFH | $0.00 | | |
| 90 | | | | | | | | | SL-Hourly | $0.00 | | |
| 91 | | | | | | | | | SL-High | $0.00 | | |
| 92 | | | | | | | | | SL-Intense | $0.00 | | |
| 93 | | | | | | Calculated Budget 4 (Assigned Budget) | | | | #VALUE! | | |
| 94 | | | | | | | | | | | | |
| 95 | | *Supported Living Hourly | | | | | | | | | | |



IDAHO DEPARTMENT OF
HEALTH & WELFARE
Division of Medicaid

**Idaho Medicaid Adult DD Individualized Budget Calculation**

| | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|
| 9 | **Self-Direction Model** | | | | | | | | |
| 10 | | | **Model** | | | | **Calculation** | | |
| 11 | | Score | Model Coefficients | Lower Margin | Upper Margin | | Model Coefficients | Lower Margin | Upper Margin |
| 12 | Constant | | $40,186.67 | $29,373.92 | $50,999.42 | | $40,186.67 | $29,373.92 | $50,999.42 |
| 13 | Age | 0.0 | ($92.91) | ($176.13) | ($9.68) | | $0.00 | $0.00 | $0.00 |
| 14 | Waiver | 0 | $15,874.90 | $12,515.79 | $19,234.01 | | $0.00 | $0.00 | $0.00 |
| 15 | Self-Direction | 0 | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | GMI | 0 | ($478.28) | ($533.73) | ($422.84) | | $0.00 | $0.00 | $0.00 |
| 19 | | | | | | | | | |
| 20 | BI Age | . | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | Level of Intellectual Functioning | 0 | $6,087.97 | $1,478.71 | $10,697.23 | | $0.00 | $0.00 | $0.00 |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | Other Neurological Impairment(s) | 0 | ($8,095.00) | ($12,863.35) | ($3,326.64) | | $0.00 | $0.00 | $0.00 |
| 29 | | | | | | | | | |
| 30 | Co-occurring Mental Health Diagnosis | 0 | $6,137.99 | $3,640.88 | $8,635.09 | | $0.00 | $0.00 | $0.00 |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | Epilepsy/Seizure Disorder | 0 | ($7,542.95) | ($13,015.58) | ($2,070.31) | | $0.00 | $0.00 | $0.00 |
| 36 | | | | | | | | | |
| 37 | Undetermined Developmental Disability | 0 | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | High Risk Behavior | 0 | $7,674.44 | $3,532.74 | $11,816.13 | | $0.00 | $0.00 | $0.00 |
| 41 | | | | | | | | | |
| 42 | Mental Health Diagnosis | 0 | | | | | | | |
| 43 | | | | | | | | | |
| 44 | Psychotropic Medications | 0 | $4,776.62 | $2,345.83 | $7,207.40 | | $0.00 | $0.00 | $0.00 |
| 45 | | | | | | | | | |
| 46 | Seizures | 0 | | | | | | | |
| 47 | Nursing Services No Services Needed | 1 | ($22,110.73) | ($26,328.52) | ($17,892.93) | | ($22,110.73) | ($26,328.52) | ($17,892.93) |
| 48 | Nursing Services Monthly | 0 | | | | | | | |
| 49 | Nursing Services Daily | 0 | $30,556.29 | $2,632.68 | $58,479.90 | | $0.00 | $0.00 | $0.00 |
| 50 | Mobility, Never | 1 | ($2,852.44) | ($5,363.31) | ($341.58) | | ($2,852.44) | ($5,363.31) | ($341.58) |
| 51 | Toileting (Total Support) | 0 | $5,898.29 | $1,456.76 | $10,339.81 | | $0.00 | $0.00 | $0.00 |
| 52 | Toileting (Independent) | 0 | ($4,167.19) | ($6,698.09) | ($1,636.29) | | $0.00 | $0.00 | $0.00 |
| 53 | | | | | | | | | |
| 54 | Grooming (Independent) | 0 | ($4,573.16) | ($7,970.38) | ($1,175.94) | | $0.00 | $0.00 | $0.00 |
| 55 | Laundry (Supervision) | 0 | $4,147.99 | $1,535.12 | $6,760.87 | | $0.00 | $0.00 | $0.00 |
| 56 | Laundry (Total Support) | 0 | ($4,201.01) | ($6,955.49) | ($1,446.53) | | $0.00 | $0.00 | $0.00 |
| 57 | | | | | | | | | |
| 58 | Housekeeping (Independent) | 0 | | | | | | | |
| 59 | | | | | | | | | |
| 60 | Feeding (Assistance) | 0 | ($5,714.72) | ($10,011.56) | ($1,417.89) | | $0.00 | $0.00 | $0.00 |
| 61 | | | | | | | | | |
| 62 | Natural Supports (11-21 hours/wk) | 0 | ($6,168.75) | ($9,944.34) | ($2,393.15) | | $0.00 | $0.00 | $0.00 |
| 63 | Natural Supports (Over 22 hours/wk) | 1 | ($8,515.23) | ($11,292.03) | ($5,738.43) | | ($8,515.23) | ($11,292.03) | ($5,738.43) |
| 64 | Level of Support Needed (One-on-One) | 0 | $27,888.85 | $17,248.26 | $38,529.44 | | $0.00 | $0.00 | $0.00 |
| 65 | | | | | | | | | |
| 66 | One Time Durable Medical Equipment | 0 | $3,356.33 | $601.10 | $6,111.56 | | $0.00 | $0.00 | $0.00 |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | Level of Support Needed (Part of Day) | 0 | $9,990.82 | $1,137.93 | $18,843.70 | | $0.00 | $0.00 | $0.00 |
| 70 | Level of Support Needed (Same Room) | 0 | $13,653.93 | $4,734.28 | $22,573.58 | | $0.00 | $0.00 | $0.00 |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | **Mid** | **Lower** | **Upper** |
| 82 | | | Calculated Budget | | | | $6,708.27 | ($13,609.94) | $27,026.48 |
| 83 | | | | | | (zero set) | $6,708.27 | $0.00 | $27,026.48 |
| 84 | | | Calculated Budget 1 | | | (min test) | $6,708.27 | | |
| 85 | | | | | Percent Difference CB and PYB | | #DIV/0! | | |
| 86 | | | Calculated Budget 2 | | | (% test) | #DIV/0! | | |
| 87 | | | | | | | | (test 0) | |
| 88 | | | **Calculated Budget 3** | | | | **$6,708.27** | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |
| 91 | | | | | | | | | |
| 92 | | | | | | | | | |
| 93 | | | **Calculated Budget 4 (Assigned Budget)** | | | | **$6,708.27** | | |
| 94 | | | | | | | | | |
| 95 | | | | | | | | | |
| 96 | | | | | | | | | |



