Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 742-6789 ext. 3

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho 83701
(208) 331-9200
(208) 331-9201 (fax)

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY 10112
(212) 634-3095
*Admitted pro hac vice*

***Attorneys for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

K.W., by his next friend D.W, *et al.*,

Plaintiffs,

vs.

RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*

Defendants.

Case No. 1:12-cv-00022-BLW (lead case)

**DECLARATION OF GRISELDA CAMACHO**

I, Griselda Camacho, declare under penalty of perjury as follows:

1. I am an adult and competent in all respects to make this declaration. The following statements are based on my personal knowledge or, to the extent that they are statements of opinion are based on my personal review of materials related to this case and on my learning, experience and study in the field of developmental and intellectual disabilities and language access. If I were called to testify, I could and would testify to each of the statements contained herein.

2. I have worked extensively with people with developmental and intellectual disabilities in Idaho and their families, guardians, advocates, and service coordinator and support brokers in the Idaho Medicaid program. My special focus has been on those people with developmental and intellectual disabilities, including members of the Plaintiff class in this case, who speak Spanish. I have a degree in social work from the Universidad Autonoma de Sinaloa, which I attained in 1984. In 1992, I became the first community liaison for a public school to serve the Latino community in accessing services and resources to keep students healthy and in school.

3. From 2000 to 2006 I was employed as office manager and then program coordinator with a farmworkers' organization.

4. In 2007 I moved to Idaho and immediately started working as a teacher aide. During this year I first met with a parent that was struggling with understanding what to do with a package that she received from the DHW. This parent was applying for services for an adult with an intellectual disability. While assisting the family I met with the owner of Adaptive Care Services, LLC who invited me to work for her.

5. In 2008, I joined Adaptive Care Services, LLC, where I was trained as a Targeted Service Coordinator (TSC) to help people develop plans for and navigate the Idaho Medicaid developmental disabilities services (DD Services) program that is the subject of this lawsuit. In

my role as TSC, I learned that I needed to spend more time with Latino families so that they could begin to understand the nature of developmental disabilities, the DD Services program, and how to get and maintain service through that program. To cross the barriers of language and culture requires more time.

6. From about 2008 to about 2013, in addition to working as a TSC, I also provided language interpretation for the Idaho Center for Disability Evaluation, which during that time was the entity that conducted SIB-R and Inventory of Individual Needs assessments of those who are now class members in this case. In that role, I became familiar with the Idaho Department of Health and Welfare's assessment tools, so that I could explain them to Spanish-speaking families.

7. In 2013, based on my experiences with Spanish-speaking families with members who have developmental or intellectual disabilities, I co-founded Las Señoras, a group to provide a supportive community for Spanish-speaking families facing the challenges of developmental disability.

8. From 2015–2020, through my business Apprendio Together, LLC, I held a contract with the Idaho Council on Developmental Disabilities as a "community connector," working to continue building capacity of Latino families to face the challenge of developmental disabilities. During that time, I spearheaded two Las Señoras conferences in 2017 and 2019.

9. In 2020 I co-founded Juntos Creando Cambios, a project of the Fund for Idaho. Through that project, I carry a caseload of 40 families per year assisting them to understand, access, and maintain developmental disabilities services through Idaho's DD Services Medicaid program. Through that project I am also studying and advocating about the many ways that language access hampers Latino families when they seek to understand, access, and maintain those services.

10. In 2021, I was certified as a Support Broker with the Idaho Department of Health and Welfare.

11. I coordinated another Las Señoras conference in 2022, which drew together 225 people from families facing developmental disabilities, including families from the Magic Valley, Idaho Falls, and many Treasure Valley locations. In 2023, Las Señoras incorporated and received IRS recognition as a tax-exempt nonprofit organization.

12. Most of the families Las Señoras works with possess limited English proficiency and rely on Spanish to be able to understand the service system, the bureaucracy, and the paperwork requirements. There are few bi-lingual people within Idaho's developmental disability system and most of the process is conducted in English. Families seek us out because they do not understand what to do. Through my work, I have earned the trust of the community and Las Señoras's work is based, in part, my long commitment to the community. The Idaho Department of Health and Welfare does not provide navigator services for the developmental disability system. To my knowledge, Las Señoras is the only such service in the state for families using Spanish as their primary language and our work is mostly volunteer with a very limited budget of charitable contributions.

