Richard Eppink
reppink@acluidaho.org
Idaho State Bar no. 7503
Dina Flores-Brewer
DfloresBrewer@acluidaho.org
Idaho State Bar no. 6141
**AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho  83701
(208) 742-6789 ext. 3

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER
& HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, NY  10112
(212) 634-3095
*Admitted pro hac vice*

James M. Piotrowski
Marty Durand
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho  83701
(208) 331-9200
(208) 331-9201 (fax)

***Attorneys for Plaintiffs***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*, <br><br> Plaintiffs, <br><br><br> RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.* <br><br> Defendants. | Case No. 1:12-cv-00022-BLW (lead case) <br><br> **DECLARATION OF CHRISTINE PISANI** |

I, Christine Pisani, declare under penalty of perjury as follows:

1. I am an adult and competent in all respects to make this declaration. The following statements are based on my personal knowledge or, to the extent that they are statements of opinion are based on my personal review of materials related to this case and on my learning, experience, and study in the field of developmental and intellectual disabilities. If I were called to testify, I could and would testify to each of the statements contained herein.

2. I have worked extensively with people with developmental and intellectual disabilities in Idaho and their families, guardians, advocates, and service coordinator and support brokers in the Idaho Medicaid program. I am the Executive Director of the Idaho Council on Developmental Disabilities (ICDD) and have held that position since 2013. The Idaho Council on Developmental Disabilities is a 23-member, Governor-appointed, statewide volunteer board whose members include people with intellectual and developmental disabilities (I/DD), family members, service providers, state agency representatives, and representatives of Idaho's Protection and Advocacy System, DisAbility Rights Idaho, and the Center for Disabilities and Human Development at the University of Idaho. The majority of ICDD's members are people with I/DD and family members of adults and children with I/DD. The Council has six full-time staff.

3. There are 56 councils on developmental disabilities (DD Councils) across the United States and U.S. territories, first established in 1963 and authorized by federal law through the Developmental Disabilities Assistance and Bill of Rights Act (DD Act, P.L. 106-402). The Idaho Council on Developmental Disabilities was established in 1978 through the Idaho Council on Developmental Disabilities Act (Idaho Code Title 67, Chapter 67).

4. The Idaho Council on Developmental Disabilities has been serving children and adults with I/DD and their families for the past 45 years as a leader in developing innovative best

practice. The role of state councils is to address the most pressing needs of the developmental disability community, engage in innovative demonstrations of best practice within service systems, monitor and promote best practice in service systems and policies, and advocate for improved services that enable adults and children with I/DD to live meaningful lives where they are included in typical life activities in their home communities.

5. My work at the Council started in 1996 as a Program Specialist and I have led, advocated for, or coordinated several initiatives centered on people with I/DD and their families to serve as the experts they are via their lived experience to those responsible for policy and service system decision-making.  These initiatives include: collaborations with the Idaho Department of Health and Welfare regarding establishing Medicaid eligibility for workers with disabilities (Medicaid Buy-In,) the creation of the Developmental Disability Waiver Option (Self-Directed Services,) and oversight of the Medicaid Manage Care contract for people with a developmental disability and a co-occurring mental health diagnoses.  My work has also included participation with multiple Office of Performance Evaluation studies on Managed Care, The Southwest Idaho Treatment Center (SWITC) and most recently, the Direct Care Workforce Shortage.  My role includes advocating for people with I/DD and families to be included in policy development, oversight, and evaluation of systems and services.  For more detail on other initiatives and projects since 1996 as a Program Specialist and since 2013 as the Executive Director, I have attached my Curriculum Vitae.

6. The Council has been tracking the *K.W.* lawsuit since 2012. Following the *K.W.* settlement in 2016, the Council became actively engaged in creating and sustaining Community NOW!, a stakeholder collaborative formed to provide a vehicle for class member engagement. Community NOW! was initiated as a wholly collaborative model with the Idaho Department of

DECLARATION OF CHRISTINE PISANI – 3

Health and Welfare (the Department). Since the pandemic, transparency, meaningful involvement of the class members in determining solutions, and communications have been significantly reduced by the Department. People with disabilities and parents who participate in Community NOW! have recently shared they do not feel listened to by Department representatives and that negative trends in systems are not being resolved.

