Richard Eppink, ISB No. 7503
Dina Flores-Brewer, ISB No. 6141
**AMERICAN CIVIL LIBERTIES UNION OF IDAHO FOUNDATION**
P.O. Box 1897
Boise, Idaho 83701
(208) 742-6789 ext. 3
reppink@acluidaho.org
dfloresbrewer@acluidaho.org

James M. Piotrowski, ISB No. 5911
Marty Durand, ISB No. 5111
**PIOTROWSKI DURAND, PLLC**
P.O. Box 2864
Boise, Idaho 83701
(208) 331-9200
(208) 331-9201 (fax)
james@idunionlaw.com
marty@idunionlaw.com

Daniel L. Brown
Katherine Anne Boy Skipsey
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
Floor 39
New York, New York 10112
(212) 634-3095
*Admitted pro hac vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| K.W., by his next friend D.W, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*<br><br>Defendants. | Case No. Rep : 1:12-cv-00022-BLW (lead case)<br><br><br><br>**NOTICE OF THE DEATH OF SIXTH PLAINTIFF** |

Class counsel has received information the plaintiff A. L. has died. Counsel accordingly suggest the death of A. L. on the record.

Dated this 8th day of February, 2024.

NOTICE OF THE DEATH OF SIXTH PLAINTIFF – 1

PIOTROWSKI DURAND, PLLC

/s/ Marty Durand
Marty Durand

*Attorneys for Plaintiffs*

NOTICE OF THE DEATH OF SIXTH PLAINTIFF – 2