Idaho Medicaid Adult DD Individualized Budget Calculation

| | AD | AE | AF | AG | AH | AI | AJ | AK | AL |
|---|---|---|---|---|---|---|---|---|---|
| 97 | | | | | | | | | |
| 98 | | | | | | | | | |
| 99 | Budget per Regular or Self Directed | | | | | | | | |
| 100 | Calculated Assigned Budget | | | | | | | | |
| 101 | #VALUE! | | | | | | | | |
| 102 | | | | | | | | | |
| 103 | #VALUE! | | | | | | | | |
| 104 | | | | | | | | | |

Exhibit 2-CD

Declaration of James Piotrowski

*K.W. v. Armstrong,* Case No. 1:12-cv-022-BLM
An Excel Spreadhseet Submitted to Clerk via CD

**Subject:** Meet and Confer
**From:** Alan Foutz <Alan.Foutz@ag.idaho.gov>
**Date:** 5/17/23, 10:31
**To:** Ritchie Eppink <REppink@acluidaho.org>, James Rankin
<James.Rankin@ag.idaho.gov>, Marty Durand <Marty@idunionlaw.com>, "Dina
Flores-Brewer (dfloresbrewer@acluidaho.org)" <DFloresBrewer@acluidaho.org>,
External - Daniel Brown <dlbrown@sheppardmullin.com>, Katherine Anne Boy Skipsey
<KBoySkipsey@sheppardmullin.com>
**CC:** Kimberli Stretch <kimberli.stretch@dhw.idaho.gov>, Lincoln Wilson
<Lincoln.Wilson@ag.idaho.gov>, "Spaulding, Sarah"
<Sarah.Spaulding@dhw.idaho.gov>

---

**This Message Is From an External Sender**
This message came from outside your organization.

All:  The Department is still gathering and synthesizing information relative to your most recent request.  I anticipate that we should have thorough responses to a couple of your requests by Friday, so I am proposing that our meet and confer time would be more effectively and efficiently used if we could postpone until Friday afternoon at 3:00 p.m.  In the meantime, we have the array of Notices that Liberty Healthcare is currently using, as well as a copy of the most recent Budget Tool spreadsheet, attached.

Please let me know if Friday afternoon is OK for our meet and confer.