13. Every two years, Las Señoras hosts a conference for families that use Spanish as their primary language, with all the families having a family member with developmental disabilities. The conferences allow the whole community to convene, learn from each other, and feel the support of the community.

14. Las Señoras also offers direct assistance to families seeking to understand or maintain developmental disability services in Idaho. For instance: utilizing some support from our sponsors, Las Señoras provided direct care assistance to 68 families in 2022. About half of those

families were seeking help, education, or direct assistance to access Medicaid and other services involving their family member with developmental disabilities. The other half were either in transition to Medicaid adult DD Services or the family has an adult child with developmental disabilities currently receiving services. Some transition to adult services-oriented cases will require two or three years of deliberate, step-by-step engagement with families during every step of the transition process.

15. In my work with the community for the last decade I have a first-hand view of the many language access obstacles and barriers that exist for the families we work with. The attached map is a road map to DD Services, and it demonstrates how pervasive language barriers are within the system. Here are a few examples:

(a) The way all individuals must enter the developmental disability Medicaid system in Idaho is through a medical diagnosis. There are extremely few medical clinics willing to provide up-front information about the testing, expectations of the parents throughout the testing, and then actually test in a language other than English. I have evidence of an individual misdiagnosed because the person with developmental disabilities was the one called upon to provide oral interpretation for his parents throughout the testing process. This error resulted in the individual not qualifying for the services until Las Señoras intervened and pointed out the lack of language access in the testing process.

(b) Key education sessions needed to achieve certification as a Certified Family Home (CFH) for DD Services are not readily available in Spanish. Some of the families Las Señoras works with in the Treasure Valley drive to Twin Falls to take the required CFH certification courses. Certified Family Home is a model of the

delivery of developmental disability services that is culturally appropriate for the Latino community.

(c) Due to educational requirements, there are extremely few bi-lingual TSCs in Idaho. The TSC/Plan Developer is the primary person that assists the adult with accessing the Idaho DD Services system. The TSC is also the advocate for the individual and the person who educates the family about the service system. Without language access, this critical component is lost and families do not understand what services their family member is receiving or what they are due. I often fill in as an interpreter or meet with the family independent of the TSC to ensure the family understands their service options. Overall, the inability for adults to access a TSC leads to large gaps in the service provision within the Spanish-speaking community.

16. These three examples of crucial language access gaps in the Idaho Developmental Disability system are only three among many. Las Señoras and I urge the Court to ensure remedies in the *K.W.* lawsuit incorporate language access as an element.

EXECUTED ON November 16, 2023.

/s/ Griselda Camacho
Griselda Camacho


  


DATED: November 17, 2023

/s/ Richard Eppink

Richard Eppink

DECLARATION OF GRISELDA CAMACHO – 7

Juntos Creando Cambios
TASK FORCE
Pathway To DD Services
Before "START" Assumptions:
1. Your child qualifies for Enhanced Medicaid
2. Your child has a valid social security number or permanent ID
3. Your child has a DD diagnosis prior to age 22yrs
START
12 mos before 18yr Psych needs to do IQ Test
ROADBLOCK
Psych takes Medicaid
psych needs to speak Spanish or have an interp.
Results will be in English
Complete DD App.
6 mos before 18yrs
CFH Route
ROADBLOCK
App is in English
Must scan and email to DDBureau
Instructions in English
Liberty Healthcare Assessment
ROADBLOCK
If no/APS speaks Spanish - Lang-Line is used
Paperwork may be in Spanish
Parents must understand the process and ?'s
CFH Process
Assistance with Meds Class
ROADBLOCK
Hard to find class in Spanish
Most registration for classes are in English
$$
Home Inspections $1000
ROADBLOCK
Instructions of what needs to be done in English
Results in English
CFH Class
Taught by Dept.
ROADBLOCK
Offered in Spanish only in some Regions
Costs $250
Must develop Policies
Must read IDAPA
DD Services Approval
ROADBLOCK
Paperwork in English
Must find a TSC or Support Broker who speaks Spanish
CFH Cert.
Traditional Services
Self Directed Services
Family must understand what services avail.
Service providers need to offer Spanish interp.
ROADBLOCK
PCP Planning Meeting