7. Community NOW! is cooperatively funded across multiple agencies; however, primary coordination is provided by Council staff. Since the pandemic, we have had to rely heavily on virtual meetings held at a minimum of three times per year. Because virtual meetings do not work well for many people with developmental disabilities, we have started to bring people with I/DD and family members back together in-person to gain their guidance about the direction of Community NOW! This recent work has resulted in clear direction that people with I/DD and family members want to be people to facilitate virtual and in-person meetings going forward. The Council is funding training for a group of five individuals (two family members and three people with I/DD) to take on this leadership role which began in November 2023.

8. Appointing a Special Master in this case will address the ongoing delays caused by a number of issues. The first issue is the ongoing revolving door of attorneys that represent the Department which has resulted in delaying resolution. The Department attorneys appear to lack the understanding of Medicaid law and the services that people with intellectual and developmental disabilities are entitled to under state and federal law.

9. The second issue is staffing shortages that continue to plague the Division of Medicaid. There are not enough case managers resulting in delays and more uncertainty. The Council is also concerned that the ongoing Division of Medicaid staffing vacancies results in Department

DECLARATION OF CHRISTINE PISANI – 4

attorneys with inconsistent expertise about the adult developmental disability service system making it nearly impossible to design a new service system that meets the needs of participants.

10. A Special Master is needed to keep the parties on track and ensure, every step of the way, that class members are being effectively communicated with using plain language and in a linguistically and culturally competent manner.

11. A Special Master would provide a critical resource to the Department to identify an effective strategy to implement the settlement they agreed to. The Council wishes to help the Court understand the impact on people with intellectual and developmental disabilities and family members who continue to wait for this to be resolved. Participants and their families live with enormous anxiety as a result of over a decade of system failures, constant uncertainty, and lack of confidence in a system that is not stable.

12. The Council is supportive of a Special Master to oversee the Bridge Period and the implementation of a new resource allocation system over the next few years. The benefit of having a Special Master in place during this time would be to solidify a new culture at the Department and help to quickly resolve issues that will likely occur during implementation of a new system. A Special Master would also assist to ensure the level of training necessary for broad stakeholder investment is prioritized and effectively communicated with the class. From the Council perspective, trust has eroded over the past few years. Our hope is that appointing an independent Special Master would provide an improved level of trust and transparency.

13. The Council is also supportive of the opt-in budget model while simultaneously providing robust and ongoing person-centered planning training to members of the class, families, and plan developers. As the leading organization engaged in person centered training

DECLARATION OF CHRISTINE PISANI – 5

and system supports, the Council believes that this will require the Department to engage person centered planning experts to provide training that is it is culturally and linguistically responsive. This training must also be accompanied by equally robust quality assurance oversight to ensure the quality outcomes people with intellectual and developmental disabilities should realize with a truly person-centered system.

14. Community NOW! stakeholders clearly communicated what people with intellectual and developmental disabilities and families want to see from the adult developmental disability service system in 2018. This vision has not changed. Idaho needs a Special Master appointed to assist members of the class to achieve a resolution of the highest quality to this settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON November *13*, 2023.

Christine Pisani

DATED: November 17, 2023

/s/ Richard Eppink

Richard Eppink

DECLARATION OF CHRISTINE PISANI – 6

# Christine Pisani

700 W. State Street, Suite 119 ■ Boise, ID 83702 ■
208-334-2178 ■ Email: Christine.Pisani@icdd.idaho.gov

## CURRICULUM VITAE

### Leadership

2013-Present    Idaho Council on Developmental Disabilities     Boise, ID
**Role:** Executive Director

Leadership over annual federal and state budgets, and other federal grants to operate a state agency with oversight of six staff who carry out the five-year planning goals determined by a 23-member gubernatorial appointed Council.

1996 – 2013    Idaho Council on Developmental Disabilities     Boise, ID
**Role:** Program Specialist (Federal Planner 1996-2001)

Responsible for systems advocacy and public policy in collaboration with people with developmental disabilities and families. Responsibilities included: Grant Writing, Project Coordination, Public Policy Development and Monitoring, State Legislative Advocacy, Leadership Development, Statewide Self-Advocacy Coordination. Served as the Council planner for five years with responsibility for compiling and submitting the federal three-year report and the annual performance report.

### Initiatives

2023    Meeting Leaders for Community NOW! Initiative
**Role:** Lead
Engaged an experienced teacher to coach and teach people with intellectual and developmental disabilities and family advocates learn facilitation skills to lead Community NOW! meetings.