**Alan W. Foutz | Deputy Attorney General**
Civil Litigation and Constitutional Defense
Office of the Attorney General | State of Idaho
O: (208) 334-4520 | W: ag.idaho.gov

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.

Attachments:

| | |
|---|---|
| DD Adult Notices.zip | 3.0 MB |
| Copy of Adult - Budget Tool - 2018.06.26.xlsx | 189 KB |

Exhibit 3
Declaration
of
Piotrowski

Revised 07/03/2023



# IDAHO DEPARTMENT OF HEALTH & WELFARE

**Adult Developmental Disability – Idaho Medicaid**

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| **ADULT DD WAIVER** | | | | |
| A0080 | | Non-Medical Transportation<br>Provided by an Agency<br>Provided by an Individual | 1 Mile | $.44<br>$.10 |
| A0080 | 76 | Non-Medical Transportation<br>Commercial Provider (1st mile of 1st trip)<br>Commercial Provider (subsequent miles) | 1 Mile | $4.20<br>$1.17 |
| A0110 | | Non-Medical Transportation (Commercial Bus Pass) | 1 Pass | Manual Price |
| E1399 | | Specialized Medical Equipment (75% of manufacturer's suggested retail price) | | Manual Price |
| H2015 | | Individual Supported Living | 15 Mins | $7.88 |
| H2015 | HQ | Group Supported Living | 15 Mins | $4.02 |
| H2016 | | Daily Supported Living Services-Intense Support *School Based, School Days* | 1 Day | $598.88 |
| H2016 | | Daily Supported Living Services-Intense Support | 1 Day | $756.48 |
| H2016 | | Daily Supported Living Services-High Support *School Based, School Days* | 1 Day | $325.28 |
| H2022 | | Daily Supported Living Services-High Support | 1 Day | $410.88 |
| H2019 | | Behavioral Consultation by a QIDP/Clinician | 15 Mins | $6.42 |
| H2019 | | Behavioral Consultation by a Psychiatrist | 15 Mins | $10.02 |
| H2019 | HM | Behavioral Consultation Emergency Intervention Technician | 15 Mins | $2.90 |
| H2023 | | Supported Employment | 15 Mins | $11.92 |
| S5100 | | Adult Day Health | 15 Mins | $2.79 |
| S5121 | | Chore Services (Skilled) | | Manual Price |
| S5140 | | Residential Habilitation-CFH | 1 Day | $69.41 |
| S5160 | | Personal Emergency Response System -Landline Install and First Month's Rent | 1 Time *Only* | $67.13 |
| S5161 | | Personal Emergency Response System -Landline Monthly Rent | 1 Month | $39.92 |

Exhibit 4
Declaration of
Piotrowski

Revised 07/03/2023

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| S5165 | | Environmental Accessibility Adaptations | | Manual Price |
| S5170 | | Home Delivered Meals | 1 Meal | $7.06 |
| S9125 | | Respite Care Daily | 1 Day | $53.39 |
| T1000 | | Skilled Nursing Services-Independent RN | 15 Mins | $15.29 |
| T1000 | TE | Skilled Nursing Services-Agency LPN | 15 Mins | $14.62 |
| T1000 | TD | Skilled Nursing Services-Agency RN | 15 Mins | $20.38 |
| T1001 | | Nursing Oversight Services-LPN | 1 Visit | $54.00 |
| T1001 | TD | Nursing Oversight Services-Agency RN | 1 Visit | $101.90 |
| T1001 | TD | Nursing Oversight Services-Independent RN | 1 Visit | $76.43 |
| T1005 | | Respite Care | 15 Mins | $2.12 |
| T2038 | | Transition Services | | Goods and services; not to exceed $2,000 |

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| | | **ADULT DD STATE PLAN HCBS** | | |
| 97537 | | Home/Community Individual and/or Group Developmental Therapy for Adults | 15 Mins | $6.26 |
| H2000 | | Developmental Therapy Evaluation | 15 Mins | $16.95 |
| H2011 | | Community Crisis Supports | 15 Mins | $11.35 |
| H2032 | | Center Based Individual and/or Group Developmental Therapy for Adults | 15 Mins | $4.17 |

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| | | **DD SERVICE COORDINATION** | | |
| G9002 | | DD Service Coordination | 15 Mins | $21.84 |
| G9002 | HM | DD Service Coordination (Paraprofessional) | 15 Mins | $14.02 |
| G9007 | | DD Plan Development | 15 Mins | $21.84 |
| H2011 | | DD Crisis Assistance | 15 Mins | $21.84 |
| H2011 | HM | DD Crisis Assistance (Paraprofessional) | 15 Mins | $14.02 |

Revised 07/03/2023

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| OTHER SERVICES | | | | |
| T1013 | | Interpretive Services-oral | 15 Mins | $3.04 |
| T1013 | CG | Interpretive Services-sign language | 15 Mins | $12.50 |

Coverage and criteria information is communicated in the Provider Handbook, MedicAide Newsletters and Information Releases at IDMedicaid.com.