2023:    Unidos Hacemos El Cambio (United We Make the Change)
**Role:** Initiator/Coordinator
Conference provided entirely in Spanish to meet the education, service system, and language access needs of families and people with intellectual and developmental disabilities in the Spanish speaking farm worker community of Burley, Idaho.

1

2023         Our Care Can't Wait Coalition
**Role:** Initiator/Coordinator
Initiated statewide collaboration of people with intellectual and developmental disabilities, families, disability advocacy organizations, and service providers to advocate for the implementation of the recommendations found in the Office of Performance Evaluation legislative report on the status of the Direct Care Workforce in Home and Community Based Services in Idaho. This is an ongoing initiative.

2023         Lunch and Learn
**Role:** Initiator/Co-Lead with the State Independent Living Council
Co-lead a bimonthly meeting with people with disabilities and family advocates on the Aged and Disabled Waiver, the adult Developmental Disability Waiver, and Children's HCBS services. The purpose of the meetings is to provide education and to support the advocacy efforts of people with disabilities and families to implement the direct support workforce recommendations from the 2022 Office of Performance Evaluation report. This is an ongoing initiative.

2023         Latino Leader Presentation at National Association of Councils on Developmental Disabilities National Conference Orlando, Florida
**Role:** Coordinator
The presentation was provided entirely in Spanish with English interpretation covering the work the Council has done to address language access, education, and outreach to the Latino Disability community.

2022         Lideramos Juntos (Together We Lead)
**Role:** Initiator/Coordinator
Initiated collaboration between Utah and Idaho to develop a culturally and linguistically competent leadership development program for the Latino developmental disability communities of Utah and Idaho. The program has begun the recruitment phase of the program.

2021         Presentation of Latino/Disability Recommendations to Leadership at the Idaho Department of Health & Welfare
**Role:** Initiator/Coordinator
Supported Latino Council members to develop their presentation of recommendations for the adult developmental disability service system to better meet the needs of the Latino community.

| | |
|---|---|
| 2020-2021 | Access to the Idaho Legislature for People with Disabilities and Chronic Health Conditions |

**Role:** Initiator/Coordinator

Facilitated Georgetown University Law Center meetings with disability advocacy organizations to provide guidance to advocate for the provision of accommodations to people with disabilities and chronic health conditions to access the 2021 legislative session. This workgroup led to a lawsuit filed against the Idaho Legislature for their lack of accommodation. This effort resulted in the Idaho Legislature providing virtual access to hearings.

| | |
|---|---|
| 2020-2021 | COVID Vaccine Pop-Up Clinics Serving the Intersection of Disability and the Latino Community |

**Role:** Initiator/Lead

Coordinated with St. Alphonsus Regional Medical Center, State District Health Centers, the Community Council of Idaho, the Disability Advocacy Community, and the Area Agencies on Aging to host pop- up vaccine clinics, provide food boxes, and disability service system information in English and Spanish for six rural communities in Idaho.

| | |
|---|---|
| 2020-2021 | University of Georgetown, Center for Cultural and Linguistic Competence Webinar Series |

**Role:** Initiator/Lead

Contracted with Georgetown University to facilitate a series of webinars for state agencies and Council members to understand the components of providing a culturally and linguistically competent service system.

| | |
|---|---|
| 2020-Present | Living Well Grant Reporting and Monitoring Systems of Abuse, Neglect and Exploitation for People with Disabilities |

**Role:** Co-Lead with Disability Rights Idaho

The goal of this work has been to understand the fragmented reporting and monitoring system and to develop recommendations for systems change working with people with disabilities, families, including the Spanish speaking community, and key service system personnel.

| | |
|---|---|
| 2020-Present | Studies on the Reporting and Monitoring Systems, Accountability to People with Disabilities |

**Role:** Initiator/Contract Monitor

Contracted with the Criminal Justice Program at Boise State University to conduct four separate studies on the abuse and neglect reporting and monitoring systems in Idaho, including program accountability and understanding of serving people with disabilities. Special emphasis placed in the scope of work to collect data about the intersection of disability and people who are non- English speaking or have limited English proficiency.

3

| | |
|---|---|
| 2020 | Coordinated Facemasks for Farmworker Community |

**2020**  Coordinated Facemasks for Farmworker Community
**Role:** Initiator/Lead
Coordinated with a local service organization to sew and provide 400 facemasks to provide the Community Council of Idaho specifically for the farmworker community. This provided an opportunity to educate the disability community that the farmworker community is the disability community.