For questions related to billing and claims, please contact the appropriate resource:

- **Fee-For-Service Medicaid Participants:**
  - Gainwell Technologies – (866) 686-4272

Questions about pricing should be directed to the Office of Reimbursement, Idaho Division of Medicaid, at (208) 287-1180 or email MedicaidReimTeam@dhw.idaho.gov

Requests for a reimbursement rate review should be directed to the Provider Rate Review team at MedicaidRateReview@dhw.idaho.gov

Thank you for your continued participation in the Idaho Medicaid Program.

Revised 06/27/2018



# IDAHO DEPARTMENT OF HEALTH & WELFARE

**Adult Developmental Disability – Idaho Medicaid**

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| | | **ADULT DD WAIVER** | | |
| **A0080** | | Non-Medical Transportation<br>Provided by an Agency<br>Provided by an Individual | <br>1 Mile<br>1 Mile | <br>$.44<br>$.10 |
| **E1399** | | Specialized Medical Equipment (75% of manufacturer's suggested retail price) | | Manual Price |
| **H2015** | | Individual Supported Living | 15 Mins | $5.31 |
| **H2015** | HQ | Group Supported Living | 15 Mins | $2.71 |
| **H2016** | | Daily Supported Living Services-Intense Support *School Based, School Days* | 1 Day | $403.56 |
| **H2016** | | Daily Supported Living Services-Intense Support | 1 Day | $509.76 |
| **H2016** | | Daily Supported Living Services-High Support *School Based, School Days* | 1 Day | $219.33 |
| **H2022** | | Daily Supported Living Services-High Support | 1 Day | $277.04 |
| **H2019** | | Behavioral Consultation by a QIDP/Clinician | 15 Mins | $6.42 |
| **H2019** | | Behavioral Consultation by a Psychiatrist | 15 Mins | $10.02 |
| **H2019** | HM | Behavioral Consultation Emergency Intervention Technician | 15 Mins | $2.90 |
| **H2023** | | Supported Employment | 15 Mins | $5.25 |
| **S5100** | | Adult Day Health | 15 Mins | $1.50 |
| **S5121** | | Chore Services (Skilled) | | Manual Price |
| **S5140** | | Residential Habilitation-CFH | 1 Day | $53.39 |
| **S5160** | | Personal Emergency Response System -Landline Install and First Month's Rent | 1 Time *Only* | $56.89 |
| **S5161** | | Personal Emergency Response System -Landline Monthly Rent | 1 Month | $33.83 |
| **S5165** | | Environmental Accessibility Adaptations | | Manual Price |
| **S5170** | | Home Delivered Meals | 1 Meal | $5.23 |

Exhibit 5 Declaration of Piotrowski

Revised 06/27/2018

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| S9125 | | Respite Care Daily | 1 Day | $53.39 |
| T1000 | | Skilled Nursing Services-Independent RN | 15 Mins | $6.12 |
| T1000 | TE | Skilled Nursing Services-Agency LPN | 15 Mins | $5.20 |
| T1000 | TD | Skilled Nursing Services-Agency RN | 15 Mins | $7.65 |
| T1001 | | Nursing Oversight Services-LPN | 1 Visit | $35.59 |
| T1001 | TD | Nursing Oversight Services-Agency RN | 1 Visit | $44.49 |
| T1001 | TD | Nursing Oversight Services-Independent RN | 1 Visit | $35.59 |
| T1005 | | Respite Care | 15 Mins | $2.12 |

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| **ADULT DD STATE PLAN HCBS** | | | | |
| 97537 | | Home/Community Individual and/or Group Developmental Therapy for Adults | 15 Mins | $3.34 |
| H2000 | | Developmental Therapy Evaluation | 15 Mins | $4.53 |
| H2011 | | Community Crisis Supports | 15 Mins | $11.35 |
| H2032 | | Center Based Individual and/or Group Developmental Therapy for Adults | 15 Mins | $3.02 |

| Procedure Code | Modifier | Description | 1 Unit Equiv. | Allowed Amount |
|---|---|---|---|---|
| **OTHER SERVICES** | | | | |
| T1013 | | Interpretive Services-oral | 15 Mins | $3.04 |
| T1013 | CG | Interpretive Services-sign language | 15 Mins | $12.50 |

If you have any questions regarding these rates please contact the Office of Reimbursement, Idaho Division of Medicaid, at (208) 287-1150.