**2020**  Technical Assistance to Councils on Developmental Disabilities
**Role:** Presenter
Idaho's Journey to Prioritize the Needs of the Latino Disability Community.

**2018-2022**  Department of Justice Grant on Restorative Justice Collaborative
**Role:** State Member
Collaborated with the Coalition Against Sexual Assault and Domestic Violence, all levels of law enforcement, and community partners who support underserved communities to develop recommendations to improve system of response to violence in Idaho.

**2018**  Blessings of Liberty Film
**Role:** Producer and Director
Determined vision and purpose of the film after successfully advocating against Medicaid block grants. Coordinated and oversaw contract with videographer providing extensive editing and direction to create the film. Coordinated participation and content from all participants filmed. Arranged for the film to be shown in chambers at the Idaho Legislature.

**2018**  What is Linguistic Cultural Competence and What Does it Mean
for Developmental Disabilities Councils: Leadership Institute for
Cultural and Linguistic Competence Georgetown University
**Role:** Presenter
Discussed the perspective of work conducted by the Idaho Council on Developmental Disabilities. Lessons learned from a minimum allotment state.

**2017**  Disability, Race and Culturally Appropriate Services
**Role:** Coordinator/Facilitator
Presentation for Council members to introduce the ideas that drive disparities with a brief history of disability and civil rights, connecting history to current disparities. Presented personal stories from parents of children with disabilities from The Señoras. Council members identified barriers and common themes in both sets of stories and connected the disparities discussed and the connection to the work of the Council.

4

| | |
|---|---|
| 2016-Present | Community NOW!<br>**Role:** Founder/Coordinator<br>Proposed a statewide stakeholder community to the led by people with intellectual and developmental disabilities and families to the Idaho Department of Health and Welfare to inform the settlement agreement of the KW vs. Armstrong lawsuit. This is an ongoing initiative. |
| 2016 | Statewide Policy Coalition Leadership Institute<br>**Role:** Coordinator<br>Created and presented curriculum to provide an introduction to understanding culture, prepared information for strategic policy work with members to address policy issues at the federal level and prepare for the 2017 Idaho legislative session. Coordinated travel, lodging, meals, and personal and accessible support needs of twenty members of the state coalition. |
| 2016 | Understanding Cultural Differences<br>**Role:** Coordinator/Facilitator<br>Coordinated the presentation of Ms. Sonya Rosario, Director of the Women of Color Alliance, to provide Council members with an overview and understanding of cultural differences to inform the Council's work within the 5-Year Plan. |
| 2015-2020 | Cultural Broker on contract to Council to Support Latino Disability Community<br>**Role:** Contract Implementation and Oversight<br>Oversee the cultural broker on contract to assist with supporting the community to address the appropriate agency in order to rectify identified disparities. Oversight of the cultural broker has resulted in Council sponsorship of two separate conferences for the Latinx disability community (2015 and 2017) both planned and executed by the Señoras. |
| 2015 | Social Power Constructs Book Club and Symposium<br>**Role**: Coordinator/Facilitator<br>Coordinated Council members and staff from Idaho, Oregon, Utah and Washington to participate in a book club to review the book "Social Power Constructs: Exploring Power Regularities in Self-Advocacy and Empowerment" authored by Tanya Whitehead, Ph.D. This work led to the coordinating of involved states for two days to further our working knowledge of power imbalances related to state and national self-advocacy movements. |