Thank you for your continued participation in the Idaho Medicaid Program.



# STATE OF IDAHO

### OFFICE OF THE ATTORNEY GENERAL

## RAÚL R. LABRADOR

October 20, 2023

Ritchie Eppink (via email)
James Piotrowski (via email)
Marty Durand (via email)
Dina Flores-Brewer (via email)
Daniel Brown (via email)
Katherine Anne Boy Skipsey (via email)

*Attorneys for Plaintiffs*

Re:    September 20, 2023 monitoring requests

Dear counsel:

The Idaho Department of Health and Welfare ("Department") received through counsel a series of monitoring requests from Plaintiffs. The Department offers the following responses to the questions and request for documents.

### QUESTIONS
**Question 1**
1. Please provide the number of individuals who currently receive Idaho Medicaid DD services;

**Response to Question 1**
The Department has 6,691 participants in Medicaid DD services.

**Question 2**
2. Please provide the number of individuals who are receiving such services via state plan DD services, the number utilizing the traditional HCBS DD waiver, and the number utilizing the self-directed services program;

**Response to Question 2**
The Department has 686 individuals who participate through the State Plan, 4,009 individuals who participate through traditional DD Waiver services, and 1,996 individuals who participate through consumer-directed DD Waiver services (a/k/a self-direction).

Exhibit 10
Declaration of
Piotrowski

R. Eppink, et al.
October 20, 2023
Page 2

**Question 3**

    3.  Of the people currently receiving Idaho Medicaid DD Services, please state the number that first enrolled in DD services subsequent to July 1, 2011;

**Response to Question 3**

Of the 6,691 participants, 2,687 individuals first enrolled in DD services after July 1, 2011.

**Question 4**

    4.  Please provide the number of individuals who have submitted a request for review (including by submitting appeal notices, seeking exception review, or by other means such as verbally or by other informal methods) based on the need to meet health and safety needs not adequately addressed by a calculated or injunction budget, in the last 24 months;

**Response to Question 4**

The Department has identified 584 persons who made a request based on a health or safety need.

**Question 5**

    5.  Please indicate how many of those who sought review of health and safety needs received authorization to increase their budget or to spend beyond their calculated or injunction budget;

**Response to Question 5**

The Department authorized increases to budgets in 578 cases.

**Question 6**

    6.  Please provide the number of individuals utilizing DD services who have been sent, in the last 24 months, a notice informing them that they face potential eligibility denials in the future and should prepare a transition plan;

**Response to Question 6**

Since the third quarter of 2021, 5,714 individuals have received a notice that the individual may no longer qualify for services when eligibility is re-determined.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

R. Eppink, et al.
October 20, 2023
Page 3

**Question 7**

    7.  Please provide the most recent reimbursement rates for all services provided under the DD services program.

**Response to Question 7**

The current rate schedule for adult developmental disability services is included in the documents provided with this response and stamped KW_monitoring_0044428–0044430. A copy may also be accessed here:
https://publicdocuments.dhw.idaho.gov/WebLink/DocView.aspx?id=25871&dbid=0&repo=PUBLIC-DOCUMENTS

Other rate schedules applicable to Home and Community Based Services or to Long Term Services and Supports are available here:
https://publicdocuments.dhw.idaho.gov/WebLink/browse.aspx?id=25868&dbid=0&repo=PUBLIC-DOCUMENTS

**REQUEST FOR DOCUMENTS**

**Request**

In addition please provide copies of all notices or letters IDHW or Liberty use to inform individuals that they are considered "borderline" for eligibility or might face eligibility denials the following year.

**Response to Request**

Please see the 19 notices provided with this response, stamped KW_monitoring_0044290–0044427. These notices inform individuals that they may no longer qualify for services when eligibility is re-determined.

The documents may be accessed by the following link: 🗀 KW - Productions

**ADDITIONAL INFORMATION**

In reviewing email correspondence, we also discovered that Plaintiffs had requested a copy of the contract extension with Liberty Healthcare. That document was inadvertently not provided to you when requested; the Department attaches a copy of it to this response, stamped KW_monitoring_0044261–0044289.

                                      Sincerely,

                                        /s/ James E. M. Craig

                                        JAMES E. M. CRAIG
                                        Acting Chief, Civil Litigation
                                        and Constitutional Defense

                                        *Attorney for Defendants*