| | |
|---|---|
| 2014 | Initiated the Statewide Disability Advocacy Network of Idaho<br>**Role:** Coordinator/Contract Monitor<br>Responsible for contract development and monitoring of community organizer to create a statewide advocacy organization for people with intellectual and developmental disabilities and families. Responsible for the statewide recruitment of people with intellectual and developmental disabilities and families. |
| 2013 | Possibilities of All Abilities Statewide Self-Advocacy Conference<br>**Role:** Planner/Coordinator<br>Responsible for planning, coordinating, and executing the values and vision of the Council through the leadership of the Self-Advocate leadership Network members. |
| 2010 | It's About We! Statewide Self-Advocacy Conference<br>**Role:** Planner/Coordinator<br>Responsible for fundraising, planning, coordinating, and executing the values and vision of Idaho self-advocates for this conference. |
| 2005-2010 | Determined to Vote<br>**Role:** Planner/Coordinator<br>Responsible for statewide team recruitment of people with disabilities and regional team support staff for participation in train-the-trainer model for voter education targeting adults with disabilities and seniors; contract negotiation and management with the Office of the Idaho Secretary of State; oversight of statewide voter education. Primary author of all training created for each statewide voter education campaign. |
| 2005-2009 | Self-Advocacy Curriculum Development<br>**Role:** Primary Author<br>Collaborated with adults with people with intellectual and developmental disabilities to create topical self-advocacy education to be presented by self-advocates statewide. |
| 2006 | Statewide My Voice My Choice Training with Idaho Self-Advocate Leadership Network (SALN) Members<br>**Role:** Primary Author<br>Primary author of self-direction training delivered by regional SALN teams for My Voice My Choice Training. Provided support to the Region 4 Health & Welfare SALN Team for two years. |
| 2006 | Self-Advocates Becoming Empowered Atlanta, GA<br>**Role:** Coordinator/Support<br>Presenter with self-advocates on voter rights at the national self-advocacy conference. |

6

| | |
|---|---|
| 2006-2008 | Self-Directed Waiver Option Training<br>**Role:** Primary Author<br>Responsible for development of training and support of statewide Self-Advocate Leadership Network (SALN) member involvement within Department of Health & Welfare Self-Directed Waiver option regional workshops. Supported SALN members to serve two Health & Welfare regions for those adults with developmental disabilities interested in the self-directed waiver option. Negotiated and coordinated payment for SALN Members to be paid by the Idaho Department of Health & Welfare. |
| 2005 | Idaho Self-Advocate Leadership Network Summit<br>**Role:** Coordinator<br>Responsible for coordination of statewide self-advocacy summit to develop three-year strategic plan and provide team-building opportunities. |
| 2005-2011 | Staff support to Council Consumer Leadership Caucus<br>**Role:** Lead Staff<br>Responsible for providing research requested by self-advocates on the caucus and supporting the members to lead within their caucus and on the full Council. |
| 2004-2012 | Community Partnerships of Idaho Annual Conference<br>Role: **Support**<br>Responsible for the development of self-advocacy presentations with self-advocates and providing support to self-advocates for multiple presentations. |
| 2004-2009 | Statewide Self-Advocate Leadership Identification<br>**Role:** Lead Staff<br>Conducted in-person interviews of 101 adults with intellectual and developmental disabilities statewide to provide leadership in Idaho for the self-direction/self-advocacy movement. |
| 2003-2013 | Idaho Self-Advocate Leadership Network<br>**Role:** State Coordinator<br>Responsible for annual statewide recruitment of adults with developmental disabilities and regional team support staff; coordination of self-advocacy training; regional, statewide, and national presentations. Transitioned the organization to a non-profit organization and monitored the contract with the organization to conduct statewide self-advocacy operations. |
| 2003–2006 | National Self-Advocates Becoming Empowered Conference<br>**Role:** Primary Author with Direction from Self-Advocate Leaders<br>Responsible for the development of self-advocacy presentations with self-advocates and providing support to self-advocates for multiple presentations. |

7

| | |
|---|---|
| 2003 | National Self-Advocates Becoming Empowered Conference<br>**Role:** Coordinator<br>Responsible for the development of self-advocacy presentations with self-advocates and providing support to self-advocates for multiple national presentations. |
| 2002 | Oregon Self-Determination Conference<br>**Role:** Coordinator/Support<br>Responsible for Idaho participant attendance and support of three separate presentations by Idaho self-advocates. |
| 2001 | "Picture the Possibilities" Western Regional Employment Conference<br>**Role:** Coordinator/Planner<br>Responsible for recruitment of conference planning workgroup including adults with developmental disabilities, service providers, Idaho Division of Health & Welfare, Idaho Division of Vocational Rehabilitation, and Boise City. Oversight of all aspects of conference planning with 300 people in attendance. |
| 2000 | Idaho Self-Determination Task Force<br>**Role:** Lead Staff<br>Responsible for statewide recruitment of parents, adults with developmental disabilities, service providers, state agency representatives, and state legislators; managing contract with public policy consulting agency; research on best practice in self-determination, and self-directed Medicaid waivers. |
| 2000 | Utah Self-Determination Conference<br>**Role:** Coordinator/ Support<br>Responsible for Idaho participant attendance and support of two separate presentations by Idaho self-advocates. |
| 1998 | Direct Care Professional Self-Determination Training<br>**Role:** Lead Staff<br>Responsible for coordination of direct care professional self-determination education through New Hats, Inc. |
| 1997-2003 | Idaho People First<br>**Role:** Contract Manager<br>Responsible for contract negotiation and management, guidance on self-advocacy initiatives. |

| | |
|---|---|
| 2018 | **Idaho Partners in Policymaking**<br>**Role:** Advisor<br>The Council graduated twenty-seven parent and self-advocate leaders, six of whom were Spanish speaking or bilingual in May 2018. Oral interpretation and Spanish translation provided at each session. An introduction to the disparities faced in accessing culturally and linguistically competent services by the Latinx population from the perspective of "The Señoras," a leadership community of Latina mothers. |
| 2006 | **Statewide Focus Groups – Idaho Partners in Policymaking Graduates**<br>**Role:** Lead Staff<br>Conducted eight statewide focus groups with Idaho Partner graduates to further refine the leadership development program based on the guidance of graduates. |
| 2004 | **Idaho Partners Institute**<br>**Role:** State Coordinator<br>Responsible for coordination of three-day advanced leadership development training for Idaho Partner graduates. |
| 1997-2003 | **Idaho Partners in Policymaking**<br>**Role:** State Coordinator<br>Responsible for annual statewide recruitment of parents and adults with developmental disabilities; managing contracts with state agencies; educational content oversight; instructor selection; assuring participants achieved educational competencies; and quality assurance review of program outcomes. |

## Public Policy

| | |
|---|---|
| 2023 | Presentation to the Joint Legislative Oversight Committee, Idaho Legislature, September.<br>**Role:** Supported and co-presented with longtime state leader to present his experience with the direct care workforce shortage in Home and Community Based Services as a Medicaid participant. |
| 2023 | Presentation to the Medicaid Managed Care Task Force, Idaho Legislature, August.<br>**Role:** Facilitated the leadership of a co-presentation with Our Care Can't Wait advocacy organizations and service providers to provide the concerns of the Disability Community related to Medicaid Managed Care. |

| 2023 | Presentation to Senate Health & Welfare Committee, Idaho Legislature, March. |
|---|---|

2023      Presentation to Senate Health & Welfare Committee, Idaho Legislature, March.
**Role:** Introduction to the Councils' work on Idaho's reporting and monitoring system of abuse, neglect, and exploitation of people with disabilities. Presentation of two Council funded studies conducted by the Criminal Justice Program at Boise State University and the Idaho Anti-Human Trafficking Coalition.

2023      Presented to the House Health & Welfare Committee, Idaho Legislature, March.
**Role:** Presented testimony expressing the Council's concerns related to House Bill 200 proposing to move all of Medicaid entitlement programs into a Managed Care contract.

2023      Presented to House State Affairs Committee, Idaho Legislature, February.
**Role:** Presented testimony in opposition to House Bill 68 proposing to eliminate the Office of Performance Evaluation.

2014-2023      Presentation to the Joint Finance and Appropriations Committee
**Role:** Annually present the role of the Council on Developmental Disabilities, highlight successes, and state issues and provide annual state budget request.

2022      Presented to Senate Health and Welfare Committee, Idaho Legislature, March.
**Role:** Presented testimony in opposition of Senate Bill 1356 which proposed providing state general funds to support Idaho's sheltered workshop industry.

2022      Presented to the House Judiciary, Rules, and Administration Committee, Idaho legislature, March.
**Role:** Presented testimony is support of House Bill 624 which would require landlords to provide at least 60 days' notice should the landlord choose not to renew the lease or raise the rent. This could provide people with the necessary additional time for people to find adequate housing in this challenging market.

2022      Presented to the House Judiciary, Rules, and Administration Committee, Idaho legislature, February.
**Role:** Presented testimony is support of House Bill 617 which would require landlords to fairly consider rental applications on a first come, first serve basis, be transparent with considerations for the background check process, and only collect application fees for applications being considered. This would afford many members of the disability community the ability to compete for much-needed housing.

| | |
|---|---|
| 2018 | Office of Performance Evaluation Study of Southwest Idaho Treatment Center (SWITC) through the Joint Legislative Oversight Committee. **Role:** Author of study and lead advocate to secure the Sponsorship of Senator Cherie Buckner-Webb and approval of the Joint Legislative Oversight Committee to support the proposal to study the abuse of people with disabilities living at the state institution. |
| 2017 | Council on Developmental Disabilities Research Analyst Position Request **Role:** With Council Member approval, successfully worked with legislative services and the Governor's office to draft appropriations language to support a state funded research analyst position within the Council on Developmental Disabilities. Successfully advocated for this position with the members of the Joint Finance and Appropriations Committee. |
| 2017 | Appropriations for Non-Emergency Medical Transportation (NEMT) **Role:** Successfully advocated for appropriations within the Joint Finance and Appropriations Committee to access funding for an independent audit of the managed care contract and to fund a statewide NEMT Advisory Committee. |
| 2017-Present | Consortium for Idahoans with Disabilities Subcommittee on Medicaid Non-Emergency Medical Transport Managed Care Contract. **Role:** Provided advocacy for the lived experience of people with disabilities and families experiencing life threatening service and poor outcomes as result of the contractor for the Medicaid managed care contract for the Medicaid Non-Emergency Medical Transportation system. Supported people to provide testimony and meet with policymakers to inform direction of contract. |
| 2016 | White Paper: ABLE Technical Assistance and Financial Literacy **Role:** Authored white paper to present compelling information for draft legislation for the 2016 Idaho Legislature. Successfully advocated with the Idaho State Independent Living Council for the passage of this legislation. |
| 2014-2016 | ABLE Statewide Planning Committee **Role:** Served as the Idaho Council on Developmental Disabilities representative to discuss options for the implementation of the Federal ABLE act legislation in Idaho. |
| 2015 | Home and Community Based Service Statewide Study **Role:** Conducted face-to-face research in Idaho with adults with intellectual and developmental disabilities who received services through the adult Developmental Disability waiver. The statewide study was in collaboration with the Center on Disabilities and Human Development, University of Idaho. |

| | |
|---|---|
| 2015 | Office of Performance Evaluation Study of the quality of service provided through the Optum Medicaid Managed Care Mental Health Contract through the Joint Legislative Oversight Committee. **Role:** Drafted proposal and advocated to request the Joint Legislative Oversight Committee support of the recommendations in the study. |
| 2012-2014 | Background Checks for Guardians of Vulnerable Adults Legislation **Role:** Coordinator/Public Policy Lead Responsible for the coordination of stakeholders to draft legislation honoring the request of Idaho self-advocates requiring criminal history background checks for guardians and conservators. Legislation passed unanimously in both bodies of the legislature as a result of informed self-advocates meeting one on one with all committee members from the Senate and the House. Coordinated the education and meetings for self-advocates involved in passage of legislation. |
| 2013-Present | Consortium for Idahoans with Disabilities subcommittee on Medicaid Managed Care contract for people with mental health diagnosis. **Role:** Provided advocacy for the lived experience of people who experience a dual diagnosis and poor outcomes experienced with the Medicaid managed care contract. Supported people to provide testimony and meet with policymakers to inform direction of contract. |
| 2007-2014 | Staff support to the Council's public policy committee. |
| 2004-2005 | Idaho Division of Medicaid Support Broker Workgroup **Role:** Responsible for national best practice research; support brokerage rules development; self-advocate input into training video; oversight over educational product for potential support brokers. |
| 2003 | Idaho Self-Determination Task Force **Role:** Responsible for completing research for Support Broker and Person-Centered Planning sub-committee for the self-direction waiver option under the developmental disability waiver. |
| 2001 | Medicaid Buy-In **Role:** Responsible for representing issues faced by adults with developmental disabilities in employment and conducting statewide focus groups with people with disabilities. |

## Education

| | |
|---|---|
| 2009-2013 | University of Idaho, Moscow, ID Master of Education, Special Education; Emphasis in Disability Policy |
| 1986-1990 | University of Idaho, Moscow, ID Bachelor of Science in Education; Minor in Therapeutic Recreation research. |

## Additional Training

| | |
|---|---|
| 2018 | Julie Brown Skills System Training: Addressing the Needs of Adults with a Dual Diagnosis |
| 2017 | Leadership Institute on Cultural Competence, Santa Fe New Mexico |
| 2014 | Asset Based Community Development, Bluff, UT<br>Mike Green on-site training Navajo Land |
| 2013 | Asset Based Community Development, Atlanta GA<br>On-site training in Macon, Clarkston, and Savannah |
| 2013 | Universal Design Learning Principles, Boise, ID |
| 2012 | AUCD National Conference, Washington, DC |
| 2011 | Nat'l Assoc. of DD Councils, National Conference, Washington, DC |
| 2006 | Nat'l Self-Advocates Becoming Empowered Conference, Atlanta, GA |
| 2003-2006 | Graduate of Idaho State Government's Certified Public Management, Boise ID |

## Board Membership

| | |
|---|---|
| 2023-Present | National Association of Councils on Developmental Disabilities |
| 2017-Present | Non-Emergency Medical Transportation State Advisory Committee and Founding Member |
| 2017-2018 | ANSER Public Charter School Board Member |
| 2016-Present | Vice-Chair, Community Care Advisory Committee, Idaho Department of Health and Welfare |
| 2013-Present | Community Care Advisory Committee, Idaho Department of Health and Welfare |
| 2013-Present | Consortium for Idahoans with Disabilities Board Member |
| 2013-2017 | Help America Vote Act State Committee, Office of the Idaho Secretary of State |
| 2008-2012 | Idaho Self-Advocate Leadership Network S Board Member |
| 2010-2012 | Nampa Self-Advocate Leadership Network Advisor/Coordinator |
| 2007-2009 | Family Council Member, ANSER Public Charter School |
| 1998-2000 | President, Ada County Human Rights Task Force |
| 1997-2002 | Ada County Human Rights Task Force |

## Awards

| | |
|---|---|
| 2012 | Building Bridges Award, 16th Annual Human Partnerships Conference |
| 2007 | KENTO Award for exceptional service to people with disabilities in Idaho, LIFE, Inc. |
| 2002 | Exceptional Dedication Award, Ada County Human Rights Task Force. |
| 2000 | Advocate of The Year Award, Idaho State Independent Living Council |

13

## Grant Writing

| | |
|---|---|
| 2018 | Administration on Community Living - Living Well Grant<br>**Role**: Contributor<br>Co-authored a five-year competitive grant with the Center on Disabilities and Human Development and Disability Rights Idaho to implement recommendations to improve reporting and monitoring systems for people with intellectual and developmental disabilities, improve education and access for the Latino Disability community, develop recommendations to improve the direct care workforce in Home and Community Based Services, and to support the leadership of people with intellectual and developmental disabilities and families in shaping Idaho's service system. |
| 2017 | Administration on Individuals with Intellectual and Developmental Disabilities<br>**Role**: Author<br>Authored a competitive grant for members of Idaho's DD Network to attend the Leadership Institute on Cultural Competence Georgetown University Santa Fe, NM |
| 2005-2010 | Help America Vote Act Federal Election Cycle Grants ($100,000 for each federal election cycle)<br>**Role:** Author<br>Collaboration with the Office of the Secretary of State, Statewide High Schools, County Clerks, DisAbility Rights Idaho, Assisted Living Facilities, and Disability service providers. Training provided to students and adults with disabilities on voter rights, accessible ballot marking devices, how to register to vote, and how to be an informed voter in exercising your right to vote. |
| 2004 | Self-Advocates Becoming Empowered Help America Vote Act Grant (10,000/1year)<br>**Role:** Author<br>Grant funding provided travel, lodging, and support for travel to Chicago for two self-advocates, DisAbility Rights Idaho Staff, Council on Developmental Disabilities staff, League of Women Voters volunteer, and personal support attendant to attend three-day voter education training. |
| 2003 | Independence Plus Grant ($500,000/3 years)<br>**Role**: Contributor<br>Requiring collaboration with the Idaho Department of Health and Welfare, Center on Disabilities and Human Development at University of Idaho, Human Services Research Institute, and the Idaho Self-Determination Task Force. |

14

2000            Benefit Planning and Outreach Grant ($350,000/5 years)
                **Role:** Primary Author
                Requiring collaboration with the Idaho Division of Vocational
                Rehabilitation, and The Governor's Office.

1998            Robert Wood Johnson Grant ($10,000/1 year)
                **Role:** Author
                Requiring collaboration between the Idaho Department of Health &
                Welfare, Service Provider Agencies, Idaho Parents Unlimited, and the
                National Center on Self-Determination.